**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| SCOTT, MICHAEL D. | : | BANKRUPTCY NO. 17-70045-JAD |
| | : | |
| | : | Chapter 7 |
| | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **RESCHEDULED §341 MEETING NOTICE**

THE MEETING OF CREDITORS HAS BEEN RESCHEDULED TO THE DATE, TIME AND LOCATION LISTED BELOW;

**May 16th, 2017 AT 10:00 a.m.
VIA TELEPHONIC 341 MEETING
SPENCE, CUSTER, SAYLOR, WOLFE, & ROSE, LLC
1067 MENOHER BLVD
JOHNSTOWN PA 15905**

FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN A RULE TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.

Dated: March 27, 2017          By:

/s/James R. Walsh, Trustee
James R. Walsh, Trustee
Pa. ID. # 27901
1067 Menoher Blvd.
Johnstown, PA  15905
Phone: 1-(814) 536-0735
Fax: 1-(814) 539-1423
JWalsh@spencecuster.com