Copy of Letter to Trustee.

Michael D. Scott

Fed I.D. # 93357-038

Federal Prison Camp

P.O. Box 1000

Loretto PA 15940

RECEIVED

2017 MAR 27 A 11: 42

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

James R. Walsh

Spence, Wolfe & Rose, LLC

1067 Menoher Blvd

Johnstown PA 15905

Case # 17-170045-JAD

March 21, 2017

Dear Mr. Walsh/Clerk of Court;

By noticed, you requested and scheduled a meeting of creditors for March 15, 2017. In addition, a copy of my social security card and my I.D. was mailed to you by certified mail # 7016 2710 0000 9110 6432 (See Copy).

Also by letter dated February 26, 2017, I advised you of the scheduled hearings, including the 341 meeting of creditors and the Court's order for hearing on waiver of bankruptcy filing fee DE-87 March 23, 2017, at 10:00 AM. At a hearing on March 8, 2017, the Honorable Judge Deller advised the Court as well as counsel for the Trustee that I am incarcerated and that all hearing must be

coordinated with the Counselor at the Bureau of Prisons Mr. Hite.

A hearing was scheduled for March 15, 2017, for the creditors meeting and a call was not scheduled for me to attend. There is also another hearing scheduled for March 23, 2017 and a call has not be scheduled. I am requesting clarification on the responsible parties for scheduling the calls and would like to reiterate that my availability status, remains "as always available".

Respectfully Submitted;

Michael D. Scott

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JAMES R. WALSH
   Spence, Wolfe & Rose LLC
   1067 Menoher BLVD
   Johnstown, PA 15905

9590 9402 1865 6104 8311 00

2. Article Number (Transfer from service label)

   7016 2710 0000 9110 6432

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

B. Received by (Printed Name) [Bowser]

D. Is delivery address different from item
   If YES, enter delivery address below:

3. Service Type
   ☑ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   Restricted Delivery

---

CHMP

Michael Scott-9335788
Federal Correctional Institute
773 Saint Joseph Street
Loretto, PA 15940

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 1865 6104 8311 00