# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-70045-JAD |
| | : | |
| **Michael David Scott,** | : | **Chapter 7** |
| a/k/a The Crawford Group LLC | : | |
| a/k/a Macaulay Family Realty Trust | : | |
| | : | |
| **Debtor** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **JAMES R. WALSH, Trustee of** | : | |
| **the Bankruptcy Estate of** | : | |
| **Michael David Scott,** | : | |
| a/k/a The Crawford Group LLC | : | Doc. No. |
| a/k/a Macaulay Family Realty Trust | : | |
| | : | |
| **Movant** | : | **Hearing Date & Time:** |
| | : | **June 2, 2017 at 10:00 a.m.** |
| v. | : | |
| | : | |
| **NO RESPONDENT** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING WITH RESPONSE DEADLINE
## ON MOTION TO RETAIN COUNSEL FOR CHAPTER 7 TRUSTEE *NUNC PRO TUNC*

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **April 28, 2017**, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the motion may be granted by the Court by default without a hearing.  Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on **June 2, 2017 at 10:00am.** before Judge Deller in Courtroom B, First Floor Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901\*. Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.

An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: 4/11/17                    SPENCE, CUSTER, SAYLOR, WOLFE
                                                                                                                                                           & ROSE, LLC

                                                                                                                                                           /s/ James R. Walsh, Esquire\_\_
                                                                                                                                                           James R. Walsh, Esquire
Pa. ID. #27901
1067 Menoher Blvd.
Johnstown, PA 15905
Phone: (814) 536-0735
Fax: (814) 539-1423
jwalsh@spencecuster.com
Proposed Counsel for Trustee/Movant