# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (JOHNSTOWN)

| | | |
|---|---|---|
| IN RE: | : | |
| **MICHAEL DAVID SCOTT** | : | **BK. No. 17-70045 JAD** |
| **A/K/A THE CRAWFORD GROUP LLC** | : | |
| **A/K/A MACAULAY FAMILY REALTY TRUST** | : | **Chapter No. 7** |
| **Debtor** | : | |
| | : | **Document No.** |
| **U.S. BANK NATIONAL ASSOCIATION AS** | : | |
| **TRUSTEE FOR CREDIT SUISSE FIRST** | : | **Hearing Date: June 2, 2017** |
| **BOSTON MORTGAGE SECURITIES CORP.,** | : | |
| **MORTGAGE-BACKED PASS THROUGH** | : | **Hearing Time: 10:00 AM** |
| **CERTIFICATES, SERIES 2004-AR7** | : | |
| **Movant** | : | **Objection Date: May 10, 2017** |
| v. | : | |
| **MICHAEL DAVID SCOTT** | : | |
| **A/K/A THE CRAWFORD GROUP LLC** | : | |
| **A/K/A MACAULAY FAMILY REALTY TRUST** | : | |
| **and** | : | |
| **James R Walsh, ESQUIRE (TRUSTEE)** | : | |
| **Respondents** | : | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., MORTGAGE-BACKED PASS THROUGH CERTIFICATES, SERIES 2004-AR7 FOR RELIEF FROM THE AUTOMATIC STAY

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **May 10, 2017**, i.e., eighteen (18) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **June 2, 2017 at 10:00 AM** before Judge JEFFERY A. DELLER, in Court Room B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown, PA 15901. Video Conferencing will be available in Courtroom D. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an

evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Mailing or other service:  April 21, 2017

                                                /s/ James A. Prostko, Esquire
                                                James A. Prostko, Esq., Id. No.27221
                                                Phelan Hallinan Diamond & Jones, LLP
                                                Omni William Penn Office Tower
                                                555 Grant Street, Suite 300
                                                Pittsburgh, PA 15219
                                                Phone Number: 215-563-7000 Ext 31501
                                                Fax Number: 215-568-7616
                                                Email: james.prostko@phelanhallinan.com