**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (JOHNSTOWN)**

| | | |
|---|---|---|
| IN RE: | : | |
| MICHAEL DAVID SCOTT | : | BK. No. 17-70045 JAD |
| A/K/A THE CRAWFORD GROUP LLC | : | |
| A/K/A MACAULAY FAMILY REALTY TRUST | : | Chapter No. 7 |
| Debtor | : | |
| | : | Document No. |
| U.S. BANK NATIONAL ASSOCIATION AS | : | |
| TRUSTEE FOR CREDIT SUISSE FIRST | : | Hearing Date: June 2, 2017 |
| BOSTON MORTGAGE SECURITIES CORP., | : | |
| MORTGAGE-BACKED PASS THROUGH | : | Hearing Time: 10:00 AM |
| CERTIFICATES, SERIES 2004-AR7 | : | |
| Movant | : | Objection Date: May 10, 2017 |
| v. | : | |
| MICHAEL DAVID SCOTT | : | |
| A/K/A THE CRAWFORD GROUP LLC | : | |
| A/K/A MACAULAY FAMILY REALTY TRUST | : | |
| and | : | |
| James R Walsh, ESQUIRE (TRUSTEE) | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE OF**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Motion for Relief from the Automatic Stay and the Notice of Hearing on the parties at the addresses shown below or on the attached list on <u>April 21, 2017</u>.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail.</u>

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| JAMES R WALSH, ESQUIRE (TRUSTEE)<br>1067 MENOHER BOULEVARD<br>JOHNSTOWN, PA 15905<br>JWALSH@SPENCECUSTER.COM | MICHAEL DAVID SCOTT<br>772 SAINT JOSEPH STREET<br>C/O FCI LORETTO<br>LORETTO, PA 15940 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>1001 LIBERTY AVENUE, SUITE 970<br>PITTSBURGH, PA 15222<br>ustpregions03.pi.ecf@usdoj.gov | |

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be

listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

                                                      /s/ James A. Prostko, Esquire
                                                      James A. Prostko, Esq., Id. No.27221
                                                      Phelan Hallinan Diamond & Jones, LLP
                                                      Omni William Penn Office Tower
                                                      555 Grant Street, Suite 300
                                                      Pittsburgh, PA 15219
                                                      Phone Number: 215-563-7000 Ext 31501
                                                      Fax Number: 215-568-7616
                                                      Email: james.prostko@phelanhallinan.com

April 21, 2017