IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

**MICHAEL DAVID SCOTT,**     :    Bankruptcy No. 17-70045-JAD
: 
:    Doc. No. 105
: 
           **Debtor.**     :    Chapter 7
_____ X

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

AND NOW, this **24th** day of **April**, 2017, a **Motion To Compel Federal Bureau of Prisons Loretto PA To Allow The Petitioner To Call Credit Counseling Agency For Issuance Of Certificate Per 1007(c)** having been filed by **Debtor** in the above-captioned proceeding,

IT IS HEREBY ORDERED THAT:

1. The Moving Party shall serve **IMMEDIATELY**, pursuant to Bankruptcy Rule 7004, a copy of **THIS ORDER AND THE MOTION ON THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF PENNSYLVANIA; THE UNITED STATES ATTORNEY GENERAL, THE WARDEN OF FCI LORETTO, THE CHAPTER 7 TRUSTEE, AND THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE WESTERN DISTRICT OF PENNSYLVANIA.** The Moving Party shall then file a Certificate of Service. **Failure to properly serve the Motion or file the Certificate may result in dismissal of the above-captioned proceeding**.

2. **Any Response**, including a Consent to the Motion, **shall be filed with the Clerk's Office**, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219 no later than **May 8, 2017 by 12:00 Noon**. Any response should be served on the Moving Party.

3. Said Motion is scheduled for expedited hearing on **Tuesday, May 9, 2017**, at **10:00 AM** in **Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219**, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion; **PROVIDED HOWEVER, THAT THE DEBTOR MAY APPEAR BY TELEPHONE BY PLACING A CALL TO THE COURT AT 412-644-4710 NOT LATER THAN 9:55 AM ON Tuesday, May 9, 2017.**

4. If service was properly made and Respondent(s) fail to file a Response by the above-specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE DELLER.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

5. If service was properly made and Respondent(s) fail to file a Response by the above-specified date, the . Only a limited time is being provided on the calendar. If any party in interest anticipates that the hearing involves a substantial dispute and will require more time, they shall so advise the Court **immediately** in writing and request appropriate time on another date.

FILED
4/24/17 4:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ mas
**JEFFERY A. DELLER**
Chief U.S. Bankruptcy Judge

cm: **Michael David Scott**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**MICHAEL DAVID SCOTT,** : Bankruptcy No. 17-70045-JAD
:
: Doc. No. 105
:
**Debtor.** : Chapter 7
_____X

**CERTIFICATE OF SERVICE OF:**

_____

_____

**(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____.
                                                                                          (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

By: _____
    Signature

    _____
    Typed Name

    _____
    Address

    _____
    Phone No.

    _____
    List Bar I.D. And State Of Admission

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-70045-JAD
Michael David Scott                                                       Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch              Page 1 of 1            Date Rcvd: Apr 24, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2017.
db             +Michael David Scott,    772 Saint Joseph St.,    c/o FCI Loretto,    Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             PA Dept of Revenue
                                                                                         TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
               pawb@fedphe.com,   james.prostko@phelanhallinan.com
              James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
               m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
              James R. Walsh     jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
               m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
              Jill Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
              Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
              Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
              Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronald E. Reitz    on behalf of Creditor ROSE   AKE rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
              Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts
               murphys@dor.state.ma.us
                                                                                             TOTAL: 12