Form 404

**UNITED STATES BANKRUPTCY COURT**    114 – 58
**WESTERN DISTRICT OF PENNSYLVANIA**    msch

In re:

Bankruptcy Case No.: 17−70045−JAD
Doc. No. 58
Chapter: 7
Hearing Date: 5/19/17 at 10:00 AM

**Michael David Scott**
**aka The Crawford Group LLC, aka Macaulay Family Realty Trust**
  Debtor(s)

**CERTIFICATE OF SERVICE OF** _____
                    **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____.
                              (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

                              By:  _____
                                   (Signature)

                                   _____
                                   Typed Name

                                   _____
                                   Address

                                   _____
                                   Phone No.

                                   _____
                                   List Bar I.D. and State of Admission

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael David Scott
    Debtor

Case No. 17-70045-JAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7   User: msch   Page 1 of 1   Date Rcvd: Apr 25, 2017
Form ID: 404   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2017.
db        +Michael David Scott,    772 Saint Joseph St.,   c/o FCI Loretto,   Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2017 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
       pawb@fedphe.com,   james.prostko@phelanhallinan.com
      James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
       trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
      James R. Walsh    jwalsh@spencecuster.com,
       trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
      Jill Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
       patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
      Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
      Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
      Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
       mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
      Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronald E. Reitz    on behalf of Creditor ROSE   AKE rreitz@margolisedelstein.com
      Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
      Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts
       murphys@dor.state.ma.us
                                                                                                         TOTAL: 13