IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| Michael David Scott, : | Case No. 17-70045 JAD |
| a/k/a The Crawford Group LLC : | Chapter 7 |
| a/k/a Macaulay Family Realty Trust, : | |
| Debtor : | |

*********************************************************************************

| | |
|---|---|
| JAMES R. WALSH, Trustee : | |
| of the Bankruptcy Estate of Michael : | |
| David Scott, a/k/a The Crawford : | Doc. No. |
| Group LLC, a/k/a Macaulay Family : | Related to Docs. Nos. 101 and 103 |
| Trust, : | |
| Movant : | Hearing Date and Time: |
| vs. : | June 2, 2017 at 10:00 a.m. |
| NO RESPONDENT(S) : | |

*********************************************************************************

### CERTIFICATE OF NO OBJECTION REGARDING MOTION TO RETAIN COUNSEL FOR THE CHAPTER 7 TRUSTEE NUNC PRO TUNC

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the above-referenced Motion to Retain Counsel for Chapter 7 Trustee Nunc Pro Tunc, filed on April 11, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the above-referenced Motion To Retain Counsel for Chapter 7 Trustee Nunc Pro Tunc appears thereon. Pursuant to the Notice of Hearing, objections to the above-referenced Motion to Retain Counsel for Chapter 7 Trustee Nunc Pro Tunc were to be filed and served no later than April 28, 2017.

    It is hereby respectfully requested that the Order attached to the above-referenced Motion to Retain Counsel for Chapter 7 Trustee Nunc Pro Tunc be entered by this Court.

EXECUTED ON:  May 1, 2017

                      By:    /s/ Kevin J. Petak,
                             Kevin J. Petak, Esquire
                             Spence, Custer, Saylor, Wolfe & Rose, LLC
                             1067 Menoher Boulevard
                             Johnstown, PA 15905
                             814.536.0735
                             PA I.D. # 92154