Michael D. Scott
Fed. I.D. # 93357-038
Federal Prison Camp
P.O. Box 1000
Loretto PA 15940

Clerk, U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
Re Case # 17-70045-JAD

May 1, 2017

Dear Clerk;

I am writing to you as a friendly reminder that you contact Mr. Ken Hite at the Federal Bureau of Prisons to schedule my telephonic appearance. Mr. Hite's direct line is 814-472-4140.

The following dates are scheduled for telephone hearings:

May 9th 10 A.M. Motion to compel FBOP

May 19th 10 A.M. Automatic Stay U.S. Bank, BOA, Judicial liens, Zaniel Mahmood

June 30, 2017 10 A.M. Michael D. Scott v. Commonwealth of Massachusetts

Yours;

Michael D. Scott

RECEIVED
2017 MAY -4 A 11: 03
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH