**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **MICHAEL DAVID SCOTT,** | : | **Bankruptcy No. 17-70045-JAD** |
| | : | |
| | : | **Doc. No. 105** |
| | : | |
| **Debtor.** | : | **Chapter 7** |
| | x | |

**CERTIFICATE OF SERVICE OF:**

Motion to Compel FBOP to allow the
Retainer to make telephone call Per 1007 (c)

**(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on __May 1 2017 · See attached__

(Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: __Regular United States Postd Service mail__

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:** May 1 2017

By: _____

Signature
Michael DAVID Scott
Typed Name
772 Saint Joseph St
Address  Loretto PA 15940

Phone No.  Pro-Se.

List Bar I.D. And State Of Admission

RECEIVED
2017 MAY -4 A 11: 04
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

052346    21510052398013

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

MICHAEL DAVID SCOTT,                    :        Bankruptcy No. 17-70045-JAD
                                        :
                                        :        Doc. No. 105
                                        :
                      Debtor.           :        Chapter 7
_____ X

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

AND NOW, this **24th** day of **April**, 2017, a **Motion To Compel Federal Bureau of Prisons Loretto PA To Allow The Petitioner To Call Credit Counseling Agency For Issuance Of Certificate Per 1007(c)** having been filed by **Debtor** in the above-captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. The Moving Party shall serve **IMMEDIATELY**, pursuant to Bankruptcy Rule 7004, a copy of **THIS ORDER AND THE MOTION ON THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF PENNSYLVANIA; THE UNITED STATES ATTORNEY GENERAL, THE WARDEN OF FCI LORETTO, THE CHAPTER 7 TRUSTEE, AND THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE WESTERN DISTRICT OF PENNSYLVANIA.** The Moving Party shall then file a Certificate of Service. **Failure to properly serve the Motion or file the Certificate may result in dismissal of the above-captioned proceeding.**

2. **Any Response**, including a Consent to the Motion, **shall be filed with the Clerk's Office**, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219 no later than **May 8, 2017 by 12:00 Noon**. Any response should be served on the Moving Party.

3. Said Motion is scheduled for expedited hearing on **Tuesday, May 9, 2017**, at **10:00 AM** in **Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219**, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion; **PROVIDED HOWEVER, THAT THE DEBTOR MAY APPEAR BY TELEPHONE BY PLACING A CALL TO THE COURT AT 412-644-4710 NOT LATER THAN 9:55 AM ON Tuesday, May 9, 2017.**

4. If service was properly made and Respondent(s) fail to file a Response by the above-specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE DELLER.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

5. If service was properly made and Respondent(s) fail to file a Response by the above-specified date, the . Only a limited time is being provided on the calendar. If any party in interest anticipates that the hearing involves a substantial dispute and will require more time, they shall so advise the Court **immediately** in writing and request appropriate time on another date.

FILED
4/24/17 4:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER                    mas
Chief U.S. Bankruptcy Judge

cm: **Michael David Scott**

Certificate of Mailing Attachment


Office of the U.S. Trustee

1001 Liberty Ave

Suite 970

Pittsburgh PA 15222


United States Attorney

United States Court House

600 Grant St.

633 Joseph F. Weis Jr.

Pittsburgh PA 15129-1955


The Attorney General of the United States Civil Bankruptcy

950 Pennsylvania Ave. NW

Washington DC 20530


James R. Walsh

Spence, Wolfe & Rose LLC

1067 Menoher Blvd.

Johnstown PA 15905


Warden F.C.I. Loretto

772 St. Joseph St.

Loretto PA 15940