PAWB FORM 30 (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Michael D. Scott           Bankruptcy No. 17:70045-JAD
      Debtor                       Chapter 7

Movant                             Related to Document No.
    v.
       No Respondent
Respondent (if none, then "No Respondent")

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, Michael D. Scott Pro-Se debtor in the above-captioned case, hereby certify that the following list of creditors' names and addresses was mailed to the clerk of court to be uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: _____
Signature

Michael D. Scott
Typed Name

772 Saint Joseph St.
Loretto PA 15940
Address

N/A
Phone No.

N/A
Bar ID, State ID

RECEIVED
2017 MAY -4 A 11: 04
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

MAILING MATRIX

Michael David Scott Debtor 1

Applied Bank

4700 Exchange Court

Boca Raton FL 33431-0966


ASC

P.O. Box 51119

Los Angeles CA 90051-5419


Bank of America

Headquarters

Bank of America

100 North Tryon St.

Charlotte NC 28202


Credit One Bank

P.O. Box 98872

Las Vegas NV 89193-8872


Denovus

Corporation Ltd.

480 Johnson Rd.

Suite 1100

Washington PA 15301-8930



RECEIVED
2017 MAY -4 A 11:04
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

Direct Federal Credit Union

#1

50 Cabot Street

Needham Heights MA 02494


ED Financial

120 N Seven Oaks Dr.

Knoxville TN 37922


EOS CCA

700 Longwater Drive

Norwell MA 02061


GC Services

P.O. Box 27346

Knoxville TN 37927


Hang Nina Nguyen

1582 Dorchester Ave.

Dorchester MA 02124


Internal Revenue Service

Centralized Insolvency Office

Post Office Box 7346

Philadelphia PA 19101-7346

Internal Revenue Service

David A Hubbert

Kunal J. Choksi

Counsel for the United States of America

Trial Attorney, Tax Division

U.S. Department of Justice

P.O. Box 227

Washington DC 20044


Khanda LLC

C/O Hang Nina Nguyen

1582 Dorchester Avenue

Dorchester MA 02124


Khanda LLC

78 Spring Street

Medford MA 02155


Kohls Department Store

P.O. Box 3115

Milwaukee WI 53210


LBJ Trust

C/O Hang Nina Nguyen

1582 Dorchester Avenue

Dorchester MA 02124

Lustig Glazer & Wilson P.C.

P.O. Box 549287

Waltham MA 02454-9287


Marcus, Errico

Emmer and Brooks P.C.

Attorneys at Law

45 Braintree Hill Office Park

Suite 107

Braintree MA 02184-8733


Massachusetts Department of Transportation

Registry of Motor Vehicles

P.O. Box 55889

Boston MA 02205-5889

#506132120


Merrick Bank

P.O. Box 1500

Draper VT 84020


Mahomood Zainal

C/O David M. Click

45 Lynn Street

Suite 28

Westborough MA 01581

OCWEN Home Loans

1661 Worthington Road

Suite 100

West Palm Beach FL 33409

Online Information Services

P.O. Box 1489

Winterville NC 28590

Orlans Maran

P.O. Box 540540

Waltham MA 02454

Phelan Hallinan, Diamond & Jones LLP

Omni William Penn Office Tower

555 Grant Street, Suite 300

Pittsburgh PA 15219

SLS 8742 Lucent Boulevard

Suite 300

Highlands Ranch CO 80129

Sunrise Credit Services Inc.

P.O. Box 9100

Farmingdale NY 11735-9100

SW Credit Systems LP

4120 International Parkway

Suite 1100

Carrollton TX 75007


Tanowitz Law Office P.C.

On Behalf of Rose Ake

1340 Centre Street #103

Newton MA 02459-2444


Tor Ekeland P.C.

195 Plymouth St.

Brooklyn Heights

New York 11201


The Commonwealth of Massachusetts

P.O. Box 7021

Boston MA 02204-7021

Atten. Collection Bureau



Town of Mansfield

Water Department

North Main St.

Mansfield MA 02048

Transworld Systems Inc.

802 E. Mortentown Rd.

Ste. 201

North Augusta SC 29841

Tufts Investment LLC

C/O Hang Nina Nguyen

1582 Dorchester Avenue

Dorchester MA 02124

U.S. Bank National Association As Trustee

Under The Pooling and Servicing Agreement

Dated May 1, 2006

In Care of

Phelan Hallinan, Diamon & Jones LLP

Omni William Penn Office Tower

555 Grant St. Suite 300

Pittsburgh PA 15219

Wells Fargo Bank N.A.

3476 State View Blvd.

Fort Mill SC 29715

Attn. Loss Mitigation