Form 404

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

113 – 56
msch

In re:

Bankruptcy Case No.: 17-70045-JAD
Doc. No. 56
Chapter: 7
Hearing Date: 5/19/17 at 10:00 AM

**Michael David Scott**
**aka The Crawford Group LLC, aka Macaulay Family Realty Trust**
　Debtor(s)

**CERTIFICATE OF SERVICE OF** Motion requesting Trustee to void fraudulent
　　　(Specify Document(s) Served) conveyance 78 Callender St. Dorchester MA 02124

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on  05/02/2017 See Attached .
　　　(Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: United States Postal Service  .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:** May 2, 2017

By: _____
(Signature)
　Michael D. Scott
Typed Name
772 Saint Joseph St.
Loretto PA 15940
Address

Phone No.

List Bar I.D. and State of Admission

RECEIVED 2017 MAY -5 A 11: 16 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

Mailing Service List

Henrietta Eversely as Trustee
McCaulay Family Realty Trust
92 Carnegie Ave.
East Orange NJ 07018 Certified Mail 7015 1520 0001 2009 3576

Khanda LLC
Attn. Mohan Saini
78 Spring St.
Medford MA 02155 Certified Mail 7015 1520 0001 2009 3569

Heng Nina Nguyen
Attorney at Law
1582 Dorchester Ave.
Dorchester MA 02124

Office of the U.S. Trustee
1001 Liberty Ave.
Suite 970
Pittsburgh PA 15222

James R. Walsh Trustee
Spence, Wolfe & Rose LLC
1067 Menoher Blvd.
Johnstown PA 15905