<div style="color:red; font-weight:bold; text-align:center; font-size:large">DEFAULT O/E JAD</div>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-70045-JAD |
| | : | |
| Michael David Scott, | : | Chapter 7 |
| a/k/a The Crawford Group LLC | : | |
| a/k/a Macaulay Family Realty Trust | : | |
| | : | |
| Debtor | : | |

******************************************************************

| | | |
|---|---|---|
| JAMES R. WALSH, Trustee of | : | |
| the Bankruptcy Estate of | : | |
| Michael David Scott, | : | |
| a/k/a The Crawford Group LLC | : | Doc. No. 101 |
| a/k/a Macaulay Family Realty Trust | : | |
| | : | |
| Movant | : | Hearing Date & Time: |
| | : | June 2, 2017 at 10:00 a.m. |
| v. | : | |
| | : | |
| NO RESPONDENT | : | |

******************************************************************

## ORDER OF COURT

AND NOW this _3rd_ day of _May_, 2017, upon consideration of the within Motion, it is hereby **ORDERED, ADJUDGED, DETERMINED, FOUND AND DECREED** that the Trustee is authorized to retain James R. Walsh, Esquire, and Spence, Custer, Saylor, Wolfe & Rose, LLC, as counsel for the Trustee, *Nunc Pro Tunc*, said counsel to be retained at his usual and fair hourly rate, subject to Court approval and review prior to payment.

BY THE COURT:

_____
JEFFERY A. DELLER, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

CASE ADMINISTRATOR SHALL SERVE:
James R. Walsh, Esquire

FILED
5/3/17 1:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael David Scott
    Debtor

Case No. 17-70045-JAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7    User: gamr    Page 1 of 1    Date Rcvd: May 03, 2017
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2017.
db      +Michael David Scott,    772 Saint Joseph St.,    c/o FCI Loretto,    Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2017 at the address(es) listed below:
     James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
     James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
      pawb@fedphe.com,    james.prostko@phelanhallinan.com
     James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
      trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
     James R. Walsh    jwalsh@spencecuster.com,
      trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
     Jill Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
      patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
     Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
     Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
     Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
      mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
     Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Ronald E. Reitz    on behalf of Creditor ROSE AKE rreitz@margolisedelstein.com
     Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
     Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts
      murphys@dor.state.ma.us
     TOTAL: 13