IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Michael David Scott |
|---|---|
| CASE NO. | 17-70045 JAD |
| RELATED TO DOCUMENT NO. | Notice Regarding Modification To Mailing Matrix |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The **Notice Regarding Modification To Mailing Matrix** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The **Notice Regarding Modification To Mailing Matrix does not have the amended schedules attached. Which is required for the new creditors added according to your notice of modification. Also required is an Amendment Cover Sheet (PAWB Local Form 6 (07/13)) to be attached to the amended schedules. Along with the names and addresses of the parties being served must be listed on the Amendment Cover Sheet or on an attachment to the Amendment Cover Sheet. A required fee of $31.00 is to be paid for amending your schedules (D, E/F) for adding any new creditors.**

You must file the Amended Schedules for the new creditors and file an Amendment Cover Sheet within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the** Amended Schedules for the new creditors and file an Amendment Cover Sheet **that is filed in response to this Notice.**

| | | |
|---|---|---|
| May 4, 2017 | By: | Lylenn Fox |
| Date | | Deputy Clerk |

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael David Scott
    Debtor

Case No. 17-70045-JAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: gamr     Page 1 of 1     Date Rcvd: May 04, 2017
                   Form ID: pdf901     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2017.
db           +Michael David Scott,    772 Saint Joseph St.,    c/o FCI Loretto,    Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2017 at the address(es) listed below:
           James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
           James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
            pawb@fedphe.com,    james.prostko@phelanhallinan.com
           James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
            trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
           James R. Walsh     jwalsh@spencecuster.com,
            trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
           Jill Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
            patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
           Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
           Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
           Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
            mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
           Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronald E. Reitz    on behalf of Creditor ROSE    AKE rreitz@margolisedelstein.com
           Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
           Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts
            murphys@dor.state.ma.us
                                                                                                   TOTAL: 13