UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** MICHAEL DAVID SCOTT
**Case Number:** 17-70045-JAD    **Chapter:** 7
**Date / Time / Room:** TUESDAY, MAY 09, 2017 10:00 AM   COURTROOM B
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

Debtor's Motion To Compel Federal Bureau of Prisons Loretto PA To Allow The Petitioner To Call Credit Counseling Agency For Issuance Of Certificate Per 1007(c)
- Response filed 5/8/2018 at Doc. No. 137 by the United States of America, on behalf of the Federal Bureau of Prisons ("BOP") [Due 5/8/2017 by 12:00 Noon]
R / M #:  105 / 0

## Appearances:

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, ESQUIRE
DEBTOR:  PRO SE - TELEPHONIC
BOP:  JILL LOCNIKAR, ESQUIRE
OUST:  HILDENBRAND / SPRAGUE / WAHLQUIST

## Proceedings:

✓ Motion is GRANTED  /  (DENIED)
____ Special Type Of Order:
____ CONTINUE MATTER:
   ____ For At Least ____ Days (Court To Issue Scheduling Order)
   ____ To Hearing Date Of _____ at ____ AM/PM at _____
   ____ To Conciliation Conference For _____ at ____ AM/PM at _____
____ ISSUE EVIDENTIARY HEARING NOTICE
   ____ Evidentiary Hearing On Value And Cram-Down Interest
   ____ Complex / Pretrial Order - NONJURY  /  JURY
   ____ Simple / Pretrial Order - NONJURY  /  JURY
   ____ Parties To Undertake Discovery - Discovery Period: ____ days
____ SETTLEMENT STIPULATION IS DUE _____
____ OTHER:

**-Modified Order Entered 5/9/2017: Motion Denied, Without Prejudice, As Moot.**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
5/9/17 1:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA