Certificate Number: 05781-PAW-DE-029220447

Bankruptcy Case Number: 17-70045



05781-PAW-DE-029220447

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 9, 2017, at 7:38 o'clock AM PDT, Michael David Scott completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   May 9, 2017                    By:     /s/Allison M Geving

                                       Name:   Allison M Geving

                                       Title:  President