IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | Case No. 17-70045-JAD |
|---|---|
| Michael David Scott<br>a/k/a The Crawford Group, LLC.<br>a/k/a Macaulay Family Realty Trust<br><br>              Debtor | Chapter 7 |
| Michael David Scott,<br><br>              Movant<br><br>     vs.<br><br>James R. Walsh, Esquire, Chapter 7 Trustee,<br><br>              Respondent | Doc. No. _____<br>Related to Doc. No. 56<br><br>Hearing Date and Time:<br>May 19, 2017 at 10:00 a.m. |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

      PLEASE TAKE NOTICE THAT **Denver E. Wharton, Esquire**, of **Kaminsky, Thomas, Wharton, Lovette & Vigna**, on behalf of **Khanda, LLC**, hereby enters his appearance as Attorney for **Khanda, LLC,** in the above proceeding, and pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, requests that his name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

**DENVER E. WHARTON, ESQUIRE**
**KAMINSKY, THOMAS, WHARTON, LOVETTE & VIGNA**
**360 STONYCREEK STREET**
**JOHNSTOWN, PA  15901**
**TELEPHONE:  (814) 535-6756**

      PLEASE TAKE FURTHER NOTICE THAT the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court

with respect to these proceedings, whether formal or informal, telephone, telegraph, telex or otherwise.

                                  KAMINSKY, THOMAS, WHARTON, LOVETTE & VIGNA


By  /s/ Denver E. Wharton
      Denver E. Wharton
      Supreme Court I.D. #31800
      360 Stonycreek Street
      Johnstown, PA  15901

DATED:  May 11, 2017       Telephone: (814) 535-6756