Form 404

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

114 – 58
msch

In re:

Bankruptcy Case No.: 17-70045-JAD
Doc. No. 58
Chapter: 7
Hearing Date: 5/19/17 at 10:00 AM

**Michael David Scott**
aka The Crawford Group LLC, aka Macaulay Family Realty Trust
   Debtor(s)

**CERTIFICATE OF SERVICE OF** response to U S National Bank
(Specify Document(s) Served)

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on May 8 2017 See Attached.
(Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**   May 8 2017

By: _____
(Signature)
Michael D. Scott
Typed Name
772 Saint Joseph Street
Loretto PA 15940
Address

_____
Phone No.

_____
List Bar I.D. and State of Admission

RECEIVED
2017 MAY 11 A 11:38
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

Mailing Service List

Office of the U.S. Trustee
1001 Liberty Ave.
Suite 970
Pittsburgh PA 15222

James R. Walsh Trustee
Spence, Wolfe & Rose LLC
1067 Menoher Blvd.
Johnstown PA 15905

James A Prostko Esquire
James A Prostko Esq ID No 27221
Phelan Hallinan Diamond & Jones LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh PA 15219

U.S. Bank National as Trustee C/O Agent
Phelan Hallman Diamond & Jones LLP
1617 JFK Boulevard
Suite 1400
Philadelphia PA 19103