IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Michael David Scott

Case # 17-70045-JAD

Related To Doc. No. 105

Order of Court

The Court, having found that Federal Bankruptcy Procedure 1007(c) requires an individual Debtor to file a statement regarding completion of a personal financial management course within 60 days after the first date set for the meeting of the creditors. And having found that such date is due by May 15, 2017, and Mr. Scott has no alternative means of completing the course.

Hereby, order the counselor/ or other responsible party at the Bureau of Prisons, Federal Prison Camp, 772 Saint Joseph St. Loretto PA 15940 to accommodate Mr. Scott (the debtor) inmate ID 93357-038, with access to a telephone allowing him sufficient time to complete the course, no later than May 5th, 2017.

*Denied, without prejudice as moot. The Court understand that the debtor has taken the financial management course.*

Entered on this 9th day of May, 2017.

_Jeffrey_ ~~Jeffrey~~ A Deller

U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Michael David Scott
James R. Walsh, Esquire
Jill Locnikar, Esquire
Office of United States Trustee

Ken Hite, Prison Counselor
Loretto Federal Prison Camp
772 Saint Joseph Street
P.O. Box 1000
Loretto, PA 15940

FILED
5/9/17 1:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael David Scott  
     Debtor

Case No. 17-70045-JAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: gamr     Page 1 of 1     Date Rcvd: May 09, 2017  
                 Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2017.  
db        +Michael David Scott,    772 Saint Joseph St.,    c/o FCI Loretto,    Loretto, PA 15940-7006  
           +Ken Hite, Prison Counselor,    Loretto Federal Prison Camp,    772 Saint Joseph Street,   
         PO Box 1000,    Loretto, PA 15940-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2017 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
         James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...  
          pawb@fedphe.com,    james.prostko@phelanhallinan.com  
         James R. Walsh    jwalsh@spencecuster.com,  
          trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com  
         James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,  
          trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com  
         Jill Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,  
          patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov  
         Jill Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,  
          patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov  
         Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov  
         Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov  
         Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,  
          mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com  
         Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronald E. Reitz    on behalf of Creditor ROSE    AKE rreitz@margolisedelstein.com  
         Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com  
         Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts  
          murphys@dor.state.ma.us  
                                                        TOTAL: 14