UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

# **MEMORANDUM**

TO:       Michael David Scott    17-70045 JAD

FROM:     Lylenn Fox

SUBJECT:  Certificate of Debtor Education

DATE:     May 12, 2017


The Clerk's Office received your Certificate(s) of Debtor Education in the mail today. Please be advised that current Official Bankruptcy Form B423 must be filed, for the debtor(s), within 14 days from the date of this memorandum, to certify the Financial Management Course was completed.

Enclosed are blank form(s) with this Memorandum. Please complete and return these to the Clerk's Office at:

U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219


If you have any further questions, please contact the Clerk's Office at 412-644-2700.

**FILED**

2017 MAY 12 P 12: 16

CLERK OF
U.S. BANKRUPTCY COURT
PITTSBURGH

Certificate Number: 05781-PAW-DE-029220447

Bankruptcy Case Number: 17-70045

05781-PAW-DE-029220447

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 9, 2017</u>, at <u>7:38</u> o'clock <u>AM PDT</u>, <u>Michael David Scott</u> completed a course on personal financial management given <u>by telephone</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>May 9, 2017</u>          By:    <u>/s/Allison M Geving</u>

                             Name:  <u>Allison M Geving</u>

                             Title: <u>President</u>