IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHAEL D. SCOTT | ) | Chapter 7 |
|     Debtor, | ) | |
| -------------------------------- | ) | Case No. 17-70045-JAD |
| UNITED STATES OF AMERCIA | ) | |
|     Movant        , | ) | |
| | ) | Hearing: |
|  vs. | ) | |
| | ) | Related to Doc. No. |
| MICHAEL D. SCOTT | ) | |
| | ) | |
|     Respondent. | ) | |

## UNITED STATES' MOTION TO EXTEND
## TIME TO FILE OBJECTIONS TO DISCHARGE

The United States of America, on behalf of the Internal Revenue Service ("IRS"), files this

Motion to Extend Time to File Objections to Discharge, and in support thereof states as follows:

1.      Debtor, Michael D. Scott, filed a Chapter 7 bankruptcy petition on January 24,

2017.  Dkt. No. 1.  Debtor filed his schedules on February 8, 2017.

2.      IRS is listed as a creditor of debtor-respondent on his Petition.

3.      According to the Notice of Chapter 7 Bankruptcy case, the deadline to object to

debtor-respondent's discharge or to challenge dischargeability of certain debts is May 15, 2017.

4.      The 341 Meeting of Creditors in this case is scheduled for May 16, 2017.

5.      The United States is in the process of investigating Debtor's assets and the

information Debtor provided on his schedules.

6.      In order to make a proper determination regarding filing an objection to

discharge, the United States is requesting additional time.   After the review of debtor-

respondent's file is complete and creditors, including the United States, have the opportunity to

question Debtor at the 341 Meeting, the United States may object to discharge in this case.

      7.     Accordingly, the United States respectfully requests that the Court grant a forty-

five (45) day extension to complete the review and file an adversary complaint, if needed.

      WHEREFORE, the United States of America respectfully requests that this Honorable

Court issue an Order extending the deadline to file objections to discharge for forty-five days

from the date the Order is entered.


May 12, 2017

            Respectfully submitted,

            SOO C. SONG
            Acting United States Attorney


            */s/ Jill Locnikar*
            JILL LOCNIKAR
            Assistant United States Attorney
            Joseph F. Weis, Jr. United States Courthouse
            700 Grant Street, Suite 4000
            Pittsburgh, PA 15219
            Tel: (412) 894-7429
            Email: jill.locnikar@usdoj.gov
            PA ID No. 85892

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHAEL D. SCOTT | ) | Chapter 7 |
|     Debtor, | ) | |
| -------------------------------- | ) | BK # 17-70045-JAD |
| UNITED STATES OF AMERCIA | ) | |
|     Movant     , | ) | |
| | ) | Hearing: |
|  vs. | ) | |
| | ) | Related to # |
| MICHAEL D. SCOTT | ) | |
| | ) | |
|     Respondent. | ) | |

### ORDER

AND NOW, to wit, this _____ day of _____, 2017 it is hereby ORDERED, ADJUDGED, and DECREED that the United States of America's Motion to Extend Time to File Objections to Discharge is GRANTED.   The United States shall file an objection to discharge on or before forty-five (45) days of this Order.


BY THE COURT,


_____

UNITED STATES BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                  )

)

MICHAEL D. SCOTT       )      Chapter 7

     Debtor,            )

--------------------------------- )      Case No. 17-70045-JAD

UNITED STATES OF AMERCIA    )

     Movant           )

                  )      Hearing:

   vs.                  )

                  )      Related to Doc. No.

MICHAEL D. SCOTT       )

                  )

     Respondent.       )

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the Motion for Extension of Time was

served by electronic and/or first class mail, postage prepaid, this 12th of May, 2017, to and upon:

Michael David Scott
772 Saint Joseph St.
c/o FCI Loretto
Loretto, PA 15940


Trustee
James R. Walsh
Spence, Custer,Saylor,Wolfe &
Rose, LLC
1067 Menoher Boulevard
Johnstown, PA 15905

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222


Respectfully submitted,

SOO C. SONG
Acting United States Attorney

*/s/ Jill Locnikar*
JILL LOCNIKAR
Assistant United States Attorney
Joseph F. Weis, Jr. United States
Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Tel: (412) 894-7429
Email: jill.locnikar@usdoj.gov
PA ID No. 85892