IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

Michael David Scott          Bk. No. 17-70045-JAD
A.K.A. The Crawford Group LLC
A.K.A. MaCauly Family Residential Trust
    Debtor
                                    Doc. No. 144
Michael David Scott
    Debtor          Related To Doc. No. 106

V.

U.S. Bank National Associates as
Trustee for Credit Suisse First
Boston Mortgage Securities Corp
Mortgage Backed Pass Through
Certificate Series 2004-R7
    Respondent

Proposed Order

The Court having examined the exhibit and have found merits in the Debtor's motion. The Court will extend the time for the Debtor to respond to the movant's complaint no later than May 21, 2017.

Ordered this __10th__ Day of __May__ 2017

_____
~~XXXXXXXXXXXXXX~~ Jeffery A. Deller
U.S Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
Michael David Scott
James R. Walsh, Esquire
James A. Prostko, Esquire
Office of United States Trustee

FILED
5/10/17 2:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael David Scott
    Debtor

Case No. 17-70045-JAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7　　User: gamr　　Page 1 of 1　　Date Rcvd: May 10, 2017
　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2017.
db　　　　　+Michael David Scott,　772 Saint Joseph St.,　c/o FCI Loretto,　Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2017 at the address(es) listed below:
      James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
       pawb@fedphe.com,   james.prostko@phelanhallinan.com
      James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
       trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
      James R. Walsh    jwalsh@spencecuster.com,
       trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
      Jill   Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,
       patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
      Jill   Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
       patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
      Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
      Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
      Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
       mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
      Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronald E. Reitz    on behalf of Creditor ROSE   AKE rreitz@margolisedelstein.com
      Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
      Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts
       murphys@dor.state.ma.us
                                                                         TOTAL: 14