UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

# MEMORANDUM

TO:       Michael David Scott    17-70045 JAD

FROM:     Lylenn Fox

SUBJECT:  Certificate of Debtor Education

DATE:     May 12, 2017

The Clerk's Office received your Certificate(s) of Debtor Education in the mail today. Please be advised that current Official Bankruptcy Form B423 must be filed, for the debtor(s), within 14 days from the date of this memorandum, to certify the Financial Management Course was completed.

Enclosed are blank form(s) with this Memorandum. Please complete and return these to the Clerk's Office at:

U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219

If you have any further questions, please contact the Clerk's Office at 412-644-2700.

**FILED**

2017 MAY 12 P 12: 16

CLERK LF
U.S. BANKRUPTCY COURT
PITTSBURGH

Certificate Number: 05781-PAW-DE-029220447

Bankruptcy Case Number: 17-70045

05781-PAW-DE-029220447

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 9, 2017, at 7:38 o'clock AM PDT, Michael David Scott completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: May 9, 2017        By:    /s/Allison M Geving

                         Name:  Allison M Geving

                         Title: President

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 17-70045-JAD
Michael David Scott                                             Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: gamr            Page 1 of 1           Date Rcvd: May 12, 2017
                         Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2017.
db            +Michael David Scott,    772 Saint Joseph St.,   c/o FCI Loretto,   Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2017 at the address(es) listed below:
              Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,
               r42123@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James A. Prostko     on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
               pawb@fedphe.com,    james.prostko@phelanhallinan.com
              James R. Walsh    jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
               m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
              James R. Walsh     on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
               m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
              Jill Locnikar     on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
              Jill Locnikar     on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
              Jonathan W. Chatham     on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
              Jonathan W. Chatham     on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
              Kevin J. Petak     on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Kunal Janak Choksi     on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronald E. Reitz     on behalf of Creditor ROSE  AKE rreitz@margolisedelstein.com
              Ronald E. Reitz     on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
              Stephen G. Murphy     on behalf of Defendant    The Commonwealth of Massachusetts
               murphys@dor.state.ma.us
                                                                                             TOTAL: 15