STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re:<br><br>Michael David Scott aka The Crawford Group LLC aka Macaulay Family Realty Trust | Chapter 7<br><br>Case Number: 17-70045-JAD |
|---|---|

### NOTICE OF APPEARANCE

U.S. Bank, National Association[1][2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

William E. Miller, Esquire<br>
***STERN & EISENBERG, PC***<br>
1581 MAIN STREET, SUITE 200<br>
THE SHOPS AT VALLEY SQUARE<br>
WARRINGTON, PA 18976

DATED THIS 15TH DAY OF MAY, 2017.

By:   /s/William E. Miller, Esquire
      ☑ William E. Miller, Esquire
      Stern & Eisenberg, PC
      1581 Main Street, Suite 200
      The Shops at Valley Square
      Warrington, PA 18976
      Phone: (215) 572-8111
      Facsimile: (215) 572-5025
      Bar Number: 308951
      wmiller@sterneisenberg.com

---

1  Full title of Creditor is as follows: U.S. Bank, National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan, Diamond & Jones LLP.
2  The current Servicer of this loan is Ocwen Loan Servicing, LLC.
3  For reference, the property address associated with the undersigned's representation is 8 Tiffany Road, Bourne, MA 02532.

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that a true and correct copy of the within Entry of Appearance and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below.

Michael David Scott, PRO SE
aka The Crawford Group LLC
aka Macaulay Family Realty Trust
772 Saint Joseph Street
Loretto, PA 15940

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

James R. Walsh, Esquire
Chapter 7 Trustee
Spence, Custer, Saylor, Wolfe & Rose, LLC
1067 Menoher Boulevard
Johnstown, PA 15905

                                    Respectfully Submitted:

                                    Stern & Eisenberg, PC

By:    /s/ William E. Miller, Esquire
         ☑ William E. Miller, Esquire
         Stern & Eisenberg, PC
         1581 Main Street, Suite 200
         The Shops at Valley Square
         Warrington, PA 18976
         Phone:  (215) 572-8111
         Facsimile:  (215) 572-5025
         Bar Number:  308951
         wmiller@sterneisenberg.com

Date:  May 15, 2017