IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

Michael David Scott          Bk. No. 17-70045-JAD

   Debtor                     Chapter 7

RECEIVED

2017 MAY 15  A 11: 47

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

Motion For Extension

To Complete Personal Financial Management Course

On April, 24th, 2017 See Doc 105 the Debtor filed a motion requesting that the Court compels the Federal Bureau of Prisons (FBOP) at Loretto, to allow the Debtor ("Michael D Scott ) access to the telephone to take the financial management course Fed R. Bank P 1007 (C). On April 24th the Court entered an order requesting that a hearing be held on May 9th.

On May 9th the parties cancelled the hearing as the FBOP Loretto allowed the Debtor to complete the course. And so, the Debtor completed the course on May 9th, 2017 and the course provider will file the certificate of completion electronically.

In the event the certificate does not get filed prior to Monday May 15, 2017, the Debtor is asking the Court to grant an extension of 10 (ten) working days to allow such filing In granting this motion the Debtor asks that the Court considers that the Debtor is incarcerated.

Respectfully Submitted,

Michael D. Scott

772 Saint Joseph Street

Loretto PA 15940

May 10, 2017.