UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | MICHAEL DAVID SCOTT |
| Case Number: | 17-70045-JAD     Chapter: 7 |
| Date / Time / Room: | FRIDAY, MAY 19, 2017 10:00 AM   COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

CONTINUED - Debtor's Motion To Avoid Judicial Lien of Bank of America Pursuant To 11 U.S.C. §522(f)  [Re: 40 Old Stable Drive, Mansfield, MA]
- No Response Filed  [Due 3/1/2017]
- CNO Filed by Debtor 3/6/2017 at Doc. No. 62
- Hearing Held 3/8/2017 - Continued To 5/19/2017
R / M #:   18 / 0

## Appearances:

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, ESQUIRE
DEBTOR:  PRO SE- TELEPHONIC
CREDITOR:

## Proceedings:

__✓__ Motion is GRANTED / DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
          _____ For At Least _____ Days (Court To Issue Scheduling Order)
          _____ To Hearing Date Of _____ at _____ AM/PM at
          _____
          _____ To Conciliation Conference For _____ at _____
                    AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
          _____ Evidentiary Hearing On Value And Cram-Down Interest
          _____ Complex / Pretrial Order - NONJURY  /  JURY
          _____ Simple / Pretrial Order - NONJURY  /  JURY
          _____ Parties To Undertake Discovery - Discovery Period:  _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Modified Order Entered 5/19/2017 Granting Motion**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
5/22/17 10:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA