# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

|  |  |
|---|---|
| **Debtor:** | MICHAEL DAVID SCOTT |
| **Case Number:** | 17-70045-JAD     **Chapter:** 7 |
| **Date / Time / Room:** | FRIDAY, MAY 19, 2017  10:00 AM   COURTROOM D |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | MARY SCHUETZ |
| **Reporter / ECR:** | N/A |

## Matter:

CONTINUED - Debtor's Motion To Avoid Judicial Lien of Zainel Mahmood, et al. Pursuant To 11 U.S.C. §522(f) [Re: 40 Old Stable Drive, Mansfield, MA  02048]
- No Response Filed  [Due 3/1/2017]
- CNO Filed by Debtor 3/6/2017 at Doc. No. 63
- Hearing Held 3/8/2017 - Continued To 5/19/2017
R / M #:  19 / 0

## Appearances:

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, ESQUIRE
DEBTOR:  PRO SE - TELEPHONIC
CREDITOR(S):

## Proceedings:

__✓__  Motion is GRANTED  /   DENIED
_____  Special Type Of Order:
_____  CONTINUE MATTER:
    _____  For At Least _____ Days (Court To Issue Scheduling Order)
    _____  To Hearing Date Of _____ at _____ AM/PM at
    _____
    _____  To Conciliation Conference For _____ at
           _____ AM/PM at _____
_____  ISSUE EVIDENTIARY HEARING NOTICE
    _____  Evidentiary Hearing On Value And Cram-Down Interest
    _____  Complex / Pretrial Order -  NONJURY   /   JURY
    _____  Simple / Pretrial Order - NONJURY   /   JURY
    _____  Parties To Undertake Discovery - Discovery Period: _____ days
_____  SETTLEMENT STIPULATION IS DUE _____
_____  OTHER:

**- Modified Order Entered 5/19/2017 Granting Motion**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
5/22/17 11:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA