# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

### Conciliation Conference:

| | |
|---|---|
| Debtor: | MICHAEL DAVID SCOTT |
| Case Number: | 17-70045-JAD    Chapter: 7 |
| Date / Time / Room: | FRIDAY, MAY 19, 2017 10:00 AM    COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

### Matter:

CONTINUED - Debtor's Motion To Avoid Judicial Lien of Bank of America Pursuant To M.G.L. Title III, Chapter 223, Section 144A  [Re: 8 Tiffany Road, Bourne, MA 02532]
- No Response Filed  [Due 3/1/2017]
- CNO Filed by Debtor 3/6/2017 at Doc. No. 64
- Hearing Held 3/8/2017 - Continued To 5/19/2017
R / M #:  20 / 0

### Appearances:

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, ESQUIRE
DEBTOR:  PRO SE - TELEPHONIC
CREDITOR:

### Proceedings:

\_\_\_ Motion IS GRANTED / DENIED
\_\_\_\_\_ Special Type Of Order:
\_\_\_\_\_ CONTINUE MATTER:
_____ For At Least _____ Days (Court To Issue Scheduling Order)
_____ To Hearing Date Of _____ at _____ AM/PM at
_____
_____ To Conciliation Conference For _____ at
_____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Evidentiary Hearing On Value And Cram-Down Interest
_____ Complex / Pretrial Order -  NONJURY  /  JURY
_____ Simple / Pretrial Order - NONJURY  /  JURY
_____ Parties To Undertake Discovery - Discovery Period:  _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Modified Order Entered 5/19/2017 Granting Motion**

FILED
5/22/17 11:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge