# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

|  |  |  |  |
|---|---|---|---|
| Debtor: | MICHAEL DAVID SCOTT | | |
| Case Number: | 17-70045-JAD | Chapter: | 7 |
| Date / Time / Room: | FRIDAY, MAY 19, 2017  10:00 AM   COURTROOM B | | |
| Bankruptcy Judge: | JEFFERY A. DELLER | | |
| Courtroom Clerk: | MARY SCHUETZ | | |
| Reporter / ECR: | N/A | | |

## Matter:

CONTINUED - Debtor's Motion To Avoid Judicial Lien of Bank of America Pursuant To M.G.L. Title III, Chapter 223, Section 144A  [Re: 6 Erick Road, Mansfield, MA  02048]
- No Response Filed  [Due 3/1/2017]
- CNO Filed by Debtor 3/6/2017 at Doc. No. 54
- Hearing Held 3/8/2017 - Continued To 5/19/2017
R / M #:  21 / 0

## Appearances:

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, ESQUIRE
DEBTOR:  PRO SE - TELEPHONIC
CREDITOR(S):

## Proceedings:

__✓__ Motion Is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
　　　_____ For At Least _____ Days (Court To Issue Scheduling Order)
　　　_____ To Hearing Date Of _____ at _____ AM/PM at _____
　　　_____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
　　　_____ Evidentiary Hearing On Value And Cram-Down Interest
　　　_____ Complex / Pretrial Order -  NONJURY  /  JURY
　　　_____ Simple / Pretrial Order - NONJURY  /  JURY
　　　_____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Modified Order Entered 5/19/2017 Granting Motion**

FILED
5/22/17 11:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge