# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

|  |  |  |  |
|---|---|---|---|
| Debtor: | MICHAEL DAVID SCOTT | | |
| Case Number: | 17-70045-JAD | Chapter: | 7 |
| Date / Time / Room: | FRIDAY, MAY 19, 2017 10:00 AM   COURTROOM B | | |
| Bankruptcy Judge: | JEFFERY A. DELLER | | |
| Courtroom Clerk: | MARY SCHUETZ | | |
| Reporter / ECR: | N/A | | |

## Matter:

Motion Requesting The Trustee To Void Fraudulent Conveyance Of The Debtor's Interest For 1072-1074 River Street, Hyde Park, MA  02136
- Response filed 5/9/2017 at Doc. No. 139 by James R. Walsh, Chapter 7 Trustee [Due 5/12/2017]
- Response filed 5/11/2017 at Doc. No. 147 by Khanda, LLC
R / M #:  55 / 0

## Appearances:

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, ESQUIRE
DEBTOR:  PRO SE
CREDITOR: DENVER E. WHARTON, ESQUIRE for KHANDA, LLC
OUST:  HILDENBRAND / SPRAGUE / WAHLQUIST

## Proceedings:

_____ Motion is GRANTED  /  **DENIED** (circled)
_____ Special Type Of Order:
_____ CONTINUE MATTER:
    _____ For At Least _____ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at _____
    _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order -  NONJURY  /  JURY
    _____ Simple / Pretrial Order - NONJURY  /  JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Modified Order Entered 5/19/2017 Denying Motion**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
5/22/17 11:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA