# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MICHAEL DAVID SCOTT | | |
| **Case Number:** | 17-70045-JAD | **Chapter:** | 7 |
| **Date / Time / Room:** | FRIDAY, MAY 19, 2017 10:00 AM   COURTROOM B | | |
| **Bankruptcy Judge:** | JEFFERY A. DELLER | | |
| **Courtroom Clerk:** | MARY SCHUETZ | | |
| **Reporter / ECR:** | N/A | | |

## *Matter:*

Motion Requesting Trustee To Void Fraudulent Conveyance Of The Debtor's Interest For 78 Callendar St. Dorchester MA 02124 filed by Debtor
- Response filed 5/9/2017 at Doc. No. 140 by James R. Walsh, Chapter 7 Trustee [Due 5/12/2017]
- Response filed 5/11/2017 at Doc. No. 149 by Khanda, LLC
R / M #:  56 / 0

## *Appearances:*

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, ESQUIRE
DEBTOR:  PRO SE
CREDITOR:  DENVER E. WHARTON, ESQUIRE for KHANDA, LLC
OUST:  HILDENBRAND / SPRAGUE / WAHLQUIST

## *Proceedings:*

Motion is GRANTED / **DENIED**
_____ Special Type Of Order:
_____ CONTINUE MATTER:
_____ For At Least _____ Days (Court To Issue Scheduling Order)
_____ To Hearing Date Of _____ at _____ AM/PM at
_____
_____ To Conciliation Conference For _____ at
_____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Evidentiary Hearing On Value And Cram-Down Interest
_____ Complex / Pretrial Order - NONJURY  /  JURY
_____ Simple / Pretrial Order - NONJURY  /  JURY
_____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Modified Order Entered 5/19/2017 Denying Motion**

FILED
5/22/17 12:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge