# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

### Conciliation Conference:

**Debtor:** MICHAEL DAVID SCOTT
**Case Number:** 17-70045-JAD    **Chapter:** 7
**Date / Time / Room:** FRIDAY, MAY 19, 2017 10:00 AM   COURTROOM B
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

### Matter:

Emergency Motion [For 60-Day extension to obtain a full appraisal of property at 8 Tiffany Road, Bourne, MA 02523 and to prepare complete objection to U.S. National Bank Motion For Relief From Automatic Stay] filed by Debtor - No Response Filed  [Due 5/12/2017]
R / M #:  58 / 0

### Appearances:

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, ESQUIRE
DEBTOR:  PRO SE
CREDITOR:
OUST:  HILDENBRAND / SPRAGUE / WAHLQUIST

### Proceedings:

✓ Motion is GRANTED  (DENIED) [circled]
___ Special Type Of Order:
___ CONTINUE MATTER:
    ___ For At Least ___ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY  /  JURY
    ___ Simple / Pretrial Order - NONJURY  /  JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

**- Modified Order Entered 5/19/2017 Denying Motion**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
5/22/17 12:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA