# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | MICHAEL DAVID SCOTT |
| **Case Number:** | 17-70045-JAD     **Chapter:**  7 |
| **Date / Time / Room:** | FRIDAY, MAY 19, 2017 10:00 AM   COURTROOM B |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | MARY SCHUETZ |
| **Reporter / ECR:** | N/A |

### *Matter:*

CONTINUED - Motion For Relief From The Automatic Stay Under Section 362 Pursuant To Bankruptcy Procedure Rule 4001 filed by U.S. Bank, National Association, As Trustee Under The Pooling And Servicing Agreement Dated As Of May 1,2006, GSAMP Trust 2006-HE3, Mortgage Pass-Through Certificates, Series 2006-HE3
- CNO filed by U.S. Bank, N.A. 2/28/2017 at Doc. No. 57
- Response/Emergency Motion for a 60-day extension to obtain appraisal of the property filed by Debtor 3/2/2017 at Doc. No. 58 [Due 2/27/2017]
- Letter filed by Debtor 3/3/2017 at Doc. No. 59 informing the Clerk of Court that U.S. Bank, National Association is not a part of Debtor's mailing matrix
- Hearing Held 3/8/2017 - Continued To 5/19/2017
- Response filed by Debtor 5/11/2017 at Doc. No. 150
**R / M #:**  13 / 0

### *Appearances:*

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, ESQUIRE
DEBTOR:  PRO SE -- TELEPHONIC
CREDITOR:  JAMES A. PROSTKO, ESQUIRE for U.S. BANK

### *Proceedings:*

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
____ CONTINUE MATTER:  *30*
_____ For At Least _____ Days (Court To Issue Scheduling Order)
_____ To Hearing Date Of _____ at _____ AM/PM at
_____
_____ To Conciliation Conference For _____ at
_____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Evidentiary Hearing On Value And Cram-Down Interest
_____ Complex / Pretrial Order - NONJURY  /  JURY
_____ Simple / Pretrial Order - NONJURY  /  JURY
_____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

**- Continue Matter For At Least 30 Days**

FILED
5/22/17 2:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA