IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 17-70045-JAD |
| Michael David Scott | Chapter 7 |
| Debtor | Related to Doc. No. 18 |

Order of Court

Debtor filed a motion on February 9, 2017 seeking to avoid a judicial lien on 40 Old Stable Drive Mansfield MA 02048 DE-23-18.

On February 9, 2017, the Court issued an order pursuant to Bankruptcy Rule 7004 directing the debtor to serve a copy of the Court's order and the motion upon all parties from whom relief is sought, their counsel, and the office U.S. Trustee and Trustee or Examiner appointed in the case.

Setting March 1, 2017 as the date for submission of their response and March 8, 2017 at 10:00 AM for a hearing on the motion, and continued to May 19, 2017 at 10:00 a.m.

The Court having reviewed the record related to the pending motion, hereby orders, adjudges and decrees as follows:
1) Pursuant to 11 USC 522(f) the lien filed in the name of Bank of

America on the 40 Old Stable Drive Mansfield MA property, recorded at the Bristol County registry of deeds, Taunton MA. is hereby voided.

So ordered this 19th day of May, 2017

_____
~~Jeffrey~~ Jeffrey A. Deller
Chief U.S. Bankruptcy Judge

FILED
5/22/17 10:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

CASE ADMINISTRATOR SHALL SERVE:
Michael David Scott
James R. Walsh, Esquire
Office of United States Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael David Scott
    Debtor

Case No. 17-70045-JAD
Chapter 7

## CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: gamr              Page 1 of 1              Date Rcvd: May 22, 2017
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2017.
db            +Michael David Scott,   772 Saint Joseph St.,   c/o FCI Loretto,   Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3pd*          +Michael David Scott,   772 Saint Joseph St.,   c/o FCI Loretto,   Loretto, PA 15940-7006
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
        Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,
         r42123@notify.bestcase.com
        Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
         Office of the United States Trustee Heather.Sprague@usdoj.gov,
         Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
         Andrew.F.Cetnarowski@usdoj.gov
        James Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
         pawb@fedphe.com,   james.prostko@phelanhallinan.com
        James R. Walsh    jwalsh@spencecuster.com,
         trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
         m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
        James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
         trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
         m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
        Jill Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,
         patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
        Jill Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
         patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
        Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
        Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
        Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
         mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
        Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronald E. Reitz    on behalf of Creditor ROSE   AKE rreitz@margolisedelstein.com
        Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
        Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
        Ronald E. Reitz    on behalf of Plaintiff ROSE   AKE rreitz@margolisedelstein.com
        Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts
         murphys@dor.state.ma.us
        William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
         Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
         Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com,
         bkecf@sterneisenberg.com
                                                                                                                       TOTAL: 19