IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                              Bankruptcy No. 17-70045-JAD

Michael David Scott                          Chapter 7

          Debtor                  Related To Doc. No. 58

Order

On February 27, 2017, the debtor filed a motion requesting that the Court grant an extension for objection to the movant U.S. Bank National Association as Trustee.

The Court having found sufficient facts based on the debtor's pleading, hereby orders that an extension of 60 days granted for the Debtor to obtain a full interior appraisal on the Property at 8 Tiffany Road Bourne MA 02523 and the opportunity to file a complete objection.

*The motion is denied for the reasons stated on the record.*

So ordered this 14th day of May, 2017

Jeffrey A. Deller
Chief U.S Bankruptcy Judge

FILED
5/22/17 12:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

CASE ADMINISTRATOR SHALL SERVE:
    Michael David Scott
    James R. Walsh, Esquire
    Office of United States Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael David Scott                                                    Case No. 17-70045-JAD
        Debtor                                                        Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7        User: gamr           Page 1 of 1              Date Rcvd: May 22, 2017
                           Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2017.
db          +Michael David Scott,    772 Saint Joseph St.,    c/o FCI Loretto,    Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3pd*        +Michael David Scott,    772 Saint Joseph St.,    c/o FCI Loretto,    Loretto, PA 15940-7006
                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017

                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
          Denver E. Wharton   on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,
          r42123@notify.bestcase.com
          Heather A. Sprague  on Behalf of the United States Trustee by   on behalf of U.S. Trustee
          Office of the United States Trustee Heather.Sprague@usdoj.gov,
          Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
          Andrew.F.Cetnarowski@usdoj.gov
          James Warmbrodt   on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          James A. Prostko   on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
          pawb@fedphe.com,   james.prostko@phelanhallinan.com
          James R. Walsh   jwalsh@spencecuster.com,
          trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
          m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
          James R. Walsh   on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
          trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
          m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
          Jill Locnikar   on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,
          patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
          Jill Locnikar   on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
          patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
          Jonathan W. Chatham   on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
          Jonathan W. Chatham   on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
          Kevin J. Petak   on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
          mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
          Kunal Janak Choksi   on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronald E. Reitz   on behalf of Creditor ROSE   AKE rreitz@margolisedelstein.com
          Ronald E. Reitz   on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
          Ronald E. Reitz   on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
          Ronald E. Reitz   on behalf of Plaintiff ROSE  AKE rreitz@margolisedelstein.com
          Stephen G. Murphy   on behalf of Defendant    The Commonwealth of Massachusetts
          murphys@dor.state.ma.us
          William E. Miller   on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
          Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
          Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com,
          bkecf@sterneisenberg.com
                                                                        TOTAL: 19