IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Michael D Scott                           Bk # 17-70045-JAD

    Debtor, Petitioner                        Chapter 7

Motion to Amend Schedule

Interm Fed. R. Bankr. P. 1009(a)

Now comes the petitioner "Debtor" Michael David Scott, requesting that the Court grant his motion to amend the enclosed schedule(s).

On May 16, 2017, a 341 meeting was held, the Debtor agreed to file an amended schedule within 14 days of the meeting. And so, the Debtor is complying with the Trustee's request and requesting that the Court grants the motion and file the enclosed schedules.

Respectfully Submitted;

Michael David Scott

May 25, 2017

772Saint Joseph Street

Loretto PA 15940



Fill in this information to identify your case:

Debtor 1: Michael David Scott
Debtor 2 (Spouse, if filing):
United States Bankruptcy Court for the: Western District of Pennsylvania
Case number (if known): 17-70045-JAD

RECEIVED
2017 MAY 30  A 10:58
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A: Amount of claim | Column B: Value of collateral that supports this claim | Column C: Unsecured portion If any |
|---|---|---|---|

**2.1** OCWEN Home Loans
Creditor's Name
1661 Worthington Rd
Suite 100
West Palm Beach Fl 33409

Describe the property that secures the claim:
40 Old Stable Drive
Mansfield MA 02048

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

$714,841.66    $_____    $714,841.66

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  12/04/03    Last 4 digits of account number  4415

**2.2** Direct Federal Credit Un
Creditor's Name
50 Cabot St
Needham MA 02494

Describe the property that secures the claim:
40 Old Stable Drive
Mansfield MA 02048

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$255,000    $_____    $255,000

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  02/03/06    Last 4 digits of account number  4415

Add the dollar value of your entries in Column A on this page. Write that number here:  $969,841.66

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 5

Debtor 1  Michael David Scott
         First Name  Middle Name  Last Name

Case number (if known) 17-70045-JAD

## Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**LBJ Trust**
Creditor's Name
1582 Dorchester Ave
Number    Street
C/O HNN Law
Dorchester MA 02124
City          State   ZIP Code

Describe the property that secures the claim: 40 Old Stable Drive Mansfield MA 02048

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) This item is disputed lender failed to provide payoff or discharge

Date debt was incurred 02/03/09    Last 4 digits of account number 4415

$ 250,000      $_____     $ 250,000

---

**Bank of America**
Creditor's Name
100 North Tyron St
Number    Street
Headquarters
Charlotte NC 28202
City          State   ZIP Code

Describe the property that secures the claim: 40 Old Stable Drive Mansfield MA 02048

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) Expired Real Estate Attachment MGL Part III Title II Chapter 233 Section 114 A

Date debt was incurred 02/05/09    Last 4 digits of account number 4415

$ 1,750,000    $_____     $ 1,750,000

---

**OCWEN Home Loans**
Creditor's Name
1661 Worthington Road
Number    Street
Suite 100
West Palm Beach FL 33409
City          State   ZIP Code

Describe the property that secures the claim: 8 Tiffany Road Bourne MA 02532

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred 12/12/05    Last 4 digits of account number 4415

$ 414,023.46   $_____     $ 414,023.46

---

Add the dollar value of your entries in Column A on this page. Write that number here: $ 2,414,023.46

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $_____

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 2 of 5

Debtor 1    Michael David Scott
           First Name   Middle Name   Last Name

Case number (If known) 17-70045-JAD

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion if any |
|---|---|---|---|

**Part 1: Additional Page**
After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

---

☐ Direct Federal Credit Union
**Creditor's Name**
50 Cabot St
Number   Street
#4

Needham MA 02494
City        State   ZIP Code

Describe the property that secures the claim:

8 Tiffany Road
Bourne MA 02532

$127,000    $_____    $127,000

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) __506(a)__

Date debt was incurred __04/07/06__   Last 4 digits of account number __4415__

---

☐ Zaniel Mahmood et al
**Creditor's Name**
45 Lyman St.
Number   Street
C/O David M Click

Westborough MA 01581
City        State   ZIP Code

Describe the property that secures the claim:

40 Old Stable Road
Mansfield MA 02048

$195,000    $_____    $195,000

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) __Real Estate Attachment__

Date debt was incurred __9/23/14__   Last 4 digits of account number __4415__

---

☐ Bank of America
**Creditor's Name**
100 North Tryon St
Number   Street
Headquarters

Charoltte NC 28202
City        State   ZIP Code

Describe the property that secures the claim:

8 Tiffany Road
Bourne MA 02532

$1,750,000    $_____    $1,750,000

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) __Expired Real Estate Attachment__

Date debt was incurred __12/05/09__   Last 4 digits of account number __4415__

---

Add the dollar value of your entries in Column A on this page. Write that number here: $2,072,000

