PAWB FORM 30 (03/12)

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Michael David Scott　　　　　Bankruptcy No. 17-70045-JAD

　　　Debtor　　　　　　　　　　　　　Chapter 7

NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, Michael David Scott pro-se in the above captioned case, hereby certify that the following list of creditors' names and addresses is attached for the above-captioned case regarding the filing of an amendment to the schedules.

By: _____

Michael D. Scott

772 Saint Joseph St

Loretto PA 15940

Pro-Se Defendant

May 25, 2017

RECEIVED
2017 MAY 30 A 10:58
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

Amended Mailing Matrix
Michael D. Scott Debtor
Bankruptcy No. 17-70045-JAD

Collora LLP
100 High Street
Boston MA 02110

Dan Nguyen as Trustee of
LBJ Trust
271 East Summer St.
East Boston MA 02128-2157

David Lebwitz
Attorney At Law
15 Cottage Ave. Fl 4
Quincy MA 02168-5216

First Horizion Home Loans
165 Madison Avenue
Memphis TN 38103

Gateway Funding
300 Welsh Road
Hersham PA 19044

James A Prostko
Phelan Hallinan Diamond & Jones LLP
Omni William Penn Office Tower
555 Grant St. Suite 300
Pittsburgh PA 15219

Kunal J Choksi
U.S. Department of Justice
P.O. Box 227
Washington D.C. 20044

Massachusetts Registry of Motor Vehicles
P.O. Box 55889
Boston MA 02205-5889

Ryan Gporkin
Lawson & Weitzen LLP
88 Black Falcon View
Boston MA 02210

Salem Five Cents Savings Bank
1 Salem Green #500
Salem MA 01970

Stephen G. Murphy
Counsel to the Commissioner
Massachusetts Department of Revenue Litigation Bureau
100 Cambridge St.
P.O. Box 9565
Boston MA 02114

Thomas Sweeney
811 Nantasket Ave
Hull MA 02045