# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | MICHAEL DAVID SCOTT |
| **Case Number:** | 17-70045-JAD          **Chapter:**  7 |
| **Date / Time / Room:** | FRIDAY, JUNE 02, 2017 10:00 AM   COURTROOM B |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | MARY SCHUETZ |
| **Reporter / ECR:** | N/A |

## *Matter:*

Motion For Relief From The Automatic Stay Under §362 Pursuant To Bankruptcy Procedure Rule 4001 filed by U.S. Bank National Association As Trustee For Credit Suisse First Boston Mortgage Securities Corp., Mortgage-Backed Pass-Through Certificates, Series 2004-AR7
- Response filed by Debtor 5/15/2017 at Doc. No. 160 [ Due 5/21/2017 Pursuant To Order Dated 5/10/2017]
**R / M #:**  106 /  0

## *Appearances:*

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, ESQUIRE
DEBTOR:  PRO SE - TELEPHONIC
CREDITOR:  JAMES A. PROSTKO, ESQUIRE for U.S. BANK

## *Proceedings:*

_____ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
      _____ For At Least _____ Days (Court To Issue Scheduling Order)
      _____ To Hearing Date Of _____ at _____ AM/PM at
      _____
      _____ To Conciliation Conference For _____ at
      _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
      _____ Evidentiary Hearing On Value And Cram-Down Interest
      _____ Complex / Pretrial Order - NONJURY  /  JURY
      _____ Simple / Pretrial Order - NONJURY  /  JURY
      _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Order Entered 6/2/2017 Granting Motion**

FILED
6/6/17 10:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge