IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Johnstown)

| | |
|---|---|
| IN RE: : | |
| MICHAEL DAVID SCOTT A/K/A : | |
| THE CRAWFORD GROUP LLC A/K/A : | Bk. No. 17-70045-JAD |
| MACAULAY FAMILY REALTY TRUST : | |
|               **Debtor** : | Chapter No. 7 |
| : | |
| THE BANK OF NEW YORK MELLON TRUST : | Document No. |
| COMPANY, N.A., AS SUCCESSOR-IN- : | |
| INTEREST TO ALL PERMITTED : | |
| SUCCESSORS AND ASSIGNS OF JPMORGAN : | |
| CHASE BANK N.A. AS TRUSTEE, FOR : | |
| CERTIFICATEHOLDERS OF NOMURA : | |
| ASSET ACCEPTANCE CORPORATION, : | |
| MORTGAGE PASS-THROUGH : | |
| CERTIFICATES, SERIES 2005-AR2 : | |
|               **Movant** : | |
|      v. : | |
| : | |
| MICHAEL DAVID SCOTT A/K/A | |
| THE CRAWFORD GROUP LLC A/K/A | |
| MACAULAY FAMILY REALTY TRUST | |
| | |
|     **and** | |
| | |
| James R .Walsh, ESQUIRE (TRUSTEE) | |
|               **Respondents** | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK N.A. AS TRUSTEE, FOR CERTIFICATEHOLDERS OF NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, <u>SERIES 2005-AR2 FOR RELIEF FROM THE AUTOMATIC STAY</u>**

**TO THE RESPONDENTS:**

    You are hereby notified that the above Movant seeks an Order affecting your rights or property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **July 3, 2017** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at <u>www.pawb.uscourts.gov</u>. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **July 13, 2017 at 10:00AM** before Judge JEFFERY A. DELLER, in Court Room B, First Floor Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901*. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Mailing or other service:  June 12, 2017

/s/ Jeremy J. Kobeski, Esquire
Jeremy J. Kobeski, Esq., Id. No.94503
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31574
Fax Number: 215-568-7616
Email: jeremy.kobeski@phelanhallinan.com

* **NOTE:  Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom in Pittsburgh, Pennsylvania.  Attorneys may appear at either Courtroom B in Johnstown, or Courtroom D in Pittsburgh.**