**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Johnstown)**

| | |
|---|---|
| IN RE: | |
| MICHAEL DAVID SCOTT A/K/A | BK. No. 17-70045-JAD |
| THE CRAWFORD GROUP LLC A/K/A | |
| MACAULAY FAMILY REALTY TRUST | Chapter No. 7 |
| Debtor | |
| | Document No. |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK N.A. AS TRUSTEE, FOR CERTIFICATEHOLDERS OF NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2 | Hearing Date: 07/13/2017 |
| | Hearing Time: 10:00AM |
| | Objection Date: 07/03/2017 |
| Movant | |
| v. | |
| MICHAEL DAVID SCOTT A/K/A | |
| THE CRAWFORD GROUP LLC A/K/A | |
| MACAULAY FAMILY REALTY TRUST | |
| and | |
| James R. Walsh, ESQUIRE (TRUSTEE) | |
| Respondents | |

**CERTIFICATE OF SERVICE OF
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Motion for Relief from the Automatic Stay and the Notice of Hearing on the parties at the addresses shown below or on the attached list on June 12, 2017.

The types of service made on the parties were: Electronic Notification and First Class Mail.

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| James R Walsh, ESQUIRE (TRUSTEE)<br>1067 Menoher Boulevard<br>Johnstown, PA 15905<br><br>OFFICE OF THE UNITED STATES TRUSTEE<br>1001 LIBERTY AVENUE, SUITE 970<br>PITTSBURGH, PA 15222 | MICHAEL DAVID SCOTT A/K/A<br>THE CRAWFORD GROUP LLC A/K/A<br>MACAULAY FAMILY REALTY TRUST<br>6 ERICK ROAD, UNIT 52<br>MANSFIELD, MA 02048<br>N/K/A 6 ERICK RD, UNIT 52<br>MANSFIELD, MA 02048-3077<br><br>MICHAEL DAVID SCOTT A/K/A<br>THE CRAWFORD GROUP LLC A/K/A<br>MACAULAY FAMILY REALTY TRUST<br>772 SAINT JOSEPH ST.<br>C/O FCI LORETTO<br>LORETTO, PA 15940 |

      If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

      /s/ Jeremy J. Kobeski, Esquire
      Jeremy J. Kobeski, Esq., Id. No.94503
      Phelan Hallinan Diamond & Jones, LLP
      Omni William Penn Office Tower
      555 Grant Street, Suite 300
      Pittsburgh, PA 15219
      Phone Number: 215-563-7000 Ext 31574
      Fax Number: 215-568-7616
      Email: jeremy.kobeski@phelanhallinan.com

June 12, 2017