**UNITED STATES BANKRUPTCY COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
Suite 5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, Pennsylvania 15219-2801
Telephone (412) 644-2700

**MICHAEL R. RHODES**
**CLERK OF COURT**

Date: June 15, 2017

Re: Michael David Scott
17-70045 JAD

Dear Appellant:

    Your Notice of Appeal was filed on June 15, 2017, and you are directed to comply with the following:

- ☐ Pay the $293.00 filing fee by 28 U.S.C. §1930(b).
- ☐ Pay the $5.00 filing fee prescribed by 28 U.S.C. §1930(c).
- ☒ Fill out and return the enclosed Appeal Cover Sheet for the District Court.

                                      Sincerely,

                                      Michael R. Rhodes
                                      Clerk, U.S. Bankruptcy Court

                        By: _____Lylenn Fox_____
                                     Deputy Clerk

#13e-I