Michael D. Scott

*Case # 17-70045 JAD*

Fed I.D. # 93357-038

Federal Prison Camp

P.O. Box 1000

Loretto PA 15940


The United States Bankruptcy Court

5414 U.S. Steel Tower

600 Grant St.

Pittsburgh PA 15219


June 12, 2017


### Application for Forma Paupers


The Debtor is requesting that the Court waive the filing fee for the enclosed notice of appeal. The Debtor is indigent and does not have the means to pay the fee.


Respectfully;

Michael D. Scott