UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Michael David Scott

Bk # 17 70045-JAD

Michael David Scott
    Debtor, Petitioner

    V.

U.S. Bank National as Trustee
For Credit Suisse First Boston Mortgage Services Corp

### Proposed Order

The Debtor, having petitioned the Court to stay the execution of an order entered on June 6, 2017, lifting the automatic stay of the Debtor's property at 40 Old Stable Drive Mansfield MA 02048.

The Court having reviewed the merits of the parties motions, hereby orders the following:

The order entered on June 6, 2017 lifting the automatic stay from the Debtor's property at 40 Old Stable Drive Mansfield MA 02048 is hereby stayed pending the outcome of the Debtor's appeal of this matter.

_____

Jeffrey A. Deller
Chief Judge