Michael D. Scott

Fed. I.D  # 93357-038

Federal Prison Camp

P.O. Box 1000

Loretto PA 15940

Clerk Of Court

U.S. Bankruptcy Court

Western District of Pennsylvania

600 Grant Street

5414 U.S. Steel Tower

Pittsburgh PA 15219

June 14, 2017

Dear Clerk:

   Enclosed please find the amended matrix schedule. I also request that the filing fee be waived.

Please see waiver of filing fee entered and granted on March 23, 2017.

Respectfully Submitted;

Michael D. Scott

Amended Mailing Matrix
Michael D. Scott Debtor
Bankruptcy No. 17-70045-JAD

RECEIVED
2017 JUN 16 A 11: 40
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

Collora LLP
100 High Street
Boston MA 02110

Dan Nguyen as Trustee of
LBJ Trust
271 East Summer St.
East Boston MA 02128-2157

David Lebwitz
Attorney At Law
15 Cottage Ave. Fl 4
Quincy MA 02168-5216

First Horizion Home Loans
165 Madison Avenue
Memphis TN 38103

Gateway Funding
300 Welsh Road
Hersham PA 19044

James A Prostko
Phelan Hallinan Diamond & Jones LLP
Omni William Penn Office Tower
555 Grant St. Suite 300
Pittsburgh PA 15219

Kunal J Choksi
U.S. Department of Justice
P.O. Box 227
Washington D.C. 20044

Massachusetts Registry of Motor Vehicles
P.O. Box 55889
Boston MA 02205-5889

Ryan Gporkin
Lawson & Weitzen LLP
88 Black Falcon View
Boston MA 02210

Salem Five Cents Savings Bank
1 Salem Green #500
Salem MA 01970

Stephen G. Murphy
Counsel to the Commissioner
Massachusetts Department of Revenue Litigation Bureau
100 Cambridge St.
P.O. Box 9565
Boston MA 02114

Thomas Sweeney
811 Nantasket Ave
Hull MA 02045