IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**CASE NAME:**  Michael David Scott

**CASE NUMBER:**  17-70045 JAD

**RELATED TO DOCUMENT NO.**  Application for Forma Paupers

## NOTICE REGARDING NONCONFORMING DOCUMENT

The **Application for Forma Paupers** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

You must file a Proposed Order within ten (10) days of the date of this notice.

If you fail to meet this deadline, the **Application for Forma Paupers** that you filed may be stricken.

This deadline does not affect any other deadlines in your bankruptcy case.

Please attach a copy of this Notice to the front of the Proposed Order that is filed in response to this Notice.

| June 15, 2017 | By: | Lylenn Fox |
| --- | --- | --- |
| Date | | Deputy Clerk |

#100c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael David Scott
    Debtor

Case No. 17-70045-JAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: gamr     Page 1 of 2     Date Rcvd: Jun 15, 2017
                Form ID: pdf901     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2017.
db           +Michael David Scott,   772 Saint Joseph St.,   c/o FCI Loretto,   Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3pd*         +Michael David Scott,   772 Saint Joseph St.,   c/o FCI Loretto,   Loretto, PA 15940-7006
                                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                                       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2017 at the address(es) listed below:
         Denver E. Wharton   on behalf of Creditor   Khanda, LLC dew@ktwllaw.com, r42123@notify.bestcase.com
         Heather A. Sprague   on Behalf of the United States Trustee by   on behalf of U.S. Trustee   Office of the United States Trustee Heather.Sprague@usdoj.gov, Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;Andrew.F.Cetnarowski@usdoj.gov
         James Warmbrodt   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
         James A. Prostko   on behalf of Creditor   U.S. Bank, National Association, as Trustee, et al... pawb@fedphe.com,    james.prostko@phelanhallinan.com
         James R. Walsh    jwalsh@spencecuster.com, trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
         James R. Walsh   on behalf of Trustee James R. Walsh jwalsh@spencecuster.com, trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
         Jeremy J. Kobeski   on behalf of Creditor   The Bank Of New York Mellon Trust Company, N.A., et. al. pawb@fedphe.com
         Jill Locnikar   on behalf of Defendant   U.S Department of Education jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
         Jill Locnikar   on behalf of Creditor   United states of america jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
         Jonathan W. Chatham   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy7@pa.gov
         Jonathan W. Chatham   on behalf of Attorney   PA Dept of Revenue RA-occbankruptcy7@pa.gov
         Kevin J. Petak   on behalf of Interested Party James R Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
         Kevin J. Petak   on behalf of Trustee James R Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
         Kevin J. Petak   on behalf of Trustee James R. Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
         Kristen D. Little   on behalf of Defendant   Korde & Associates P C pabk@logs.com
         Kunal Janak Choksi   on behalf of Defendant   Internal Revenue Service kunal.j.choksi@usdoj.gov
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronald E. Reitz   on behalf of Creditor ROSE   AKE rreitz@margolisedelstein.com
         Ronald E. Reitz   on behalf of Plaintiff   BONABERI CORPORATION rreitz@margolisedelstein.com
         Ronald E. Reitz   on behalf of Creditor   BONABERI CORPORATION rreitz@margolisedelstein.com
         Ronald E. Reitz   on behalf of Plaintiff ROSE   AKE rreitz@margolisedelstein.com
         Stephen G. Murphy   on behalf of Defendant   The Commonwealth of Massachusetts murphys@dor.state.ma.us
         Stephen G. Murphy   on behalf of Defendant   Commonwealth of Massachusetts murphys@dor.state.ma.us

```
District/off: 0315-7          User: gamr              Page 2 of 2                  Date Rcvd: Jun 15, 2017
                              Form ID: pdf901         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         William E. Miller   on behalf of Creditor    U.S. Bank, National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
         William E. Miller   on behalf of Defendant    US Bank National Association as Trustee wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
         William E. Miller   on behalf of Creditor    U.S. Bank, National Association As Trustee For et al. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
         TOTAL: 26