## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Michael David Scott |
|---|---|
| CASE NO. | 17-70045 JAD |
| RELATED TO DOCUMENT NO. | Amended Schedules and Amendment Cover Sheet |

### NOTICE REGARDING
### NONCONFORMING DOCUMENT

The Amended Schedules that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The Amendment Cover Sheet (Local Form 6) that was submitted with the Amended Schedules did not list the parties that were served or the statement "NONE" to indicate that no parties were served on the amendment cover sheet above the date and signature line (2nd page) or had a separate attached certificate of service of the parties that were served as required for amendments. A filing fee of $ 31.00 is required for the creditor added. (Filer must file his own motion and proposed order if asking for a waiver of the $ 31.00 filing fee.)

You must file the filling fee of $31.00 or waiver and service of the parties affected by the amendments within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the** filling fee of $31.00 or waiver and service of the parties affected by the amendments **that is filed in response to this Notice.**

|  |  |
|---|---|
| June 16, 2017 | By: _____ Lylenn Fox _____ |
| Date | Deputy Clerk |

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-70045-JAD
Michael David Scott                                                             Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: gamr              Page 1 of 2          Date Rcvd: Jun 16, 2017
                             Form ID: pdf901          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2017.
db              +Michael David Scott,    772 Saint Joseph St.,   c/o FCI Loretto,   Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3pd*            +Michael David Scott,    772 Saint Joseph St.,   c/o FCI Loretto,   Loretto, PA 15940-7006
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2017 at the address(es) listed below:
          Denver E. Wharton   on behalf of Creditor   Khanda, LLC dew@ktwllaw.com,
          r42123@notify.bestcase.com
          Heather A. Sprague   on Behalf of the United States Trustee by   on behalf of U.S. Trustee
          Office of the United States Trustee Heather.Sprague@usdoj.gov,
          Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
          Andrew.F.Cetnarowski@usdoj.gov
          James Warmbrodt   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          James A. Prostko   on behalf of Creditor   U.S. Bank, National Association, as Trustee, et al...
          pawb@fedphe.com,   james.prostko@phelanhallinan.com
          James R. Walsh   jwalsh@spencecuster.com,
          trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
          m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
          James R. Walsh   on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
          trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
          m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
          Jeremy J. Kobeski   on behalf of Creditor   The Bank Of New York Mellon Trust Company, N.A., et.
          al. pawb@fedphe.com
          Jill Locnikar   on behalf of Defendant   U.S Department of Education jill.locnikar@usdoj.gov,
          patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
          Jill Locnikar   on behalf of Creditor   United states of america jill.locnikar@usdoj.gov,
          patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
          Jonathan W. Chatham   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy7@pa.gov
          Jonathan W. Chatham   on behalf of Attorney   PA Dept of Revenue RA-occbankruptcy7@pa.gov
          Kevin J. Petak   on behalf of Interested Party James R Walsh kpetak@spencecuster.com,
          mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
          Kevin J. Petak   on behalf of Trustee James R Walsh kpetak@spencecuster.com,
          mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
          Kevin J. Petak   on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
          mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
          Kristen D. Little   on behalf of Defendant   Korde & Associates P C pabk@logs.com
          Kunal Janak Choksi   on behalf of Defendant   Internal Revenue Service kunal.j.choksi@usdoj.gov
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronald E. Reitz   on behalf of Creditor ROSE   AKE rreitz@margolisedelstein.com
          Ronald E. Reitz   on behalf of Plaintiff   BONABERI CORPORATION rreitz@margolisedelstein.com
          Ronald E. Reitz   on behalf of Creditor   BONABERI CORPORATION rreitz@margolisedelstein.com
          Ronald E. Reitz   on behalf of Plaintiff ROSE   AKE rreitz@margolisedelstein.com
          Stephen G. Murphy   on behalf of Defendant   The Commonwealth of Massachusetts
          murphys@dor.state.ma.us
          Stephen G. Murphy   on behalf of Defendant   Commonwealth of Massachusetts murphys@dor.state.ma.us

```
District/off: 0315-7          User: gamr              Page 2 of 2              Date Rcvd: Jun 16, 2017
                             Form ID: pdf901          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
        Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
        Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com,
        bkecf@sterneisenberg.com
        William E. Miller    on behalf of Defendant    US Bank National Association as Trustee
        wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
        William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al.
        wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com

                                                TOTAL: 26