UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Michael David Scott

Bk. # 17-70045-JAD

Michael David Scott

    Debtor, Petitioner

    V.

U.S. Bank National Association, As
Trustee Under the Pooling And
Servicing Agreement Dated As Of
May 1, 2006, GSAMP Trust 2006-HE3
Mortgage Pass Through
Certificates, series 2006-HE3

    Movant

## Proposed Order

The Court, having reviewed the Debtor's application for Forma Pauperis, the Debtor's schedules and, considering that the Debtor's initial filing fees have been waived

The Court hereby grant(s), the Debtor's motion for waiver of the filing fee, in the amount of $293.00, for the notice of appeal filed on June 15, 2017

_____

Honorable Jeffery A. Deller
United States Bankruptcy Judge