IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Michael David Scott

Debtor

Movant

v. No Respondent

Respondent (if none, then "No Respondent")

Bankruptcy No. 17-70045-JAD

Chapter 7

Related to Document No.

**RECEIVED**
JUN 16 REC'D
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

__7__ ✓ Voluntary Petition - *Specify reason for amendment*: Additional creditors and additional assets.

Official Form 6 Schedules (Itemization of Changes Must Be Specified)
- __A|B__ Summary of Schedules
- __✓__ Schedule A - Real Property
- __✓__ Schedule B - Personal Property
- __✓__ Schedule C - Property Claimed as Exempt
- __✓__ Schedule D - Creditors holding Secured Claims
    Check one:
    - __✓__ Creditor(s) added
    - _____ NO creditor(s) added
    - _____ Creditor(s) deleted
- __✓__ Schedule E - Creditors Holding Unsecured Priority Claims
    Check one:
    - __✓__ Creditor(s) added
    - _____ NO creditor(s) added
    - _____ Creditor(s) deleted
- __✓__ Schedule F - Creditors Holding Unsecured Nonpriority Claims
    Check one:
    - __✓__ Creditor(s) added
    - _____ NO creditor(s) added
    - _____ Creditor(s) deleted
- _____ Schedule G - Executory Contracts and Unexpired Leases
    Check one:
    - _____ Creditor(s) added
    - __✓__ NO creditor(s) added
    - _____ Creditor(s) deleted
- __NA__ Schedule H - Codebtors
- __NA__ Schedule I - Current Income of Individual Debtor(s)
- __NA__ Schedule J - Current Expenditures of Individual Debtor(s)
- __✓__ Statement of Financial Affairs
- __✓__ Chapter 7 Individual Debtor's Statement of Intention
- __NA__ Chapter 11 List of Equity Security Holders
- __NA__ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
- __NA__ Disclosure of Compensation of Attorney for Debtor
- _____ Other: _____

NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows: See attched list of entities.

Date: 07-12-2017

_____
Attorney for Debtor(s) [or *pro se* Debtor(s)]

Michael DAVID SCOTT
(Typed Name)

772 Saint Joseph St Loretto PA, 15940
(Address)

_____
(Phone No.)

Pro-Se
List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

Pursuant to Fed. R, Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1 Attachment
Michael D. Scott Debtor
Bankruptcy No. 17-70045-JAD

Collora LLP
100 High Street
Boston MA 02110

Dan Nguyen as Trustee of
LBJ Trust
271 East Summer St.
East Boston MA 02128-2157

David Lebwitz
Attorney At Law
15 Cottage Ave. Fl 4
Quincy MA 02168-5216

First Horizion Home Loans
165 Madison Avenue
Memphis TN 38103

Gateway Funding
300 Welsh Road
Hersham PA 19044

James A Prostko
Phelan Hallinan Diamond & Jones LLP
Omni William Penn Office Tower
555 Grant St. Suite 300
Pittsburgh PA 15219

Kunal J Choksi
U.S. Department of Justice
P.O. Box 227
Washington D.C. 20044

RECEIVED
2017 JUN 22 A 11:32
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

Massachusetts Registry of Motor Vehicles
P.O. Box 55889
Boston MA 02205-5889

Ryan Gporkin
Lawson & Weitzen LLP
88 Black Falcon View
Boston MA 02210

Salem Five Cents Savings Bank
1 Salem Green #500
Salem MA 01970

Stephen G. Murphy
Counsel to the Commissioner
Massachusetts Department of Revenue Litigation Bureau
100 Cambridge St.
P.O. Box 9565
Boston MA 02114

Thomas Sweeney
811 Nantasket Ave
Hull MA 02045