Form 404

**UNITED STATES BANKRUPTCY COURT**     241 – 229
**WESTERN DISTRICT OF PENNSYLVANIA**     msch

In re:     Bankruptcy Case No.: 17−70045−JAD
Doc. No. 228
Chapter: 7
Hearing Date: 6/30/17 at 10:00 AM

**Michael David Scott**
**aka The Crawford Group LLC, aka Macaulay Family Realty Trust**
    Debtor(s)

**CERTIFICATE OF SERVICE OF** _____
                 **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____.
                                                              (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

                                                 By: _____
                                                          (Signature)

                                                          _____
                                                          Typed Name

                                                          _____
                                                          Address

                                                          _____
                                                          Phone No.

                                                          _____
                                                          List Bar I.D. and State of Admission

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael David Scott
    Debtor

Case No. 17-70045-JAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: msch     Page 1 of 2     Date Rcvd: Jun 20, 2017
                 Form ID: 404     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2017.
db         +Michael David Scott,    772 Saint Joseph St.,    c/o FCI Loretto,    Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3pd*        +Michael David Scott,    772 Saint Joseph St.,    c/o FCI Loretto,    Loretto, PA 15940-7006
                                                                                                           TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2017 at the address(es) listed below:
         Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,
          r42123@notify.bestcase.com
         Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
          Office of the United States Trustee Heather.Sprague@usdoj.gov,
          Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
          Andrew.F.Cetnarowski@usdoj.gov
         James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
         James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
          pawb@fedphe.com,    james.prostko@phelanhallinan.com
         James R. Walsh    jwalsh@spencecuster.com,
          trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
          m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
         James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
          trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
          m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
         Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
          al. pawb@fedphe.com
         Jill Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
          patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
         Jill Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,
          patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
         Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
         Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
         Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com,
          mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
         Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com,
          mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
         Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
          mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
         Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
         Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronald E. Reitz    on behalf of Creditor ROSE    AKE rreitz@margolisedelstein.com
         Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
         Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
         Ronald E. Reitz    on behalf of Plaintiff ROSE    AKE rreitz@margolisedelstein.com
         Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts
          murphys@dor.state.ma.us
         Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us

```
District/off: 0315-7          User: msch              Page 2 of 2            Date Rcvd: Jun 20, 2017
                              Form ID: 404            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

      William E. Miller    on behalf of Defendant    US Bank National Association as Trustee wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

      William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                 TOTAL: 26