**UNITED STATES BANKRUPTCY COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Telephone (412) 644-4052
**MICHAEL R. RHODES**
**CLERK OF COURT**

Re:  Bankruptcy Case #17-70045-JAD
    Michael David Scott, APPELLANT, vs.
    U.S. Bank National Association as Trustee For Credit Suisse First Boston
    Mortgage Securities Corp., Mortgage-Backed Pass Through Certificates, Series 2004-AR7, APPELLEE

TO:  PARTIES OF RECORD AND/OR THEIR COUNSEL:

Pursuant to Federal Rule of Bankruptcy Procedure 8003, notice is hereby given that an appeal was filed on **June 15, 2017** in the above-referenced case. A copy of the notice of appeal is enclosed.  The parties are directed to comply with Federal Rule of Bankruptcy Procedure 8009 regarding the filing of their designations of the record to be included in the record on appeal and their statements of issues to be presented.

A copy of the Transcript Order form (Form AO 435) can be found on the Court's Website at http://www.pawb.uscourts.gov/miscellaneous-forms, or you can request a form by calling (412) 644-2700.  This form should be used for any hearing that has been electronically recorded in the Bankruptcy Court.  The court reporter will have to be contacted for any hearings not electronically reproduced.

A copy of the docket sheet can be viewed on PACER or at the Clerk's Office.  A copy of the docket can be purchased by calling the Bankruptcy Court Clerk's Office at (412) 644-2700.  The designation of record should indicate the specific documents you wish to have included in the record on appeal. Indicate the document number for each document in your designation.  Paper copies of the designated documents should not be submitted to the Clerk.  The Bankruptcy Court will not transmit to the District Court paper copies of documents listed on designations of the record on appeal pursuant to District Court Miscellaneous Order No. 12-284.

Finally, your attention is directed to W.PA.LBR 8007-1, "Appeal to the District Court from the Bankruptcy Court," which requires the Clerk of the Bankruptcy Court to transmit to the District Court a partial record on appeal, after fourteen days notice, if the appellant fails to designate a record on appeal or otherwise fails to comply with Federal Rule of Bankruptcy Procedure 8009.  Failure to comply may result in dismissal of the appeal.

                            Michael R. Rhodes
                            Clerk, U.S. Bankruptcy Court

Dated: June 22, 2017                  By:         Gerri Lynn Brown
                                                Deputy Clerk

Enclosures

*A copy of the Notice of Appeal has been transmitted to the U.S. Trustee in compliance with Federal Rule of Bankruptcy Procedure 8004.*

#3j-D

Official Form 417A (12/15)

RECEIVED
2017 JUN 15 A 11:04
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): **Michael David Scott**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☑ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: **Modifying 362 Automatic Stay**

2. State the date on which the judgment, order, or decree was entered: **June 6, 2017**

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **U.S Bank National Association as Trustee For Credit Suisse First Boston Mortgage Securities Corp MB PTC Series 2004-AR7**   Attorney: **James A. Prostko, Esq. Phelan Hallinan Diamond & Jones, LLP 555 Grant St Suite 300 Pittsburgh PA 15219 215-563-7000 ext 31501**

2. Party: _____   Attorney: _____

Official Form 417A          Notice of Appeal and Statement of Election          page 1

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

93357038

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_/s/_ _____
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: June 12, 2017

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Michael D. Scott
773 Saint Joseph St
Loretto PA 15940

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

Official Form 417A          Notice of Appeal and Statement of Election          page 2

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (JOHNSTOWN)

| | |
|---|---|
| IN RE: : | |
| MICHAEL DAVID SCOTT : | Bankruptcy No. 17-70045 JAD |
| A/K/A THE CRAWFORD GROUP LLC : | |
| A/K/A MACAULAY FAMILY REALTY TRUST : | Chapter No. 7 |
| Debtor : | |
| : | Related To Doc. No. 106 |
| U.S. BANK NATIONAL ASSOCIATION AS : | |
| TRUSTEE FOR CREDIT SUISSE FIRST : | Hearing Date: June 2, 2017 |
| BOSTON MORTGAGE SECURITIES CORP., : | |
| MORTGAGE-BACKED PASS THROUGH : | Hearing Time: 10:00 AM |
| CERTIFICATES, SERIES 2004-AR7 : | |
| Movant : | Objection Date: May 10, 2017 |
| v. : | |
| MICHAEL DAVID SCOTT : | |
| A/K/A THE CRAWFORD GROUP LLC : | |
| A/K/A MACAULAY FAMILY REALTY TRUST : | |
| and : | |
| James R Walsh, ESQUIRE (TRUSTEE) : | |
| Respondents : | |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 2nd day of June, 2017, upon Motion of U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., MORTGAGE-BACKED PASS THROUGH CERTIFICATES, SERIES 2004-AR7 (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED AND DECREED THAT:** The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 of the Bankruptcy Code is modified with respect to premises, 40 Old Stable Drive, Mansfield, MA 02048-3024, as more fully set forth in the legal description attached to said mortgage, as to allow the Movant, its successors or assignees, to foreclose on its mortgage or take any legal or consensual action for enforcement of its right to possession of, or title to, said premises (such actions include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises.

JEFFERY A. DELLER
Chief United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
James A. Prostko, Esquire

FILED
6/6/17 10:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael David Scott
    Debtor

Case No. 17-70045-JAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: gamr     Page 1 of 2     Date Rcvd: Jun 22, 2017
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2017.
db         +Michael David Scott,    772 Saint Joseph St.,    c/o FCI Loretto,    Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2017 at the address(es) listed below:
           Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com, r42123@notify.bestcase.com
           Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee Office of the United States Trustee Heather.Sprague@usdoj.gov, Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;Andrew.F.Cetnarowski@usdoj.gov
           James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
           James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al... pawb@fedphe.com,    james.prostko@phelanhallinan.com
           James R. Walsh    jwalsh@spencecuster.com, trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
           James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com, trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
           Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et. al. pawb@fedphe.com
           Jill Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
           Jill Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
           Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
           Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
           Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
           Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
           Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
           Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com
           Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
           Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronald E. Reitz    on behalf of Creditor ROSE  AKE rreitz@margolisedelstein.com
           Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
           Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
           Ronald E. Reitz    on behalf of Plaintiff ROSE  AKE rreitz@margolisedelstein.com
           Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts murphys@dor.state.ma.us
           Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us

```
District/off: 0315-7          User: gamr              Page 2 of 2              Date Rcvd: Jun 22, 2017
                              Form ID: pdf900         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

        William E. Miller    on behalf of Defendant    US Bank National Association as Trustee wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

        William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                        TOTAL: 27