**UNITED STATES BANKRUPTCY COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**5414 U.S. Steel Tower**
**600 Grant Street**
**Pittsburgh, PA 15219**

**Telephone (412) 644-4052**

MICHAEL R. RHODES
CLERK OF COURT

Robert V. Barth, Clerk
United States District Court
700 Grant Street
3100 U.S. Courthouse
Pittsburgh, PA 15219

|  |  |
|---|---|
| Case Name: | Michael David Scott |
| Case No: | 17-70045-JAD |
| County: | Cambria |
| Civil Action No: |  |
| District Court Judge: |  |

Dear Mr. Barth:

### APPEAL FROM BANKRUPTCY COURT TO DISTRICT COURT

An appeal has been filed in the above-referenced case. The notice of appeal (Docket #227) and a copy of the judgment or order appealed from (Docket #208), accompany this letter.

Other documents being sent with this Appeal are: (Docket #229) – Motion For Informa Pauperis; (Docket #244) – Proposed Order For Informa Pauperis; and (Docket #245) – Appeal Coversheet. **PLEASE NOTE:** There is a Hearing scheduled before the Honorable Jeffery A. Deller, Chief Bankruptcy Judge on Friday, June 30, 2017 at 10:00 a.m. on the Motion for Informa Pauperis.

Please acknowledge receipt of this transmittal letter and include the Civil Action Number and the name of the Judge assigned by your office.

Sincerely,

Michael R. Rhodes
Clerk, U.S. Bankruptcy Court

Dated: June 22, 2017      By:      Gerri Lynn Brown
                                                     Deputy Clerk

cm: Michael David Scott and James A. Prostko, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael David Scott
    Debtor

Case No. 17-70045-JAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7    User: gamr    Page 1 of 2    Date Rcvd: Jun 22, 2017
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2017.
db        +Michael David Scott,    772 Saint Joseph St.,    c/o FCI Loretto,    Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2017 at the address(es) listed below:
        Denver E. Wharton   on behalf of Creditor   Khanda, LLC dew@ktwllaw.com,
         r42123@notify.bestcase.com
        Heather A. Sprague   on Behalf of the United States Trustee by   on behalf of U.S. Trustee
         Office of the United States Trustee Heather.Sprague@usdoj.gov,
         Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
         Andrew.F.Cetnarowski@usdoj.gov
        James Warmbrodt   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        James A. Prostko   on behalf of Creditor   U.S. Bank, National Association, as Trustee, et al...
         pawb@fedphe.com,   james.prostko@phelanhallinan.com
        James R. Walsh   jwalsh@spencecuster.com,
         trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
        James R. Walsh   on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
         trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
        Jeremy J. Kobeski   on behalf of Creditor   The Bank Of New York Mellon Trust Company, N.A., et. al. pawb@fedphe.com
        Jill Locnikar   on behalf of Defendant   U.S Department of Education jill.locnikar@usdoj.gov,
         patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
        Jill Locnikar   on behalf of Creditor   United states of america jill.locnikar@usdoj.gov,
         patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
        Jonathan W. Chatham   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy7@pa.gov
        Jonathan W. Chatham   on behalf of Attorney   PA Dept of Revenue RA-occbankruptcy7@pa.gov
        Kevin J. Petak   on behalf of Trustee James R Walsh kpetak@spencecuster.com,
         mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
        Kevin J. Petak   on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
         mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
        Kevin J. Petak   on behalf of Interested Party James R Walsh kpetak@spencecuster.com,
         mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
        Kevin Scott Frankel   on behalf of Defendant   Korde & Associates P C pabk@logs.com
        Kristen D. Little   on behalf of Defendant   Korde & Associates P C pabk@logs.com
        Kunal Janak Choksi   on behalf of Defendant   Internal Revenue Service kunal.j.choksi@usdoj.gov
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronald E. Reitz   on behalf of Creditor ROSE  AKE rreitz@margolisedelstein.com
        Ronald E. Reitz   on behalf of Plaintiff   BONABERI CORPORATION rreitz@margolisedelstein.com
        Ronald E. Reitz   on behalf of Creditor   BONABERI CORPORATION rreitz@margolisedelstein.com
        Ronald E. Reitz   on behalf of Plaintiff ROSE  AKE rreitz@margolisedelstein.com
        Stephen G. Murphy   on behalf of Defendant   The Commonwealth of Massachusetts murphys@dor.state.ma.us
        Stephen G. Murphy   on behalf of Defendant   Commonwealth of Massachusetts murphys@dor.state.ma.us

```
District/off: 0315-7          User: gamr                Page 2 of 2                   Date Rcvd: Jun 22, 2017
                              Form ID: pdf900           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
          William E. Miller    on behalf of Defendant    US Bank National Association as Trustee wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al. wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com

                                                                                 TOTAL: 27