UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
1001 Liberty Avenue
Liberty Center, Suite 970
Pittsburgh, Pennsylvania 15222
Telephone: (412) 644-4716
Facsimile: (412) 644-4785
Joseph.S.Sisca@usdoj.gov


By: Joseph S. Sisca, Esq.  (PA ID 46719)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NUMBER 17-70045 JAD |
| MICHAEL DAVID SCOTT, | Chapter 7 |
| Debtor. | Doc. No. |
| UNITED STATES TRUSTEE, | Hearing Date and Time: |
| Movant, | June 30, 2017 at 10:00 a.m. |
| v. | Response Deadline: June 23, 2017 |
| MICHAEL DAVID SCOTT, | |
| Respondent. | |

CERTIFICATION OF NO OBJECTION REGARDING MOTION OF
UNITED STATES TRUSTEE TO EXTEND TIME FOR THE FILING OF A COMPLAINT
OBJECTING TO DISCHARGE AND A MOTION TO DISMISS FILED AT DOCUMENT NO.
164

The undersigned certifies that as of the date hereof, no answer, objection or other responsive pleading of any kind has been received to the Motion to Extend Time for the Filing of a Complaint Objecting to Discharge and a Motion to Dismiss filed on May 15, 2017 at document number 164.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading of any kind to the Motion to Extend Time for the Filing of a Complaint Objecting to Discharge and a Motion to Dismiss appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed no

-2-

later than June 23, 2017.

It is hereby respectfully requested that the Order attached to the United States Trustee's Motion to Extend Time for the Filing of a Complaint Objecting to Discharge and a Motion to Dismiss be entered by the Court.

                                                Respectfully Submitted,

                                                ANDREW R. VARA
                                                ACTING UNITED STATES TRUSTEE
                                                Region 3

Dated: June 27, 2017                        By: /s/ Joseph S. Sisca
                                                Joseph S. Sisca,
                                                Assistant United States Trustee
                                                PA ID 46719
                                                Liberty Center, Suite 970
                                                1001 Liberty Avenue
                                                Pittsburgh, Pennsylvania 15222
                                                (412) 644-4716 Telephone
                                                (412) 644-4785 Facsimile
                                                Joseph.S.Sisca@usdoj.gov