IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy Case No. 17-70045-JAD |
| Michael David Scott, | Chapter 7 |
| Debtor(s). | |

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for **US Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series 2004-AR-7 and Ocwen Loan Servicing, LLC** (collectively, "Creditor"), and pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 2002(g) and 2002(h), 9007 and 9010(b) and § 1109(b) of the Bankruptcy Code, demand that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned pursuant to Bankruptcy Rule 2002(g) at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or

DM1\7914734.1

otherwise which affect to seek to affect in any way of the Creditor's rights or interests, with respect to Debtor or the property on which Creditor hold a mortgage lien.

Dated:  June 27, 2017                                Respectfully submitted,

                                                  */s/ Brett L. Messinger*
Brett L. Messinger, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
Telephone:  (215) 979-1000
Facsimile:    (215) 979-1020
Email: BLMessinger@duanemorris.com

*Attorneys for US Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series 2004-AR-7*