UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Michael David Scott

                              Bk. # 17-70045-JAD

Debtor, Petitioner         Chapter 7

Motion To Amend Schedule

Interm Fed. R. Bankr. P. 1009(a)

    Now comes the petitioner "Debtor Michael David Scott, requesting that the Court grant his motion to amend the enclosed schedule(s).

Respectfully Submitted;

Michael David Scott

772 Saint Joseph Street

Loretto PA 15940

June 25, 2017

RECEIVED 2017 JUN 28 A 11:03 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: **MIchael DavId Scott**  :  Bankruptcy No. **17-70045-JAD**

Debtor  :  Chapter **7**

Movant  :

:  Related to Document No.

v. **No Respondent**  :

Respondent (if none, then "No Respondent")  :

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

**Chapt 7** Voluntary Petition - *Specify reason for amendment*:

Official Form 6 Schedules (Itemization of Changes Must Be Specified)
- **NA** Summary of Schedules
- **NA** Schedule A - Real Property
- **NA** Schedule B - Personal Property
- **✓** Schedule C - Property Claimed as Exempt
- **NA** Schedule D - Creditors holding Secured Claims
    Check one:
    - **NA** Creditor(s) added
    - **✓** NO creditor(s) added
    - **NA** Creditor(s) deleted
- **NA** Schedule E - Creditors Holding Unsecured Priority Claims
    Check one:
    - **NA** Creditor(s) added
    - **NA** NO creditor(s) added
    - **NA** Creditor(s) deleted
- **NA** Schedule F - Creditors Holding Unsecured Nonpriority Claims
    Check one:
    - **NA** Creditor(s) added
    - **NA** NO creditor(s) added
    - **NA** Creditor(s) deleted
- **NA** Schedule G - Executory Contracts and Unexpired Leases
    Check one:
    - **NA** Creditor(s) added
    - **NA** NO creditor(s) added
    - **NA** Creditor(s) deleted
- **NA** Schedule H - Codebtors
- **NA** Schedule I - Current Income of Individual Debtor(s)
- **NA** Schedule J - Current Expenditures of Individual Debtor(s)
- **NA** Statement of Financial Affairs
- **NA** Chapter 7 Individual Debtor's Statement of Intention
- **NA** Chapter 11 List of Equity Security Holders
- **NA** Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
- **NA** Disclosure of Compensation of Attorney for Debtor
- ___ Other: _____

*RECEIVED 2017 JUN 28 A 11:03 CLERK U.S. BANKRUPTCY COURT PITTSBURGH*

# NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows: See attached list

Date: June 24 2017

_____ H Pro-Se
Attorney for Debtor(s) [or *pro se* Debtor(s)]

Michael David Scott
(Typed Name)

772 Saint Joseph St
Loretto PA 15940
(Address)

_____
(Phone No.)

_____
List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically. No New matrix

Pursuant to Fed. R, Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1 Attachment
Michael D. Scott Debtor
Bankruptcy No. 17-70045-JAD

Collora LLP
100 High Street
Boston MA 02110

Dan Nguyen as Trustee of
LBJ Trust
271 East Summer St.
East Boston MA 02128-2157

David Lebwitz
Attorney At Law
15 Cottage Ave. Fl 4
Quincy MA 02168-5216

First Horizion Home Loans
165 Madison Avenue
Memphis TN 38103

Gateway Funding
300 Welsh Road
Hersham PA 19044

James A Prostko
Phelan Hallinan Diamond & Jones LLP
Omni William Penn Office Tower
555 Grant St. Suite 300
Pittsburgh PA 15219

Kunal J Choksi
U.S. Department of Justice
P.O. Box 227
Washington D.C. 20044

Massachusetts Registry of Motor Vehicles
P.O. Box 55889
Boston MA 02205-5889

Ryan Gporkin
Lawson & Weitzen LLP
88 Black Falcon View
Boston MA 02210

Salem Five Cents Savings Bank
1 Salem Green #500
Salem MA 01970

Stephen G. Murphy
Counsel to the Commissioner
Massachusetts Department of Revenue Litigation Bureau
100 Cambridge St.
P.O. Box 9565
Boston MA 02114

Thomas Sweeney
811 Nantasket Ave
Hull MA 02045

**Fill in this information to identify your case:**

Debtor 1: Michael David Scott

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number (If known): 17-70045-JAD

RECEIVED
2017 JUN 28 A 11: 03
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

☒ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*
   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption.) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 40 Old Stable<br>Line from Schedule A/B: 1.1 | $764,490 | ☒ $500,000<br>☐ 100% of fair market value, up to any applicable statutory limit | MGL 188 §3<br>Mass Homestead |
| Brief description: 8 Tiffany Road<br>Line from Schedule A/B: 1.2 | $475,000 | ☐ $<br>☒ 100% of fair market value, up to any applicable statutory limit | Tenants by entirety<br>11 USC §522(b)(3) |
| Brief description: 6 Eric'' Road<br>Line from Schedule A/B: 1.3 | $176,045 | ☐ $ 125,000 500,000<br>☐ 100% of fair market value, up to any applicable statutory limit | MGL 188 §3 & MGL 188§1A<br>elderly, disabled |

3. Are you claiming a homestead exemption of more than $160,375?
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☐ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 1 of 1