Form 404

| UNITED STATES BANKRUPTCY COURT | 242 – 231 |
| WESTERN DISTRICT OF PENNSYLVANIA | msch |

In re:

Bankruptcy Case No.: 17–70045–JAD
Doc. No. 231
Chapter: 7
Hearing Date: 6/30/17 at 10:00 AM

**Michael David Scott**
**aka The Crawford Group LLC, aka Macaulay Family Realty Trust**
   Debtor(s)

CERTIFICATE OF SERVICE OF _Motion to Stay Execution of Order Lifting Aut. Stay_  40 old Stable R.
(Specify Document(s) Served)

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on ___June 26 2017___.
(Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _First Class United States Mail Via United States Postal Service_

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:** June 26, 2017

James A Prostko
Phelon Hallinan Diamond &
555 Grant St.
Suite 300 Omni-William Penn Bldg
Pittsburgh PA. 15219

Kevin J. Petak Esq.
Spence, Custer & Saylor
1067 Menoher Blvd.
Johnstown PA 15905

Office of the United States
Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh PA 15222

By: _[signature]_
(Signature) Michael David Scott
Typed Name
772 Saint Joseph St
Loretto PA 15940
Address

Phone No. Pro-Se
List Bar I.D. and State of Admission

RECEIVED 2017 JUN 28 A 10:50 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

062157
27209062219028