# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **CHAPTER 7** |
| | Bankruptcy Case No. 17-70045-JAD |
| **Michael David Scott a/k/a The Crawford Group LLC a/k/a Macaulay Family Realty Trust** | Adversary No. 17-07028 JAD |
| **Debtor.** | |
| **Michael David Scott** | |
| **Plaintiff,** | |
| v. | |
| **U.S. Bank, National Association, as Trustee For Credit Suisse First Boston Mortgage Securities Corp., Mortgage Pass-Through Certificates, Series 2004-AR7** | |
| and | |
| **Ocwen Loan Servicing, LLC,** | |
| and | |
| **Korde & Associates, PC,** | |
| **Defendants.** | |

**CERTIFICATE OF SERVICE FOR NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS**

  I, Brett L. Messinger declare that on June 28, 2017 I served the above-referenced document as indicated below:

    (SERVICE LIST IN RE: MICHAEL D. SCOTT)

By FedEx:

DM1\7916412.1

Michael D Scott
772 Saint Joseph St.
c/o FCI Loretto
Loretto, PA 15940

**Heather A. Sprague on Behalf of the United States Trustee by**
Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
412-644-4756
Fax : 412-644-4785
Email: Heather.Sprague@usdoj.gov

By ECF:

Jonathan W. Chatham on behalf of Attorney PA Dept of Revenue
RA-occbankruptcy7@pa.gov
Jonathan W. Chatham on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov
Kunal Janak Choksi on behalf of Defendant Internal Revenue Service
kunal.j.choksi@usdoj.gov
Kevin Scott Frankel on behalf of Defendant Korde & Associates P C
pabk@logs.com
Jeremy J. Kobeski on behalf of Creditor The Bank Of New York Mellon Trust Company, N.A., et. al.
pawb@fedphe.com
Kristen D. Little on behalf of Defendant Korde & Associates P C
pabk@logs.com
Jill Locnikar on behalf of Creditor United states of america
jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
Jill Locnikar on behalf of Defendant U.S Department of Education
jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
Brett L. Messinger on behalf of Creditor US Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series 2004-AR-7 and Ocwen Loan Servicing, LLC
blmessinger@duanemorris.com, LMTryon@duanemorris.com
William E. Miller on behalf of Creditor U.S. Bank, National Association As Trustee For et al.
wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
William E. Miller on behalf of Creditor U.S. Bank, National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan
wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
William E. Miller on behalf of Defendant US Bank National Association as Trustee
wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
Stephen G. Murphy on behalf of Defendant Commonwealth of Massachusetts
murphys@dor.state.ma.us

Stephen G. Murphy on behalf of Defendant The Commonwealth of Massachusetts
murphys@dor.state.ma.us

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Kevin J. Petak on behalf of Interested Party James R Walsh
kpetak@spencecuster.com,
mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com

Kevin J. Petak on behalf of Trustee James R Walsh
kpetak@spencecuster.com,
mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com

Kevin J. Petak on behalf of Trustee James R. Walsh
kpetak@spencecuster.com,
mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com

James A. Prostko on behalf of Attorney James A. Prostko
pawb@fedphe.com, james.prostko@phelanhallinan.com

James A. Prostko on behalf of Creditor U.S. Bank, National Association, as Trustee, et al...
pawb@fedphe.com, james.prostko@phelanhallinan.com

Ronald E. Reitz on behalf of Creditor BONABERI CORPORATION
rreitz@margolisedelstein.com

Ronald E. Reitz on behalf of Creditor ROSE AKE
rreitz@margolisedelstein.com

Ronald E. Reitz on behalf of Plaintiff BONABERI CORPORATION
rreitz@margolisedelstein.com

Ronald E. Reitz on behalf of Plaintiff ROSE AKE
rreitz@margolisedelstein.com

James R. Walsh
jwalsh@spencecuster.com,
trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com

James R. Walsh on behalf of Trustee James R. Walsh
jwalsh@spencecuster.com,
trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com

James Warmbrodt on behalf of Creditor BANK OF AMERICA, N.A.
bkgroup@kmllawgroup.com

Denver E. Wharton on behalf of Creditor Khanda, LLC
dew@ktwllaw.com, r42123@notify.bestcase.com

Heather A. Sprague on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States Trustee
Heather.Sprague@usdoj.gov,
Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;Andrew.F.Cetnarowski@usdoj.gov

Dated: June 28, 2017

Respectfully submitted,

By: */s/ Brett L. Messinger*
Brett L. Messinger
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000
Email: BLMessinger@duanemorris.com

*Attorneys for U.S. Bank, National Association, as Trustee For Credit Suisse First Boston Mortgage Securities Corp., Mortgage Pass Through Certificates, Series 2004-AR7 and Ocwen Loan Servicing, LLC*