IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: | ) | |
| | ) | Bankruptcy No. 17-70045-JAD |
| | ) | |
| MICHAEL DAVID SCOTT, | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | X | |
| | ) | |
| US BANK NATIONAL | ) | Doc. No. 229 |
| ASSOCIATION AS TRUSTEE | ) | |
| FOR CREDIT SUISSE FIRST | ) | Related to Doc. Nos. 106, 208, 231, |
| BOSTON MORTGAGE | ) | 241 |
| SECURITIES CORP. MORTGAGE | ) | |
| BACKED PASS THROUGH | ) | |
| CERTIFICATES SERIES 2004- | ) | |
| AR-7, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| MICHAEL DAVID SCOTT, aka | ) | |
| THE CRAWFORD GROUP LLC | ) | |
| aka MACAUALY FAMILY | ) | |
| REALTY TRUST, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | X | |

**ORDER REQUIRING DEBTOR TO COMPLETE FORM IN SUPPORT OF
DEBTOR'S APPLICATION FOR WAIVER OF THE APPELLATE FILING FEE
IN A CHAPTER 7 CASE**

**IT IS ORDERED** that the Debtor complete, then file, the attached Application for Waiver of the Appellate Filing Fee in a Chapter 7 Case ("FORM", a copy of which is attached hereto), in support of Debtor's *Motion for Forma Paupers* [sic] (ECF No. 229). It is further ORDERED that the Order Setting Hearing on Debtor's *Motion for Forma Paupers* [sic] for June 30, 2017 (EFC No.

241), is hereby **CANCELLED**, and a hearing will be rescheduled upon the Court's receipt of the FORM completed and filed by the Debtor.

**IT IS SO ORDERED.**

**Date**: June 26, 2017                               /s/ Jeffery A. Deller
                                                                    **Jeffery A. Deller**
                                                                    Chief, US Bankruptcy Judge

Attachment

cc: **Case Administrator to Serve**:

    **Michael David Scott**, via regular mail and via email, attention *khite@bop.gov*
    **Chapter 7 Trustee**
    **James A. Protsko**, Esquire

FILED
6/26/17 11:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Fill in this information to identify your case:**

Debtor 1 _____
          First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name          Last Name

Case number _____
(If known)

☐ Check if this is an amended filing

# Application for Waiver of the Appellate Filing Fee in a Chapter 7 Case

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: Tell the Court About Your Family and Your Family's Income

1. **What is the size of your family?**
   *Your family* includes you, your spouse, and any dependents listed on *Schedule J: Your Expenses* (Official Form 106J).

   *Check all that apply:*
   ☐ You
   ☐ Your spouse
   ☐ Your dependents  _____   _____
                      How many dependents?   Total number of people

2. **Fill in your family's average monthly income.**

   Include your spouse's income if your spouse is living with you, even if your spouse is not filing.

   Do not include your spouse's income if you are separated and your spouse is not filing with you.

   Add your income and your spouse's income. Include the value (if known) of any non-cash governmental assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

   If you have already filled out *Schedule I: Your Income*, see line 10 of that schedule.

   That person's average monthly net income (take-home pay)

   You ............... $_____
   Your spouse .... + $_____
   Subtotal ........... $_____

   Subtract any non-cash governmental assistance that you included above.   − $_____

   **Your family's average monthly net income**   Total ............. $_____

3. **Do you receive non-cash governmental assistance?**
   ☐ No
   ☐ Yes. Describe............
   Type of assistance _____

4. **Do you expect your family's average monthly net income to increase or decrease by more than 10% during the next 6 months?**
   ☐ No
   ☐ Yes. Explain. ............ _____

5. **Tell the court why you are unable to pay the filing fee in installments within 120 days.** If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them.
   _____

Page 1

Debtor 1 _____  Case number (if known) _____
            First Name    Middle Name    Last Name

## Part 2: Tell the Court About Your Monthly Expenses

6. **Estimate your average monthly expenses.**
   Include amounts paid by any government assistance that you reported on line 2.        $_____

   If you have already filled out *Schedule J, Your Expenses,* copy line 22 from that form.

7. Do these expenses cover anyone who is not included in your family as reported in line 1?
   ☐ No
   ☐ Yes. Identify who........ _____

8. Does anyone other than you regularly pay any of these expenses?
   ☐ No
   ☐ Yes. How much do you regularly receive as contributions? $_____ monthly

   If you have already filled out *Schedule I: Your Income,* copy the total from line 11.

9. Do you expect your average monthly expenses to increase or decrease by more than 10% during the next 6 months?
   ☐ No
   ☐ Yes. Explain ............... _____

## Part 3: Tell the Court About Your Property

If you have already filled out *Schedule A/B: Property (Official Form 106A/B)* attach copies to this application and go to Part 4.

