Form 404

UNITED STATES BANKRUPTCY COURT        241 – 229
WESTERN DISTRICT OF PENNSYLVANIA      msch

In re:                                  Bankruptcy Case No.: 17–70045–JAD
                                        Doc. No. 228
                                        Chapter: 7
                                        Hearing Date: 6/30/17 at 10:00 AM

**Michael David Scott**
**aka The Crawford Group LLC, aka Macaulay Family Realty Trust**
  Debtor(s)

**CERTIFICATE OF SERVICE OF** _Application For Forma Paupers_
                (Specify Document(s) Served)

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _June 26, 2017_. _see attached_
                                    (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _First Class mail United States postal Service_.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:** _June 26, 2017_

By: _[Signature]_
(Signature)
Typed Name _Michael D. Scot_
_772 Saint Joseph St_
_Loretto PA 15940_
Address

Phone No.

List Bar I.D. and State of Admission

RECEIVED 2017 JUN 30 A 11:09 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

062157                27209062219037

Certificate of Mailing Attachment

Office of the U.S. Trustee
1001 Liberty Ave.
Suite 970
Pittsburgh PA 15222

James R. Walsh Trustee
Spence, Wolfe & Rose LLC
1067
Menoher Blvd.
Johnstown PA 15905

Ocwen Loan Servicing LLC
1661 Worthington Road Suite 100
West Palm Beach FL. 33409

Korde & Associates P.C.
900 Chelmsford St. Suite 3102
Lowell MA 02851

U.S. Bank National as Trustee
For Credit Suisse First Boston
Mortgage Securities Corp. C/O
James A Prostko Esquire
Phelan Hallnan Diamond & Jones LLP
Omni William Penn Office Tower
555 Grant St. Suite 300
Pittsburgh PA 15219

RECEIVED
2017 JUN 30 A 11:10
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

Form 400

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Michael David Scott**
aka The Crawford Group LLC, aka Macaulay Family Realty Trust
Debtor(s)

Bankruptcy Case No.: 17-70045-JAD
Doc. No. 228
Chapter: 7
Docket No.: 241 - 229

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW**, this **June 20, 2017**, a Application For Forma Paupers [to waive filing fee regarding the Notice of Appeal] having been filed by Debtor in the above-captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. Counsel for the Moving Party shall serve *IMMEDIATELY*, pursuant to *Bankruptcy Rule 7004*, a copy of this Order and the Motion upon all parties from whom relief is sought, their counsel, and the Office of the U.S. Trustee and any Trustee or Examiner appointed in the case. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the *Certificate* may result in dismissal of the above-captioned proceeding.**

2. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by June 28, 2017 by 12:00 Noon** . Any response should be served on the Moving Party, their counsel, and the Office of the U.S. Trustee and any Trustee or Examiner appointed in the case.

3. Said Motion is scheduled for hearing on **June 30, 2017 at 10:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

4. If service was properly made and Respondent(s) fail to file a Response by the above-specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

5. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

Jeffery A. Deller<br>Judge

cm:      Michael David Scott, Pro Se

* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,