**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHAEL D. SCOTT | ) | Bankruptcy No. 17-70045-JAD |
|     Debtor, | ) | |
| ---------------------------------- | ) | Chapter 7 |
| UNITED STATES OF AMERCIA | ) | |
|     Movant    , | ) | Related To Doc. No. 155 |
| | ) | |
|   vs. | ) | |
| | ) | |
| MICHAEL D. SCOTT | ) | |
| | ) | |
|     Respondent. | ) | |

**ORDER**

AND NOW, to wit, this 28th day of June, 2017 it is hereby ORDERED, ADJUDGED, and DECREED that the United States of America's Motion to Extend Time to File Objections to Discharge is GRANTED. The United States shall file an objection to discharge on or before forty-five (45) days of this Order.

BY THE COURT,

_____
JEFFERY A. DELLER
CHIEF UNITED STATES BANKRUPTCY JUDGE

CASE ADMINISTRATOR SHALL SERVE:
All Creditors and Parties in Interest

FILED
6/28/17 10:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-70045-JAD
Michael David Scott                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: amaz              Page 1 of 3              Date Rcvd: Jun 28, 2017
                              Form ID: pdf900        Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2017.

```
db          +Michael David Scott,   772 Saint Joseph St.,   c/o FCI Loretto,   Loretto, PA 15940-7006
cr          +Khanda, LLC,   c/o Denver E. Wharton, Esquire,   360 Stonycreek Street,
              Johnstown, PA 15901-1925
cr          +U.S. Bank, National Association as Trustee Under t,   Stern & Eisenberg, PC,
              1581 Main Street, Suite 200,   Warrington, PA 18976-3400
cr           U.S. Bank, National Association, as Trustee, et al,   c/o Its Agent, Phelan Hallinan Diamond,
              167 JKF Boulevard,   Suite 1400,   Philadelphia, PA 19103
cr          +United states of america,   700 Grant Street, Suite 4000,   Pittsburgh, PA 15219-1956
14361933    +ASC,   PO Box 10388,   Des Moines, IA 50306-0388
14354110     ASC,   PO Box 51119,   Los Angeles, CA 90051-5419
14358599     American Express Bank, FSB,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
14354111     Bank of America,   Headquarters,   100 North Tyron St.,   Charlotte, NC 28202
14361972    +Bonaberi Corp & Rose Ake,   1340 Centre St. #103,   Newton, MA 02459-2453
14635191    +Collara LLP,   100 High Street,   Boston, MA 02110-2321
14635194     Dan Nguyen as Trustee of,   LBJ Trust,   271 East Summer St.,   East Boston, MA 02128-2157
14635195    +David Lebwitz,   Attorney At Law,   15 Cottage Ave. Fl 4,   Quincy, MA 02169-5216
14354113    +Denovus Corporation Ltd.,   480 Johnson Rd.,   Suite 1100,   Washington, PA 15301-8936
14354115    +ED Financial,   120 N Seven Oaks Dr.,   Knoxville, TN 37922-2359
14354116    +EDS CCA,   700 Longwater Drive,   Norwell, MA 02061-1624
14635196    +First Horizion Home Loans,   165 Madison Avenue,   Memphis, TN 38103-2723
14354118    +GC Services,   PO Box 27346,   Knoxville, TN 37927-7346
14635197    +Gateway Funding,   300 Welsh Road,   Hersham, PA 19044-2273
14354119    +Hang Nina Nguyen,   1582 Dorchester Ave.,   Dorchester, MA 02122-1320
14635198    +James A. Prostko,   Phelan Hallinan Diamond & Jones LLP,   Omni William Penn Office Tower,
              555 Grant St., Suite 300,   Pittsburgh, PA 15219-4408
14377662    +Khanda LLC,   78 Spring Street,   Medford, MA 02155-4855
14354120    +Khanda, LLC,   c/o Hang Nina Nguyen,   1582 Dorchester Avenue,   Dorchester, MA 02122-1320
14635199    +Kunal J. Choksi,   U.S. Department of Justice,   PO Box 227,   Washington, DC 20044-0227
14354122    +LBJ Trust,   c/o Hang Nina Nguyen,   1582 Dorchester Avenue,   Dorchester, MA 02122-1320
14354123     Lustig Glazer & Wilson P.C.,   PO Box 549287,   Waltham, MA 02454-9287
14354126     Mahomood Zainal,   c/o David M. Click,   45 Lynn Street, Suite 28,   Westborough, MA 01581
14354124     Marcus, Errico Emmer and Brooks P.C.,   Attorneys at Law,   45 Braintree Hill Office Park,
              Suite 107,   Braintree, MA 02184-8733
14635200     Massachusetts Registry of Motor Vehicles,   PO Box 55889,   Boston, MA 02205-5889
14361937    +Midland Funding LLC,   PO Box 549287,   Waltham, MA 02454-9287
14354127    +OCWEN Home Loans,   1661 Worthington Road,   Suite 100,   West Palm Beach, FL 33409-6493
14354129    +Orlans Maran,   PO Box 540540,   Waltham, MA 02454-0540
14377663    +Phelan Hallinan, Diamond & Jones LLP,   Omni William Penn Office Tower,
              555 Grant Street, Suite 300,   Pittsburgh, PA 15219-4408
14635201    +Ryan Gporkin,   Lawson & Weitzen LLP,   88 Black Falcon View,   Boston, MA 02210-2449
14354130    +SLS,   8742 Lucent Boulevard,   Suite 300,   Highlands Ranch, CO 80129-2386
14635202    +Salem Five Cents Savings Bank,   1 Salem Green #500,   Salem, MA 01970-3724
14635203    +Stephen G. Murphy,   Counsel to the Commissioner,   100 Cambridge St.,   PO Box 9565,
              Boston, MA 02114-9565
14361938    +Sturdy Memorial Hospital,   PO Box 60,   Rochester, NH 03866-0060
14354131     Sunrise Credit Services Inc.,   PO Box 9100,   Farmingdale, NY 11735-9100
14354133    +Tanowitz Law Office P.C.,   On Behalf of Rose Ake,   1340 Centre Street #103,
              Newton, MA 02459-2453
14354136     The Commonwealth of Massachusetts,   PO Box 7021,   Boston, MA 02204-7021,
              Attn: Collection Bureau
14635204    +Thomas Sweeney,   811 Nantasket Ave,   Hull, MA 02045-1535
14354134   #+Tor Ekeland P.C.,   195 Plymouth St.,   Brooklyn Heights, NY 11201-1123
14354137     Town of Mansfield,   Water Department,   North Main St.,   Mansfield, MA 02048
14361971    +Transworld Systems Inc.,   802 E. Marlintown Rd., Ste. 201,   North Augusta, SC 29841-5352
14354138    +Transworld Systems Inc.,   802 E. Martintown Rd, Ste 201,   North Augusta, SC 29841-5352
14377664    +Tufts Investment LLC,   c/o Hang Nina Nyuyen,   1582 Dorchester Avenue,
              Dorchester, MA 02122-1320
