# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | MICHAEL DAVID SCOTT |
| Case Number: | 17-70045-JAD    Chapter: 7 |
| Date / Time / Room: | FRIDAY, JUNE 30, 2017 10:00 AM   COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

Emergency Motion To Extend The Time To Respond And To Continue Hearing filed by U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series 2004-AR7
- No Response Filed  [Due 6/30/2017 at 8:30 AM]
R / M #:  266 / 0

## Appearances:

CHAPTER 7 TRUSTEE: JAMES R. WALSH, TRUSTEE
DEBTOR:  PRO SE
CREDITOR:  BRETT L. MESSINGER, ESQUIRE for U.S. BANK
OUST:  HILDENBRAND / SPRAGUE / WAHLQUIST

## Proceedings:

__✓__ Motion **is GRANTED** / ___ DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
    _____ For At Least _____ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at _____
    _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order - NONJURY  /  JURY
    _____ Simple / Pretrial Order - NONJURY  /  JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Order entered 6/30/2017 Granting Motion**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
7/3/17 12:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA