UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | MICHAEL DAVID SCOTT |
| Case Number: | 17-70045-JAD    Chapter: 7 |
| Date / Time / Room: | FRIDAY, JUNE 30, 2017 10:00 AM   COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

Motion To Stay Execution Of Order Lifting Authotmic Stay On 40 Old Stable Drive, Mansfield, MA 02048, Pending The Outcome Of Petitioner's Appeal filed by Debtor
- No Response Filed  [Due 6/28/2017]
R / M #:  231 / 0

## Appearances:

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, ESQUIRE
DEBTOR:  PRO SE
CREDITOR:  JAMES A. PROSTKO, ESQUIRE
OUST:  HILDENBRAND / SPRAGUE / WAHLQUIST

## Proceedings:

___ Motion is GRANTED  /  DENIED
____ Special Type Of Order:
✓ CONTINUE MATTER:
　　____ For At Least ____ Days (Court To Issue Scheduling Order)
　　✓ To Hearing Date Of  July 28, 2017  at  10:00  AM/PM at
　　_____
　　____ To Conciliation Conference For _____ at
　　____ AM/PM at _____
____ ISSUE EVIDENTIARY HEARING NOTICE
　　____ Evidentiary Hearing On Value And Cram-Down Interest
　　____ Complex / Pretrial Order - NONJURY  /  JURY
　　____ Simple / Pretrial Order - NONJURY  /  JURY
　　____ Parties To Undertake Discovery - Discovery Period: ____ days
____ SETTLEMENT STIPULATION IS DUE _____
____ OTHER:

**- Continue matter to 7/28/2017**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
7/3/17 2:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA