# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

### Conciliation Conference:

| | |
|---|---|
| Debtor: | MICHAEL DAVID SCOTT |
| Case Number: | 17-70045-JAD    Chapter: 7 |
| Date / Time / Room: | FRIDAY, JUNE 30, 2017 10:00 AM   COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

### Matter:

Motion For Extension Of Time To File Complaint Objecting To Discharge Under Section §727 And Motion To Dismiss Pursaunt To 11 U.S.C. §707(b)(3) filed by the United States Trustee
- No Response Filed  [Due 6/23/2017]
R / M #:  164 / 0

### Appearances:

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, ESQUIRE
DEBTOR:  PRO SE
OUST:  HEATHER A. SPRAGUE, ESQUIRE

### Proceedings:

__✓__ Motion is (GRANTED) / DENIED
_____ Special Type Of Order: _____
_____ CONTINUE MATTER:
          _____ For At Least _____ Days (Court To Issue Scheduling Order)
          _____ To Hearing Date Of _____ at _____ AM/PM at _____
          _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
          _____ Evidentiary Hearing On Value And Cram-Down Interest
          _____ Complex / Pretrial Order -  NONJURY   /   JURY
          _____ Simple / Pretrial Order - NONJURY   /   JURY
          _____ Parties To Undertake Discovery - Discovery Period:  _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Order entered 6/30/2017 Granting Motion**

FILED
7/3/17 1:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge