Michael D. Scott

Fed I.D #93357-038

Federal Prison Camp

P.O. Box 1000

Loretto PA 15940

RECEIVED

2017 JUL -5  A 11: 36

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

Chief Counsel, Managing Partners, & Attorneys

Phelan Hallinan Diamond & Jones LLP

Omni William Penn Office Build

555 Grant St Suite 300

Pittsburgh PA 15219

Case# 17-70045-JAD

July 1, 2017

Chief Counsel, Managing Partners, & Attorney Kobeski

<u>Letter Non-Motion</u>

On June 12, 2017, your firm entered an appearance representing "The Bank of New York Mellon Trust Company, N.A. as successor-in-interest to all permitted successors and assigns of JP Morgan Chase Bank N.A. as trustee for certificate holder of Nomura Asset Acceptance Corporation, series 2005-AR2 "The Movant". I am now requesting that you confirm to me in writing within ten business days the following:

1) Will you accept service on behalf of the Movant relating to an

1

adversary complaint in the bankruptcy proceedings 17-70045-JAD?

2) If you will not accept service, please provide me with the party upon whom service must be made, including the name of the Individual, address, phone number and email.

3) Please confirm whether or not your client the Movant is in possession of the original note.

4) Your pleadings failed to provide the Debtor with a copy of the original assignment, you mentioned that it is recorded in Bristol County (Northern District) 8/4/2009 book 18282 and page 1811 please provide the Debtor with a copy prior to the hearing on July 13, 2017.

5) In order to intelligently prepare for the hearing and in compliance with Rule 11 are you a "party in interest" based on Massachusetts law, Ch 106 and do you have the right to file a motion for relief from the automatic stay?

If you fail to respond, I will bring this matter to the Court's attention. This is so, because historically your attorney Mr. Protsko has employed some dilatory conduct, which has impeded the orderly flow of the Debtor's bankruptcy proceedings, he failed to respond to the adversary complaint and then he later claimed that he only entered an appearance as it relates to the automatic stay. This cannot continue, you have a duty to be forthcoming with

the Court.

You are on notice, so if you fail to respond, the Debtor will serve you on behalf of your client, the Movant, because your pleadings represent that you are representing the movant.

A copy of this letter will be filed with the Bankruptcy Court.

Respectfully,

Michael D. Scott

772 Saint Joseph Street

Loretto PA 15940

Please call Mr. Hite 814-472-4140 to schedule a phone call with me, relating to this matter.