IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | : Chapter 7 |
|  | : |
|  | : Bankruptcy No. 17-70045 JAD |
|  | : |
| Michael David Scott a/k/a The Crawford Group | : |
| LLC a/k/a Macaulay Family Realty Trust | : Hearing Date and Time: |
|  | : June 30, 2017, at 10:00 a.m. |
|  | : Bankruptcy Courtroom, U.S. Courthouse, |
|  | : Courtroom B, Penn Traffic Bldg. |
| Debtor. | : Johnstown, PA  15901 |
|  | : |
|  | : |
| Michael David Scott a/k/a The Crawford Group | : Related To Doc. No. 266 |
| LLC a/k/a Macaulay Family Realty Trust | : |
|  | : |
| Movant, | : |
|  | : |
| v. | : |
|  | : |
| U.S. Bank, National Association, as Trustee | : |
| For Credit Suisse First Boston Mortgage | : |
| Securities Corp., Mortgage Pass-Through | : |
| Certificates, Series 2004-AR7 | : |
|  | : |
| and | : |
|  | : |
| James R. Walsh (Trustee) | : |
|  | : |
| Respondents. | : |

**ORDER ON EMERGENCY MOTION OF U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-AR7 TO EXTEND THE TIME TO RESPOND AND TO CONTINUE HEARING**

Upon consideration of Respondent U.S. Bank, National Association, as Trustee For Credit Suisse First Boston Mortgage Securities Corp., Mortgage Pass-Through Certificates, Series 2004-AR7's ("US Bank") Emergency Motion to Extend the Time to Respond and to

Continue Hearing (the "Motion") and it appearing that this Court has jurisdiction over the matters raised in the Motion; and upon finding that venue is proper in this Court; after due deliberation and finding sufficient cause for the relief sought in the Motion; it is hereby

1. **ORDERED** that the Motion is GRANTED in its entirety; and it is further

2. **ORDERED** that Respondents' date to respond to the Motion shall be July 20, 2017.

3. **ORDERED** that the hearing shall be continued to July 28, 2017 at 10:00 a.m.

4. **ORDERED** that the Court shall retain jurisdiction over any matters relating to or arising out of this Order.

Dated: June 30, 2017

Chief Judge Jeffery A. Deller
U.S. Bankruptcy Court

CASE ADMINISTRATOR SHALL SERVE:
Brett L. Messinger, Esquire
Michael David Scott
James R. Walsh, Esquire
Heather A. Sprague, Esquire

FILED
7/3/17 1:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

DM1\7915113.1

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-70045-JAD
Michael David Scott                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7        User: gamr              Page 1 of 2              Date Rcvd: Jul 03, 2017
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2017.
db             +Michael David Scott,    772 Saint Joseph St.,    c/o FCI Loretto,    Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2017 at the address(es) listed below:
              Brett L. Messinger    on behalf of Defendant    U S Bank National Associates as Trustee For Credit
               Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Creditor    US Bank National Association as Trustee for Credit
               Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series
               2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com,   LMTryon@duanemorris.com
              Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,
               r42123@notify.bestcase.com
              Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Heather.Sprague@usdoj.gov,
               Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
               Andrew.F.Cetnarowski@usdoj.gov
              James  Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
               pawb@fedphe.com,   james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Attorney James A. Prostko pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James R. Walsh    jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
               m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
              James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
               m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
              Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
               al. pawb@fedphe.com
              Jill  Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
              Jill  Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
              Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
              Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
              Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com
              Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
              Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronald E. Reitz    on behalf of Creditor ROSE  AKE rreitz@margolisedelstein.com

```
District/off: 0315-7          User: gamr              Page 2 of 2             Date Rcvd: Jul 03, 2017
                              Form ID: pdf900         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Creditor     BONABERI CORPORATION rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Plaintiff ROSE   AKE rreitz@margolisedelstein.com
          Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts
           murphys@dor.state.ma.us
          Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us
          William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
           Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
           Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com,
           bkecf@sterneisenberg.com
          William E. Miller    on behalf of Defendant    US Bank National Association as Trustee
           wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al.
           wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                              TOTAL: 30
```