IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | BANKRUPTCY NO. 17-70045-JAD |
| ) | |
| MICHAEL DAVID SCOTT, ) | CHAPTER 7 |
| DEBTOR. ) | |
| ) | RELATED TO DOC. NO. 164 |
| ) | |
| UNITED STATES TRUSTEE, ) | |
| MOVANT, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL DAVID SCOTT, ) | |
| RESPONDENT. ) | |
| ) | |

ORDER OF COURT

AND NOW, on this __28th__ day of __June__, 2017,

    it appearing that the United States Trustee has filed a motion to extend the time for the filing of a complaint objecting to discharge pursuant to 11 U.S.C. § 727 and a motion to dismiss pursuant to 11 U.S.C. § 707(b)(3);

    and that sufficient cause for the extension exists;

    the period for the filing of a complaint objecting to discharge pursuant to 11 U.S.C. § 727 and a motion to dismiss pursuant to 11 U.S.C. § 707(b)(3) is hereby extended to July 14, 2017.

_____
HON. JEFFERY A. DELLER
CHIEF UNITED STATES BANKRUPTCY JUDGE

**CASE ADMINISTRATOR SHALL SERVE:**
Heather A. Sprague, Esquire
Michael David Scott
James R. Walsh, Esquire

FILED
7/3/17 1:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

-1-

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael David Scott
    Debtor

Case No. 17-70045-JAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: gamr     Page 1 of 2     Date Rcvd: Jul 03, 2017
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2017.
db            +Michael David Scott,   772 Saint Joseph St.,   c/o FCI Loretto,   Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2017                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2017 at the address(es) listed below:
           Brett L. Messinger    on behalf of Defendant    U S Bank National Associates as Trustee For Credit
            Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
            LMTryon@duanemorris.com
           Brett L. Messinger    on behalf of Creditor    US Bank National Association as Trustee for Credit
            Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series
            2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com,   LMTryon@duanemorris.com
           Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,
            r42123@notify.bestcase.com
           Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
            Office of the United States Trustee Heather.Sprague@usdoj.gov,
            Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
            Andrew.F.Cetnarowski@usdoj.gov
           James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
           James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
            pawb@fedphe.com,   james.prostko@phelanhallinan.com
           James A. Prostko    on behalf of Attorney James A. Prostko pawb@fedphe.com,
            james.prostko@phelanhallinan.com
           James R. Walsh    jwalsh@spencecuster.com,
            trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
            m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
           James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
            trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
            m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
           Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
            al. pawb@fedphe.com
           Jill  Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
            patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
           Jill  Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,
            patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
           Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
           Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
           Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com,
            mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
           Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
            mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
           Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com,
            mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
           Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com
           Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
           Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronald E. Reitz    on behalf of Creditor ROSE  AKE rreitz@margolisedelstein.com

```
District/off: 0315-7          User: gamr                 Page 2 of 2                   Date Rcvd: Jul 03, 2017
                              Form ID: pdf900            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Plaintiff ROSE  AKE rreitz@margolisedelstein.com
          Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts murphys@dor.state.ma.us
          Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us
          William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
          William E. Miller    on behalf of Defendant    US Bank National Association as Trustee wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                                                 TOTAL: 30