# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy Case No. 17-70045-JAD |
| Michael David Scott, | Chapter 7 |
| Debtor(s). | |

## CERTIFICATE OF SERVICE FOR NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS

I, Brett L. Messinger, declare that on July 6, 2017 I served the above-referenced document by means as indicated below:

Jonathan W. Chatham on behalf of Attorney PA Dept of Revenue RA-occbankruptcy7@pa.gov

Jonathan W. Chatham on behalf of Creditor PA Dept of Revenue

RA-occbankruptcy7@pa.gov

Kunal Janak Choksi on behalf of Defendant Internal Revenue Service

kunal.j.choksi@usdoj.gov

Kevin Scott Frankel on behalf of Defendant Korde & Associates P C

pabk@logs.com

Jeremy J. Kobeski on behalf of Creditor The Bank Of New York Mellon Trust Company, N.A., et. al.

pawb@fedphe.com

Kristen D. Little on behalf of Defendant Korde & Associates P C

pabk@logs.com

Jill Locnikar on behalf of Creditor United states of america

DM1\7933571.1

jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov

Jill Locnikar on behalf of Defendant U.S Department of Education

jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov

Brett L. Messinger on behalf of Creditor U.S. Bank, National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust

2006-HE3 Mortgage Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser

William E. Miller on behalf of Creditor U.S. Bank, National Association As Trustee For et al.

wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

William E. Miller on behalf of Creditor U.S. Bank, National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust

2006-HE3 Mortgage Pass-Through Certificates Series 2006-HE3 C/O Phelan Hallinan

wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

William E. Miller on behalf of Defendant US Bank National Association as Trustee

wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

Stephen G. Murphy on behalf of Defendant Commonwealth of Massachusetts

murphys@dor.state.ma.us

Stephen G. Murphy on behalf of Defendant The Commonwealth of Massachusetts

murphys@dor.state.ma.us

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Kevin J. Petak on behalf of Interested Party James R Walsh

kpetak@spencecuster.com, mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com

Kevin J. Petak on behalf of Trustee James R Walsh

kpetak@spencecuster.com, mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com

Kevin J. Petak on behalf of Trustee James R. Walsh

kpetak@spencecuster.com,
mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com

James A. Prostko on behalf of Attorney James A. Prostko

pawb@fedphe.com, james.prostko@phelanhallinan.com

James A. Prostko on behalf of Creditor U.S. Bank, National Association, as Trustee, et al...

pawb@fedphe.com, james.prostko@phelanhallinan.com

Ronald E. Reitz on behalf of Creditor BONABERI CORPORATION

rreitz@margolisedelstein.com

Ronald E. Reitz on behalf of Creditor ROSE AKE

rreitz@margolisedelstein.com

Ronald E. Reitz on behalf of Plaintiff BONABERI CORPORATION

rreitz@margolisedelstein.com

Ronald E. Reitz on behalf of Plaintiff ROSE AKE

rreitz@margolisedelstein.com

James R. Walsh

jwalsh@spencecuster.com,
trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com

James R. Walsh on behalf of Trustee James R. Walsh

jwalsh@spencecuster.com,
trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com

James Warmbrodt on behalf of Creditor BANK OF AMERICA, N.A.

bkgroup@kmllawgroup.com

Denver E. Wharton on behalf of Creditor Khanda, LLC

dew@ktwllaw.com, r42123@notify.bestcase.com

Heather A. Sprague on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States Trustee

Heather.Sprague@usdoj.gov,

Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;Andrew.F.Cetnarowski@usdoj.gov

**BY U.S. MAIL:**


American Express Bank, FSB
c/o Becket and Lee, LLP
PO Box 3001
Malvern, PA 19355-0701

Michael David Scott
772 Saint Joseph St.
c/o FCI Loretto
Loretto, PA 15940



Dated: July 6, 2017                                     Respectfully submitted,

                                                         */s/ Brett L. Messinger*
                                                        Brett L. Messinger, Esq.
                                                        Duane Morris LLP
                                                        30 South 17th Street
                                                        Philadelphia, PA 19103
                                                        Telephone: (215) 979-1000
                                                        Facsimile:   (215) 979-1020
                                                        Email: BLMessinger@duanemorris.com

                                                        *Attorneys for U.S. Bank, National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Servicing, LLC*