Notice of Undeliverable Mail to Debtor

June 30, 2017

From: United States Bankruptcy Court, Western District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Michael David Scott, Case Number 17-70045, JAD

**RECEIVED JUL -7 REC'D CLERK, U.S. BANKRUPTCY COURT WEST DIST. OF PENNSYLVANIA**

**TO THE DEBTOR:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form with the court at the following address:

7
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

---

Undeliverable Address:
ROSE AKE

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Rose Ake C/O Tanowitz Law Office PC
1340 Centre St #103 Newton MA 02459-2444

Undeliverable Address:
BONABERI CORPORATION

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Margolis Edelstein 525 William Penn Place Suite 3300 Pittsburgh PA 15219

Undeliverable Address:
BANK OF AMERICA, N.A.

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Margolis Edelstein 525 William Penn Place Suite 3300 Pittsburgh PA 15219

Undeliverable Address:
PA Dept of Revenue

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS: NA



Undeliverable Address:
ROSE AKE

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Margolis Edelstein 525 William Penn Place Suite 3300 Pittsburgh PA 15219

Undeliverable Address:
The Bank Of New York Mellon Trust Company, N.A., e

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

c/o Jeremy J. Kobeski Phelan Hallinan Diamond + Jones llp Omni William Penn Building 555 Grant St Suite 300 Pittsburgh PA 15219

Undeliverable Address:

2

08058153046

US Bank National Association as Trustee for Credit

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

C/O Brett L. Messinger Duane Morris LLP
30 South 17th Street Philadelphia PA 19103

_____ - Pro-se          07-04-17
Signature of Debtor or Debtor's Attorney         Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

058095                    28008058153055

3

FRI-28008 0315-7 pdf901 P7-70045
BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411

058095  58095 2 MB 0.420  15940  3 4  8329-1-58495

Michael David Scott
772 Saint Joseph St.
c/o FCI Loretto
Loretto, PA 15940-7006

058095    28008058153055