# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Case No. 17-70045 JAD |
| Michael David Scott : | |
| : | Chapter 7 |
| *Debtor(s)* : | |
| : | Civil Action No. 17-112 |
| : | |
| : | |

## NOTICE OF INTENTION TO TRANSMIT PARTIAL RECORD

APPELLANT: Michael David Scott
APPELLEE: U.S. Bank National Association as Trustee For Credit Suisse First Boston Mortgage Securities Corp., Mortgage-Backed Pass Through Certificates, Series 2004-AR7

    A notice of appeal to the United States District Court for the Western District of Pennsylvania having been filed in the Bankruptcy Court by the above-referenced appellant, **NOTICE IS HEREBY GIVEN THAT** the Bankruptcy Clerk will transmit a partial record of this appeal to the United States District Court fourteen (14) days from the date of this notice in accordance with Local Bankruptcy Appellate Rule 8007-1. The partial record is being transmitted to the District Court for the following reasons:

- ☒ Appellant has failed to designate the contents of the record on appeal within the time required by Bankruptcy Rule 8009.

- ☒ Appellant has failed to file a statement of issues on appeal within the time required by Bankruptcy Rule 8009.

- ☒ Appellant has failed to provide any transcript designated in the record or evidence that a transcript has been ordered.

                                          Michael R. Rhodes, Clerk
                                          U.S. Bankruptcy Court
                                          5414 U.S. Steel Tower
                                          600 Grant Street
                                          Pittsburgh, PA  15219

Dated: <u>July 7, 2017</u>                  By:            Lauren P. Leath
                                                                   Deputy Clerk

#7f-D

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-70045-JAD
Michael David Scott                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: llea              Page 1 of 2           Date Rcvd: Jul 07, 2017
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2017.
db         +Michael David Scott,    772 Saint Joseph St.,   c/o FCI Loretto,   Loretto, PA 15940-7006
cr         +US Bank National Association as Trustee for Credit,    c/o Brett L. Messinger,
             Duane Morris LLP.,   30 South 17th Street,   Philadelphia, PA 19103-4196

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2017 at the address(es) listed below:
          Brett L. Messinger    on behalf of Defendant    U S Bank National Associates as Trustee For Credit
           Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
           LMTryon@duanemorris.com
          Brett L. Messinger    on behalf of Creditor    US Bank National Association as Trustee for Credit
           Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series
           2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com, LMTryon@duanemorris.com
          Brett L. Messinger    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
           Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
           Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com,
           LMTryon@duanemorris.com
          Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,
           r42123@notify.bestcase.com
          Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
           Office of the United States Trustee Heather.Sprague@usdoj.gov,
           Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
           Andrew.F.Cetnarowski@usdoj.gov
          James    Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
           pawb@fedphe.com,   james.prostko@phelanhallinan.com
          James A. Prostko    on behalf of Attorney James A. Prostko pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          James R. Walsh    jwalsh@spencecuster.com,
           trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
           m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
          James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
           trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
           m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
          Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
           al. pawb@fedphe.com
          Jill    Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
          Jill    Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
          Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
          Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
          Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com,
           mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
          Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com,
           mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com

```
District/off: 0315-7           User: llea                  Page 2 of 2                   Date Rcvd: Jul 07, 2017
                               Form ID: pdf900             Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
           mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
          Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com
          Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
          Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronald E. Reitz    on behalf of Creditor ROSE    AKE rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Plaintiff ROSE    AKE rreitz@margolisedelstein.com
          Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts
           murphys@dor.state.ma.us
          Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us
          William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
           Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
           Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com,
           bkecf@sterneisenberg.com
          William E. Miller    on behalf of Defendant    US Bank National Association as Trustee
           wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al.
           wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com

                                                                                TOTAL: 31