IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-70045-JAD |
| | : | |
| MICHAEL DAVID SCOTT, | : | Chapter 7 |
| | : | |
| Debtor. | : | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE THAT **Leonard P. Vigna, Esquire**, of **Kaminsky, Thomas, Wharton, Lovette & Vigna**, on behalf of **TUFTS INVESTMENTS, LLC**, hereby enters his appearance as Attorney for **TUFTS INVESTMENTS, LLC** in the above proceeding, and pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, requests that his name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

**LEONARD P. VIGNA, ESQUIRE
KAMINSKY, THOMAS, WHARTON, LOVETTE & VIGNA
360 STONYCREEK STREET
JOHNSTOWN, PA 15901
TELEPHONE: (814) 535-6756**

PLEASE TAKE FURTHER NOTICE THAT the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, telephone, telegraph, telex or otherwise.

KAMINSKY, THOMAS, WHARTON, LOVETTE & VIGNA

By  /s/ Leonard P. Vigna, Esquire
Leonard P. Vigna, Esquire
Supreme Court I.D. #202318
360 Stonycreek Street
Johnstown, PA 15901
DATED: July 13, 2017          Telephone: (814) 535-6756