# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** MICHAEL DAVID SCOTT
**Case Number:** 17-70045-JAD     **Chapter:** 7
**Date / Time / Room:** THURSDAY, JULY 13, 2017 10:00 AM   COURTROOM B

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

Motion For Relief From The Automatic Stay Under § 362 Pursuant To Bankruptcy Procedure Rule 4001 filed by The Bank of New York Mellon Trust Company, N.A., as Successor-in-Interest to All Permitted Successors And Assigns of JPMorgan Chase Bank, N.A., As Trustee, For Certificateholders Of Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AR2 [Re: 6 Erick Road, Unit 52, Mansfield, MA 02048]
- Response filed by Debtor 6/27/2017 at Doc. No. 259 [Due 7/3/2017]
R / M #:   220 / 0

## Appearances:

CHAPTER 7 TRUSTEE: JAMES R. WALSH, ESQUIRE
DEBTOR:  PRO SE
CREDITOR:  JEREMY J. KOBESKI, ESQUIRE for BNY MELLON

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
   ___ For At Least ___ Days (Court To Issue Scheduling Order)
   ✓ To Hearing Date Of August 25, 2017 at 10:00 AM/PM at _____
   ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
   ___ Evidentiary Hearing On Value And Cram-Down Interest
   ___ Complex / Pretrial Order - NONJURY / JURY
   ___ Simple / Pretrial Order - NONJURY / JURY
   ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

**-Continue Matter To 8/25/2017 at 10:00 AM**

FILED
7/14/17 2:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge