IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**MICHAEL DAVID SCOTT,** : Bankruptcy No. 17-70045-JAD
:
:
Debtor. : Chapter 7
———————————————————X
THE BANK OF NEW YORK MELLON TRUST :
COMPANY, N.A., AS SUCCESSOR-IN-INTEREST :
TO ALL PERMITTED SUCCESSORS AND :
ASSIGNS OF JPMORGAN CHASE BANK, N.A. :
AS TRUSTEE, FOR CERTIFICATEHOLDERS :
OF NOMURA ASSET ACCEPTANCE :
CORPORATION, MORTGAGE PASS-THROUGH :
CERTIFICATES, SERIES 2005-AR2, :
:
Movant, :
:
v. : Related To Doc. No. 220
:
MICHAEL DAVID SCOTT and :
JAMES R. WALSH, CHAPTER 7 TRUSTEE, :
:
Respondents. :
———————————————————X

**ORDER CONTINUING HEARING**

**AND NOW,** this **14th** day of **July**, **2017**, a hearing having been held on July 13, 2017, regarding the *Motion For Relief From The Automatic Stay Under § 362 Pursuant To Bankruptcy Procedure Rule 4001* filed at *Doc. No. 220* by *The Bank of New York Mellon Trust Company, as successor-in-interest to all permitted successors and assigns of JPMorgan Chase Bank N.A., as Trustee*; and the responsive pleading filed thereto by *Debtor* at *Doc. No 259*;

**IT IS HEREBY ORDERED** that the above-referenced matter **IS CONTINUED** to **Friday, August 25, 2017**, at **10:00 AM** in **Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901\***.

_____ mas
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

\* Video Conferencing equipment has been installed in Courtroom B in Johnstown, PA and in Courtroom D in Pittsburgh, PA. Counsel may appear before the Court at either location

**CASE ADMINISTRATOR SHALL SERVE:**
Michael David Scott
Jeremy J. Kobeski, Esquire
James R. Walsh, Esquire
Office of United States Trustee

FILED
7/14/17 2:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 17-70045-JAD
Michael David Scott                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7        User: mgut              Page 1 of 2         Date Rcvd: Jul 14, 2017
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2017.
db             +Michael David Scott,   772 Saint Joseph St.,   c/o FCI Loretto,   Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2017 at the address(es) listed below:
              Brett L. Messinger    on behalf of Creditor    US Bank National Association as Trustee for Credit
               Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series
               2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com, LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Defendant    U S Bank National Associates as Trustee For Credit
               Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
               Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
               Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,
               r42123@notify.bestcase.com
              Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Heather.Sprague@usdoj.gov,
               Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
               Andrew.F.Cetnarowski@usdoj.gov
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
               pawb@fedphe.com,   james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Attorney James A. Prostko pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James R. Walsh    jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
               m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
              James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
               m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
              Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
               al. pawb@fedphe.com
              Jill  Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
              Jill  Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
              Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
              Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
              Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com

```
District/off: 0315-7           User: mgut                  Page 2 of 2                   Date Rcvd: Jul 14, 2017
                               Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
          Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
          Leonard P. Vigna    on behalf of Creditor    Tufts Investments, LLC lpv@ktwllaw.com,
          ams@ktwllaw.com;r42123@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronald E. Reitz    on behalf of Creditor ROSE    AKE rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Plaintiff ROSE    AKE rreitz@margolisedelstein.com
          Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts
          murphys@dor.state.ma.us
          Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us
          William E. Miller    on behalf of Defendant    US Bank National Association as Trustee
          wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al.
          wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
          Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
          Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com,
          bkecf@sterneisenberg.com
                                                                                                TOTAL: 32