## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-70045-JAD |
| **Michael David Scott,** | : | |
| | : | Chapter 7 |
| **Debtor** | : | |

*******************************************************************************************

| | | |
|---|---|---|
| **James R. Walsh, Esquire, Trustee** | : | |
| of the Bankruptcy Estate of | : | |
| **Michael David Scott,** | : | Doc. No. 317 |
| | : | Related to Doc. No. 316 |
| **Movant** | : | |
| | : | Hearing Date & Time: |
| v. | : | October 5, 2017 at 10:00 a.m. |
| | : | |
| **Michael David Scott,** | : | |
| | : | |
| **Respondent** | : | |

*******************************************************************************************

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING THE OBJECTION OF THE CHAPTER 7 TRUSTEE TO THE DEBTOR'S CLAIMED AMENDED EXEMPTIONS FILED ON JUNE 28, 2017 AT DOCKET NUMBER 270**

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion no later than **August 4, 2017** (i.e., seventeen (17) days after the date of service below), in accordance with Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at **www.pawb.uscourts.gov**. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **October 5, 2017, at 10:00 a.m.** before Chief Judge Jeffery A. Deller, in Courtroom B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown, PA 15901[1]. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: July 18, 2017                               Spence, Custer, Saylor, Wolfe & Rose, LLC

---

[1] **NOTE:** Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom D in Pittsburgh, Pennsylvania. Attorneys may appear at either Courtroom B in Johnstown, or Courtroom D in Pittsburgh.

By: <u>*/s/ Kevin J. Petak,*</u>
James R. Walsh, Esquire
PA ID # 27901
Kevin J. Petak, Esquire
PA ID #92154
1067 Menoher Boulevard
Johnstown, PA 15905
Tel: 814.536.0735
Fax: 814.539.1423
Email: kpetak@spencecuster.com
*Attorneys for Trustee*