UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Michael David Scott

                                                    Bk. # 17-70045-JAD

Debtor                                             Chapter 7

Appelant Michael David Scott

VS                                                  Civil Action 00-17-112

Appellee U.S. Bank National

As Trustee For Credit Suisse First Boston

Mortgage Securities Corp

MBPSTC SR. 2004-AR7



Federal Rule Of

Bankruptcy Procedure 8009

Designation Of Record

Now comes the Appellant Michael David Scott, designating the contents of record on Appeal:

1) Doc. #106 filed by the Appellee on April 21, 2017.

2) Objection by the Appellant filed by motion dated May 10, 2017. Doc. No. 160.

3) Motion to stay execution of order lifting automatic stay on 40 Old Stable Drive Mansfield MA 02001 pending the outcome of petitioner's appeal Doc. No. 231.

## Statement Of Issues To Be Presented On Appeal

1) The Appellee U.S. Bank National is not a party in interest; and is not permitted by law to file a claim.

2) The Movant is not in possession of the note.

3) In a sworn affidavit the movant holds, that the amount of the note is $25,000.

4) The loan modification agreement, was never accepted by the so-called lender BAC Home Loans, because the express language of the agreement requires the signature of both parties, and because the agreement was never signed by the so-called lender, it never became binding on the parties and is unenforcable. See In Re: Thomas 477 B.R. 406 LEXIS 472 (D. Mass 2011).

5) The so-called lender at the time had no authority to consent to a loan modification agreement because it was never the holder of the note and neither was it the agent for the note holder.

6) The Appellee holds an un-secured position, in the Debtor's bankruptcy estate.

<u>Designated Transcript</u>

The appellant designates the transcript for the proceedings held on June 2, 2017 (see enclosed) and proceedings held on June 30, 2017.

The Appellant further states that he is filing pro-se and that he is awaiting the approval of his forma pauperis status, at this time the Debtor cannot remit any payments for the transcript on appeal. The Appellant is requesting that the Court provide the transcript from June 30, 2017.

Respectfully Submitted;

Michael D. Scott
772 Saint Joseph St.
Loretto PA 15940
July 17, 2017

<u>Certificate Of Service</u>

I Michael D. Scott certify that I have mailed a copy of the designation on appeal to Duane Morris LLP 865 South Figuerura St. Suite 310 Los Angeles CA 90017-5450.

Respectfully Submitted:

Michael D. Scott