**UNITED STATES BANKRUPTCY COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Suite 5414 U.S. Steel Tower**
**600 Grant Street**
**Pittsburgh, PA  15219**

**Telephone (412) 644-4052**

MICHAEL R. RHODES
CLERK OF COURT

July 21, 2017

Robert V. Barth, Jr.
Clerk, U.S. District Court
700 Grant Street
3100 U.S. Courthouse
Pittsburgh, PA   15219

In Re: Bankruptcy Case No. 17-70045-JAD
County: Cambria
Civil Action No:  17-112
District Court Judge:  Gibson

Dear Mr. Barth:

## **TRANSMITTAL TO DISTRICT COURT**

The following <u>additional</u> documents are being sent to you regarding the Appeal filed at the above-referenced Civil Action Number.  Docket Nos. 250, 260, 273, 274, 296, 298, 300, 321, 323, 324 and 325.

The Appellant's Designation was filed at Docket No. 321 and the Appellant designated Docket Nos. 106, 160 and 231.  The Appellant also designated 2 Transcripts at Docket Nos. 263 and 320.  **(Please Note: The Transcripts at Docket Nos. 263 and 320 have been unlocked and transmitted to you.  The Transcripts will need to be re-locked when received by your Court.  The Transcript at Docket #263 can be unlocked permanently on 09/25/2017 and the Transcript at Docket #320 can be unlocked permanently on 10/18/2017).**

The Appellee's Designation was filed at Docket No. 300 and the Appellee designated Docket Nos.1, 16, 106, 125, 160, 207, 208 and 227.


Please acknowledge receipt of this transmittal letter.



Sincerely,

MICHAEL R. RHODES
Clerk, U.S. Bankruptcy Court

July 21, 2017                    By:    _____Gerri Lynn Brown_____

                                              Deputy Clerk


                                                                    #55d-D