Form 165

# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankruptcy Case No: 17-70045-JAD

Michael David Scott **Debtor(s)**   Chapter: 7

AKA Michael David Scott

The Crawford Group LLC

AKA MaCauley Family Realty Trust

  Debtor

*RECEIVED 2017 JUL 24 A 11:29 CLERK U.S. BANKRUPTCY COURT PITTSBURGH*

## CERTIFICATE OF SERVICE

The Debtor Michael David Scott certifies that on July 19, 2017, he served by first class United States Mail a copy of the order of the Court Doc. No. 270 "amendment to Schedule C" filed on 6/28/2017 and a copy of the amended schedule, to all parties on the attached schedule.

See attached mailing list

Executed on 07/19/2017

Michael D. Scott, 772 Saint Joseph Street, Loretto PA 15940

Pro Se

MAILING MATRIX

Michael David Scott Debtor 1

Applied Bank

4700 Exchange Court

Boca Raton FL 33431-0965

ASC

P.O. Box 51119

Los Angeles CA 90051-5419

Bank of America

Headquarters

Bank of America

100 North Tryon St.

Charlotte NC 28202

Credit One Bank

P.O. Box 93872

Las Vegas NV 89193-8872

Denovus

Corporation Ltd.

480 Johnson Rd.

Suite 1100

Washington PA 15301-8930

RECEIVED 2017 JUL 24 A 11:29 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

Direct Federal Credit Union

#1

50 Cabot Street

Needham Heights MA 02494


ED Financial

120 N Seven Oaks Dr.

Knoxville TN 37922


EOS CCA

700 Longwater Drive

Norwell MA 02061


GC Services

P.O. Box 27346

Knoxville TN 37927


Hang Nina Nguyen

1582 Dorchester Ave.

Dorchester MA 02124


Internal Revenue Service

Centralized Insolvency Office

Post Office Box 7346

Philadelphia PA 19101-7346

Internal Revenue Service

David A Hubbert

Kunal J. Choksi

Counsel for the United States of America

Trial Attorney, Tax Division

U.S. Department of Justice

P.O. Box 227

Washington DC 20044


Khanda LLC

C/O Hang Nina Nguyen

1582 Dorchester Avenue

Dorchester MA 02124


Khanda LLC

78 Spring Street

Medford MA 02155


Kohls Department Store

P.O. Box 3115

Milwaukee WI 53210


LBJ Trust

C/O Hang Nina Nguyen

1582 Dorchester Avenue

Dorchester MA 02124

Lustig Glazer & Wilson P.C.

P.O. Box 549287

Waltham MA 02454-9287


Marcus, Errico

Emmer and Brooks P.C.

Attorneys at Law

45 Braintree Hill Office Park

Suite 107

Braintree MA 02184-8733


Massachusetts Department of Transportation

Registry of Motor Vehicles

P.O. Box 55839

Boston MA 02205-5889

#506132120


Merrick Bank

P.O. Box 1500

Draper VT 84020


Mahomood Zainal

C/O David M. Click

45 Lynn Street

Suite 28

Westborough MA 01581

OCWEN Home Loans

1661 Worthington Road

Suite 100

West Palm Beach FL 33409


Online Information Services

P.O. Box 1489

Winterville NC 28590


Orlans Maran

P.O. Box 540540

Waltham MA 02454


Phelan Hallinan, Diamond & Jones LLP

Omni William Penn Office Tower

555 Grant Street, Suite 300

Pittsburgh PA 15219


SLS 8742 Lucent Boulevard

Suite 300

Highlands Ranch CO 80129


Sunrise Credit Services Inc.

P.O. Box 9100

Farmingdale NY 11735-9100

SW Credit Systems LP

4120 International Parkway

Suite 1100

Carrollton TX 75007

Tanowitz Law Office P.C.

On Behalf of Rose Ake

1340 Centre Street #103

Newton MA 02459-2444

Tor Ekeland P.C.

195 Plymouth St.

Brooklyn Heights

New York 11201

The Commonwealth of Massachusetts

P.O. Box 7021

Boston MA 02204-7021

Atten. Collection Bureau

Town of Mansfield

Water Department

North Main St.

Mansfield MA 02048

Transworld Systems Inc.

802 E. Mortentown Rd.

Ste. 201

North Augusta SC 29841


Tufts Investment LLC

C/O Hang Nina Nguyen

1582 Dorchester Avenue

Dorchester MA 02124


U.S. Bank National Association As Trustee

Under The Pooling and Servicing Agreement

Dated May 1, 2006

In Care of

Phelan Hallinan, Diamon & Jones LLP

Omni William Penn Office Tower

555 Grant St. Suite 300

Pittsburgh PA 15219


Wells Fargo Bank N.A.

3476 State View Blvd.

Fort Mill SC 29715

Attn. Loss Mitigation

Michael D. Scott Debtor
Bankruptcy No. 17-70045-JAD

Collora LLP
100 High Street
Boston MA 02110

Dan Nguyen as Trustee of
LBJ Trust
271 East Summer St.
East Boston MA 02128-2157

David Lebwitz
Attorney At Law
15 Cottage Ave. Fl 4
Quincy MA 02168-5216

First Horizion Home Loans
165 Madison Avenue
Memphis TN 38103

Gateway Funding
300 Welsh Road
Hersham PA 19044

James A Prostko
Phelan Hallinan Diamond & Jones LLP
Omni William Penn Office Tower
555 Grant St. Suite 300
Pittsburgh PA 15219

Kunal J Choksi
U.S. Department of Justice
P.O. Box 227
Washington D.C. 20044

RECEIVED 2017 JUL 24 A 11:29 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

Massachusetts Registry of Motor Vehicles
P.O. Box 55889
Boston MA 02205-5889

Ryan Gporkin
Lawson & Weitzen LLP
88 Black Falcon View
Boston MA 02210

Salem Five Cents Savings Bank
1 Salem Green #500
Salem MA 01970

Stephen G. Murphy
Counsel to the Commissioner
Massachusetts Department of Revenue Litigation Bureau
100 Cambridge St.
P.O. Box 9565
Boston MA 02114

Thomas Sweeney
811 Nantasket Ave
Hull MA 02045