Letter II

Information provided to counsel for CHAPTE7- TRustee

Michael D. Scott

Fed I.D. #93357-038

Federal Prison Camp

P.O. Box 1000

Loretto PA 15940

RECEIVED

2017 JUL 26  A 11: 02

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

Kevin Petak

Counsel For the Chapter 7 Trustee

James Walsh

Spence, Custer, Saylor, Wolfe & Rose, LLC

1067 Menoher Blvd.

Johnston PA 15905

July 21, 2017

Dear Counsel;

The law in the Third Circuit makes sense, it requires a Debtor to provide records to the trustee "reasonable under the circumstances may allow". Although in the past, I explained to the the Trustee that my incarceration may inhibit my ability (i.e. the circumstances) to provide him with the information and he rejected that notion; through counsel you continue to insist on the impossible.

On March, 24, 2014, when I turned myself over to the FBI, I was stripped of everything including my wedding band and my

medication. Since being incarcerated, I have travelled through many facilities, stripped naked, and searched for any documentation or contraband, and so, the circumstances did not allow me to bring documents or records with me to the prison. Moreover, I am indigent and I do not have any funds to have an independent party search public records or contact individuals to obtain records and forward them to you.

I would like to first refer you to the Bankruptcy Case, in Massachusetts and the transcripts of that case. When Mr. Catala admitted to the Judge that he had misplaced all of my records up to 2009. I would recommend that you look to that docket case #09-13820 and see the Honorable Judge Hillman's order compelling Attorney Catala to produce my records. Mr. Catala's conduct is what caused my bankruptcy petition to be voluntarily dismissed. That will be a judicial proceeding which determined that my records were lost.

Your expectations and requirements are so unreasonable, it will fly in the teeth of congress, when the Bankruptcy rules were meant to reward an honest Debtor like myself, but not for the Trustee to use as a whip striking with force for something beyond the Debtor's control which is clearly unreasonable and unjustifiable

You are asking me to sit here at Loretto and go back 10 years, with precision and list any entity, account or property

that I had an interest in. I am unable to do so based on my circumstances

Reasonableness is the touchstone of my response, and this is what I will provide to you to assist you in your investigation

1) All records and documents of the Macauly Family Realty Trust could be obtained from Hang Nina Nguyen at 1582 Dorchester Ave Dorchester MA 02124. Nina no longer responds to my emails or my letters under the circumstances, but because you are an attorney and bankruptcy trustee with broad powers, I believe she will respond to you. Her phone # is 617-822-8088 and email is Nina@HNNLAW.COM

2) As it relates to Apolo Catala and any historical records you must contact Allex F Mattera 617-263-2600, I spoke with him a month ago and he said if you reached out to him, he will surely assist you in any manner he can, because he wants to help. Alex's address is C/O Demeo LLP 200 State Street Boston MA 02109.

3) For any tax returns and additional records relating to the MaCaulay Family Realty Trust, you must contact Henrietta Eversly at 92 Carnigie Ave. East Orange NJ 07018. Henrietta was responsible for the record keeping of the trust, I have no records in my possession.

4) You may also look on Suffolkdeeds.com for any extensive

historical records or entity which you believe I may have an interest in.

Reasonably, under the circumstances, I will answer you in any other aspect of your investigation, providing I can comply.

Respectfully Submitted;

Michael D. Scott