Michael D. Scott

Fed I.D. # 93357-038

Federal Prison Camp

P.O. Box 1000

Loretto PA 15940

RECEIVED
2017 JUL 26 A 11:02
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

James R Walsh Trustee

Spence, Wolfe & Rose LLC

1067 Mencher Blvd.

Johnstown PA 15905

Re: 341 Meeting

May 20, 2017

Dear Mr. Walsh;

On May 16th, 2017, a 341 meeting was held, you asked me to provide and or do the following:

1) Provide you with a copy of the Macaulay Family Realty Trust, trust documents. (enclosed)

2) Provide you with a copy of the Judge's finding of facts and judgement, as it relates to my claim against Apolo Catala. (enclosed).

3) Provide you with any trust documents for the period 2005, 2006,

and any other trust documents prior to the Macaulay Family Realty Trust, I am unable to provide those documents on the following basis:

A) There were no trusts formed in 2005 and 2006.

B) As evident within the claim against Apolo Catala and the court finding of facts, all other records or documentation were misplaced by Mr. Catala and that contributed as part of a basis for his disbarment and the award in my favor, as it relates to that civil complaint.

4) Besides the entities listed in my schedules, I had no equitable interest in any other entity, property conduct or accounts within one year prior to the filing of my petition. 11 U.S.C.S. 727(a)(2)(A)(B)(3).

As it relates to my amended schedules, I will file them within 14 days from the date of the 341 meeting as I promised during the meeting.

Please contact Mr. Mattera concerning the matters I authorized him to discuss with you. (Enclosed is a copy of the letter I sent to Mr. Mattera.)

In any event, I have complied with all of your requests and if I can be of any further assistance, as always, please contact

me as soon as possible.

Respectfully Submitted;

Michael D. Scott

CC Filed with the Court

The contact information for Alex Mattera is in C/O Demeo LLP 200 Stlte Street, Boston MA 02109 Phone 617-263-2600 Email AMattera@Demeollp.com