Michael D. Scott

Fed I.D. # 93357-038

Federal Prison Camp

P.O. Box 1000

Loretto PA 15940

Alex Mattera

200 State St.

Boston MA 02109

May 20, 2017

RECEIVED
2017 JUL 26 A 11:02
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

Dear Alex;

I am writing to you regarding my Chapter 7 bankruptcy filing. I am authorizing you to provide the Trustee, Mr. James Walsh, with any non-privileged information as it relates to the following:

1) Any communication from Liberty Mutual regarding the claim and judgement against Apolo Catala.

2) Any information related to the lost bankruptcy records which Mr. Catala never provided to the Bankruptcy court, or to successor counsel, or any judicial findings.

In any event, I will provide the Trustee with a copy of this letter so he can be rest assured that I am not trying to hinder

the bankruptcy proceedings. I kindly ask that you provide the information to him, once he requests it.

As always, I respectfully thank you.

Michael D. Scott