Form 400

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Michael David Scott**
**aka The Crawford Group LLC, aka Macaulay Family Realty Trust**
  Debtor(s)

Bankruptcy Case No.: 17–70045–JAD
Doc. No. 334
Chapter: 7
Docket No.: 339 – 334

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

  **AND NOW,** this **July 26, 2017**, a Motion to Compel Trustee To Arrange With The Bureau of Prisons For The Debtor To Access The Internet and Other Telecommunications Tools To Respond to The Trustee's Investigation having been filed by Debtor Michael David Scott in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

  1. Counsel for the Moving Party shall serve ***IMMEDIATELY***, pursuant to *Bankruptcy Rule 7004*, a copy of this Order and the Motion upon all parties from whom relief is sought, their counsel, and the Office of the U.S. Trustee and any Trustee or Examiner appointed in the case. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the *Certificate* may result in dismissal of the above−captioned proceeding.**

  2. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by July 31, 2017 by 12:00 Noon .** Any response should be served on the Moving Party, their counsel, and the Office of the U.S. Trustee and any Trustee or Examiner appointed in the case.

  3. Said Motion is scheduled for hearing on **August 1, 2017 at 10:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

  4. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

  **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

  In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

  5. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

                                                                                    Jeffery A. Deller
                                                                                    Judge

  cm:     Michael David Scott

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 17-70045-JAD
Michael David Scott                                                    Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7         User: msch              Page 1 of 2            Date Rcvd: Jul 26, 2017
                             Form ID: 400            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2017.
db            +Michael David Scott,    772 Saint Joseph St.,   c/o FCI Loretto,   Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2017 at the address(es) listed below:
              Brett L. Messinger    on behalf of Creditor    US Bank National Association as Trustee for Credit
               Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series
               2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com,    LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Defendant    U S Bank National Associates as Trustee For Credit
               Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
               Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
               Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,
               r42123@notify.bestcase.com
              Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Heather.Sprague@usdoj.gov,
               Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
               Andrew.F.Cetnarowski@usdoj.gov
              James  Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
               pawb@fedphe.com,    james.prostko@phelanhallinan.com
              James A. Prostko     on behalf of Attorney James A. Prostko pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James R. Walsh    jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
               m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
              James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
               m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
              Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
               al. pawb@fedphe.com
              Jill  Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
              Jill  Locnikar     on behalf of Defendant    United States Department of Justice, et al.
               jill.locnikar@usdoj.gov,    patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
              Jill  Locnikar     on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
              Jonathan W. Chatham     on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
              Jonathan W. Chatham     on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
              Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com

```
District/off: 0315-7           User: msch                 Page 2 of 2            Date Rcvd: Jul 26, 2017
                               Form ID: 400               Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com
              Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
              Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
              Leonard P. Vigna    on behalf of Creditor    Tufts Investments, LLC lpv@ktwllaw.com,
               ams@ktwllaw.com;r42123@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronald E. Reitz    on behalf of Creditor ROSE  AKE rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Plaintiff ROSE  AKE rreitz@margolisedelstein.com
              Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts
               murphys@dor.state.ma.us
              Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us
              William E. Miller    on behalf of Defendant    US Bank National Association as Trustee
               wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al.
               wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
               Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
               Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                              TOTAL: 33
```