UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Michael David Scott

        Debtor

James R. Walsh Esquire, Trustee

Of the Bankruptcy of

Michael David Scott

        Movant

        V.

Michael David Scott

        Respond

Bk  # 17-70045-JAD

Related To Doc. No. 333

### Proposed Order

The Court having reviewed the pleadings and facts surrounding the Debtor's motion, finds that an extension to respond by September 4 2017 is justifiable under the circumstances.

And so ordered on this __26th__ day of __July__ 2017.

_____ mas
Honorable Jeffery A. Deller

Chief U S  Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Michael David Scott
    James R. Walsh, Esquire
    Kevin J. Petak, Esquire
    Heather A. Sprague, Esquire

FILED
7/26/17 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-70045-JAD
Michael David Scott                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: gamr          Page 1 of 2          Date Rcvd: Jul 27, 2017
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2017.
db            +Michael David Scott,    772 Saint Joseph St.,    c/o FCI Loretto,    Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2017 at the address(es) listed below:
          Brett L. Messinger    on behalf of Creditor    US Bank National Association as Trustee for Credit
          Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series
          2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com,  LMTryon@duanemorris.com
          Brett L. Messinger    on behalf of Defendant    U S Bank National Associates as Trustee For Credit
          Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
          LMTryon@duanemorris.com
          Brett L. Messinger    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
          Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
          Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com,
          LMTryon@duanemorris.com
          Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,
          r42123@notify.bestcase.com
          Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
          Office of the United States Trustee Heather.Sprague@usdoj.gov,
          Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
          Andrew.F.Cetnarowski@usdoj.gov
          James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
          pawb@fedphe.com,  james.prostko@phelanhallinan.com
          James A. Prostko    on behalf of Attorney James A. Prostko pawb@fedphe.com,
          james.prostko@phelanhallinan.com
          James R. Walsh    jwalsh@spencecuster.com,
          trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
          m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
          James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
          trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
          m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
          Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
          al. pawb@fedphe.com
          Jill  Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,
          patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
          Jill  Locnikar    on behalf of Defendant    United States Department of Justice, et al.
          jill.locnikar@usdoj.gov,  patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
          Jill  Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
          patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
          Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
          Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
          Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com,
          mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
          Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com,
          mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com

```
District/off: 0315-7          User: gamr              Page 2 of 2              Date Rcvd: Jul 27, 2017
                             Form ID: pdf900          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com
              Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
              Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
              Leonard P. Vigna    on behalf of Creditor    Tufts Investments, LLC lpv@ktwllaw.com,
               ams@ktwllaw.com;r42123@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronald E. Reitz    on behalf of Creditor ROSE  AKE rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Plaintiff ROSE  AKE rreitz@margolisedelstein.com
              Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts
               murphys@dor.state.ma.us
              Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us
              William E. Miller    on behalf of Defendant    US Bank National Association as Trustee
               wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al.
               wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
               Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
               Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                   TOTAL: 33