Form 404

UNITED STATES BANKRUPTCY COURT    339 – 334
WESTERN DISTRICT OF PENNSYLVANIA    msch

In re:                                                                  Bankruptcy Case No.: 17-70045-JAD
                                                                        Doc. No. 334
                                                                        Chapter: 7
                                                                        Hearing Date: 8/1/17 at 10:00 AM

Michael David Scott
aka The Crawford Group LLC, aka Macaulay Family Realty Trust
    Debtor(s)

CERTIFICATE OF SERVICE OF Motion to Compel Trustee to Arrang with BOP for the Debtor
                     (Specify Document(s) Served) To have acces to internet and tel commu cta
                                                                                                          for

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified
below or on the attached list on   July 26, 2017   .
                                          (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of
service) was: United States Postal Service First Class Mail  .

If more than one method of service was employed, this certificate of service groups the parties by the type of service.
For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service
By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

EXECUTED ON:

                                                              By: _____
                                                                   (Signature)
                                                                   Michael D. Scott
                                                                   Typed Name
                                                                   772 Saint Joseph St
                                                                   Loretto PA 15940
                                                                   Address

                                                                   _____
                                                                   Phone No.

                                                                   _____
                                                                   List Bar I.D. and State of Admission

RECEIVED 2017 JUL 31 A 11:09 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

Mailing Service List

Office of the U S Trustee

1001 Liberty Ave

Suite 970

Pittsburgh PA 15222


Kevin Petack  Counsel For Trustee

James R Walsh Trustee

Spence, Wolfe & Rose LLC

1067 Menoher Blvd

Johnstown PA 15905