Form 404

UNITED STATES BANKRUPTCY COURT           319 – 273
WESTERN DISTRICT OF PENNSYLVANIA         msch

In re:                                    Bankruptcy Case No.: 17–70045–JAD
                                          Doc. No. 273
                                          Chapter: 7
                                          Hearing Date: 8/1/17 at 10:00 AM

**Michael David Scott**
aka The Crawford Group LLC, aka Macaulay Family Realty Trust
   Debtor(s)

**CERTIFICATE OF SERVICE OF** _Application For Waiver Of Appellate Filing Fee_
                  (Specify Document(s) Served)

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on ___July 26, 2017___ see attached
                                  (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _First Class Mail United States Postal Service._

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:** _July 26, 2017_

By: _[signature]_
(Signature)
Typed Name _Michael D. Scott_
_772 Saint Joseph St. Loretto PA 15940_

Address

Phone No.

List Bar I.D. and State of Admission

RECEIVED 2017 JUL 31 A 11:09 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

Mailing Service List

Office of the U.S. Trustee

1001 Liberty Ave.

Suite 970

Pittsburgh PA 15222

Kevin Petack, Counsel For Trustee

James R. Walsh Trustee

Spence, Wolfe & Rose LLC

1067 Menoher Blvd.

Johnstown PA 15905

Brett L. Messinger, Esq

Counsel For U.S. Bank

Duane Morris LLP

30 South 17th St.

Philadelphia PA 19103