# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

### Conciliation Conference:

**Debtor:** MICHAEL DAVID SCOTT
**Case Number:** 17-70045-JAD      **Chapter:** 7
**Date / Time / Room:** TUESDAY, AUGUST 01, 2017 10:00 AM   COURTROOM D
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

### Matter:

Appliction For Waiver Of The Appellate Filing Fee In A Chapter 7 Case
- No Response Filed  [Due 7/31/2017 by 12:00 Noon]
R / M #:  273 / 0

### Appearances:

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, ESQUIRE
DEBTOR:  PRO SE
CREDITOR:

### Proceedings:

___ Motion is GRANTED  /  DENIED
___ Special Type Of Order:
✓  CONTINUE MATTER:
   ✓  For At Least  30  Days (Court To Issue Scheduling Order)
   ___ To Hearing Date Of _____ at _____ AM/PM at _____
   ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
   ___ Evidentiary Hearing On Value And Cram-Down Interest
   ___ Complex / Pretrial Order -  NONJURY  /  JURY
   ___ Simple / Pretrial Order - NONJURY  /  JURY
   ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

**- Continue Matter For At Least 30 Days.**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
8/2/17 1:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA