# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | MICHAEL DAVID SCOTT |
| Case Number: | 17-70045-JAD    Chapter: 7 |
| Date / Time / Room: | TUESDAY, AUGUST 01, 2017 10:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

Debtor's Motion To Compel Trustee To Arrange With The Bureau Of Prisons For The Debtor To Access The Internet And Other Telecommunications Tools To Response To The Trustee's Investigation
- Response filed 7/31/2017 at Doc. No. 344 [Due 7/31/2017 by 12:00 Noon]
R / M #:   334 / 0

## Appearances:

CHAPTER 7 TRUSTEE: JAMES R. WALSH, ESQUIRE  *Petall*
DEBTOR:  PRO SE
OUST:  HILDENBRAND / SPRAGUE / WAHLQUIST

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
✓ CONTINUE MATTER:
    ✓ For At Least __30__ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at
    _____
    _____ To Conciliation Conference For _____ at
    _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order -  NONJURY  /  JURY
    _____ Simple / Pretrial Order - NONJURY  /  JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Continue Matter For At Least 30 Days.**

FILED
8/2/17 2:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge