IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : Chapter 7 |
| | : |
| | : **Bankruptcy Case No.** 17-70045-JAD |
| **Michael David Scott a/k/a The Crawford Group LLC a/k/a Macaulay Family Realty Trust,** | : |
| **Debtor.** | : |
| | |
| **U.S. Bank, National Association, as Trustee For Credit Suisse First Boston Mortgage Securities Corp., Mortgage Pass-Through Certificates, Series 2004-AR7,** | : |
| **Movant,** | : |
| v. | : |
| **Michael David Scott a/k/a The Crawford Group LLC a/k/a Macaulay Family Realty Trust,** | : |
| and | : |
| **James R. Walsh (Trustee),** | : |
| **Respondents.** | : |

**CERTIFICATE OF SERVICE FOR ORDER ON EMERGENCY MOTION OF U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-AR7 TO EXTEND THE TIME TO RESPOND AND TO CONTINUE HEARING**

I, Brett L. Messinger declare that on August 10, 2017 I served the above-referenced document as indicated below:

(SERVICE LIST IN RE: MICHAEL D. SCOTT)

**By Mail:**

ROSE AKE
Margolis Edelstein
525 William Penn Place Suite 3300
Pittsburgh, PA 15219

American Express Bank, FSB
c/o Becket and Lee, LLP
PO Box 3001
Malvern, PA 19355-0701

**BY FEDEX:**

Michael D Scott
772 Saint Joseph St.
c/o FCI Loretto
Loretto, PA 15940

**Heather A. Sprague on Behalf of the United States Trustee by**
Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
412-644-4756
Fax : 412-644-4785
Email: Heather.Sprague@usdoj.gov

**Kevin J. Petak**
**James R. Walsh**
Spence Custer Saylor Wolfe & Rose, LLC
1067 Menoher Boulevard
Johnstown, PA 15905
814-536-0735
Fax : 814-539-1423
Email: kpetak@spencecuster.com

**By ECF:**

Jonathan W. Chatham on behalf of Attorney PA Dept of Revenue
RA-occbankruptcy7@pa.gov
Jonathan W. Chatham on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

2

DM1\7946027.1

Kunal Janak Choksi on behalf of Defendant Internal Revenue Service
kunal.j.choksi@usdoj.gov
Kevin Scott Frankel on behalf of Defendant Korde & Associates P C
pabk@logs.com
Jeremy J. Kobeski on behalf of Creditor The Bank Of New York Mellon Trust Company, N.A., et. al.
pawb@fedphe.com
Kristen D. Little on behalf of Defendant Korde & Associates P C
pabk@logs.com
Jill Locnikar on behalf of Creditor United States of America
jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
Jill Locnikar on behalf of Defendant U.S. Department of Education
jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
Brett L. Messinger on behalf of Creditor US Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series 2004-AR-7 and Ocwen Loan Servicing, LLC
blmessinger@duanemorris.com, LMTryon@duanemorris.com
William E. Miller on behalf of Creditor U.S. Bank, National Association As Trustee For et al.
wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
William E. Miller on behalf of Creditor U.S. Bank, National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage Pass-Through Certificates Series 2006-HE3 C/O Phelan Hallinan
wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
William E. Miller on behalf of Defendant US Bank National Association as Trustee
wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
Stephen G. Murphy on behalf of Defendant Commonwealth of Massachusetts
murphys@dor.state.ma.us
Stephen G. Murphy on behalf of Defendant The Commonwealth of Massachusetts
murphys@dor.state.ma.us
Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov
Kevin J. Petak on behalf of Interested Party James R Walsh
kpetak@spencecuster.com,
mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
Kevin J. Petak on behalf of Trustee James R Walsh
kpetak@spencecuster.com,
mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
Kevin J. Petak on behalf of Trustee James R. Walsh
kpetak@spencecuster.com,
mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
James A. Prostko on behalf of Attorney James A. Prostko
pawb@fedphe.com, james.prostko@phelanhallinan.com
James A. Prostko on behalf of Creditor U.S. Bank, National Association, as Trustee, et al...
pawb@fedphe.com, james.prostko@phelanhallinan.com
Ronald E. Reitz on behalf of Creditor BONABERI CORPORATION
rreitz@margolisedelstein.com

Ronald E. Reitz on behalf of Creditor ROSE AKE
rreitz@margolisedelstein.com

Ronald E. Reitz on behalf of Plaintiff BONABERI CORPORATION
rreitz@margolisedelstein.com

Ronald E. Reitz on behalf of Plaintiff ROSE AKE
rreitz@margolisedelstein.com

James R. Walsh
jwalsh@spencecuster.com,
trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com

James R. Walsh on behalf of Trustee James R. Walsh
jwalsh@spencecuster.com,
trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com

James Warmbrodt on behalf of Creditor BANK OF AMERICA, N.A.
bkgroup@kmllawgroup.com

Denver E. Wharton on behalf of Creditor Khanda, LLC
dew@ktwllaw.com, r42123@notify.bestcase.com

Heather A. Sprague on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States Trustee
Heather.Sprague@usdoj.gov,
Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;Andrew.F.Cetnarowski@usdoj.gov

Dated: August 10, 2017               Respectfully submitted,

By: /s/ Brett L. Messinger
Brett L. Messinger
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000
Email: BLMessinger@duanemorris.com

*Attorneys for U.S. Bank, National Association, as Trustee For Credit Suisse First Boston Mortgage Securities Corp., Mortgage Pass Through Certificates, Series 2004-AR7 and Ocwen Loan Servicing, LLC*