## TO BE COMPLETED BY RECORDS OFFICER OF PRISON

1. The plaintiff presently has the sum of $ 145 — on account at FCI Loretto
   (Name of prison)

   ✓ Attached is a copy of the plaintiff's institutional account indicating deposits and withdrawals during the preceding one year period or 8/19/17 To 1/11/17
   (Indicate period covered by Account)

   _____ I cannot furnish the court with a copy of the plaintiff's institutional account indicating income and withdrawals because _____

2. The plaintiff has the following securities and other assets: (include any information you have regarding outside accounts, sources of income):
   N/A

3. Other information relevant to plaintiff's financial status or information that plaintiff's statements contained in his motion and declaration in support of motion to proceed in forma pauperis are not true:
   N/A

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Signed this 21 day of Aug, 20 17

K. HITE
COUNSELOR
FCI LORETTO

Signature and Title of Records Officer of Prison

## ORDER

Motion for leave to proceed in forma pauperis is _____

Date: _____

_____
Clerk of the Court

# All Transactions



| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 93357038 | Current Institution: | Loretto FCI | |
| Inmate Name: | SCOTT, MICHAEL | Housing Unit: | LOR-C-A | |
| Report Date: | 08/21/2017 | Living Quarters: | C02-007L | |
| Report Time: | 12:14:35 PM | | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 8/19/2017 7:17:44 PM | TRUL Withdrawal | ($5.00) | TL0819 | | $145.55 |
| 8/18/2017 4:44:11 PM | TRUL Withdrawal | ($5.00) | TL0818 | | $150.55 |
| 8/17/2017 9:07:48 AM | TRUL Withdrawal | ($5.00) | TL0817 | | $155.55 |
| 8/17/2017 9:03:19 AM | Western Union | $100.00 | 33317229 | | $160.55 |
| 8/16/2017 9:37:21 AM | TRUL Withdrawal | ($2.00) | TL0816 | | $60.55 |
| 8/16/2017 9:20:59 AM | Sales - Fingerprint | ($41.45) | 17 | | $62.55 |
| 8/16/2017 9:03:47 AM | Western Union | $50.00 | 33317228 | | $104.00 |
| 8/15/2017 4:28:47 PM | TRUL Withdrawal | ($2.00) | TL0815 | | $54.00 |
| 8/15/2017 6:19:03 AM | TRUL Withdrawal | ($2.00) | TL0815 | | $56.00 |
| 8/14/2017 10:39:10 AM | TRUL Withdrawal | ($2.00) | TL0814 | | $58.00 |
| 8/13/2017 4:31:46 PM | Phone Withdrawal | ($5.00) | TFN0813 | | $60.00 |
| 8/12/2017 4:04:57 PM | Western Union | $50.00 | 33317224 | | $65.00 |
| 8/11/2017 6:50:46 AM | TRUL Withdrawal | ($5.00) | TL0811 | | $15.00 |
| 8/9/2017 8:17:34 AM | Sales - Fingerprint | ($40.80) | 54 | | $20.00 |
| 8/8/2017 6:29:30 PM | TRUL Withdrawal | ($5.00) | TL0808 | | $60.80 |
| 8/6/2017 5:58:38 PM | TRUL Withdrawal | ($2.00) | TL0806 | | $65.80 |
