# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | MICHAEL DAVID SCOTT |
| Case Number: | 17-70045-JAD    Chapter: 7 |
| Date / Time / Room: | FRIDAY, AUGUST 25, 2017 10:00 AM   COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

Motion of United States Trustee For Second Extension Of Time To File Complaint Objecting To Discharge Under § 727 and Motion To Dismiss Pursuant To 11 U.S.C. § 707(B)(3)
- No Response Filed  [Due 8/16/2017]
R / M #:  311 / 0

## Appearances:

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, ESQUIRE
OUST:  HILDENBRAND / SPRAGUE / WAHLQUIST
DEBTOR: MICHAEL DAVID SCOTT, PRO SE

## Proceedings:

__X__ Motion is **GRANTED** / DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
   _____ For At Least _____ Days (Court To Issue Scheduling Order)
   _____ To Hearing Date Of _____ at _____ AM/PM at _____
   _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
   _____ Evidentiary Hearing On Value And Cram-Down Interest
   _____ Complex / Pretrial Order -  NONJURY  /  JURY
   _____ Simple / Pretrial Order - NONJURY  /  JURY
   _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Modified Order Entered 8/25/2017
  Granting Motion**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
8/25/17 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA