IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NUMBER: |
| | ) | |
| MICHAEL DAVID SCOTT, | ) | 17-70045 JAD |
| DEBTOR. | ) | Chapter 7 |
| | ) | |
| UNITED STATES TRUSTEE, | ) | |
| MOVANT, | ) | RELATED TO DOCUMENT NO. 311 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL DAVID SCOTT, | ) | |
| RESPONDENT. | ) | |

ORDER OF COURT

AND NOW, on this ___25th___ day of ___August___, 2017,

it appearing that the United States Trustee has filed a second motion to extend the time for the filing of a complaint objecting to discharge pursuant to 11 U.S.C. § 727 and a motion to dismiss pursuant to 11 U.S.C. § 707(b)(3);

and that sufficient cause for the extension exists;

the period for filing a complaint objecting to discharge pursuant to 11 U.S.C. § 727 and a motion to dismiss pursuant to 11 U.S.C. § 707(b)(3) is hereby extended to ~~September 13, 2017~~ **October 15, 2017**.

_____
HON. JEFFERY A. DELLER
CHIEF UNITED STATES BANKRUPTCY JUDGE

CASE ADMINISTRATOR SHALL SERVE:
All Creditors and Partieds in Interest

FILED
8/25/17 2:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

-1-

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                                 Case No. 17-70045-JAD
Michael David Scott                                                    Chapter 7
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0315-7          User: gamr                  Page 1 of 3                   Date Rcvd: Aug 25, 2017
                              Form ID: pdf900             Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2017.
db             +Michael David Scott,    772 Saint Joseph St.,    c/o FCI Loretto,    Loretto, PA 15940-7006
cr             +BANK OF AMERICA, N.A.,    Margolis Edelstein,    525 William Penn Place Suite 3300,
                 Pittsburgh, PA 15219-1730
cr             +BONABERI CORPORATION,    Margolis Edelstein,    525 William Penn Place Suite 3300,
                 Pittsburgh, PA 15219-1730
cr             +Khanda, LLC,    c/o Denver E. Wharton, Esquire,    360 Stonycreek Street,
                 Johnstown, PA 15901-1925
intp           +ROSE AKE,    Margolis Edelstein,    525 William Penn Place Suite 3300,
                 Pittsburgh, PA 15219-1730
cr             +ROSE AKE,    c/o Tanowitz Law Office,    1340 Centre St. # 103,    Newton, MA 02459-2453
cr             +The Bank Of New York Mellon Trust Company, N.A., e,    c/o Jeremy J. Kobeski,
                 Phelan, Hallinan, Diamond, & Jones,    110 Omni William Penn Building,
                 555 Grant St. Suite 300,    Pittsburgh, PA 15219-4408
cr             +Tufts Investments, LLC,    30 Marie Way,    Randolph, MA 02368-2727
cr             +U.S. Bank, National Association as Trustee Under t,    Stern & Eisenberg, PC,
                 1581 Main Street, Suite 200,    Warrington, PA 18976-3400
cr              U.S. Bank, National Association, as Trustee, et al,    c/o Its Agent, Phelan Hallinan Diamond,
                 167 JKF Boulevard,    Suite 1400,    Philadelphia, PA 19103
cr             +US Bank National Association as Trustee for Credit,    c/o Brett L. Messinger,
                 Duane Morris LLP.,    30 South 17th Street,    Philadelphia, PA 19103-4196
cr             +United states of america,    700 Grant Street, Suite 4000,    Pittsburgh, PA 15219-1956
14361933       +ASC,    PO Box 10388,    Des Moines, IA 50306-0388
14354110        ASC,    PO Box 51119,    Los Angeles, CA 90051-5419
14358599        American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14354111        Bank of America,    Headquarters,    100 North Tyron St.,    Charlotte, NC 28202
14361972       +Bonaberi Corp & Rose Ake,    1340 Centre St. #103,    Newton, MA 02459-2453
14635191       +Collara LLP,    100 High Street,    Boston, MA 02110-2321
14635194        Dan Nguyen as Trustee of,    LBJ Trust,    271 East Summer St.,    East Boston, MA 02128-2157
