# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

|  |  |
|---|---|
| **Debtor:** | MICHAEL DAVID SCOTT |
| **Case Number:** | 17-70045-JAD    **Chapter:** 7 |
| **Date / Time / Room:** | FRIDAY, AUGUST 25, 2017 10:00 AM   COURTROOM B |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | MARY SCHUETZ |
| **Reporter / ECR:** | N/A |

## Matter:

Continued - Motion For Relief From The Automatic Stay Under § 362 Pursuant To Bankruptcy Procedure Rule 4001 filed by The Bank of New York Mellon Trust Company, N.A., as Successor-in-Interest to All Permitted Successors And Assigns of JPMorgan Chase Bank, N.A., As Trustee, For Certificateholders Of Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AR2 [Re: 6 Erick Road, Unit 52, Mansfield, MA 02048]
- Response filed by Debtor 6/27/2017 at Doc. No. 259  [Due 7/3/2017]
- Hearing Held 7/13/2017 - Continued To 8/25/2017
- Supplemental Exhibits To Motion For Relief filed 8/24/2017 at Doc. No. 358 by The Bank of New York Mellon Trust

R / M #:  220 / 0

## Appearances:

CHAPTER 7 TRUSTEE: JAMES R. WALSH, ESQUIRE
DEBTOR:  PRO SE
CREDITOR:  JEREMY J. KOBESKI, ESQUIRE for BNY MELLON

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_✓_ CONTINUE MATTER:
    _✓_ For At Least **60** Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at _____
    _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_✓_ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order - NONJURY  /  JURY
    _✓_ Simple / Pretrial Order - NONJURY  /  JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Continue For At Least 60 Days**
**- Evidentiary Hearing To Be Scheduled**

FILED
8/30/17 12:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge