IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**MICHAEL DAVID SCOTT,**          :    Bankruptcy No. 17-70045-JAD
                                  :
                                  :
                                  :    Related To Doc. No. 334
                                  :
                                  :
         **Debtor.**              :    Chapter 7
_____X

## ORDER CONTINUING HEARING

AND NOW, this **2nd** day of **August**, 2017, a hearing having been held on **August 1, 2017**, on the ***Motion To Compel Trustee To Arrange With The Bureau Of Prisons For The Debtor To Access The Internet And Other Telecommunications Tools To Respond To The Trustee's Investigation*** filed by Debtor; and the responsive pleading filed thereto by James R. Walsh, Chapter 7 Trustee, at Doc. No. 344;

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the hearing **IS CONTINUED** to **Thursday, September 7, 2017** at **10:00 AM** in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901*.

_____
JEFFERY A. DELLER            mas
Chief U.S. Bankruptcy Judge

* Video Conferencing equipment has been installed in Courtroom B in Johnstown, PA and in Courtroom D in Pittsburgh, PA. Parties may appear at either location.

**CASE ADMINISTRATOR SHALL SERVE:**
Michael David Scott
James R. Walsh, Esquire
Office of United States Trustee
Jill Locnikar, Esquire

FILED
8/2/17 2:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael David Scott
    Debtor

Case No. 17-70045-JAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: gamr     Page 1 of 2     Date Rcvd: Aug 30, 2017
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2017.
db         +Michael David Scott,   772 Saint Joseph St.,   c/o FCI Loretto,   Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2017 at the address(es) listed below:
           Brett L. Messinger    on behalf of Defendant    US Bank National Association as Trustee blmessinger@duanemorris.com, LMTryon@duanemorris.com
           Brett L. Messinger    on behalf of Creditor    US Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series 2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com, LMTryon@duanemorris.com
           Brett L. Messinger    on behalf of Defendant    U S Bank National Associates as Trustee For Credit Suisse First Boston Mortgage Securities Corp blmessinger@duanemorris.com, LMTryon@duanemorris.com
           Brett L. Messinger    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com, LMTryon@duanemorris.com
           Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com, r42123@notify.bestcase.com
           Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee Office of the United States Trustee Heather.Sprague@usdoj.gov, Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;Andrew.F.Cetnarowski@usdoj.gov
           James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
           James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al... pawb@fedphe.com, james.prostko@phelanhallinan.com
           James A. Prostko    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et. al. pawb@fedphe.com, james.prostko@phelanhallinan.com
           James A. Prostko    on behalf of Attorney James A. Prostko pawb@fedphe.com, james.prostko@phelanhallinan.com
           James R. Walsh    jwalsh@spencecuster.com, trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
           James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com, trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
           Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et. al. pawb@fedphe.com
           Jill Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
           Jill Locnikar    on behalf of Defendant    United States Department of Justice, et al. jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
           Jill Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
           Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
           Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov

```
District/off: 0315-7                User: gamr                   Page 2 of 2                   Date Rcvd: Aug 30, 2017
                                    Form ID: pdf900              Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Kevin J. Petak     on behalf of Trustee James R Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Kevin J. Petak     on behalf of Interested Party James R Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Kevin J. Petak     on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com
              Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
              Kunal Janak Choksi     on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
              Leonard P. Vigna     on behalf of Creditor    Tufts Investments, LLC lpv@ktwllaw.com,
               ams@ktwllaw.com;r42123@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronald E. Reitz    on behalf of Creditor ROSE  AKE rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Plaintiff ROSE  AKE rreitz@margolisedelstein.com
              Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts
               murphys@dor.state.ma.us
              Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us
              William E. Miller    on behalf of Defendant    US Bank National Association as Trustee
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al.
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
               Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
               Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 35
```