IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: | ) |
| | ) Bankruptcy No. 17-70045-JAD |
| | ) |
| MICHAEL DAVID SCOTT, | ) Chapter 7 |
| Debtor. | ) |
| ─────────────────────── X | |
| | ) |
| | ) Doc. No. |
| THE BANK OF NEW YORK | ) |
| MELLON TRUST COMPANY, | ) Related to Doc. Nos. 220, 259, 358, |
| N.A., AS SUCCESSOR-IN- | ) 371, 374 |
| INTEREST TO ALL PERMITTED | ) |
| SUCCESSORS AND ASSIGNS OF | ) |
| JPMORGAN CHASE BANK N.A. | ) |
| AS TRUSTEE, FOR | ) |
| CERTIFICATEHOLDERS OF | ) |
| NOMURA ASSET ACCEPTANCE | ) |
| CORPORATION, MORTGAGE | ) |
| PASS-THROUGH | ) |
| CERTIFICATES, SERIES 2005- | ) |
| AR2, | ) |
| | ) |
| Movant, | ) |
| | ) |
| -vs- | ) |
| | ) |
| MICHAEL DAVID SCOTT, aka | ) |
| THE CRAWFORD GROUP LLC | ) |
| aka MACAUALY FAMILY | ) |
| REALTY TRUST, | ) |
| | ) |
| AND | ) |
| | ) |
| JAMES R. WALSH, ESQUIRE | ) |
| (TRUSTEE), | ) |
| | ) |
| Respondents. | ) |
| | ) |
| ─────────────────────── X | |

**AMENDED ORDER SCHEDULING EVIDENTIARY HEARING**

1

**AND NOW**, this Court having received the Motion of *The Bank Of New York Mellon Trust Company, N.A., As Successor-In-Interest To All Permitted Successors And Assigns Of JPMorgan Chase Bank N.A. As Trustee, For Certificateholders Of Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AR2 for Relief from the Automatic Stay Under § 362 Pursuant to Bankruptcy Procedure Rule 4001*, (ECF No. 220), and the responsive and supplemental papers filed in connection therewith (ECF Nos. 259, 358, 371),

**IT IS HEREBY ORDERED** that an evidentiary hearing is scheduled for **11:00 A.M., Friday, December 15, 2017** in **Courtroom B**, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901. Only two (2) hours is allotted for this Evidentiary Hearing.

The two matters subject to trial at the Evidentiary Hearing are as follows:

(1) Is the Movant the holder of the Mortgage such that it is entitled to enforcement as Mortgagee under applicable Massachusetts Foreclosure Law?

(2) Is the Movant the holder of the Note such that the Movant is entitled to enforcement of the Note under applicable Massachusetts Foreclosure Law?

All **exhibits** to be offered as evidence at the Evidentiary Hearing are to be submitted to the Court in a binder, with an index, and each exhibit separately marked and tabbed, and delivered to Judge Deller's Chambers, 54th Floor, USX Tower, Pittsburgh PA, 15219, prior to **November 6, 2017**, and contemporaneously served on the other parties to this matter.

2

The parties are to file a list of the witnesses they intend to call, which list must be filed with the Court prior to **November 13, 2017**, labeled as "Witness List for Evidentiary Hearing Relating to Motion Filed at ECF No. 220," and contemporaneously served on the other parties to this matter. Other than for the Debtor, **all counsel and witnesses must appear in person at the Evidentiary Hearing in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901**. The Debtor shall appear by AUDIO* conference.

**IT IS SO ORDERED.**

**Date**: September 5, 2017          /s/ Jeffery A. Deller
                                     **Jeffery A. Deller**
                                     Chief, US Bankruptcy Judge

*The Court was advised that video conferencing is not available to Mr. Scott, therefore the Order was revised to delete the reference of "Video" to "Audio."

cc: **Case Administrator to Serve**:

**Michael David Scott**, via regular mail **and** via email, attention
*khite@bop.gov*
**Chapter 7 Trustee**
**James A. Protsko**, Esquire

FILED
9/5/17 11:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

3

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael David Scott
    Debtor

Case No. 17-70045-JAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: gamr      Page 1 of 2      Date Rcvd: Sep 05, 2017
                     Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2017.
db            +Michael David Scott,    772 Saint Joseph St.,    c/o FCI Loretto,    Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2017                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2017 at the address(es) listed below:
           Brett L. Messinger    on behalf of Defendant    US Bank National Association as Trustee
             blmessinger@duanemorris.com,    LMTryon@duanemorris.com
           Brett L. Messinger    on behalf of Creditor    US Bank National Association as Trustee for Credit
             Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series
             2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com,    LMTryon@duanemorris.com
           Brett L. Messinger    on behalf of Defendant    U S Bank National Associates as Trustee For Credit
             Suisse First   Boston Mortgage Securities Corp blmessinger@duanemorris.com,
             LMTryon@duanemorris.com
           Brett L. Messinger    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
             Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
             Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com,
             LMTryon@duanemorris.com
           Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,
             r42123@notify.bestcase.com
           Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
             Office of the United States Trustee Heather.Sprague@usdoj.gov,
             Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
             Andrew.F.Cetnarowski@usdoj.gov
           James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
           James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
             pawb@fedphe.com,    james.prostko@phelanhallinan.com
           James A. Prostko    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
             al. pawb@fedphe.com,    james.prostko@phelanhallinan.com
           James A. Prostko    on behalf of Attorney James A. Prostko pawb@fedphe.com,
             james.prostko@phelanhallinan.com
           James R. Walsh    jwalsh@spencecuster.com,
             trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
             m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
           James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
             trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
             m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
           Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
             al. pawb@fedphe.com
           Jill Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,
             patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
           Jill Locnikar    on behalf of Defendant    United States Department of Justice, et al.
             jill.locnikar@usdoj.gov,    patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
           Jill Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
             patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
           Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
           Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov

```
District/off: 0315-7           User: gamr              Page 2 of 2              Date Rcvd: Sep 05, 2017
                               Form ID: pdf900         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
          Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
          Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
          Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com
          Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
          Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
          Leonard P. Vigna    on behalf of Creditor    Tufts Investments, LLC lpv@ktwllaw.com, ams@ktwllaw.com;r42123@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronald E. Reitz    on behalf of Creditor ROSE  AKE rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Plaintiff ROSE  AKE rreitz@margolisedelstein.com
          Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts murphys@dor.state.ma.us
          Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us
          William E. Miller    on behalf of Defendant    US Bank National Association as Trustee wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                                                            TOTAL: 35