# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** MICHAEL DAVID SCOTT
**Case Number:** 17-70045-JAD    **Chapter:** 7
**Date / Time / Room:** THURSDAY, SEPTEMBER 07, 2017  10:00 AM   COURTROOM B
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

CONTINUED - Debtor's Motion To Compel Trustee To Arrange With The Bureau Of Prisons For The Debtor To Access The Internet And Other Telecommunications Tools To Respond To The Trustee 's Investigation
- Response filed by James R. Walsh, Chapter 7 Trustee 7/31/2017 at Doc. No. 344
- Hearing Held 8/1/2017 - Continued To 9/7/2017
- Response filed by United States of America 8/29/2017 at Doc. No. 370
R / M #:  334 / 0

## Appearances:

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, ESQUIRE / KEVIN J. PETAK, ESQUIRE
DEBTOR:  PRO SE
INTERESTED PARTY:  SOO S. SONG, ESQUIRE, ACTING U.S. ATTORNEY
OUST:  HILDENBRAND / SPRAGUE / WAHLQUIST

## Proceedings:

✓ Motion is GRANTED  /  **(DENIED)**
___ Special Type Of Order:
___ CONTINUE MATTER:
    ___ For At Least ___ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY  /  JURY
    ___ Simple / Pretrial Order - NONJURY  /  JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

**- Order Entered 9/7/2017 Denying Motion**

FILED
9/8/17 12:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge