# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** MICHAEL DAVID SCOTT
**Case Number:** 17-70045-JAD      **Chapter:** 7

**Date / Time / Room:** THURSDAY, SEPTEMBER 07, 2017 10:00 AM   COURTROOM B

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

CONTINUED - Debtor's Motion To Stay Execution Of Order Lifting Automatic Stay On 40 Old Stable Drive, Manfield, MA  02048 Pending The Outcome Of Petitioner's Appeal
- Hearing Held 6/30/2017 - Continued To 7/28/2017
- Opposition of U.S. Bank, National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Mortgage Pass-Through Certificates, Series 2004-AR7 filed 7/12/2017 at Doc. No. 301
- Order Entered 7/21/2017 Requiring Briefing And Continuing Hearing [Briefs due no later than 8/11/2017 and Hearing Continued To 8/25/2017]
- Motion To Dismiss in ResponseTo Court's Order of 7/21/2017 filed by Debtor 8/10/2017 at Doc. No. 355
- Supplement Exhibits To Motion of The Bank of New York Mellon for Relief From Stay filed  8/24/2017 at Doc. No. 357
- Brief/Memorandum filed 8/25/2017 at Doc. No. 361 by U.S. Bank National Association
- Objection To Debtor's Motion To Dismiss In Response To Court Order filed by U.S. Bank National Association 8/25/2017 at Doc. No. 365
- Debtor's Supplemental Response To 8/25/2017 Court Order and Request For Emergency Hearing filed 8/30/2017 at Doc. No. 371

R / M #:  231 / 0

## Appearances:

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, ESQUIRE
DEBTOR:  PRO SE
CREDITOR:  BRETT MESSINGER, ESQUIRE for U.S. BANK NATIONAL ASSOCIATION
OUST:  HILDENBRAND / SPRAGUE / WAHLQUIST

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
   _____ For At Least _____ Days (Court To Issue Scheduling Order)
   _____ To Hearing Date Of _____ at _____ AM/PM at
   _____
   _____ To Conciliation Conference For _____ at _____
   _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
   _____ Evidentiary Hearing On Value And Cram-Down Interest
   _____ Complex / Pretrial Order -  NONJURY   /   JURY
   _____ Simple / Pretrial Order - NONJURY   /   JURY
   _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
 ✓  OTHER:  O/E extending stay

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
9/8/17 2:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**- Order Entered 9/8/2017 Extending Stay**