# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

### *Conciliation Conference:*

| | |
|---|---|
| Debtor: | MICHAEL DAVID SCOTT |
| Case Number: | 17-70045-JAD    Chapter: 7 |
| Date / Time / Room: | THURSDAY, SEPTEMBER 07, 2017 10:00 AM   COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

### *Matter:*

CONTINUED - Debtor's Application For Waiver Of The Appellate Filing Fee In A Chapter 7 Case
- Notice Regarding Nonconforming Document issued 6/28/2017
- Order entered 7/21/2017 Requiring Debtor To Complete Form [by 7/28/2017] In Support Of Debtor's Application
- Hearing Held 8/1/2017 - Continued To 9/7/2017
- Account Record at FCI Loretto and Proposed Order To Proceed In Forma Pauperis filed by Debtor 8/25/2017
 at Doc. No. 359
R / M #:  273 / 0

### *Appearances:*

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, ESQUIRE / KEVIN J. PETAK, ESQUIRE
DEBTOR:  PRO SE

### *Proceedings:*

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
   _____ For At Least _____ Days (Court To Issue Scheduling Order)
   _____ To Hearing Date Of _____ at _____ AM/PM at
   _____
   _____ To Conciliation Conference For _____ at
   _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
   _____ Evidentiary Hearing On Value And Cram-Down Interest
   _____ Complex / Pretrial Order -  NONJURY   /   JURY
   _____ Simple / Pretrial Order - NONJURY   /   JURY
   _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Supplemental Order Entered 9/8/2017 Re: Debtor's
Application For Proceeding *In Forma Pauperis***

FILED
9/8/17 3:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge