Form 404

**UNITED STATES BANKRUPTCY COURT**  
**WESTERN DISTRICT OF PENNSYLVANIA**

387 − 379  
msch

In re:  

Bankruptcy Case No.: 17−70045−JAD  
Doc. No. 379  
Chapter: 7  
Hearing Date: 10/5/17 at 10:00 AM

**Michael David Scott**  
**aka The Crawford Group LLC, aka Macaulay Family Realty Trust**  
   Debtor(s)

**CERTIFICATE OF SERVICE OF** _____  
                  **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____.  
                                                              (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

By: _____  
      (Signature)

_____  
Typed Name

_____  
Address

_____  
Phone No.

_____  
List Bar I.D. and State of Admission

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael David Scott
    Debtor

Case No. 17-70045-JAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7    User: msch    Page 1 of 2    Date Rcvd: Sep 08, 2017
                   Form ID: 404    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.
db         +Michael David Scott,   772 Saint Joseph St.,   c/o FCI Loretto,   Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2017 at the address(es) listed below:
           Brett L. Messinger    on behalf of Defendant    US Bank National Association as Trustee
            blmessinger@duanemorris.com,   LMTryon@duanemorris.com
           Brett L. Messinger    on behalf of Creditor    US Bank National Association as Trustee for Credit
            Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series
            2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com,   LMTryon@duanemorris.com
           Brett L. Messinger    on behalf of Defendant    U S Bank National Associates as Trustee For Credit
            Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
            LMTryon@duanemorris.com
           Brett L. Messinger    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
            Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
            Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com,
            LMTryon@duanemorris.com
           Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,
            r42123@notify.bestcase.com
           Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
            Office of the United States Trustee Heather.Sprague@usdoj.gov,
            Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
            Andrew.F.Cetnarowski@usdoj.gov
           James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
           James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
            pawb@fedphe.com,   james.prostko@phelanhallinan.com
           James A. Prostko    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
            al. pawb@fedphe.com,   james.prostko@phelanhallinan.com
           James A. Prostko    on behalf of Attorney James A. Prostko pawb@fedphe.com,
            james.prostko@phelanhallinan.com
           James R. Walsh    jwalsh@spencecuster.com,
            trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
           James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
            trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
           Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
            al. pawb@fedphe.com
           Jill Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,
            patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
           Jill Locnikar    on behalf of Defendant    United States Department of Justice, et al.
            jill.locnikar@usdoj.gov,   patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
           Jill Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
            patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
           Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
           Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov

```
District/off: 0315-7          User: msch               Page 2 of 2             Date Rcvd: Sep 08, 2017
                              Form ID: 404             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Kevin J. Petak     on behalf of Trustee James R Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Kevin J. Petak     on behalf of Interested Party James R Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Kevin J. Petak     on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Kevin Scott Frankel     on behalf of Defendant     Korde & Associates P C pabk@logs.com
              Kristen D. Little     on behalf of Defendant     Korde & Associates P C pabk@logs.com
              Kunal Janak Choksi     on behalf of Defendant     Internal Revenue Service kunal.j.choksi@usdoj.gov
              Leonard P. Vigna     on behalf of Creditor     Tufts Investments, LLC lpv@ktwllaw.com,
               ams@ktwllaw.com;r42123@notify.bestcase.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronald E. Reitz     on behalf of Creditor ROSE  AKE rreitz@margolisedelstein.com
              Ronald E. Reitz     on behalf of Plaintiff     BONABERI CORPORATION rreitz@margolisedelstein.com
              Ronald E. Reitz     on behalf of Creditor     BONABERI CORPORATION rreitz@margolisedelstein.com
              Ronald E. Reitz     on behalf of Plaintiff ROSE  AKE rreitz@margolisedelstein.com
              Stephen G. Murphy     on behalf of Defendant     The Commonwealth of Massachusetts
               murphys@dor.state.ma.us
              Stephen G. Murphy     on behalf of Defendant     Commonwealth of Massachusetts murphys@dor.state.ma.us
              William E. Miller     on behalf of Defendant     US Bank National Association as Trustee
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              William E. Miller     on behalf of Creditor     U.S. Bank, National Association As Trustee For et al.
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              William E. Miller     on behalf of Creditor     U.S. Bank, National Association as Trustee Under the
               Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
               Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 35