IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: | ) | |
| | ) | Bankruptcy No. 17-70045-JAD |
| | ) | |
| MICHAEL DAVID SCOTT, | ) | Chapter 7 |
| Debtor. | ) | |
| | X | |
| | ) | |
| MICHAEL DAVID SCOTT, aka | ) | Adversary No. 17-07028-JAD |
| THE CRAWFORD GROUP LLC | ) | |
| aka MACAUALY FAMILY | ) | |
| REALTY TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | Doc. No. |
| | ) | |
| -vs- | ) | Related Doc. No. 229, 273 |
| | ) | |
| US BANK NATIONAL | ) | |
| ASSOCIATES AS TRUSTEE FOR | ) | |
| CREDIT SUISSE FIRST BOSTON | ) | |
| MORTGAGE SECURITIES CORP. | ) | |
| MORTGAGE BACKED PASS | ) | |
| THROUGH CERTIFICATES | ) | |
| SERIES 2004-AR-7, KORDE & | ) | |
| ASSOCIATES PC, OCWEN LOAN | ) | |
| SERVICING LLP, | ) | |
| | ) | |
| Defendants. | ) | |
| | X | |

**SUPPLEMENTAL ORDER DIRECTING THE DEBTOR TO FILE ADDITIONAL INFORMATION IN SUPPORT OF HIS APPLICATION FOR PROCEEDING IN FORMA PAUPERIS**

Debtor filed an Application for Proceeding in Forma Pauperis (*Application for Forma Paupers*, ECF No. 229, 273. In addition to the previously filed information,

**IT IS ORDERED** that not later than **October 2, 2017**, the Debtor shall file an Affidavit, attested to by the Debtor and his spouse, to the best of their knowledge, information and belief, setting forth the following:

1. As to the Debtor's spouse: (a) each asset, having a fair market value over $1,000, in which the Debtor's spouse has an interest, listing for each asset its' approximate fair market value, all encumbrances on each assets, and identification of all co-owners for each asset; (b) each liability, with a current indebtedness over $1,000, in which the Debtor's spouse had liability, indicating the nature of the debt and whether there is security for the debt, and identification of any co-debtor for each debt; and (c) a monthly household balance sheet and income/expense statement for the Debtor's spouse and children.

2. An identification of any member of the Debtor's family who is willing and capable of funding the payment of fees to be incurred by the Debtor in the course of this Appeal.

IT IS SO ORDERED.

**Date**: September 8, 2017

_____
**Jeffery A. Deller**
Chief, US Bankruptcy Judge

cc: **Case Administrator to Serve**:

**Michael David Scott**, via regular mail and via email, attention *khite@bop.gov*
**Chapter 7 Trustee**

FILED
9/8/17 3:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael David Scott  
    Debtor

Case No. 17-70045-JAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: dkam     Page 1 of 2     Date Rcvd: Sep 08, 2017  
                       Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.  
db          +Michael David Scott,    772 Saint Joseph St.,    c/o FCI Loretto,    Loretto, PA 15940-7006  
           +James R. Walsh,    Spence, Custer,Saylor,Wolfe & Rose, LLC,    1067 Menoher Boulevard,  
            Johnstown, PA 15905-2545

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2017 at the address(es) listed below:

        Brett L. Messinger    on behalf of Defendant    US Bank National Association as Trustee  
         blmessinger@duanemorris.com,    LMTryon@duanemorris.com  
        Brett L. Messinger    on behalf of Creditor    US Bank National Association as Trustee for Credit  
         Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series  
         2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com,    LMTryon@duanemorris.com  
        Brett L. Messinger    on behalf of Defendant    U S Bank National Associates as Trustee For Credit  
         Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,  
         LMTryon@duanemorris.com  
        Brett L. Messinger    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the  
         Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage  
         Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com,  
         LMTryon@duanemorris.com  
        Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,  
         r42123@notify.bestcase.com  
        Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee  
         Office of the United States Trustee Heather.Sprague@usdoj.gov,  
         Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;  
         Andrew.F.Cetnarowski@usdoj.gov  
        James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
        James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...  
         pawb@fedphe.com,    james.prostko@phelanhallinan.com  
        James A. Prostko    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.  
         al. pawb@fedphe.com,    james.prostko@phelanhallinan.com  
        James A. Prostko    on behalf of Attorney James A. Prostko pawb@fedphe.com,  
         james.prostko@phelanhallinan.com  
        James R. Walsh    jwalsh@spencecuster.com,  
         trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co  
         m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com  
        James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,  
         trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co  
         m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com  
        Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.  
         al. pawb@fedphe.com  
        Jill Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,  
         patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov  
        Jill Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,  
         patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov  
        Jill Locnikar    on behalf of Defendant    United States Department of Justice, et al.  
         jill.locnikar@usdoj.gov,    patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov  
        Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov

```
District/off: 0315-7          User: dkam                Page 2 of 2              Date Rcvd: Sep 08, 2017
                              Form ID: pdf900           Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
              Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
              Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
              Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com
              Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
              Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
              Leonard P. Vigna    on behalf of Creditor    Tufts Investments, LLC lpv@ktwllaw.com,
               ams@ktwllaw.com;r42123@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronald E. Reitz    on behalf of Creditor ROSE  AKE rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Plaintiff ROSE  AKE rreitz@margolisedelstein.com
              Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts
               murphys@dor.state.ma.us
              Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us
              William E. Miller    on behalf of Defendant    US Bank National Association as Trustee
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al.
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
               Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
               Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                              TOTAL: 35