IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

Michael David Scott                                Chapter 7

    Debtor                                          Case # 17-70045-JAD

Supplemental Filing

"Apolo Catalo Judgement" (Apolo Judgement)

On September 7, 2017, a hearing was held on multiple matters. The Debtor advised the Court that there is a likelihood, that the Client Security Board, may adjudicate and liquidate the "Apolo judgement" in the amount of $19 Million.

The Debtor has enclosed a copy of the letter indicating that a determination will be made after September 14, 2017, to evaluate amount of payment, if any amount will be made to the Debtor. The Counsel for the Chapter 7 Trustee has also been served a copy of this filing and the letter.

Respectfully Submitted;

Michael D. Scott

772 Saint Joseph Street

Loretto PA 15940

September 7, 2017

RECEIVED 2017 SEP 14 A 11:10 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

# CLIENTS' SECURITY BOARD
*of the Supreme Judicial Court*
**99 HIGH STREET**
**BOSTON, MASSACHUSETTS 02110-2320**
(617) 728-8700
FAX: (617) 482-8000

**CLIENTS' SECURITY BOARD**
D. ETHAN JEFFERY, *Chair*
AMY S. LOCKE, *Vice Chair*
MARTIN J. NEWHOUSE, *Treasurer*
JUDITH GOLDBERG, *Secretary*
JOHN G. BAGLEY
W. LEE H. DUNHAM
REGINA SNOW MANDL

**GENERAL COUNSEL**
KAREN D. O'TOOLE

**DEPUTY GENERAL COUNSEL**
ADAM M. LUTYNSKI

September 1, 2017

<u>Legal Mail</u>

Michael David Scott, #933057-038
Federal Correctional Inst. 771 Saint Joseph Street
Loretto, PA 15940

Re:   <u>Claim of Michael David Scott CSB-2017-030 (Apolo Juan Catala)</u>

Dear Mr. Scott:

  Please be advised that your claim before the Clients' Security Board will be presented to the Board at its meeting on September 14, 2017.

  There will be a hearing on the documentation submitted. **Your presence will not be required.** Shortly after the meeting, you will be informed of the Board's decision.

  Please feel free to contact me with any questions. Thank you for your cooperation in this matter.

Sincerely,

Adam M. Lutynski
Deputy General Counsel

AML/ba