Form 404

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

387 – 379
msch

In re:

Bankruptcy Case No.: 17–70045–JAD
Doc. No. 379
Chapter: 7
Hearing Date: 10/5/17 at 10:00 AM

**Michael David Scott**
**aka The Crawford Group LLC, aka Macaulay Family Realty Trust**
   Debtor(s)

**CERTIFICATE OF SERVICE OF** Motion For Emergency Hearing / Commonwealth
**(Specify Document(s) Served)** OF Mass.

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified
below or on the attached list on ___September 14. 2017___
                                          (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of
service) was: First class mail united stets postel service

If more than one method of service was employed, this certificate of service groups the parties by the type of service.
For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service
By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

September 14. 2017

By: _____
    (Signature) Michael David Scott
    **Typed Name** 172 Sant Joseph St
    Loretto PA 15940
    **Address**

    _____
    **Phone No.** pro-se
    **List Bar I.D. and State of Admission**

2017 SEP 18  P 3: 16

000897                          352060-0898018

## Mailing Service List

Office of the U.S. Trustee

1001 Liberty Ave

Suite 970

Pittsburgh PA 15222


Kevin Petak, Counsel For Trustee

James R. Walsh Trustee

Spence, Wolfe & Rose LLC

1067 Menoher Blvd

Johnstown PA 15905


Massachusetts Department of Revenue

Attn  Stephen G  Murphy

Litigation Bureau

100 Cambridge St  P O  Box 9565

Boston MA 02114