IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

Michael David Scott                                    Chapter 7

    Debtor                                             Case # 17-70045-JAD

Michael David Scott aka

The Crawford Group LLC, aka                            Adv. #17-07028-JAD

MaCauly Family Realty Trust

    Plaintiff

V.

U.S. Bank National Associates As Trustee

For Credit Suisse First Boston Mortgage Securities Corp

Mortgage Backed Pass Through Certificates

Series 2004-AR-7 OCWEN Loan Servicing LLP

    Defendants

RECEIVED 2017 SEP 28 A 11:32 CLERK U.S. BANKRUPTCY COURT

Response To Court's Order Directing

Debtor To File Additional In Support For His Application

For Proceeding In Forma Pauperis

The Debtor filed an application for proceeding in Forma Pauperis (Application for Forma Pauperis) ECF No. 229 273).

On September 8, 2017, the Court ordered that the Debtor file

an affidavit, attested to by the Debtor and his Spouse attesting in certain information in paragraph 1 and 2 of that order.

For reasons the Debtor respectfully states, that his spouse, on the advice of her Counsel, has declined to do so.

Additional reasons the Debtor cannot provide any extrinsic evidence of support is because of prior abuse of information the Debtor provided in his criminal conviction. In that case when family members wrote letters of support or attempted to pledge collateral for bail, the information was used by the Prosecutor to harass them. and threaten them.

False accusation was made against innocent parties, and ultimately published in the newspapers. Honest family members were not spared. IRS Agent Ann Ragosta showed up at the Debtor's 80 year old blind mothers house, pretending to be there to collect taxes, but used information the Debtor had provided to harass his Aunt who also resides and helps with the care of his elderly mother. The Debtor's Aunt incurred an astronomical amount of legal expenses to defend unwarranted allegations, because she supported her nephew.

It is without doubt that the same prosecutor is defending the illegal restitution order the Debtor is defending in this case and again will use what ever power he has to harass family members, attorneys and associates like he did in the Debtor's criminal

Respectfully Submitted;

Michael D. Scott

772 Saint Joseph Street

Loretto PA 15940

September 21, 2017