Form 404

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

406 – 405
msch

In re:

Bankruptcy Case No.: 17–70045–JAD
Doc. No. 405
Chapter: 7
Hearing Date: 11/2/17 at 10:00 AM

**Michael David Scott**
aka The Crawford Group LLC, aka Macaulay Family Realty Trust
  Debtor(s)

**CERTIFICATE OF SERVICE OF** _Motion to Abandon Property_
(Specify Document(s) Served)

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _9-27-17_ .
(Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _First class mail United States postal service_ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

Office of the U.S. Trustee
1001 Liberty Ave.
Suite 970
Pittsburgh PA 15222

Kevin Petak, Counsel for Trustee
James R. Walsh Trustee
Spence, Wolfe x Rose LLC
1067 Menoher Blvd.
Johnstown PA 15905

By: _(Signature)_
Michael David Scott
Typed Name
772 Saint Joseph St
Loretto PA 15940
Address

Phone No.
Pro-Se
List Bar I.D. and State of Admission

RECEIVED 2017 OCT -2 A 10:43 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

042542                    36609042584012