# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| **Debtor:** | MICHAEL DAVID SCOTT |
| **Case Number:** | 17-70045-JAD         **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 05, 2017 10:00 AM   COURTROOM B |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | MARY SCHUETZ |
| **Reporter / ECR:** | N/A |

## Matter:

CONTINUED - Objection To Debtor's Claimed Exemptions And Claimed Amended Exemptions filed by James R. Walsh, Chapter 7 Trustee
- Response filed by Debtor 6/28/2017 at Doc. No. 271  [Due 7/1/2017]
- Hearing Held 7/13/2017 - Continued To 10/5/2017
- Supplemental Response To Trustee's Objection To The Debtor's Exemptions filed 10/3/2017 at Doc. No. 413
R / M #:   224 / 0

## Appearances:

CHAPTER 7 TRUSTEE: JAMES R. WALSH, ESQUIRE
DEBTOR:  PRO SE
CREDITOR:
OUST:  HILDENBRAND / SPRAGUE / WAHLQUIST

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
      _____ For At Least _____ Days (Court To Issue Scheduling Order)
      _____ To Hearing Date Of _____ at _____ AM/PM at _____
      _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
      _____ Evidentiary Hearing On Value And Cram-Down Interest
      _____ Complex / Pretrial Order - NONJURY  /  JURY
      _____ Simple / Pretrial Order - NONJURY  /  JURY
      _____ Parties To Undertake Discovery - Discovery Period:  _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
  ✓   OTHER:  O/E withdrawing objection.

**- Order Entered 10/6/2017 Withdrawing Objection**

FILED
10/6/17 11:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge