# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| **Debtor:** | MICHAEL DAVID SCOTT |
| **Case Number:** | 17-70045-JAD    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 05, 2017 10:00 AM   COURTROOM B |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | MARY SCHUETZ |
| **Reporter / ECR:** | N/A |

## Matter:

Emergency Motion [Regarding the tax liens imposed by the Commonwealth of Massachusetts, Department of Revenue] filed by Debtor
- Objection filed 9/28/2017 at Doc. No. 410 by Christopher C. Harding, Commissioner of the Department of Revenue for the Commonwealth of Massachusetts "MDOR"  [Due 9/28/2017]
R / M #:   379 / 0

## Appearances:

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, TRUSTEE
DEBTOR:  MICHAEL DAVID SCOTT, PRO SE
CREDITOR:  STEVEN MURPHY, ESQUIRE for COMMONWEALTH OF MA DEPT. OF REVENUE
OUST:  HILDENBRAND / SPRAGUE / WAHLQUIST

## Proceedings:

___ Motion is GRANTED   /   DENIED
_____ Special Type Of Order:
✓ CONTINUE MATTER:
    ✓ For At Least _30_ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at _____
    _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order -  NONJURY   /   JURY
    _____ Simple / Pretrial Order - NONJURY   /   JURY
    _____ Parties To Undertake Discovery - Discovery Period:  _____ days
    _____ SETTLEMENT STIPULATION IS DUE _____
    _____ OTHER:

**- Continue Matter For At Least 30 Days**

FILED
10/6/17 3:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge