UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | MICHAEL DAVID SCOTT |
| Case Number: | 17-70045-JAD     Chapter: 7 |
| Date / Time / Room: | THURSDAY, OCTOBER 05, 2017  10:00 AM   COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

Trustee's Objection To Amended Claimed Exemptions Filed on June 28, 2017 At Doc. No. 270 filed by James R. Walsh, Esquire, Chapter 7 Trustee
- Order Entered 7/26/2017 Granting Debtor's Motion For Extension Of Time To File Response -- Responses Now Due 9/4/2017
- Response filed by Debtor 8/28/2017 at Doc. No. 369
R / M #:  316 / 0

## Appearances:

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, ESQUIRE
DEBTOR:  PRO SE
OUST:  HILDENBRAND / SPRAGUE / WAHLQUIST

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
　　_____ For At Least  **60**  Days (Court To Issue Scheduling Order)
　　_____ To Hearing Date Of _____ at _____ AM/PM at _____
　　_____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
　　_____ Evidentiary Hearing On Value And Cram-Down Interest
　　_____ Complex / Pretrial Order - NONJURY / JURY
　　_____ Simple / Pretrial Order - NONJURY / JURY
　　_____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Continue Matter For At Least 60 Days**

FILED
10/6/17 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge