**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 17-70045-JAD |
| | ) | |
| **MICHAEL DAVID SCOTT,** | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | Doc. No. |
| | ) | |
| **JAMES R. WALSH, ESQUIRE,** | ) | Related to Doc. No. 224 |
| **Trustee of the Bankruptcy Estate** | ) | |
| **of Michael David Scott,** | ) | |
| Movant, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| **MICHAEL DAVID SCOTT,** | ) | |
| Respondent. | ) | |
| _____ | ) | |

## ORDER WITHDRAWING TRUSTEE'S OBJECTION TO EXEMPTIONS

On June 14, 2017, Chapter 7 Trustee, James R. Walsh, Esquire ("Trustee"), filed his *Objection of the Chapter 7 Trustee to Debtor's Claimed Exemptions and Claimed Amended Exemptions* ("First Objection to Exemptions") (ECF No. 224). A hearing was held on the First Objection to Exemptions on July 13, 2017, at which time the hearing was continued to October 5, 2017.

Subsequent to the filing of the First Objection to Exemptions, Debtor amended his exemptions by filing an amended "Schedule C: The Property You Claim as Exempt" ("Amended Exemptions") (ECF No. 270), which was docketed on June 28, 2017. The Trustee objected to the Amended Exemptions by filing dated July 18, 2017 ("Second Objection to Exemptions") (ECF No. 316), and a

hearing on the Second Objection to Exemptions was also scheduled for October 5, 2017.

At the October 5, 2017 hearing, it was agreed by the Debtor and Trustee that Debtor's Amended Exemptions supersede the exemptions subject of the First Objection to Exemptions. Thus, the First Objection to Exemptions is effectively mooted as the initial set of exemptions are no longer being asserted.

Based on the foregoing, the Court hereby **ORDERS, ADJUDGES, and DECREES**, that for the reasons stated on the record at the hearing held October 5, 2017, the Trustee's First Objection to Exemptions (ECF No. 224) is **WITHDRAWN** without prejudice**.**

BY THE COURT:

DATED: October 6, 2017

Jeffery A. Deller
Chief U.S. Bankruptcy Judge

cc: Case Administrator to Serve:

    Michael David Scott, via regular mail <u>and</u> via email, attention
    *khite@bop.gov*
    James R. Walsh, Trustee
    Office of the United States Trustee

FILED
10/6/17 11:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-70045-JAD
Michael David Scott                                                   Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: gamr          Page 1 of 2          Date Rcvd: Oct 06, 2017
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2017.
db            +Michael David Scott,     772 Saint Joseph St.,    c/o FCI Loretto,    Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2017 at the address(es) listed below:
          Brett L. Messinger   on behalf of Defendant   US Bank National Association as Trustee
           blmessinger@duanemorris.com,  LMTryon@duanemorris.com
          Brett L. Messinger   on behalf of Creditor   US Bank National Association as Trustee for Credit
           Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series
           2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com,  LMTryon@duanemorris.com
          Brett L. Messinger   on behalf of Defendant   U S Bank National Associates as Trustee For Credit
           Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
           LMTryon@duanemorris.com
          Brett L. Messinger   on behalf of Creditor   U.S. Bank, National Association as Trustee Under the
           Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
           Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com,
           LMTryon@duanemorris.com
          Denver E. Wharton   on behalf of Creditor   Khanda, LLC dew@ktwllaw.com,
           r42123@notify.bestcase.com
          Heather A. Sprague   on Behalf of the United States Trustee by   on behalf of U.S. Trustee
           Office of the United States Trustee Heather.Sprague@usdoj.gov,
           Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
           Andrew.F.Cetnarowski@usdoj.gov
          James  Warmbrodt   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgoup.com
          James A. Prostko   on behalf of Creditor   U.S. Bank, National Association, as Trustee, et al...
           pawb@fedphe.com,  james.prostko@phelanhallinan.com
          James A. Prostko   on behalf of Creditor   The Bank Of New York Mellon Trust Company, N.A., et.
           al. pawb@fedphe.com,  james.prostko@phelanhallinan.com
          James A. Prostko   on behalf of Attorney James A. Prostko pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          James R. Walsh   jwalsh@spencecuster.com,
           trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
           m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
          James R. Walsh   on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
           trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
           m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
          Jeremy J. Kobeski   on behalf of Creditor   The Bank Of New York Mellon Trust Company, N.A., et.
           al. pawb@fedphe.com
          Jill  Locnikar   on behalf of Creditor   United states of america jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
          Jill  Locnikar   on behalf of Defendant   United States Department of Justice, et al.
           jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
          Jill  Locnikar   on behalf of Creditor   U.S Department of Education jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
          Jonathan W. Chatham   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy7@pa.gov
          Jonathan W. Chatham   on behalf of Attorney   PA Dept of Revenue RA-occbankruptcy7@pa.gov

District/off: 0315-7          User: gamr              Page 2 of 2              Date Rcvd: Oct 06, 2017
                             Form ID: pdf900          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com,
            mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
          Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com,
            mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
          Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
            mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
          Kevin Scott Frankel    on behalf of Defendant   Korde & Associates P C pabk@logs.com
          Kristen D. Little    on behalf of Defendant   Korde & Associates P C pabk@logs.com
          Kunal Janak Choksi    on behalf of Defendant   Internal Revenue Service kunal.j.choksi@usdoj.gov
          Leonard P. Vigna    on behalf of Creditor   Tufts Investments, LLC lpv@ktwllaw.com,
            ams@ktwllaw.com;r42123@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronald E. Reitz    on behalf of Creditor ROSE  AKE rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Plaintiff   BONABERI CORPORATION rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Creditor   BONABERI CORPORATION rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Plaintiff ROSE  AKE rreitz@margolisedelstein.com
          Stephen G. Murphy    on behalf of Defendant   The Commonwealth of Massachusetts
            murphys@dor.state.ma.us
          Stephen G. Murphy    on behalf of Creditor   Massachusetts Department of Revenue
            murphys@dor.state.ma.us
          Stephen G. Murphy    on behalf of Defendant   Commonwealth of Massachusetts murphys@dor.state.ma.us
          William E. Miller    on behalf of Defendant   US Bank National Association as Trustee
            wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor   U.S. Bank, National Association As Trustee For et al.
            wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor   U.S. Bank, National Association as Trustee Under the
            Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
            Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com,
            bkecf@sterneisenberg.com
                                                                                    TOTAL: 36