IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MICHAEL DAVID SCOTT, | : | Bankruptcy No. 17-70045-JAD |
| | : | |
| Debtor. | : | Chapter 7 |
| JAMES R. WALSH, ESQUIRE, TRUSTEE OF THE BANKRUPTCY ESTATE OF MICHAEL DAVID SCOTT, | : | |
| Movant, | : | |
| v | : | Related To Doc. No. 316 |
| MICHAEL DAVID SCOTT, | : | |
| Respondent. | : | |

## ORDER CONTINUING HEARING

AND NOW, this **6th** day of **October**, 2017, a hearing having been held on **October 5, 2017**, on the **Trustee's Objection To Amended Claimed Exemptions Filed On June 28, 2017 at Docket No. 270** filed by **James R. Walsh, Chapter 7 Trustee** at **Doc. No. 316**;

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the hearing on the above-referenced matter **IS CONTINUED** to **Friday, December 15, 2017**, at **10:00 AM** in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901*.

Jeffery A. Deller     mas
Chief U.S. Bankruptcy Judge

\* Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom D in Pittsburgh, Pennsylvania. Counsel may appear before the Court at either location.

**CASE ADMINISTRATOR SHALL SERVE:**
Michael David Scott
James R. Walsh, Esquire
Office of United States Trustee

FILED
10/6/17 3:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 17-70045-JAD
Michael David Scott                                                    Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: gamr              Page 1 of 2           Date Rcvd: Oct 06, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2017.
db             +Michael David Scott,    772 Saint Joseph St.,    c/o FCI Loretto,    Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2017 at the address(es) listed below:
              Brett L. Messinger    on behalf of Defendant    US Bank National Association as Trustee
               blmessinger@duanemorris.com, LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Creditor    US Bank National Association as Trustee for Credit
               Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series
               2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com, LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Defendant    U S Bank National Associates as Trustee For Credit
               Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
               Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
               Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,
               r42123@notify.bestcase.com
              Heather A. Sprague   on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Heather.Sprague@usdoj.gov,
               Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
               Andrew.F.Cetnarowski@usdoj.gov
              James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
               pawb@fedphe.com, james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
               al. pawb@fedphe.com, james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Attorney James A. Prostko pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James R. Walsh    jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
               m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
              James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
               m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
              Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
               al. pawb@fedphe.com
              Jill  Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
              Jill  Locnikar    on behalf of Defendant    United States Department of Justice, et al.
               jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
              Jill  Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
              Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
              Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov

```
District/off: 0315-7          User: gamr              Page 2 of 2              Date Rcvd: Oct 06, 2017
                              Form ID: pdf900         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Kevin J. Petak   on behalf of Trustee James R Walsh kpetak@spencecuster.com,
         mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
        Kevin J. Petak   on behalf of Interested Party James R Walsh kpetak@spencecuster.com,
         mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
        Kevin J. Petak   on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
         mskunta@spencecuster.com;lkinsey@spencecuster.com;rsnyder@spencecuster.com
        Kevin Scott Frankel   on behalf of Defendant   Korde & Associates P C pabk@logs.com
        Kristen D. Little   on behalf of Defendant   Korde & Associates P C pabk@logs.com
        Kunal Janak Choksi   on behalf of Defendant   Internal Revenue Service kunal.j.choksi@usdoj.gov
        Leonard P. Vigna   on behalf of Creditor   Tufts Investments, LLC lpv@ktwllaw.com,
         ams@ktwllaw.com;r42123@notify.bestcase.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronald E. Reitz   on behalf of Creditor ROSE  AKE rreitz@margolisedelstein.com
        Ronald E. Reitz   on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
        Ronald E. Reitz   on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
        Ronald E. Reitz   on behalf of Plaintiff ROSE  AKE rreitz@margolisedelstein.com
        Stephen G. Murphy   on behalf of Defendant   The Commonwealth of Massachusetts
         murphys@dor.state.ma.us
        Stephen G. Murphy   on behalf of Creditor   Massachusetts Department of Revenue
         murphys@dor.state.ma.us
        Stephen G. Murphy   on behalf of Defendant   Commonwealth of Massachusetts murphys@dor.state.ma.us
        William E. Miller   on behalf of Defendant   US Bank National Association as Trustee
         wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
        William E. Miller   on behalf of Creditor   U.S. Bank, National Association As Trustee For et al.
         wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
        William E. Miller   on behalf of Creditor   U.S. Bank, National Association as Trustee Under the
         Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
         Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com,
         bkecf@sterneisenberg.com
                                                                                           TOTAL: 36