PAWB FORM 7  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Bankruptcy No. 17-70045-JAD |
| MICHAEL DAVID SCOTT, | : Docket No. |
| Debtor | : |
| ************************************************************************************** | |
| TUFTS INVESTMENT LLC, | : |
| Movant | : |
| vs. | : |
| MICHAEL DAVID SCOTT, | : |
| Respondent | : |

**AMENDED CERTIFICATE OF SERVICE OF NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF MOVANT TUFTS INVESTMENTS, LLC, FOR MOTION FOR RELIEF**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 12, 2017.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: 10/12/2017

                                        Kaminsky, Thomas, Wharton, Lovette & Vigna

                                        By     /s/ Leonard P. Vigna
                                               Leonard P. Vigna
                                               Attorney for Movant
                                               Supreme Court ID # 202318
                                               360 Stonycreek Street
                                               Johnstown, PA  15901
                                               (814)535-6756
                                               lpv@ktwllaw.com

MICHAEL DAVID SCOTT, REGISTER NUMBER 93357-038
FCI LORETTO
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
LORETTO, PA  15940


Kevin J. Petak, Esquire
Spence, Custer, Saylor, Wolfe & Rose, LLC
1067 Menoher Boulevard
Johnstown, PA  15905


James R. Walsh, Chapter 7 Trustee
Spence, Custer, Saylor, Wolfe & Rose, LLC
1067 Menoher Boulevard
Johnstown, PA  15905


Heather A. Sprague on Behalf of the
United States Trustee
Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222