**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHAEL DAVID SCOTT<br>a/k/a THE CRAWFORD GROUP LLC<br>a/k/a MACAULAY FAMILY REALTY TRUST,<br><br>       Debtor | Case No. 17-70045-JAD<br><br>Chapter 7 |
| MICHAEL DAVID SCOTT,<br><br>       Movant<br><br>    v.<br><br>JAMES R. WALSH, ESQUIRE, TRUSTEE,<br><br>       Respondent | Doc. No. _____<br>Related to Doc. No. 433<br><br><br>Hearing Date & Time:<br>November 2, 2017 at 10:00 a.m. |

**CERTIFICATE OF SERVICE FOR THE RESPONSE OF THE CHAPTER 7 TRUSTEE TO THE DEBTOR'S MOTION SEEKING TO ABANDON CLAIMS PURSUANT TO 11 U.S.C. §544(b)**

      I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses below on or on the attached list on October 24, 2017.

      The types of service made on the parties (first-class mail, electronic notification, hand deliver or another type of service) was: First-Class Mail.

      If more than one method of service was employed, this certificate groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party serviced by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each person served by mail, is listed under the heading "Service by First-Class Mail."

Service by First-Class Mail:

Michael David Scott, 772 Saint Joseph Street, c/o FCI Loretto, Loretto, PA 15940; and

Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

EXECUTED ON: October 24, 2017

                              By:    */s/ Kevin J. Petak,*
                                       Kevin J. Petak, Esq.
                                       Spence Custer Saylor Wolfe & Rose LLC
                                       1067 Menoher Boulevard

Johnstown, PA 15905
Tel: 814.536.0735
Fax: 814.539.1423
Email: kpetak@spencecuster.com
PA Bar ID # 92154
Counsel for Trustee