UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

### Conciliation Conference:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MICHAEL DAVID SCOTT | | |
| **Case Number:** | 17-70045-JAD | **Chapter:** | 7 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 02, 2017 10:00 AM   COURTROOM B | | |
| **Bankruptcy Judge:** | JEFFERY A. DELLER | | |
| **Courtroom Clerk:** | MARY SCHUETZ | | |
| **Reporter / ECR:** | N/A | | |

### Matter:

Debtor's Motion Seeking To Abandon Claims Pursuant To 11 U.S.C. §544(b) [v. James R. Walsh, Chapter 7 Trustee] - Response filed 10/24/2017 at Doc. No. 433 by James R. Walsh, Chapter 7 Trustee [Due 10/26/2017]

R / M #:  405 / 0

### Appearances:

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, ESQUIRE
DEBTOR:  PRO SE
CREDITOR:
OUST:  HILDENBRAND / SPRAGUE / WAHLQUIST

### Proceedings:

___ Motion is GRANTED / DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
　　　_____ For At Least _____ Days (Court To Issue Scheduling Order)
　　　_____ To Hearing Date Of _____ at _____ AM/PM at _____
　　　_____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
　　　_____ Evidentiary Hearing On Value And Cram-Down Interest
　　　_____ Complex / Pretrial Order - NONJURY / JURY
　　　_____ Simple / Pretrial Order - NONJURY / JURY
　　　_____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER: *O/E granting motion, in part.

FILED
11/2/17 12:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge