IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA


In Re:

Michael David Scott                    Chapter 7

     Debtor                          Case # 17-70045-JAD

                                       Related To Doc. No. 405

Michael David Scott

     Petitioner


     V.


James R. Walsh, Esquire, Trustee

     Respondent


<u>~~Proposed~~ Order</u>


The Court having reviewed the pleadings of the Debtor
requesting that certain claims be abandoned from the estate hereby
abandons the following claims from the estate.



6 (a) Collora LLP                      $4,500,000

6 (b) Thomas Sweeney                   $250,000

6(c) David Lehwitz                     $4,000,000

1

6(d) First Horizon Home Loans             $1,740,840

6 (e) Gateway Funding Diversified Mtg.    $4,382,500

6 (f) Salem Five Cents Savings Bank       $3,123,525

6 (g) Malpractice Judgement Apolo Catala  $19,248,348


And it is now ordered on this _2_ day of _November_ 2017, that the claims listed in this order are abandoned from the bankruptcy estate.

_____
Honorable Judge Jeffery Deller

Senior Bankruptcy Judge

FILED
11/2/17 12:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA


**CASE ADMINISTRATOR SHALL SERVE:**
Michael David Scott
James R. Walsh, Esq.
Office of United States Trustee

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael David Scott                                          Case No. 17-70045-JAD
        Debtor                                               Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7        User: gamr           Page 1 of 2          Date Rcvd: Nov 02, 2017
                           Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2017.
db              +Michael David Scott,    772 Saint Joseph St.,   c/o FCI Loretto,   Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2017 at the address(es) listed below:
        Brett L. Messinger    on behalf of Defendant    US Bank National Association as Trustee
         blmessinger@duanemorris.com,   LMTryon@duanemorris.com
        Brett L. Messinger    on behalf of Creditor    US Bank National Association as Trustee for Credit
         Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series
         2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com,   LMTryon@duanemorris.com
        Brett L. Messinger    on behalf of Defendant    Ocwen Loan Servicing LLC
         blmessinger@duanemorris.com,   LMTryon@duanemorris.com
        Brett L. Messinger    on behalf of Defendant    U S Bank National Associates as Trustee For Credit
         Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
         LMTryon@duanemorris.com
        Brett L. Messinger    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
         Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
         Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com,
         LMTryon@duanemorris.com
        Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,
         r42123@notify.bestcase.com
        Heather A. Sprague    on behalf of the United States Trustee by    on behalf of U.S. Trustee
         Office of the United States Trustee Heather.Sprague@usdoj.gov,
         Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
         Andrew.F.Cetnarowski@usdoj.gov
        James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
         pawb@fedphe.com,  james.prostko@phelanhallinan.com
        James A. Prostko    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
         al. pawb@fedphe.com,  james.prostko@phelanhallinan.com
        James A. Prostko    on behalf of Attorney James A. Prostko pawb@fedphe.com,
         james.prostko@phelanhallinan.com
        James R. Walsh    jwalsh@spencecuster.com,
         trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
         ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
        James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
         trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
         ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
        Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
         al. pawb@fedphe.com
        Jill  Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,
         patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
        Jill  Locnikar    on behalf of Defendant    United States Department of Justice, et al.
         jill.locnikar@usdoj.gov,
         patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
        Jill  Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
         patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov

District/off: 0315-7              User: gamr              Page 2 of 2              Date Rcvd: Nov 02, 2017
                                 Form ID: pdf900         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
              Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
              Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com
              Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com
              Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com
              Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com
              Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
              Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
              Leonard P. Vigna    on behalf of Creditor    Tufts Investments, LLC lpv@ktwllaw.com,
               ams@ktwllaw.com;r42123@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronald E. Reitz    on behalf of Creditor ROSE   AKE rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Plaintiff ROSE   AKE rreitz@margolisedelstein.com
              Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts
               murphys@dor.state.ma.us
              Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
               murphys@dor.state.ma.us
              Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us
              William E. Miller    on behalf of Creditor    US Bank National Association as Trustee
               wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al.
               wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
               Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
               Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                            TOTAL: 37