**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Johnstown)**

IN RE:
MICHAEL DAVID SCOTT A/K/A
THE CRAWFORD GROUP LLC A/K/A
MACAULAY FAMILY REALTY TRUST
        Debtor

THE BANK OF NEW YORK MELLON TRUST
COMPANY, N.A., AS SUCCESSOR-IN-
INTEREST TO ALL PERMITTED
SUCCESSORS AND ASSIGNS OF JPMORGAN
CHASE BANK N.A. AS TRUSTEE, FOR
CERTIFICATEHOLDERS OF NOMURA
ASSET ACCEPTANCE CORPORATION,
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2005-AR2
        Movant
        v.
MICHAEL DAVID SCOTT A/K/A
THE CRAWFORD GROUP LLC A/K/A
MACAULAY FAMILY REALTY TRUST
        and
JAMES R. WALSH, ESQUIRE (TRUSTEE)
        Respondents

BK. No. 17-70045-JAD

Chapter No. 7

Document No. 220, 259, 307, 358 & 377

Hearing Date: 12/15/2017

Hearing Time: 11:00AM

## MOVANT'S TRIAL EXHIBIT LIST

**A.**    Adjustable Rate Note dated January 10, 2005.

**B.**    Mortgage recorded on January 11, 2005.

**C.**    Assignment recorded on August 4, 2009.

**D.**    Assignment recorded on September 27, 2012.

**E.**    Power of Attorney recorded on December 14, 2012.

**F.**    Assignment recorded on February 15, 2013.

**G.**    Power of Attorney recorded on December 5, 2016.

**H.**    Assignment recorded on January 9, 2017.

|  | PHELAN HALLINAN |
|---|---|
|  | DIAMOND & JONES, LLP |
| Date: <u>November 6, 2017</u> | <u>*/s/ James A. Prostko, Esquire*</u> |
|  | James A. Prostko, Esquire |
|  | PA ID No. 27221 |
|  | Phelan Hallinan Diamond & Jones, LLP |
|  | Omni William Penn Place Office Tower |
|  | 555 Grant Street, Suite 300 |
|  | Pittsburgh, PA 15219 |
|  | 412.745.0600 / 412.745.0601 (fax) |
|  | james.prostko@phelanhallinan.com |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Johnstown)**

| | |
|---|---|
| IN RE: | |
| MICHAEL DAVID SCOTT A/K/A | BK. No. 17-70045-JAD |
| THE CRAWFORD GROUP LLC A/K/A | |
| MACAULAY FAMILY REALTY TRUST | Chapter No. 7 |
| Debtor | |
| | Document No. 220, 259, 307, 358 & 377 |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK N.A. AS TRUSTEE, FOR CERTIFICATEHOLDERS OF NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2 | Hearing Date: 12/15/2017 Hearing Time: 11:00AM |
| Movant | |
| v. | |
| MICHAEL DAVID SCOTT A/K/A | |
| THE CRAWFORD GROUP LLC A/K/A | |
| MACAULAY FAMILY REALTY TRUST | |
| and | |
| JAMES R. WALSH, ESQUIRE (TRUSTEE) | |
| Respondents | |

**CERTIFICATE OF SERVICE OF MOVANT'S TRIAL EXHIBIT LIST**

    I certify under penalty of perjury that I served or caused to be served the above captioned pleading Movant's Trial Exhibit List on the parties at the addresses shown below or on the attached list on November 6, 2017. I also certify that I served the debtor with copies of all of the exhibits on the list.

    The types of service made on the parties were: <u>Electronic Notification and First Class Mail.</u>

Service by Electronic Notification:

Service by email:

James R Walsh, ESQUIRE (TRUSTEE)
1067 Menoher Boulevard
Johnstown, PA 15905

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

MICHAEL DAVID SCOTT A/K/A
THE CRAWFORD GROUP LLC A/K/A
MACAULAY FAMILY REALTY TRUST
772 SAINT JOSEPH ST.
C/O FCI LORETTO
LORETTO, PA 15940
By FedEx

