Michael David Scott

Fed. I.D. # 93357-038

Federal Prison Camp

P.O. Box 1000

Loretto PA 15940

United States Bankruptcy Court

5414 U.S. Steel Tower

600 Grant St.

Pittsburgh PA 15219

November 6, 2017

Re: Case # 17-70045-JAD

Dear Clerk;

    Please find a copy of a letter I would like you to file on the Court's docket.

Respectfully;

Michael D. Scott

Michael David Scott

Fed. I.D. # 93357-038

Federal Prison Camp

P.O. Box 1000

Loretto PA 15940



James R. Walsh Jr.

Chapter 7 Trustee

C/O Spence, Custler, Saylor, Wolfe & Rose LLC

Attn. Kevin Petak

1067 Menoher Blvd.

Johnstown PA 15905

Case No. 17-70045-JAD

November 6, 2017

Dear Kevin;

On November 2nd, a hearing was held regarding the abandonment of certain claims, the Trustee mentioned and that he needed additional information to make a reasonable assessment of those claims. Please contact me at the prison, at Mr. Hite's line 814-471-1479 or via email KHITE@BOP.GOV. I will be extremely happy to answer any questions you may have concerning those claims, and to point you to specific individuals who could provide you with documentation to enable you to make a reasonable assessment as to the abandonment of those claims.

I would also like for you to give me a status of the claims against Khanda, and whether you are going to void the illegal transfer of the property at River Street and liquidate those assets for the benefit of the estate.

I am filing a copy of this letter with the Court so there will be no further misunderstanding concerning my eagerness to cooperate and to resolve this bankruptcy promptly.

As you are aware the period for objecting to a discharge has expired, and besides Ms. Ake's fraudulent objection to a discharge, we should be able to resolve this bankruptcy case promptly.

Respectfully;

Michael D. Scott