**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Johnstown)**

| | |
|---|---|
| IN RE:<br>MICHAEL DAVID SCOTT A/K/A<br>THE CRAWFORD GROUP LLC A/K/A<br>MACAULAY FAMILY REALTY TRUST<br>　　　　　Debtor | BK. No. 17-70045-JAD<br><br>Chapter No. 7<br><br>Document No. 220, 259, 307, 358 & 377 |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK N.A. AS TRUSTEE, FOR CERTIFICATEHOLDERS OF NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2<br>　　　　　Movant<br>　　　v.<br>MICHAEL DAVID SCOTT A/K/A<br>THE CRAWFORD GROUP LLC A/K/A<br>MACAULAY FAMILY REALTY TRUST<br>　　　and<br>JAMES R. WALSH, ESQUIRE (TRUSTEE)<br>　　　　　Respondents | Hearing Date: 12/15/2017<br><br>Hearing Time: 11:00AM |

**MOVANT'S WITNESS LIST
FOR EVIDENTIARY HEARING RELATING TO MOTION FILED AT ECF NO. 220**

Movant intends to call the following witness:

Tonya A. Johnson
Loan Verification Consultant
Servicing Litigation Support
Wells Fargo Home Mortgage
8480 Stagecoach Circle
Frederick, MD  21701-4747

　　　　　　　　　　　　　　　　　　　　　　PHELAN HALLINAN
　　　　　　　　　　　　　　　　　　　　　　DIAMOND & JONES, LLP

Date: November 10, 2017　　　　　　　　　　*/s/ James A. Prostko, Esquire*
　　　　　　　　　　　　　　　　　　　　　　James A. Prostko, Esquire

PA ID No. 27221
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Place Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
412.745.0600 / 412.745.0601 (fax)
james.prostko@phelanhallinan.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Johnstown)**

| | |
|---|---|
| IN RE:<br>MICHAEL DAVID SCOTT A/K/A<br>THE CRAWFORD GROUP LLC A/K/A<br>MACAULAY FAMILY REALTY TRUST<br>Debtor | BK. No. 17-70045-JAD<br><br>Chapter No. 7 |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK N.A. AS TRUSTEE, FOR CERTIFICATEHOLDERS OF NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2<br>Movant<br>v.<br>MICHAEL DAVID SCOTT A/K/A<br>THE CRAWFORD GROUP LLC A/K/A<br>MACAULAY FAMILY REALTY TRUST<br>and<br>JAMES R. WALSH, ESQUIRE (TRUSTEE)<br>Respondents | **Document No. 220, 259, 307, 358 & 377**<br><br>Hearing Date: 12/15/2017<br><br>Hearing Time: 11:00AM |

**CERTIFICATE OF SERVICE OF MOVANT'S WITNESS LIST**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Movant's Witness List on the parties at the addresses shown below or on the attached list on November 10, 2017.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail.</u>

| Service by Electronic Notification: | Service by mail: |
|---|---|
| James R Walsh, ESQUIRE (TRUSTEE)<br>1067 Menoher Boulevard<br>Johnstown, PA 15905<br><br>OFFICE OF THE UNITED STATES TRUSTEE<br>1001 LIBERTY AVENUE, SUITE 970<br>PITTSBURGH, PA 15222 | MICHAEL DAVID SCOTT A/K/A<br>THE CRAWFORD GROUP LLC A/K/A<br>MACAULAY FAMILY REALTY TRUST<br>772 SAINT JOSEPH ST.<br>C/O FCI LORETTO<br>LORETTO, PA 15940 |

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

|  |  |
|---|---|
|  | PHELAN HALLINAN DIAMOND & JONES, LLP |
| Date: <u>November 10, 2017</u> | */s/ James A. Prostko, Esquire* <br> James A. Prostko, Esquire <br> PA ID No. 27221 <br> Phelan Hallinan Diamond & Jones, LLP <br> Omni William Penn Place Office Tower <br> 555 Grant Street, Suite 300 <br> Pittsburgh, PA 15219 <br> 412.745.0600 / 412.745.0601 (fax) <br> james.prostko@phelanhallinan.com |