UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: Michael David Scott

Chapter 7

       Debtor                              17-70045-JAD

The Bank of New York Mellon Trust Company N.A.

As Successor In Interest To All Permitted Successors

And Assigns of J.P. Morgan Chase Bank N.A.

As Trustee For Certificate Holders Of Nomura Asset Acceptance

Corporation

Mortgage Pass Through Certificates

Series 2005-AR2

       Movant

       V.

Michael David Scott

a/k/a The Crawford Group LLC

a/k/a Macaulay Family Realty Trust And

James R. Walsh, Esquire, (Trustee)

       Respondent

## Order

  The Court has reviewed the Debtor's motion requesting to

amend the Court's order dated September 5, 2017.

Hereby finds that it is necessary to amend the order, requiring Bank of New York Mellon Trust to provide the documents requested in exhibit (11) of the Debtor's motion to amend.

So ordered this ------ Day of _____ 2017.

_____

Honorable Jeffery Deller

Senior Bankruptcy Judge