UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: Michael David Scott

Chapter 7

    Debtor                                       17-70045-JAD

Tufts Investment LLC

    Movant

V.

Michael David Scott

    Respondent

James R. Walsh Jr.

Chapter 7 Trustee

### Response To Tufts Investment LLC
### Amended Motion For Relief From
### The Automatic Stay

The Debtor responds and reiterates that the movant's lien is recorded against the wrong property at 140 Wilmington Ave. Dorchester MA 02124.

The mortgage securing the note is unsecured and defective,

1

resulting in the movant having an unsecured claim. The mortgage will be voided through the bankruptcy proceedings once a discharge has been granted and entered.

A recent assessment by the city of Boston reveals a total tax assessed value of $130,400.00. (See exhibit 1).

The Debtor will not oppose the granting of an order by the Court allowing the Debtor and counsel for the movant to enter into a settlement stipulation.

Respectfully Submitted;

Michael D. Scott

772 Saint Joseph Street

Loretto PA 15940

November 8, 2017

## Certificate Of Service

I Michael David Scott certify that I have served a copy of this response to the following parties on November 8, 2017.

Leonard P. Vigra, Esquire

Kaminsky, Thomas, Wharton & Lovette

360 Stonycreek Street

Johnstown PA 15901

Kevin J. Petak Chapter 7 Trustee

United States Trustee

Respectfully Submitted;

Michael D. Scott

# Assessing On-Line

« New search                                                                    Map

| | |
|---|---|
| Parcel ID: | 0800531000 |
| Address: | 94 GEORGE ST BOSTON MA 02119 |
| Property Type: | Residential Land |
| Classification Code: | 132 (Other Residential / RES LAND (UNUSABLE)) |
| Lot Size: | 6,871 sq ft |
| Living Area: | 0 sq ft |
| Owner on Sunday, January 1, 2017: | EVERSLEY HENRIETTA TS |
| Owner's Mailing Address: | 94 GEORGE ST ROXBURY MA 02119 |
| Residential Exemption: | No |
| Personal Exemption: | No |

## Value/Tax
### Assessment as of Friday, January 1, 2016, statutory lien date.

| | |
|---|---|
| FY2017 Building value: | $88,500.00 |
| FY2017 Land Value: | $120,600.00 |
| FY2017 Total Assessed Value: | $209,100.00 |

**FY2017 Tax Rates** (per thousand):
- Residential:  $10.59
- Commercial:  $25.37

**FY2018 Preliminary Tax:**

| | |
|---|---|
| Estimated Tax: | $1,107.19 |
| Community Preservation: | $5.78 |
| Total Tax, First Half (Q1 + Q2): | $1,112.97 |

### Abatements/Exemptions

Applications for Abatements for FY2018 are not yet available online. Applications will become available for download on Monday, January 1, 2018

This type of parcel is not eligible for a residential or personal exemption.

## Current Owners
1  EVERSLEY HENRIETTA TS
2  MACAULAY FAMILY REALTY TRUST

Owner information may not reflect any changes submitted to City of Boston Assessing after June 21, 2017.

### Value History

| Fiscal Year | Property Type | Assessed Value * |
|---|---|---|
| 2017 | Two Family | $209,100.00 |
| 2016 | Two Family | $209,100.00 |
| 2015 | Two Family | $228,000.00 |
| 2014 | Two Family | $271,000.00 |
| 2013 | Two Family | $265,785.00 |
| 2012 | Two Family | $299,889.00 |
| 2011 | Two Family | $299,889.00 |
| 2010 | Two Family | $301,500.00 |
| 2009 | Two Family | $342,300.00 |
| 2008 | Two Family | $315,360.00 |
| 2007 | Two Family | $339,280.00 |
| 2006 | Two Family | $346,000.00 |
| 2005 | Two Family | $316,200.00 |
| 2004 | Two Family | $295,500.00 |
| 2003 | Two Family | $178,300.00 |
| 2002 | Three Family | $160,900.00 |
| 2001 | Three Family | $139,000.00 |
| 2000 | Three Family | $112,600.00 |
| 1999 | Three Family | $109,800.00 |
| 1998 | Three Family | $105,700.00 |
| 1997 | Three Family | $123,700.00 |
| 1996 | Three Family | $123,700.00 |
| 1995 | Three Family | $120,000.00 |
| 1994 | Three Family | $127,700.00 |
| 1993 | Three Family | $134,400.00 |
| 1992 | Three Family | $144,500.00 |
| 1991 | Three Family | $138,200.00 |
| 1990 | Three Family | $138,200.00 |
| 1989 | Three Family | $138,200.00 |
| 1988 | Three Family | $75,800.00 |
| 1987 | Three Family | $58,300.00 |
| 1986 | Three Family | $48,600.00 |
| 1985 | Three Family | $20,900.00 |

* Actual Billed Assessments

View Quarterly Tax Bill and Payment Information for this parcel for FY2017 and FY2018.

