UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: Michael David Scott

Chapter 7

    Debtor               17-70045-JAD

The Bank of New York Mellon Trust Company N.A.

As Successor In Interest To All Permitted Successors

And Assigns of J.P. Morgan Chase Bank N.A.

As Trustee For Certificate Holders Of Nomura Asset Acceptance

Corporation

Mortgage Pass Through Certificates

Series 2005-AR2

    Movant

    V.

Michael David Scott

a/k/a The Crawford Group LLC

a/k/a Macaulay Family Realty Trust And

James R. Walsh, Esquire, (Trustee)

    Respondent

<u>List of Witnesses</u>

In response to the Court's order in this matter on August 31,

2017, the Debtor intends to call the following witnesses:

1) Andrew S. Harmon

Assistant Secretary and Vice President

Northeast Abstract Company

150 California St.

Newton MA 02458

2) Lesa Bruno

Assistant Vice President

Gateway Funding INC.

Gateway Funding Diversified Mortgage LLP

300 Welsh Road, Building five

Horsham PA 19044.

Respectfully submitted;

Michael D. Scott

772 Saint Joseph St.

Loretto PA 15940

November 9, 2017

I Michael D. Scott Certify that I have served the parties on the attached list a copy of this witness list on November 9, 2017, by first class United States Postal Service.
Respectfully Submitted

Certificate of Service

United States Bankruptcy Court

5414 U.S. Steel Tower

600 Grant Street

Pittsburgh PA 15219


Office of the U.S. Trustee

1001 Liberty Ave.

Suite 970

Pittsburgh PA 15222


Kevin J. Petak Esquire

Spence, Custer, Saylor & Wolfe

1067 Menoher Blvd.

Johnstown PA 15905


James A Prostko

Phelan, Hallinan, Diamond & Jones LLP

555 Grant St.  Suite 300

Omni William Penn Building

Pittsburgh PA 15219


C.T. Corporation

100 Pine Street

Harrisburg PA 17101