Form 404

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

442 – 437
msch

In re:

Bankruptcy Case No.: 17–70045–JAD
Doc. No. 437
Chapter: 7
Hearing Date: 11/30/17 at 10:00 AM

**Michael David Scott**
**aka The Crawford Group LLC, aka Macaulay Family Realty Trust**
    Debtor(s)

**CERTIFICATE OF SERVICE OF** _Motion to Amend Order_
(Specify Document(s) Served)

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _November 9, 2017_
(Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _United States Postal Service, First Class mail_

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:** _November 9, 2017_

see attached list -

By: _[signature]_
(Signature)

Typed Name: _Michael D. Scott_

Address: _772 Saint Joseph St Loretto PA 15940_

Phone No.

List Bar I.D. and State of Admission

048810    4080904885015

Certificate of Service

United States Bankruptcy Court

5414 U.S. Steel Tower

600 Grant Street

Pittsburgh PA 15219

Office of the U.S. Trustee

1001 Liberty Ave.

Suite 970

Pittsburgh PA 15222

Kevin J. Petak Esquire

Spence, Custer, Saylor & Wolfe

1067 Menoher Blvd.

Johnstown PA 15905

James A Prostko

Phelan, Hallinan, Diamond & Jones LLP

555 Grant St.  Suite 300

Omni William Penn Building

Pittsburgh PA 15219

C.T. Corporation

100 Pine Street

Harrisburg PA 17101