# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-70045-JAD |
| Michael David Scott, | : | |
| | : | Chapter 7 |
| Debtor | : | |

***

| | | |
|---|---|---|
| James R. Walsh, Esquire, Trustee | : | |
| of the Bankruptcy Estate of | : | |
| Michael David Scott, | : | Doc. No. 453 |
| | : | Related to Doc. Nos. 316 |
| Movant | : | |
| | : | Hearing Date & Time: |
| v. | : | December 15, 2017 at 10:00 a.m. |
| | : | |
| Michael David Scott, | : | |
| | : | |
| Respondent | : | |

***

**CERTIFICATE OF SERVICE OF THE CHAPTER 7 TRUSTEE'S BRIEF IN SUPPORT OF THE TRUSTEE'S OBJECTION TO THE DEBTOR'S CLAIMED AMENDED EXEMPTIONS**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses below on or on the attached list on November 22, 2017.

The types of service made on the parties (first-class mail, electronic notification, hand deliver or another type of service) was: first-class mail.

If more than one method of service was employed, this certificate groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party serviced by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each person served by mail, is listed under the heading "Service by First-Class Mail."

Service by first-class mail:

Michael David Scott, 772 Saint Joseph Street, c/o FCI Loretto, Loretto, PA 15940.

EXECUTED ON: November 22, 2017

By:  */s/ Kevin J. Petak,*
Kevin J. Petak, Esq.
Spence Custer
1067 Menoher Boulevard
Johnstown, PA 15905
Tel: 814.536.0735
Fax: 814.539.1423
Email: kpetak@spencecuster.com
PA Bar ID # 92154