**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RE: ) | |
| ) | Bankruptcy No. 17-70045-JAD |
| ) | |
| MICHAEL DAVID SCOTT, ) | Chapter 7 |
| Debtor. ) | |
| _____ X | |
| ) | |
| ) | Doc. No. |
| THE BANK OF NEW YORK ) | |
| MELLON TRUST COMPANY, ) | Related to Doc. Nos. 220, 377 |
| N.A., AS SUCCESSOR-IN- ) | |
| INTEREST TO ALL PERMITTED ) | |
| SUCCESSORS AND ASSIGNS OF ) | |
| JPMORGAN CHASE BANK N.A. ) | |
| AS TRUSTEE, FOR ) | |
| CERTIFICATEHOLDERS OF ) | |
| NOMURA ASSET ACCEPTANCE ) | |
| CORPORATION, MORTGAGE ) | |
| PASS-THROUGH ) | |
| CERTIFICATES, SERIES 2005- ) | |
| AR2, ) | |
| ) | |
| Movant, ) | |
| ) | |
| -vs- ) | |
| ) | |
| MICHAEL DAVID SCOTT, aka ) | |
| THE CRAWFORD GROUP LLC ) | |
| aka MACAUALY FAMILY ) | |
| REALTY TRUST, ) | |
| ) | |
| AND ) | |
| ) | |
| JAMES R. WALSH, ESQUIRE ) | |
| (TRUSTEE), ) | |
| ) | |
| Respondents. ) | |
| ) | |
| _____ X | |

**AMENDED ORDER SCHEDULING EVIDENTIARY HEARING**

1

**AND NOW**, this Court having received the Debtor's *Motion to Amend Order Dated September 5, 2017,* (ECF No. 437), enters an order contemporaneously herewith setting said motion for hearing on December 15, 2017.  Accordingly, the dates previously set for the evidentiary hearing on the Motion for Relief (ECF No. 377), must be modified.  Therefore,

**IT IS HEREBY ORDERED** that an evidentiary hearing is scheduled for **11:00 A.M., Thursday, January 25, 2018,** in **Courtroom B**, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901.  Only two (2) hours is allotted for this Evidentiary Hearing.

The two matters subject to trial at the Evidentiary Hearing are as follows:

(1)  Is the Movant the holder of the Mortgage such that it is entitled to enforcement as Mortgagee under applicable Massachusetts Foreclosure Law?

(2)  Is the Movant the holder of the Note such that the Movant is entitled to enforcement of the Note under applicable Massachusetts Foreclosure Law?

All **exhibits** to be offered as evidence at the Evidentiary Hearing are to be submitted to the Court in a binder, with an index, and each exhibit separately marked and tabbed, and delivered to Judge Deller's Chambers, 54th Floor, USX Tower, Pittsburgh PA, 15219, prior to **January 9, 2018**, and contemporaneously served on the other parties to this matter.

The parties are to file a list of the witnesses they intend to call, which list must be filed with the Court prior to **January 16, 2018**, labeled as "Witness List

for Evidentiary Hearing Relating to Motion Filed at ECF No. 220," and

contemporaneously served on the other parties to this matter.   Other than for

the Debtor, **all counsel and witnesses must appear in person at the**

**Evidentiary Hearing in Courtroom B, First Floor, Penn Traffic Building, 319**

**Washington Street, Johnstown, PA 15901**.   **The Debtor shall appear by**

**AUDIO\* conference.**

        **IT IS SO ORDERED.**

**Date**: <u>November 22, 2017</u>        <u>/s/ Jeffery A. Deller</u>
                                     **Jeffery A. Deller**
                                     Chief, US Bankruptcy Judge

\*The Court was advised that video conferencing is not available to Mr. Scott, therefore the Order was revised to delete the reference of "Video" to "Audio."

cc: **Case Administrator to Serve**:

        **Michael David Scott**, via regular mail **and** via email, attention *khite@bop.gov*
        **Chapter 7 Trustee**
        **James A. Protsko**, Esquire

FILED
11/22/17 12:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-70045-JAD
Michael David Scott                                                       Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7            User: gamr            Page 1 of 2         Date Rcvd: Nov 22, 2017
                                Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2017.
db             +Michael David Scott,   772 Saint Joseph St.,   c/o FCI Loretto,   Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2017 at the address(es) listed below:
          Brett L. Messinger    on behalf of Defendant    US Bank National Association as Trustee
           blmessinger@duanemorris.com,   LMTryon@duanemorris.com
          Brett L. Messinger    on behalf of Creditor    US Bank National Association as Trustee for Credit
           Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series
           2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com,   LMTryon@duanemorris.com
          Brett L. Messinger    on behalf of Defendant    Ocwen Loan Servicing LLC
           blmessinger@duanemorris.com,   LMTryon@duanemorris.com
          Brett L. Messinger    on behalf of Defendant    U S Bank National Associates as Trustee For Credit
           Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
           LMTryon@duanemorris.com
          Brett L. Messinger    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
           Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
           Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com,
           LMTryon@duanemorris.com
          Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,
           r42123@notify.bestcase.com
          Heather A. Sprague   on Behalf of the United States Trustee by    on behalf of U.S. Trustee
           Office of the United States Trustee Heather.Sprague@usdoj.gov
          James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
           pawb@fedphe.com,   james.prostko@phelanhallinan.com
          James A. Prostko    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
           al. pawb@fedphe.com,   james.prostko@phelanhallinan.com
          James A. Prostko    on behalf of Attorney James A. Prostko pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          James R. Walsh    jwalsh@spencecuster.com,
           trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
           ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
          James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
           trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
           ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
          Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
           al. pawb@fedphe.com
          Jill  Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
          Jill  Locnikar    on behalf of Defendant    United States Department of Justice, et al.
           jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
          Jill  Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
          Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
          Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov

District/off: 0315-7          User: gamr              Page 2 of 2              Date Rcvd: Nov 22, 2017
                             Form ID: pdf900         Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.co
               m
              Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.co
               m
              Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.co
               m
              Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com
              Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
              Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
              Leonard P. Vigna    on behalf of Creditor    Tufts Investments, LLC lpv@ktwllaw.com,
               ams@ktwllaw.com;r42123@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronald E. Reitz    on behalf of Creditor ROSE  AKE rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Plaintiff ROSE  AKE rreitz@margolisedelstein.com
              Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts
               murphys@dor.state.ma.us
              Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
               murphys@dor.state.ma.us
              Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us
              William E. Miller    on behalf of Defendant    US Bank National Association as Trustee
               wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al.
               wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
               Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
               Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                              TOTAL: 37