IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MICHAEL DAVID SCOTT,                          : Bankruptcy No. 17-70045-JAD
                                              :
        Debtor.                               : Chapter 7
_____X
THE BANK OF NEW YORK MELLON TRUST             :
COMPANY, N.A., AS SUCCESSOR -IN-              :
INTEREST TO ALL PERMITTED                     :
SUCCESSORS & ASSIGNS OF JPMORGAN              :
CHASE BANK N.A. AS TRUSTEE, FOR               :
CERTIFICATEHOLDERS OF NOMURA                  :
ASSET ACCEPTANCE CORPORATION,                 :
MORTGAGE PASS-THROUGH                         :
CERTIFICATES, SERIES 2005-AR2,                :
                                              :
        Movant,                               :
                                              :
        v                                     : Related To Doc. Nos. 437, 220
                                              :
MICHAEL DAVID SCOTT, aka THE                  :
CRAWFORD GROUP, LLC aka MACAULAY              :
FAMILY REALTY TRUST, and JAMES R.             :
WALSH, ESQUIRE (TRUSTEE),                     :
                                              :
        Respondents.                          :
_____X

## ORDER CANCELLING / RESCHEDULING HEARING

AND NOW, this **22nd** day of **November**, 2017, **IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the hearing on the *Motion To Amend Order Dated September 5, 2017,* filed at Doc. No. 437 and scheduled for November 30, 2017, **IS CANCELLED AND RESCHEDULED TO FRIDAY, DECEMBER 15, 2017,** at **10:00 AM** in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901*. **Responses are due no later than December 8, 2017.**

Jeffery A. Deller           mas
Chief U.S. Bankruptcy Judge

* Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom D in Pittsburgh, Pennsylvania. Counsel may appear before the Court at either location.

CASE ADMINISTRATOR SHALL SERVE:
    Michael David Scott
    James A. Prostko, Esquire
    CT Corporation
    Kevin J. Petak, Esquire
    Office of United States Trustee

FILED
11/22/17 1:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael David Scott  
    Debtor

Case No. 17-70045-JAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: gamr     Page 1 of 2     Date Rcvd: Nov 22, 2017  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2017.  
db          +Michael David Scott,    772 Saint Joseph St.,    c/o FCI Loretto,    Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2017 at the address(es) listed below:

               Brett L. Messinger    on behalf of Defendant    US Bank National Association as Trustee  
               blmessinger@duanemorris.com,    LMTryon@duanemorris.com  
               Brett L. Messinger    on behalf of Creditor    US Bank National Association as Trustee for Credit  
               Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series  
               2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com,    LMTryon@duanemorris.com  
               Brett L. Messinger    on behalf of Defendant    Ocwen Loan Servicing LLC  
               blmessinger@duanemorris.com,    LMTryon@duanemorris.com  
               Brett L. Messinger    on behalf of Defendant    U S Bank National Associates as Trustee For Credit  
               Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,  
               LMTryon@duanemorris.com  
               Brett L. Messinger    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the  
               Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage  
               Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com,  
               LMTryon@duanemorris.com  
               Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,  
               r42123@notify.bestcase.com  
               Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee  
               Office of the United States Trustee Heather.Sprague@usdoj.gov  
               James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
               James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...  
               pawb@fedphe.com,    james.prostko@phelanhallinan.com  
               James A. Prostko    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.  
               al. pawb@fedphe.com,    james.prostko@phelanhallinan.com  
               James A. Prostko    on behalf of Attorney James A. Prostko pawb@fedphe.com,  
               james.prostko@phelanhallinan.com  
               James R. Walsh    jwalsh@spencecuster.com,  
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com  
               ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com  
               James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,  
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com  
               ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com  
               Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.  
               al. pawb@fedphe.com  
               Jill Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,  
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov  
               Jill Locnikar    on behalf of Defendant    United States Department of Justice, et al.  
               jill.locnikar@usdoj.gov,  
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov  
               Jill Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,  
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov  
               Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov  
               Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov

```
District/off: 0315-7           User: gamr                 Page 2 of 2              Date Rcvd: Nov 22, 2017
                               Form ID: pdf900            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com,
           mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com
          Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com,
           mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com
          Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
           mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com
          Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com
          Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
          Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
          Leonard P. Vigna    on behalf of Creditor    Tufts Investments, LLC lpv@ktwllaw.com,
           ams@ktwllaw.com;r42123@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronald E. Reitz    on behalf of Creditor ROSE  AKE rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Plaintiff ROSE  AKE rreitz@margolisedelstein.com
          Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts
           murphys@dor.state.ma.us
          Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
           murphys@dor.state.ma.us
          Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us
          William E. Miller    on behalf of Defendant    US Bank National Association as Trustee
           wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al.
           wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
           Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
           Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com,
           bkecf@sterneisenberg.com

                                                                                     TOTAL: 37