Form 404

**UNITED STATES BANKRUPTCY COURT**          464 – 463
**WESTERN DISTRICT OF PENNSYLVANIA**        msch

In re:                                             Bankruptcy Case No.: 17–70045–JAD
                                                   Doc. No. 463
                                                   Chapter: 7
                                                   Hearing Date: 1/12/18 at 10:00 AM

**Michael David Scott**
**aka The Crawford Group LLC, aka Macaulay Family Realty Trust**
　　Debtor(s)

**CERTIFICATE OF SERVICE OF** _____
　　　　　　　　　(Specify Document(s) Served)

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____ .
　　　　　　　　　　　　　(Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

By: _____
　　(Signature)

　　_____
　　Typed Name

　　_____
　　Address

　　_____
　　Phone No.

　　_____
　　List Bar I.D. and State of Admission

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-70045-JAD
Michael David Scott                                                       Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch          Page 1 of 2          Date Rcvd: Nov 29, 2017
                             Form ID: 404         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2017.
db            +Michael David Scott,    772 Saint Joseph St.,    c/o FCI Loretto,    Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017

Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2017 at the address(es) listed below:
          Brett L. Messinger   on behalf of Defendant   US Bank National Association as Trustee
          blmessinger@duanemorris.com, LMTryon@duanemorris.com
          Brett L. Messinger   on behalf of Creditor    US Bank National Association as Trustee for Credit
          Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series
          2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com, LMTryon@duanemorris.com
          Brett L. Messinger   on behalf of Defendant   Ocwen Loan Servicing LLC
          blmessinger@duanemorris.com, LMTryon@duanemorris.com
          Brett L. Messinger   on behalf of Defendant   U S Bank National Associates as Trustee For Credit
          Suisse First Boston Mortgage Securities Corp blmessinger@duanemorris.com,
          LMTryon@duanemorris.com
          Brett L. Messinger   on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
          Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
          Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com,
          LMTryon@duanemorris.com
          Denver E. Wharton   on behalf of Creditor   Khanda, LLC dew@ktwllaw.com,
          r42123@notify.bestcase.com
          Heather A. Sprague   on Behalf of the United States Trustee by   on behalf of U.S. Trustee
          Office of the United States Trustee Heather.Sprague@usdoj.gov
          James Warmbrodt   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          James A. Prostko   on behalf of Creditor   U.S. Bank, National Association, as Trustee, et al...
          pawb@fedphe.com, james.prostko@phelanhallinan.com
          James A. Prostko   on behalf of Creditor   The Bank Of New York Mellon Trust Company, N.A., et.
          al. pawb@fedphe.com,  james.prostko@phelanhallinan.com
          James A. Prostko   on behalf of Attorney James A. Prostko pawb@fedphe.com,
          james.prostko@phelanhallinan.com
          James R. Walsh   jwalsh@spencecuster.com,
          trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
          ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
          James R. Walsh   on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
          trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
          ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
          Jeremy J. Kobeski   on behalf of Creditor   The Bank Of New York Mellon Trust Company, N.A., et.
          al. pawb@fedphe.com
          Jill Locnikar   on behalf of Creditor   United states of america jill.locnikar@usdoj.gov,
          patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
          Jill Locnikar   on behalf of Defendant   United States Department of Justice, et al.
          jill.locnikar@usdoj.gov,
          patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
          Jill Locnikar   on behalf of Creditor   U.S Department of Education jill.locnikar@usdoj.gov,
          patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
          Jonathan W. Chatham   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy7@pa.gov
          Jonathan W. Chatham   on behalf of Attorney   PA Dept of Revenue RA-occbankruptcy7@pa.gov

District/off: 0315-7          User: msch              Page 2 of 2            Date Rcvd: Nov 29, 2017
                             Form ID: 404            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com,
              mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.co
              m
              Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com,
              mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.co
              m
              Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
              mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.co
              m
              Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com
              Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
              Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
              Leonard P. Vigna    on behalf of Creditor    Tufts Investments, LLC lpv@ktwllaw.com,
              ams@ktwllaw.com;r42123@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronald E. Reitz    on behalf of Creditor ROSE  AKE rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Plaintiff ROSE  AKE rreitz@margolisedelstein.com
              Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts
              murphys@dor.state.ma.us
              Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
              murphys@dor.state.ma.us
              Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us
              William E. Miller    on behalf of Defendant    US Bank National Association as Trustee
              wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al.
              wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
              Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
              Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com,
              bkecf@sterneisenberg.com
                                                                                        TOTAL: 37