**Form 404**

**UNITED STATES BANKRUPTCY COURT**    470 – 468
**WESTERN DISTRICT OF PENNSYLVANIA**    msch

In re:                                                          Bankruptcy Case No.: 17−70045−JAD
Doc. No. 468
Chapter: 7
Hearing Date: at

**Michael David Scott**
**aka The Crawford Group LLC, aka Macaulay Family Realty Trust**
    Debtor(s)

**CERTIFICATE OF SERVICE OF** _____
                                **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____.
                                                 (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

                                                                       By: _____
                                                                              (Signature)

                                                                              _____
                                                                              Typed Name

                                                                              _____
                                                                              Address

                                                                              _____
                                                                              Phone No.

                                                                              _____
                                                                              List Bar I.D. and State of Admission

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael David Scott  
      Debtor

Case No. 17-70045-JAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: msch     Page 1 of 2     Date Rcvd: Dec 12, 2017  
                       Form ID: 404     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2017.  
db          +Michael David Scott,    772 Saint Joseph St.,    c/o FCI Loretto,    Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2017 at the address(es) listed below:

            Brett L. Messinger    on behalf of Defendant    US Bank National Association as Trustee  
             blmessinger@duanemorris.com,    LMTryon@duanemorris.com  
            Brett L. Messinger    on behalf of Creditor    US Bank National Association as Trustee for Credit  
             Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series  
             2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com,    LMTryon@duanemorris.com  
            Brett L. Messinger    on behalf of Defendant    Ocwen Loan Servicing LLC  
             blmessinger@duanemorris.com,    LMTryon@duanemorris.com  
            Brett L. Messinger    on behalf of Defendant    U S Bank National Associates as Trustee For Credit  
             Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,  
             LMTryon@duanemorris.com  
            Brett L. Messinger    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the  
             Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage  
             Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com,  
             LMTryon@duanemorris.com  
            Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,  
             r42123@notify.bestcase.com  
            Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee  
             Office of the United States Trustee Heather.Sprague@usdoj.gov  
            James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
            James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...  
             pawb@fedphe.com,    james.prostko@phelanhallinan.com  
            James A. Prostko    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.  
             al. pawb@fedphe.com,    james.prostko@phelanhallinan.com  
            James A. Prostko    on behalf of Attorney James A. Prostko pawb@fedphe.com,  
             james.prostko@phelanhallinan.com  
            James R. Walsh    jwalsh@spencecuster.com,  
             trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com  
             ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com  
            James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,  
             trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com  
             ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com  
            Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.  
             al. pawb@fedphe.com  
            Jill Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,  
             patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov  
            Jill Locnikar    on behalf of Defendant    United States Department of Justice, et al.  
             jill.locnikar@usdoj.gov,  
             patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov  
            Jill Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,  
             patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov  
            Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov  
            Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov

```
District/off: 0315-7          User: msch                Page 2 of 2               Date Rcvd: Dec 12, 2017
                              Form ID: 404              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com

      Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com

      Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com

      Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com

      Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com

      Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov

      Leonard P. Vigna    on behalf of Creditor    Tufts Investments, LLC lpv@ktwllaw.com, ams@ktwllaw.com;r42123@notify.bestcase.com

      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

      Ronald E. Reitz    on behalf of Creditor ROSE  AKE rreitz@margolisedelstein.com

      Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com

      Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com

      Ronald E. Reitz    on behalf of Plaintiff ROSE  AKE rreitz@margolisedelstein.com

      Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts murphys@dor.state.ma.us

      Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue murphys@dor.state.ma.us

      Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us

      William E. Miller    on behalf of Defendant    US Bank National Association as Trustee wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com

      William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al. wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com

      William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

      TOTAL: 37