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here: $_____

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 3 of 5

Debtor 1 __Michael David Scott__
         First Name   Middle Name   Last Name

Case number (if known) __17-70045-JAD__

### Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**ASC**
Creditor's Name
P.O. Box 10388
Number   Street

Des Moines  IA  50306
City     State  ZIP Code

Describe the property that secures the claim:
6 Erick Road #52
Mansfield MA 02048

$200,983   $176,045   $24,938

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred __12/12/05__   Last 4 digits of account number __4415__

---

**Bank of America**
Creditor's Name
100 North Tyron St
Number   Street
Headquarters

Charlotte  NC  28202
City     State  ZIP Code

Describe the property that secures the claim:
6 Erick Road #52
Mansfield MA 02048

$1,750,000   $_____   $1,750,000

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) __Expired Real Estate Attachment__

Date debt was incurred __02/09__   Last 4 digits of account number __4415__

---

**SLS**
Creditor's Name
8742 Lucent Blvd.
Number   Street
Suite 300

Highland Ranch  CO  80129
City     State  ZIP Code

Describe the property that secures the claim:
6 Erick Road #52
Mansfield MA 02048

$20,244   $_____   $20,144

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred __12/12/05__   Last 4 digits of account number __4415__

---

Add the dollar value of your entries in Column A on this page. Write that number here: $ **1,971,227**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $ _____

Debtor 1  Michael David Scott
         First Name   Middle Name   Last Name

Case number (if known) 17-70045-JAD

## Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion, if any |
|---|---|---|---|

---

**Creditor's Name:** Unknown See attached
**Number Street:** Unknown
**City State ZIP Code:** unknown, unknown

**Describe the property that secures the claim:**
6 Erick Road
Mansfield MA 02048

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) _Restitution Inchoate Lien_

**Date debt was incurred** 11/12/15
**Last 4 digits of account number** 9153

Column A: $11,381,002   Column C: $11,381,002

---

**Creditor's Name:** Unknown See attached
**Number Street:** Unknown
**City State ZIP Code:** unknown, unknown

**Describe the property that secures the claim:**
6 Erick Road
Mansfield MA 02048

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) _Restitution Inchoate Lien_

**Date debt was incurred** 3/25/16
**Last 4 digits of account number** 2244

Column A: $205,635   Column C: $205,635

---

**Creditor's Name:** Tufts Investment LLC
**Number Street:** 92-96 George Street
**City State ZIP Code:** Roxbury MA 02119

**Describe the property that secures the claim:**
92-96 George St.
Roxbury MA 02119

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 2013
**Last 4 digits of account number** ____

Column A: $195,000   Column C: $120,000

---

Add the dollar value of your entries in Column A on this page. Write that number here: **$11,781,637**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $_____

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 5 of 5

**Fill in this information to identify your case:**

Debtor 1: Michael David Scott

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number (if known): 17-70045-JAD

☑ Check if this is an amended filing

RECEIVED 2017 MAY 30 A 10:58 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | Internal Revenue Service — Last 4 digits of account number 4415 | $217,489 | $0 | $217,489 |

Priority Creditor's Name: Internal Revenue Service
P.O. Box 7346
Centralized Insolvency Operations
Philadelphia PA 19101

When was the debt incurred? 12/31/06

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☑ Yes

| | | | | |
|---|---|---|---|---|
| 2.2 | Internal Revenue Service — Last 4 digits of account number 4415 | $21,427 | $0 | $21,427 |

Priority Creditor's Name: Internal Revenue Service
P.O. Box 7346
Centralized Insolvency Operations
Philadelphia PA 19101

When was the debt incurred? 03/30/09

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☑ Yes

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1 of 8

Debtor 1  Michael David Scott
         First Name  Middle Name  Last Name

Case number (if known) 17-70045-JAD

### Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.3** Internal Revenue Service
Priority Creditor's Name
P.O. Box 7346
Number    Street
Centralized Insolvency Operations
Philadelphia PA 19101
City    State    ZIP Code

Last 4 digits of account number  4415
When was the debt incurred?  04/13/15

Total claim: $83,646    Priority amount: $0    Nonpriority amount: $83,646

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☒ Yes

---

**2.4** Massachusetts Dept. Of Revenue
Priority Creditor's Name
P.O. Box 7021
Number    Street
Collections Bureau
Boston MA 02204
City    State    ZIP Code

Last 4 digits of account number  4415
When was the debt incurred?  04/26/16

Total claim: $527,581    Priority amount: $0    Nonpriority amount: $527,581

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☒ Other. Specify  This claim is invalid the State Failed to provide any proof of claim

Is the claim subject to offset?
☐ No
☒ Yes

---

Priority Creditor's Name _____
Number  Street _____
City  State  ZIP Code _____

Last 4 digits of account number ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor 1  Michael David Scott          Case number (if known) 17-70045-JAD

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**4.1**  U.S. Department of Education
Nonpriority Creditor's Name
P.O. Box 105028
Atlanta GA 30348-502