10. **How much cash do you have?**
    *Examples:* Money you have in your wallet, in your home, and on hand when you file this application
    Cash:    $_____

11. **Bank accounts and other deposits of money?**
    *Examples:* Checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, and other similar institutions. If you have more than one account with the same institution, list each. Do not include 401(k) and IRA accounts.

    | | Institution name: | Amount: |
    |---|---|---|
    | Checking account: | _____ | $_____ |
    | Savings account: | _____ | $_____ |
    | Other financial accounts: | _____ | $_____ |
    | Other financial accounts: | _____ | $_____ |

12. **Your home?** (if you own it outright or are purchasing it)
    *Examples:* House, condominium, manufactured home, or mobile home

    Number   Street _____
    City _____ State ____ ZIP Code _____
    Current value: $_____
    Amount you owe on mortgage and liens: $_____

13. **Other real estate?**

    Number   Street _____
    City _____ State ____ ZIP Code _____
    Current value: $_____
    Amount you owe on mortgage and liens: $_____

14. **The vehicles you own?**
    *Examples:* Cars, vans, trucks, sports utility vehicles, motorcycles, tractors, boats

    Make: _____
    Model: _____
    Year: _____
    Mileage: _____
    Current value: $_____
    Amount you owe on liens: $_____

    Make: _____
    Model: _____
    Year: _____
    Mileage: _____
    Current value: $_____
    Amount you owe on liens: $_____

Debtor 1 _____   Case number (if known) _____
         First Name   Middle Name   Last Name

| 15. Other assets? | Describe the other assets: | | |
|---|---|---|---|
| Do not include household items and clothing. | | Current value: | $_____ |
| | | Amount you owe on liens: | $_____ |

| 16. Money or property due you? | Who owes you the money or property? | How much is owed? | Do you believe you will likely receive payment in the next 180 days? |
|---|---|---|---|
| *Examples*: Tax refunds, past due or lump sum alimony, spousal support, child support, maintenance, divorce or property settlements, Social Security benefits, workers' compensation, personal injury recovery | _____ _____ | $_____ $_____ | ☐ No ☐ Yes. Explain: |

### Part 4: Answer These Additional Questions

**17.** Have you paid anyone for services for this case, including filling out this application, the bankruptcy filing package, or the schedules?

☐ No
☐ Yes. Whom did you pay? *Check all that apply*:
  ☐ An attorney
  ☐ A bankruptcy petition preparer, paralegal, or typing service
  ☐ Someone else _____

How much did you pay?
$_____

**18.** Have you promised to pay or do you expect to pay someone for services for your bankruptcy case?

☐ No
☐ Yes. Whom do you expect to pay? *Check all that apply*:
  ☐ An attorney
  ☐ A bankruptcy petition preparer, paralegal, or typing service
  ☐ Someone else _____

How much do you expect to pay?
$_____

**19.** Has anyone paid someone on your behalf for services for this case?

☐ No
☐ Yes. Who was paid on your behalf? *Check all that apply*:
  ☐ An attorney
  ☐ A bankruptcy petition preparer, paralegal, or typing service
  ☐ Someone else _____

Who paid? *Check all that apply*:
  ☐ Parent
  ☐ Brother or sister
  ☐ Friend
  ☐ Pastor or clergy
  ☐ Someone else _____

How much did someone else pay?
$_____

**20.** Have you filed for bankruptcy within the last 8 years?

☐ No
☐ Yes. District _____ When _____ Case number _____
                                    MM/ DD/ YYYY

District _____ When _____ Case number _____
                            MM/ DD/ YYYY

District _____ When _____ Case number _____
                            MM/ DD/ YYYY

### Part 5: Sign Below

By signing here under penalty of perjury, I declare that I cannot afford to pay the filing fee either in full or in installments. I also declare that the information I provided in this application is true and correct.

✗ _____        ✗ _____
Signature of Debtor 1                    Signature of Debtor 2

Date _____                     Date _____
     MM / DD / YYYY                           MM / DD / YYYY

Page 3

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael David Scott
    Debtor

Case No. 17-70045-JAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: gamr     Page 1 of 2     Date Rcvd: Jun 26, 2017
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2017.
db          +Michael David Scott,    772 Saint Joseph St.,    c/o FCI Loretto,    Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2017 at the address(es) listed below:
            Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,
             r42123@notify.bestcase.com
            Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
             Office of the United States Trustee Heather.Sprague@usdoj.gov,
             Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
             Andrew.F.Cetnarowski@usdoj.gov
            James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
            James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
             pawb@fedphe.com,    james.prostko@phelanhallinan.com
            James R. Walsh    jwalsh@spencecuster.com,
             trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
             m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
            James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
             trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
             m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
            Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
             al. pawb@fedphe.com
            Jill Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
             patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
            Jill Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,
             patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
            Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
            Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
            Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com,
             mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
            Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
             mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
            Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com,
             mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
            Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com
            Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
            Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronald E. Reitz    on behalf of Creditor ROSE AKE rreitz@margolisedelstein.com
            Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
            Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
            Ronald E. Reitz    on behalf of Plaintiff ROSE AKE rreitz@margolisedelstein.com
            Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts
             murphys@dor.state.ma.us
            Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us

```
District/off: 0315-7          User: gamr              Page 2 of 2              Date Rcvd: Jun 26, 2017
                              Form ID: pdf900         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

       William E. Miller    on behalf of Creditor   U.S. Bank, National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

       William E. Miller    on behalf of Defendant    US Bank National Association as Trustee wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com

       William E. Miller    on behalf of Creditor   U.S. Bank, National Association As Trustee For et al. wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com

                                                                                   TOTAL: 27