14377665    +U.S. Bank National Association, as Trustee,   c/o Phelan Hallinan, Diamon & Jones LLP,
              Omni William Penn Office Tower,   555 Grant St., Suite 300,   Pittsburgh, PA 15219-4408
14361934    +U.S. Department of Education,   PO Box 105028,   Atlanta, GA 30348-5028
14377666    +Wells Fargo Bank N.A.,   3476 State View Blvd.,   Fort Mill, SC 29715-7200,
              Attn: Loss Mitigation
14361932    +Zainal Mahmood et al.,   c/o David M. Click,   45 Lyman St.,   Westborough, MA 01581-2628
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14354109      E-mail/Text: bnc-applied@quantum3group.com Jun 29 2017 00:58:33     Applied Bank,
               4700 Exchange Court,   Boca Raton, FL 33431-0966
14354112      E-mail/PDF: creditonebknotifications@resurgent.com Jun 29 2017 00:50:53     Credit One Bank,
               PO Box 98872,   Las Vegas, NV 89193-8872
14354114     +E-mail/Text: collections@directfederal.com Jun 29 2017 00:57:28     Direct Federal Credit Union,
               #1,   50 Cabot Street,   Needham Heights, MA 02494-2840
14354117      E-mail/Text: cio.bncmail@irs.gov Jun 29 2017 00:57:22     Internal Revenue Service,
               Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
```

```
District/off: 0315-7            User: amaz                  Page 2 of 3                Date Rcvd: Jun 28, 2017
                                Form ID: pdf900             Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14354121        +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 29 2017 00:57:18     Kohls Department Store,
                 PO Box 3115,   Milwaukee, WI 53201-3115
14354125        +E-mail/Text: bkr@cardworks.com Jun 29 2017 00:57:01      Merrick Bank,   PO Box 1500,
                 Draper, VT 84020-1500
14354128        +E-mail/Text: bankruptcy@onlineis.com Jun 29 2017 00:58:40     Online Information Services,
                 PO Box 1489,   Winterville, NC 28590-1489
14354132        +E-mail/Text: bankruptcy@sw-credit.com Jun 29 2017 00:58:02     SW Credit Systems LP,
                 4120 International Parkway,   Suite 1100,   Carrollton, TX 75007-1958
14361973        +E-mail/Text: jboudreau@mansfieldma.com Jun 29 2017 00:57:23     Town of Mansfield,  6 Park Row,
                 Mansfield, MA 02048-2433
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             PA Dept of Revenue
cr              BANK OF AMERICA, N.A.
cr              BONABERI CORPORATION
intp            ROSE AKE
cr              ROSE AKE
cr              The Bank Of New York Mellon Trust Company, N.A., e
cr              US Bank National Association as Trustee for Credit
cr*            American Express Bank, FSB,   c/o Becket and Lee, LLP,   PO Box 3001,   Malvern, PA  19355-0701
                                                                                     TOTALS: 7, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2017 at the address(es) listed below:
```
              Brett L. Messinger    on behalf of Defendant    U S Bank National Associates as Trustee For Credit
               Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Creditor    US Bank National Association as Trustee for Credit
               Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series
               2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com,  LMTryon@duanemorris.com
              Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,
               r42123@notify.bestcase.com
              Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Heather.Sprague@usdoj.gov,
               Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
               Andrew.F.Cetnarowski@usdoj.gov
              James   Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James A. Prostko     on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
               pawb@fedphe.com,   james.prostko@phelanhallinan.com
              James A. Prostko     on behalf of Attorney James A. Prostko pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James R. Walsh    jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
               m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
              James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
               m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
              Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
               al. pawb@fedphe.com
              Jill  Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
```

```
District/off: 0315-7            User: amaz                  Page 3 of 3                  Date Rcvd: Jun 28, 2017
                                Form ID: pdf900             Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Jill   Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
              Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
              Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
              Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com
              Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
              Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronald E. Reitz    on behalf of Creditor ROSE   AKE rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Plaintiff ROSE   AKE rreitz@margolisedelstein.com
              Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us
              Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts
               murphys@dor.state.ma.us
              William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al.
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
               Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
               Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
              William E. Miller    on behalf of Defendant    US Bank National Association as Trustee
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 30
```