| 8/4/2017 8:03:27 PM | TRUL Withdrawal | ($5.00) | TL0804 | | $67.80 |
| 8/3/2017 9:23:30 AM | Phone Withdrawal | ($5.00) | TFN0803 | | $72.80 |
| 8/3/2017 8:57:13 AM | Sales - Fingerprint | ($42.05) | 5 | | $77.80 |
| 8/2/2017 7:46:53 PM | TRUL Withdrawal | ($5.00) | TL0802 | | $119.85 |
| 8/2/2017 1:23:30 PM | Payroll - IPP | $69.60 | SIPP0717 | | $124.85 |
| 7/30/2017 9:18:21 PM | TRUL Withdrawal | ($5.00) | TL0730 | | $55.25 |
| 7/29/2017 1:05:14 PM | Western Union | $50.00 | 33317210 | | $60.25 |
| 7/29/2017 12:31:22 PM | Phone Withdrawal | ($5.00) | TFN0729 | | $10.25 |
| 7/28/2017 1:42:18 PM | TRUL Withdrawal | ($5.00) | TL0728 | | $15.25 |
| 7/26/2017 8:32:55 AM | TRUL Withdrawal | ($5.00) | TL0726 | | $20.25 |
| 7/25/2017 10:17:01 AM | Sales - Fingerprint | ($85.70) | 34 | | $25.25 |
| 7/25/2017 10:04:24 AM | Western Union | $50.00 | 33317206 | | $110.95 |
| 7/25/2017 7:46:10 AM | Phone Withdrawal | ($5.00) | TFN0725 | | $60.95 |
| 7/24/2017 3:57:03 PM | TRUL Withdrawal | ($5.00) | TL0724 | | $65.95 |
| 7/23/2017 11:03:19 AM | Phone Withdrawal | ($5.00) | TFN0723 | | $70.95 |
| 7/22/2017 12:04:34 PM | Western Union | $50.00 | 33317203 | | $75.95 |
| 7/21/2017 10:48:27 PM | TRUL Withdrawal | ($5.00) | TL0721 | | $25.95 |
| 7/21/2017 8:32:35 AM | TRUL Withdrawal | ($5.00) | TL0721 | | $30.95 |
| 7/20/2017 9:27:53 AM | Sales - Fingerprint | ($49.10) | 51 | | $35.95 |
| 7/19/2017 5:59:26 PM | TRUL Withdrawal | ($5.00) | TL0719 | | $85.05 |
| 7/17/2017 8:19:52 PM | TRUL Withdrawal | ($5.00) | TL0717 | | $90.05 |
| 7/17/2017 6:05:46 PM | Western Union | $30.00 | 33317198 | | $95.05 |
| 7/14/2017 11:25:27 AM | TRUL Withdrawal | ($5.00) | TL0714 | | $65.05 |
| 7/11/2017 9:03:18 PM | TRUL Withdrawal | ($5.00) | TL0711 | | $70.05 |
| 7/11/2017 8:13:08 AM | Sales - Fingerprint | ($22.00) | 39 | | $75.05 |
| 7/10/2017 2:21:17 PM | Phone Withdrawal | ($5.00) | TFN0710 | | $97.05 |
| 7/8/2017 7:56:35 AM | TRUL Withdrawal | ($5.00) | TL0708 | | $102.05 |
| 7/5/2017 10:21:25 AM | TRUL Withdrawal | ($5.00) | TL0705 | | $107.05 |
| 7/5/2017 9:13:54 AM | Sales - Fingerprint | ($42.55) | 80 | | $112.05 |
| 7/5/2017 7:31:02 AM | Payroll - IPP | $76.56 | SIPP0617 | | $154.60 |
| 7/4/2017 3:49:07 PM | TRUL Withdrawal | ($2.00) | TL0704 | | $78.04 |
| 7/4/2017 8:03:28 AM | TRUL Withdrawal | ($2.00) | TL0704 | | $80.04 |
| 7/3/2017 9:20:11 AM | Phone Withdrawal | ($5.00) | TFN0703 | | $82.04 |
| 7/2/2017 12:21:38 PM | TRUL Withdrawal | ($2.00) | TL0702 | | $87.04 |

1 2 3 4 5 6

Case 17-70045-JAD    Doc 359    Filed 08/25/17    Entered 08/25/17 12:00:36    Desc Main
Document    Page 3 of 5