14635195       +David Lebwitz,    Attorney At Law,    15 Cottage Ave. Fl 4,    Quincy, MA 02169-5216
14354113       +Denovus Corporation Ltd.,    480 Johnson Rd.,    Suite 1100,    Washington, PA 15301-8936
14354115       +ED Financial,    120 N Seven Oaks Dr.,    Knoxville, TN 37922-2359
14354116       +EDS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
14635196       +First Horizion Home Loans,    165 Madison Avenue,    Memphis, TN 38103-2723
14354118       +GC Services,    PO Box 27346,    Knoxville, TN 37927-7346
14635197       +Gateway Funding,    300 Welsh Road,    Hersham, PA 19044-2273
14354119       +Hang Nina Nguyen,    1582 Dorchester Ave.,    Dorchester, MA 02122-1320
14635198       +James A. Prostko,    Phelan Hallinan Diamond & Jones LLP,    Omni William Penn Office Tower,
                 555 Grant St., Suite 300,    Pittsburgh, PA 15219-4408
14377662       +Khanda LLC,    78 Spring Street,    Medford, MA 02155-4855
14354120       +Khanda,    c/o Hang Nina Nguyen,    1582 Dorchester Avenue,    Dorchester, MA 02122-1320
14635199       +Kunal J. Choksi,    U.S. Department of Justice,    PO Box 227,    Washington, DC 20044-0227
14354122       +LBJ Trust,    c/o Hang Nina Nguyen,    1582 Dorchester Avenue,    Dorchester, MA 02122-1320
14354123        Lustig Glazer & Wilson P.C.,    PO Box 549287,    Waltham, MA 02454-9287
14354126        Mahomood Zainal,    c/o David M. Click,    45 Lynn Street, Suite 28,    Westborough, MA 01581
14354124        Marcus, Errico Emmer and Brooks P.C.,    Attorneys at Law,    45 Braintree Hill Office Park,
                 Suite 107,    Braintree, MA 02184-8733
14635200        Massachusetts Registry of Motor Vehicles,    PO Box 55889,    Boston, MA 02205-5889
14361937       +Midland Funding LLC,    PO Box 549287,    Waltham, MA 02454-9287
14354127       +OCWEN Home Loans,    1661 Worthington Road,    Suite 100,    West Palm Beach, FL 33409-6493
14354129       +Orlans Maran,    PO Box 540540,    Waltham, MA 02454-0540
14377663       +Phelan Hallinan, Diamond & Jones LLP,    Omni William Penn Office Tower,
                 555 Grant Street, Suite 300,    Pittsburgh, PA 15219-4408
14635201       +Ryan Gporkin,    Lawson & Weitzen LLP,    88 Black Falcon View,    Boston, MA 02210-2449
14354130       +SLS,    8742 Lucent Boulevard,    Suite 300,    Highlands Ranch, CO 80129-2386
14635202       +Salem Five Cents Savings Bank,    1 Salem Green #500,    Salem, MA 01970-3724
14635203       +Stephen G. Murphy,    Counsel to the Commissioner,    100 Cambridge St.,    PO Box 9565,
                 Boston, MA 02114-9565
14361938       +Sturdy Memorial Hospital,    PO Box 60,    Rochester, NH 03866-0060
14354131        Sunrise Credit Services Inc.,    PO Box 9100,    Farmingdale, NY 11735-9100
14354133       +Tanowitz Law Office P.C.,    On Behalf of Rose Ake,    1340 Centre Street #103,
                 Newton, MA 02459-2453
14354136        The Commonwealth of Massachusetts,    PO Box 7021,    Boston, MA 02204-7021,
                 Attn: Collection Bureau
14635204       +Thomas Sweeney,    811 Nantasket Ave,    Hull, MA 02045-1535
14354134      #+Tor Ekeland P.C.,    195 Plymouth St.,    Brooklyn Heights, NY 11201-1123
14354137        Town of Mansfield,    Water Department,    North Main St.,    Mansfield, MA 02048
14361971       +Transworld Systems Inc.,    802 E. Marlintown Rd., Ste. 201,    North Augusta, SC 29841-5352
14354138       +Transworld Systems Inc.,    802 E. Martintown Rd, Ste 201,    North Augusta, SC 29841-5352
14377664       +Tufts Investment LLC,    c/o Hang Nina Nyuyen,    1582 Dorchester Avenue,
                 Dorchester, MA 02122-1320
14377665       +U.S. Bank National Association, as Trustee,    c/o Phelan Hallinan, Diamon & Jones LLP,
                 Omni William Penn Office Tower,    555 Grant St., Suite 300,    Pittsburgh, PA 15219-4408
14361934       +U.S. Department of Education,    PO Box 105028,    Atlanta, GA 30348-5028
```