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

|  |  |
|---|---|
|  | PHELAN HALLINAN DIAMOND & JONES, LLP |
| Date: <u>November 6, 2017</u> | */s/ James A. Prostko, Esquire*<br>James A. Prostko, Esquire<br>PA ID No. 27221<br>Phelan Hallinan Diamond & Jones, LLP<br>Omni William Penn Place Office Tower<br>555 Grant Street, Suite 300<br>Pittsburgh, PA 15219<br>412.745.0600 / 412.745.0601 (fax)<br>james.prostko@phelanhallinan.com |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Johnstown)**

| | |
|---|---|
| IN RE:<br>MICHAEL DAVID SCOTT A/K/A<br>THE CRAWFORD GROUP LLC A/K/A<br>MACAULAY FAMILY REALTY TRUST<br>**Debtor** | BK. No. 17-70045-JAD<br><br>Chapter No. 7<br><br>Document No. 220, 259, 307, 358 & 377 |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK N.A. AS TRUSTEE, FOR CERTIFICATEHOLDERS OF NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2<br>**Movant**<br>v.<br>MICHAEL DAVID SCOTT A/K/A<br>THE CRAWFORD GROUP LLC A/K/A<br>MACAULAY FAMILY REALTY TRUST<br>and<br>JAMES R. WALSH, ESQUIRE (TRUSTEE)<br>**Respondents** | Hearing Date: 12/15/2017<br><br>Hearing Time: 11:00AM |

## MOVANT'S TRIAL EXHIBIT LIST

**A.** Adjustable Rate Note dated January 10, 2005.

**B.** Mortgage recorded on January 11, 2005.

**C.** Assignment recorded on August 4, 2009.

**D.** Assignment recorded on September 27, 2012.

**E.** Power of Attorney recorded on December 14, 2012.

**F.** Assignment recorded on February 15, 2013.

**G.** Power of Attorney recorded on December 5, 2016.

**H.** Assignment recorded on January 9, 2017.

|  | PHELAN HALLINAN DIAMOND & JONES, LLP |
|---|---|
| Date: <u>November 6, 2017</u> | */s/ James A. Prostko, Esquire*<br>James A. Prostko, Esquire<br>PA ID No. 27221<br>Phelan Hallinan Diamond & Jones, LLP<br>Omni William Penn Place Office Tower<br>555 Grant Street, Suite 300<br>Pittsburgh, PA 15219<br>412.745.0600 / 412.745.0601 (fax)<br>james.prostko@phelanhallinan.com |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Johnstown)**

| | |
|---|---|
| IN RE: | |
| MICHAEL DAVID SCOTT A/K/A | BK. No. 17-70045-JAD |
| THE CRAWFORD GROUP LLC A/K/A | |
| MACAULAY FAMILY REALTY TRUST | Chapter No. 7 |
| Debtor | |
| | Document No. 220, 259, 307, 358 |
| THE BANK OF NEW YORK MELLON TRUST | & 377 |
| COMPANY, N.A., AS SUCCESSOR-IN- | |
| INTEREST TO ALL PERMITTED | Hearing Date: 12/15/2017 |
| SUCCESSORS AND ASSIGNS OF JPMORGAN | |
| CHASE BANK N.A. AS TRUSTEE, FOR | Hearing Time: 11:00AM |
| CERTIFICATEHOLDERS OF NOMURA | |
| ASSET ACCEPTANCE CORPORATION, | |
| MORTGAGE PASS-THROUGH | |
| CERTIFICATES, SERIES 2005-AR2 | |
| Movant | |
| v. | |
| MICHAEL DAVID SCOTT A/K/A | |
| THE CRAWFORD GROUP LLC A/K/A | |
| MACAULAY FAMILY REALTY TRUST | |
| and | |
| JAMES R. WALSH, ESQUIRE (TRUSTEE) | |
| Respondents | |

**CERTIFICATE OF SERVICE OF MOVANT'S TRIAL EXHIBIT LIST**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Movant's Trial Exhibit List on the parties at the addresses shown below or on the attached list on November 6, 2017. I also certify that I served the debtor with copies of all of the exhibits on the list.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail.</u>

Service by Electronic Notification:      Service by email:

James R Walsh, ESQUIRE (TRUSTEE)
1067 Menoher Boulevard                   MICHAEL DAVID SCOTT A/K/A
Johnstown, PA 15905                      THE CRAWFORD GROUP LLC A/K/A
                                         MACAULAY FAMILY REALTY TRUST
OFFICE OF THE UNITED STATES TRUSTEE      772 SAINT JOSEPH ST.
1001 LIBERTY AVENUE, SUITE 970           C/O FCI LORETTO
PITTSBURGH, PA 15222                     LORETTO, PA 15940
                                         By FedEx

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

|  |  |
|---|---|
|  | PHELAN HALLINAN DIAMOND & JONES, LLP |
| Date: <u>November 6, 2017</u> | */s/ James A. Prostko, Esquire* <br> James A. Prostko, Esquire <br> PA ID No. 27221 <br> Phelan Hallinan Diamond & Jones, LLP <br> Omni William Penn Place Office Tower <br> 555 Grant Street, Suite 300 <br> Pittsburgh, PA 15219 <br> 412.745.0600 / 412.745.0601 (fax) <br> james.prostko@phelanhallinan.com |