Visit My Neighborhood for information on city services related to this parcel.

## Assessing On-Line

« New search

| | |
|---|---|
| Parcel ID: | Map 0800532000 |
| Address: | 92 GEORGE ST BOSTON MA 02119 |
| Property Type: | Residential Land |
| Classification Code: | 132 (Other Residential / RES LAND (UNUSABLE)) |
| Lot Size: | 1,703 sq ft |
| Living Area: | 0 sq ft |
| Owner on Sunday, January 1, 2017: | EVERSLEY HENRIETTA TS |
| Owner's Mailing Address: | 94 GEORGE ST ROXBURY MA 02119 |
| Residential Exemption: | No |
| Personal Exemption: | No |

### Value/Tax
Assessment as of Friday, January 1, 2016, statutory lien date.

| | |
|---|---|
| FY2017 Building value: | $0.00 |
| FY2017 Land Value: | $9,800.00 |
| FY2017 Total Assessed Value: | $9,800.00 |

FY2017 Tax Rates (per thousand):
- Residential: $10.59
- Commercial: $25.37

FY2018 Preliminary Tax:
| | |
|---|---|
| Estimated Tax: | $51.89 |
| Community Preservation: | $0.00 |
| Total Tax, First Half (Q1 + Q2): | $51.89 |

### Abatements/Exemptions

Applications for Abatements for FY2018 are not yet available online. Applications will become available for download on Monday, January 1, 2018

This type of parcel is not eligible for a residential or personal exemption.

### Current Owners
1  EVERSLEY HENRIETTA TS
2  MACAULY FAMILY REALTY TRUST

Owner information may not reflect any changes submitted to City of Boston Assessing after June 21, 2017.

### Value History

| Fiscal Year | Property Type | Assessed Value * |
|---|---|---|
| 2017 | Residential Land | $9,800.00 |
| 2016 | Residential Land | $9,100.00 |
| 2015 | Residential Land | $9,000.00 |
| 2014 | Residential Land | $8,000.00 |
| 2013 | Residential Land | $8,000.00 |
| 2012 | Residential Land | $9,900.00 |
| 2011 | Residential Land | $9,900.00 |
| 2010 | Residential Land | $9,900.00 |
| 2009 | Residential Land | $12,500.00 |
| 2008 | Residential Land | $12,500.00 |
| 2007 | Residential Land | $12,500.00 |
| 2006 | Residential Land | $3,900.00 |
| 2005 | Residential Land | $3,900.00 |
| 2004 | Residential Land | $3,900.00 |
| 2003 | Residential Land | $2,400.00 |
| 2002 | Residential Land | $2,400.00 |
| 2001 | Residential Land | $2,400.00 |
| 2000 | Residential Land | $5,300.00 |
| 1999 | Residential Land | $5,300.00 |
| 1998 | Residential Land | $5,300.00 |
| 1997 | Exempt | $5,300.00 |
| 1996 | Exempt | $5,300.00 |
| 1995 | Exempt | $5,300.00 |
| 1994 | Exempt | $5,800.00 |
| 1993 | Exempt | $5,800.00 |
| 1992 | Exempt | $6,300.00 |
| 1991 | Exempt | $6,300.00 |
| 1990 | Residential Land | $6,300.00 |
| 1989 | Residential Land | $6,300.00 |
| 1988 | Commercial Land | $6,000.00 |
| 1987 | Commercial Land | $5,500.00 |
| 1986 | Commercial Land | $4,500.00 |
| 1985 | Residential Land | $1,800.00 |

* Actual Billed Assessments

View Quarterly Tax Bill and Payment Information for this parcel for FY2017 and FY2018.

Visit My Neighborhood for information on city services related to this parcel.