Last 4 digits of account number __4415__
When was the debt incurred? 1999

Total claim: $105,484

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**4.2**  EDS CCA
Nonpriority Creditor's Name
700 Longwater Drive
Norwell MA 02061

Last 4 digits of account number __4415__
When was the debt incurred?  ~~appx~~ 2009

$1,200

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify __Commonwealth of Massachusetts__

**4.3**  Midland Funding LLC
Nonpriority Creditor's Name
P.O. Box 549287
Waltham MA 02454

Last 4 digits of account number __4415__
When was the debt incurred? _____

$1,198

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify __Credit Card__

Debtor 1  Michael David Scott
         First Name  Middle Name  Last Name

Case number (if known) 17-70045-JAD

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.4  Sunrise Credit**
Nonpriority Creditor's Name
P.O. Box 9100
Number    Street
Farmingdale NY 11735-9100
City          State   ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number  4415
When was the debt incurred? 2014

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Utility bill/cell phone

$ 657

**4.5  Sturdy Memorial Hospital**
Nonpriority Creditor's Name
P.O Box 60
Number    Street
Rochester New Hampshire 03866
City          State   ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number  4415
When was the debt incurred? 2014

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Hospital Bill

$ 2,116

**4.6  Bank of America**
Nonpriority Creditor's Name
100 North Tyron St.
Number    Street
Charlotte NC 28202
City          State   ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number  4415
When was the debt incurred? 2009

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Judgement

$ 1,000,000

Official Form 106E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 4 of 8

Debtor 1  Michael David Scott
       First Name   Middle Name   Last Name

Case number (if known) 17-70045-JAD

### Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.7** Transworld Systems Inc.
Nonpriority Creditor's Name
802 E. Marlintown Rd. Ste. 201
Number  Street
North Augusta SC 29841
City  State  ZIP Code

Last 4 digits of account number  4415
$ 497

When was the debt incurred? _____

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Utility Services

---

**4.8** Denovus Corporation Ltd.
Nonpriority Creditor's Name
480 Johnson Road Suite 110
Number  Street
City  State  ZIP Code

Last 4 digits of account number  4415
$ 1,411

When was the debt incurred? _____

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Credit Card

---

**4.9** Zainal Mahmood et al
Nonpriority Creditor's Name
45 Lyman St. Suite 28
Number  Street
Westborough MA 01851
City  State  ZIP Code

Last 4 digits of account number  4415
$ 195,000

When was the debt incurred?  2014

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Pending suit

---

Official Form 106E/F  Schedule E/F: Creditors Who Have Unsecured Claims  page 5 of 8

Debtor 1  Michael David Scott
          First Name  Middle Name  Last Name

Case number (if known) 17-70045-JAD

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

Bonaberi Corp & Rose Ake
Nonpriority Creditor's Name
1340 Centre St. # 103
   Number    Street
Newton MA 02459-2444
   City         State  ZIP Code

Last 4 digits of account number 4415 __ __

When was the debt incurred? 2012

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ unspecified

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify Pending Suit Dk # 16BCV01857

---

Town of Mansfiell
Nonpriority Creditor's Name
6 Park Row
   Number   Street
Mansfield MA 02048
   City        State  ZIP Code

Last 4 digits of account number 4415 __ __

When was the debt incurred? Jan 2017

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,818

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify Water Bill

---

Collora LLP
Nonpriority Creditor's Name
100 High St.
   Number   Street
Boston MA 02110
   City        State  ZIP Code

Last 4 digits of account number 9001 __ __

When was the debt incurred? March 25 2014-11/15/2015

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 613,386.87

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Legal Fees

---

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 6 of 8

Debtor 1   Michael David Scott   Case number (if known)   17-0045-JAD
First Name   Middle Name   Last Name

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name / Number Street / City State ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? Line ____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims  ☐ Part 2: Creditors with Nonpriority Unsecured Claims  Last 4 digits of account number ___ ___ ___ ___ |
|---|---|

(Repeated seven times — all fields blank.)

Official Form 106E/F   Schedule E/F: Creditors Who Have Unsecured Claims   page 7 of 8

Debtor 1  Michael David Scott
         First Name  Middle Name  Last Name

Case number (if known) 17-70045-JAD

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | Total claim |
|---|---|
| 6a. Domestic support obligations | $ 0 |
| 6b. Taxes and certain other debts you owe the government | $ 850,143 |
| 6c. Claims for death or personal injury while you were intoxicated | $ 0 |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | + $ 0 |
| 6e. Total. Add lines 6a through 6d. | $ 850,143 |

**Total claims from Part 2**

| | Total claim |
|---|---|
| 6f. Student loans | $ 105,484 |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | $ 0 |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | $ 0 |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | + $ 1,828,283.80 |
| 6j. Total. Add lines 6f through 6i. | $ 2,783,910.80 |

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 8 of 8