## All Transactions

| Inmate Reg #: | 93357038 | Current Institution: | Loretto FCI |
| Inmate Name: | SCOTT, MICHAEL | Housing Unit: | LOR-C-A |
| Report Date: | 08/21/2017 | Living Quarters: | C02-007L |
| Report Time: | 12:14:43 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 6/28/2017 8:58:43 AM | Sales - Fingerprint | ($86.55) | 52 | | $89.04 |
| 6/27/2017 8:37:20 PM | TRUL Withdrawal | ($5.00) | TL0627 | | $175.59 |
| 6/24/2017 8:11:06 AM | TRUL Withdrawal | ($5.00) | TL0624 | | $180.59 |
| 6/23/2017 9:04:38 AM | TRUL Withdrawal | ($5.00) | TL0623 | | $185.59 |
| 6/22/2017 5:59:18 PM | Phone Withdrawal | ($10.00) | TFN0622 | | $190.59 |
| 6/22/2017 8:49:58 AM | TRUL Withdrawal | ($5.00) | TL0622 | | $200.59 |
| 6/21/2017 4:04:37 PM | Western Union | $100.00 | 33317172 | | $205.59 |
| 6/20/2017 7:55:40 AM | Sales - Fingerprint | ($23.50) | 1 | | $105.59 |
| 6/19/2017 3:49:21 PM | TRUL Withdrawal | ($5.00) | TL0619 | | $129.09 |
| 6/19/2017 2:05:18 PM | Western Union | $100.00 | 33317170 | | $134.09 |
| 6/18/2017 5:32:16 PM | TRUL Withdrawal | ($2.00) | TL0618 | | $34.09 |
| 6/13/2017 5:31:34 PM | TRUL Withdrawal | ($5.00) | TL0613 | | $36.09 |
| 6/13/2017 9:28:50 AM | Sales - No FP (Non-FP Session) | ($29.50) | 25 | | $41.09 |
| 6/12/2017 7:05:34 PM | Western Union | $25.00 | 33317163 | | $70.59 |
| 6/12/2017 9:20:11 AM | Phone Withdrawal | ($5.00) | TFN0612 | | $45.59 |
| 6/11/2017 10:04:31 PM | TRUL Withdrawal | ($2.00) | TL0611 | | $50.59 |
| 6/9/2017 7:47:48 AM | FRP Quarterly Pymt | ($25.00) | SFRP0617 | | $52.59 |
| 6/9/2017 7:47:23 AM | Payroll - IPP | $76.56 | SIPP0517 | | $77.59 |
| 6/8/2017 9:50:20 AM | Sales - No FP (Non-FP Session) | ($8.30) | 62 | | $1.03 |
| 6/8/2017 6:46:41 AM | TRUL Withdrawal | ($5.00) | TL0608 | | $9.33 |
| 6/5/2017 7:31:54 PM | TRUL Withdrawal | ($5.00) | TL0605 | | $14.33 |
| 6/4/2017 7:30:36 PM | TRUL Withdrawal | ($2.00) | TL0604 | | $19.33 |
| 6/3/2017 8:00:28 AM | TRUL Withdrawal | ($2.00) | TL0603 | | $21.33 |
| 6/2/2017 11:08:16 AM | Phone Withdrawal | ($5.00) | TFN0602 | | $23.33 |
| 6/1/2017 9:13:08 AM | Sales - Fingerprint | ($25.45) | 41 | | $28.33 |
| 5/30/2017 5:24:35 PM | TRUL Withdrawal | ($5.00) | TL0530 | | $53.78 |
| 5/29/2017 12:05:09 PM | Phone Withdrawal | ($5.00) | TFN0529 | | $58.78 |
| 5/28/2017 3:04:27 PM | Western Union | $50.00 | 33317148 | | $63.78 |
| 5/27/2017 12:22:56 PM | TRUL Withdrawal | ($5.00) | TL0527 | | $13.78 |
| 5/27/2017 10:32:06 AM | Phone Withdrawal | ($5.00) | TFN0527 | | $18.78 |
| 5/26/2017 11:35:19 AM | TRUL Withdrawal | ($5.00) | TL0526 | | $23.78 |
| 5/24/2017 8:18:39 AM | Sales - Fingerprint | ($112.25) | 45 | | $28.78 |
| 5/24/2017 6:14:32 AM | TRUL Withdrawal | ($5.00) | TL0524 | | $141.03 |
| 5/22/2017 5:11:16 PM | Phone Withdrawal | ($5.00) | TFN0522 | | $146.03 |
| 5/21/2017 5:28:43 PM | TRUL Withdrawal | ($5.00) | TL0521 | | $151.03 |
| 5/21/2017 8:23:38 AM | TRUL Withdrawal | ($5.00) | TL0521 | | $156.03 |
| 5/20/2017 1:46:13 PM | TRUL Withdrawal | ($5.00) | TL0520 | | $161.03 |
| 5/20/2017 12:04:32 PM | Western Union | $50.00 | 33317140 | | $166.03 |
| 5/19/2017 12:59:08 PM | TRUL Withdrawal | ($5.00) | TL0519 | | $116.03 |
| 5/18/2017 10:29:12 AM | TRUL Withdrawal | ($5.00) | TL0518 | | $121.03 |
| 5/17/2017 9:36:53 AM | Sales - Fingerprint | ($20.05) | 56 | | $126.03 |
| 5/17/2017 8:42:08 AM | Sales - Fingerprint | ($54.15) | 70 | | $146.08 |
| 5/16/2017 7:18:47 PM | TRUL Withdrawal | ($5.00) | TL0516 | | $200.23 |
| 5/15/2017 5:05:29 PM | Western Union | $50.00 | 33317135 | | $205.23 |
| 5/14/2017 9:04:44 PM | Western Union | $50.00 | 33317134 | | $155.23 |
| 5/14/2017 8:37:58 PM | Phone Withdrawal | ($5.00) | TFN0514 | | $105.23 |
| 5/14/2017 12:31:22 PM | TRUL Withdrawal | ($5.00) | TL0514 | | $110.23 |
| 5/11/2017 9:19:29 PM | TRUL Withdrawal | ($5.00) | TL0511 | | $115.23 |
| 5/10/2017 9:16:02 AM | Sales - Fingerprint | ($51.30) | 50 | | $120.23 |
| 5/9/2017 5:39:31 PM | TRUL Withdrawal | ($5.00) | TL0509 | | $171.53 |