```
District/off: 0315-7           User: gamr               Page 2 of 3                Date Rcvd: Aug 25, 2017
                               Form ID: pdf900          Total Noticed: 67


14377666       +Wells Fargo Bank N.A.,    3476 State View Blvd.,    Fort Mill, SC 29715-7200,
                 Attn: Loss Mitigation
14361932       +Zainal Mahmood et al.,    c/o David M. Click,    45 Lyman St.,    Westborough, MA 01581-2628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14354109        E-mail/Text: bnc-applied@quantum3group.com Aug 26 2017 00:55:23      Applied Bank,
                 4700 Exchange Court,    Boca Raton, FL 33431-0966
14354112        E-mail/PDF: creditonebknotifications@resurgent.com Aug 26 2017 01:02:24      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
14354114       +E-mail/Text: collections@directfederal.com Aug 26 2017 00:55:02      Direct Federal Credit Union,
                 #1,   50 Cabot Street,    Needham Heights, MA 02494-2840
14354117        E-mail/Text: cio.bncmail@irs.gov Aug 26 2017 00:54:56      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
14354121       +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 26 2017 00:54:54      Kohls Department Store,
                 PO Box 3115,    Milwaukee, WI 53201-3115
14354125       +E-mail/Text: bkr@cardworks.com Aug 26 2017 00:54:49      Merrick Bank,    PO Box 1500,
                 Draper, VT 84020-1500
14354128       +E-mail/Text: bankruptcy@onlineis.com Aug 26 2017 00:55:27      Online Information Services,
                 PO Box 1489,    Winterville, NC 28590-1489
14354132       +E-mail/Text: bankruptcy@sw-credit.com Aug 26 2017 00:55:13      SW Credit Systems LP,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
14361973       +E-mail/Text: jboudreau@mansfieldma.com Aug 26 2017 00:54:57      Town of Mansfield,    6 Park Row,
                 Mansfield, MA 02048-2433
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            PA Dept of Revenue
cr             U.S. Bank, National Association as Trustee Under t
cr*           American Express Bank, FSB,    c/o Becket and Lee, LLP,    PO Box 3001,    Malvern, PA 19355-0701
                                                                                        TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
              Brett L. Messinger    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
               Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
               Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Defendant    US Bank National Association as Trustee
               blmessinger@duanemorris.com,    LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Creditor    US Bank National Association as Trustee for Credit
               Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series
               2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com,    LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Defendant    U S Bank National Associates as Trustee For Credit
               Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,
               r42123@notify.bestcase.com
              Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Heather.Sprague@usdoj.gov,
               Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
               Andrew.F.Cetnarowski@usdoj.gov
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Attorney James A. Prostko pawb@fedphe.com,
               james.prostko@phelanhallinan.com
```

```
District/off: 0315-7           User: gamr                Page 3 of 3              Date Rcvd: Aug 25, 2017
                               Form ID: pdf900           Total Noticed: 67
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
        pawb@fedphe.com,   james.prostko@phelanhallinan.com
        James A. Prostko    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
        al. pawb@fedphe.com,   james.prostko@phelanhallinan.com
        James R. Walsh    jwalsh@spencecuster.com,
        trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
        James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
        trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
        Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
        al. pawb@fedphe.com
        Jill  Locnikar    on behalf of Defendant    United States Department of Justice, et al.
        jill.locnikar@usdoj.gov,   patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
        Jill  Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
        patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
        Jill  Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,
        patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
        Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
        Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
        Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
        mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
        Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com,
        mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
        Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com,
        mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
        Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com
        Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
        Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
        Leonard P. Vigna    on behalf of Creditor    Tufts Investments, LLC lpv@ktwllaw.com,
        ams@ktwllaw.com;r42123@notify.bestcase.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronald E. Reitz    on behalf of Creditor ROSE  AKE rreitz@margolisedelstein.com
        Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
        Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
        Ronald E. Reitz    on behalf of Plaintiff ROSE  AKE rreitz@margolisedelstein.com
        Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us
        Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts
        murphys@dor.state.ma.us
        William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al.
        wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
        William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
        Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
        Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com,
        bkecf@sterneisenberg.com
        William E. Miller    on behalf of Defendant    US Bank National Association as Trustee
        wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com

                                                      TOTAL: 35