1 2 3 4 5 6

## All Transactions



| | |
|---|---|
| Inmate Reg #: | 93357038 |
| Inmate Name: | SCOTT, MICHAEL |
| Report Date: | 08/21/2017 |
| Report Time: | 12:14:48 PM |

| | |
|---|---|
| Current Institution: | Loretto FCI |
| Housing Unit: | LOR-C-A |
| Living Quarters: | C02-007L |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 5/8/2017 12:32:52 PM | Payroll - IPP | $96.00 | SIPP0417 | | $176.53 |
| 5/8/2017 10:04:46 AM | Western Union | $30.00 | 33317128 | | $80.53 |
| 5/8/2017 9:57:07 AM | Phone Withdrawal | ($5.00) | TFN0508 | | $50.53 |
| 5/8/2017 6:35:09 AM | TRUL Withdrawal | ($5.00) | TL0508 | | $55.53 |
| 5/7/2017 2:08:35 PM | TRUL Withdrawal | ($5.00) | TL0507 | | $60.53 |
| 5/6/2017 11:12:50 AM | TRUL Withdrawal | ($2.00) | TL0506 | | $65.53 |
| 5/5/2017 2:04:25 PM | TRUL Withdrawal | ($5.00) | TL0505 | | $67.53 |
| 5/5/2017 9:38:01 AM | Inmate Co-pay | ($2.00) | SICP0517 | | $72.53 |
| 5/4/2017 6:08:32 PM | Phone Withdrawal | ($5.00) | TFN0504 | | $74.53 |
| 5/1/2017 1:06:58 PM | Western Union | $50.00 | 33317121 | | $79.53 |
| 5/1/2017 6:40:31 AM | Sales - No FP (Non-FP Session) | ($13.50) | 24 | | $29.53 |
| 4/30/2017 8:36:53 PM | TRUL Withdrawal | ($5.00) | TL0430 | | $43.03 |
| 4/28/2017 7:18:16 PM | Phone Withdrawal | ($10.00) | TFN0428 | | $48.03 |
| 4/24/2017 7:08:20 AM | Sales - No FP (Non-FP Session) | ($33.75) | 34 | | $58.03 |
| 4/23/2017 6:47:08 PM | TRUL Withdrawal | ($10.00) | TL0423 | | $91.78 |
| 4/19/2017 3:40:02 PM | TRUL Withdrawal | ($5.00) | TL0419 | | $101.78 |
| 4/19/2017 9:03:40 AM | Western Union | $100.00 | 33317109 | | $106.78 |
| 4/18/2017 7:16:03 PM | Phone Withdrawal | ($5.00) | TFN0418 | | $6.78 |
| 4/18/2017 7:12:44 PM | TRUL Withdrawal | ($5.00) | TL0418 | | $11.78 |
| 4/16/2017 11:21:33 AM | TRUL Withdrawal | ($5.00) | TL0416 | | $16.78 |
| 4/15/2017 1:05:54 PM | TRUL Withdrawal | ($2.00) | TL0415 | | $21.78 |
| 4/13/2017 3:42:55 PM | Phone Withdrawal | ($5.00) | TFN0413 | | $23.78 |
| 4/13/2017 2:48:52 PM | TRUL Withdrawal | ($5.00) | TL0413 | | $28.78 |
| 4/10/2017 9:38:46 AM | TRUL Withdrawal | ($5.00) | TL0410 | | $33.78 |
| 4/10/2017 8:15:58 AM | Sales - No FP (Non-FP Session) | ($61.95) | 64 | | $38.78 |
| 4/8/2017 9:08:30 AM | Phone Withdrawal | ($3.00) | TFN0408 | | $100.73 |
| 4/7/2017 6:40:58 AM | TRUL Withdrawal | ($5.00) | TL0407 | | $103.73 |
| 4/6/2017 8:27:49 AM | Payroll - IPP | $80.02 | SIPP0317 | | $108.73 |
| 4/6/2017 8:26:18 AM | Sales - Fingerprint | ($21.90) | 25 | | $28.71 |
| 4/5/2017 6:41:24 AM | TRUL Withdrawal | ($5.00) | TL0405 | | $50.61 |
| 4/3/2017 5:20:36 PM | TRUL Withdrawal | ($5.00) | TL0403 | | $55.61 |
| 4/2/2017 2:04:53 PM | Western Union | $50.00 | 33317092 | | $60.61 |
| 4/2/2017 12:06:19 PM | TRUL Withdrawal | ($5.00) | TL0402 | | $10.61 |
| 4/1/2017 12:12:20 PM | TRUL Withdrawal | ($5.00) | TL0401 | | $15.61 |
| 4/1/2017 11:04:12 AM | Phone Withdrawal | ($5.00) | TFN0401 | | $20.61 |
| 3/29/2017 4:42:31 PM | Phone Withdrawal | ($5.00) | TFN0329 | | $25.61 |
| 3/28/2017 5:47:45 PM | TRUL Withdrawal | ($5.00) | TL0328 | | $30.61 |
| 3/27/2017 7:06:55 AM | Sales - No FP (Non-FP Session) | ($85.20) | 29 | | $35.61 |
| 3/27/2017 6:25:42 AM | Trugram | ($29.95) | TG0327 | | $120.81 |
| 3/26/2017 10:04:38 PM | Western Union | $50.00 | 33317085 | | $150.76 |
| 3/25/2017 5:05:00 PM | Western Union | $50.00 | 33317084 | | $100.76 |
| 3/23/2017 8:37:26 PM | Phone Withdrawal | ($9.00) | TFN0323 | | $50.76 |
| 3/23/2017 9:19:33 AM | TRUL Withdrawal | ($5.00) | TL0323 | | $59.76 |
| 3/18/2017 4:07:28 PM | TRUL Withdrawal | ($5.00) | TL0318 | | $64.76 |
| 3/13/2017 9:58:11 PM | TRUL Withdrawal | ($5.00) | TL0313 | | $69.76 |
| 3/13/2017 9:03:41 AM | Western Union | $50.00 | 33317072 | | $74.76 |
| 3/13/2017 7:10:03 AM | Sales - No FP (Non-FP Session) | ($55.00) | 23 | | $24.76 |
| 3/9/2017 11:50:32 AM | FRP Quarterly Pymt | ($25.00) | SFRP0317 | | $79.76 |
| 3/9/2017 11:50:03 AM | Payroll - IPP | $57.40 | SIPP0217 | | $104.76 |
| 3/9/2017 9:08:40 AM | Trugram | ($24.95) | TG0309 | | $47.36 |

1 2 3 4 5 6

# All Transactions

| | | |
|---|---|---|
| Inmate Reg #: | 93357038 | |
| Inmate Name: | SCOTT, MICHAEL | |
| Report Date: | 08/21/2017 | |
| Report Time: | 12:14:54 PM | |

| | |
|---|---|
| Current Institution: | Loretto FCI |
| Housing Unit: | LOR-C-A |
| Living Quarters: | C02-007L |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 3/8/2017 9:36:11 AM | TRUL Withdrawal | ($5.00) | TL0308 | | $72.31 |
| 3/6/2017 7:20:05 AM | Sales - No FP (Non-FP Session) | ($57.90) | 26 | | $77.31 |
| 3/5/2017 7:04:17 AM | TRUL Withdrawal | ($5.00) | TL0305 | | $135.21 |
| 3/4/2017 8:25:23 AM | Phone Withdrawal | ($10.00) | TFN0304 | | $140.21 |
| 3/3/2017 8:56:44 AM | TRUL Withdrawal | ($5.00) | TL0303 | | $150.21 |
| 3/1/2017 8:27:32 AM | Trugram | ($54.95) | TG0301 | | $155.21 |
| 3/1/2017 7:08:29 AM | Western Union | $100.00 | 33317060 | | $210.16 |
| 2/28/2017 9:04:09 AM | Western Union | $80.00 | 33317059 | | $110.16 |
| 2/27/2017 7:06:24 PM | Western Union | $25.00 | 33317058 | | $30.16 |
| 2/27/2017 2:54:44 PM | TRUL Withdrawal | ($5.00) | TL0227 | | $5.16 |
| 2/27/2017 10:38:30 AM | Phone Withdrawal | ($5.00) | TFN0227 | | $10.16 |
| 2/27/2017 7:07:03 AM | Sales - No FP (Non-FP Session) | ($55.65) | 24 | | $15.16 |
| 2/26/2017 5:05:32 PM | Western Union | $50.00 | 33317057 | | $70.81 |
| 2/24/2017 7:36:49 PM | TRUL Withdrawal | ($5.00) | TL0224 | | $20.81 |
| 2/19/2017 4:42:38 PM | TRUL Withdrawal | ($5.00) | TL0219 | | $25.81 |
| 2/17/2017 5:27:36 PM | Phone Withdrawal | ($5.00) | TFN0217 | | $30.81 |
| 2/17/2017 9:57:23 AM | TRUL Withdrawal | ($5.00) | TL0217 | | $35.81 |
| 2/16/2017 10:24:15 AM | TRUL Withdrawal | ($5.00) | TL0216 | | $40.81 |
| 2/14/2017 8:25:31 PM | TRUL Withdrawal | ($5.00) | TL0214 | | $45.81 |
| 2/13/2017 11:36:17 AM | Phone Withdrawal | ($7.00) | TFN0213 | | $50.81 |
| 2/13/2017 7:16:45 AM | Sales - No FP (Non-FP Session) | ($26.45) | 45 | | $57.81 |
| 2/12/2017 12:58:55 PM | TRUL Withdrawal | ($5.00) | TL0212 | | $84.26 |
| 2/11/2017 8:05:00 PM | Western Union | $50.00 | 33317042 | | $89.26 |
| 2/11/2017 9:11:38 AM | TRUL Withdrawal | ($5.00) | TL0211 | | $39.26 |
| 2/9/2017 7:32:31 PM | Trugram | ($36.95) | TG0209 | | $44.26 |
| 2/9/2017 9:31:03 AM | TRUL Withdrawal | ($5.00) | TL0209 | | $81.21 |
| 2/8/2017 4:44:04 PM | Payroll - IPP | $23.80 | SIPP0117 | | $86.21 |
| 2/7/2017 8:59:56 AM | TRUL Withdrawal | ($5.00) | TL0207 | | $62.41 |
| 2/6/2017 7:12:35 AM | Sales - No FP (Non-FP Session) | ($73.35) | 22 | | $67.41 |
| 2/5/2017 1:04:39 PM | Western Union | $100.00 | 33317036 | | $140.76 |
| 2/4/2017 12:57:40 PM | TRUL Withdrawal | ($5.00) | TL0204 | | $40.76 |
| 2/3/2017 1:51:37 PM | Phone Withdrawal | ($10.00) | TFN0203 | | $45.76 |
| 2/1/2017 8:18:03 PM | Phone Withdrawal | ($5.00) | TFN0201 | | $55.76 |
| 2/1/2017 6:30:36 PM | TRUL Withdrawal | ($5.00) | TL0201 | | $60.76 |
| 1/31/2017 8:43:07 AM | Sales - Fingerprint | ($24.30) | 42 | | $65.76 |
| 1/31/2017 7:07:01 AM | Western Union | $50.00 | 33317031 | | $90.06 |
| 1/30/2017 2:52:22 PM | TRUL Withdrawal | ($5.00) | TL0130 | | $40.06 |
| 1/27/2017 7:51:49 PM | TRUL Withdrawal | ($5.00) | TL0127 | | $45.06 |
| 1/27/2017 9:15:45 AM | TRUL Withdrawal | ($5.00) | TL0127 | | $50.06 |
| 1/26/2017 1:10:06 PM | Phone Withdrawal | ($5.00) | TFN0126 | | $55.06 |
| 1/26/2017 9:03:45 AM | Western Union | $50.00 | 33317026 | | $60.06 |
| 1/25/2017 2:38:11 PM | TRUL Withdrawal | ($5.00) | TL0125 | | $10.06 |
| 1/24/2017 1:46:22 PM | TRUL Withdrawal | ($2.00) | TL0124 | | $15.06 |
| 1/23/2017 8:11:03 AM | TRUL Withdrawal | ($5.00) | TL0123 | | $17.06 |
| 1/20/2017 6:41:49 PM | TRUL Withdrawal | ($2.00) | TL0120 | | $22.06 |
| 1/18/2017 9:18:41 AM | TRUL Withdrawal | ($5.00) | TL0118 | | $24.06 |
| 1/18/2017 7:20:14 AM | Sales - Fingerprint | ($36.30) | 8 | | $29.06 |
| 1/17/2017 7:07:26 PM | TRUL Withdrawal | ($2.00) | TL0117 | | $65.36 |
| 1/15/2017 8:19:00 AM | TRUL Withdrawal | ($5.00) | TL0115 | | $67.36 |
| 1/11/2017 9:58:29 PM | TRUL Withdrawal | ($5.00) | TL0111 | | $72.36 |

1 2 3 4 5 6