IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: | ) | |
| | ) | Bankruptcy No. 17-70045-JAD |
| | ) | |
| MICHAEL DAVID SCOTT, | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | X | |
| | ) | |
| | ) | Doc. No. |
| THE BANK OF NEW YORK | ) | |
| MELLON TRUST COMPANY, | ) | Related to Doc. Nos. 220, 437, 455 |
| N.A., AS SUCCESSOR-IN- | ) | |
| INTEREST TO ALL PERMITTED | ) | |
| SUCCESSORS AND ASSIGNS OF | ) | |
| JPMORGAN CHASE BANK N.A. | ) | |
| AS TRUSTEE, FOR | ) | |
| CERTIFICATEHOLDERS OF | ) | |
| NOMURA ASSET ACCEPTANCE | ) | |
| CORPORATION, MORTGAGE | ) | |
| PASS-THROUGH | ) | |
| CERTIFICATES, SERIES 2005- | ) | |
| AR2, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| MICHAEL DAVID SCOTT, aka | ) | |
| THE CRAWFORD GROUP LLC | ) | |
| aka MACAULY FAMILY | ) | |
| REALTY TRUST, | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| JAMES R. WALSH, ESQUIRE | ) | |
| (TRUSTEE), | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| _____ | X | |

1

## ORDER DIRECTING MOVANT TO COMPLY WITH DISCOVERY RULES

**AND NOW**, this Court having received the Debtor's *Motion to Amend Order Dated September 5, 2017*, (ECF No. 437), and the response of The Bank of New York Mellon Trust Company, N.A., as Successor-In-Interest to all Permitted Successors and Assigns of JPMorgan Chase Bank N.A. as Trustee, for Certificateholders of Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AR2 ("Creditor")(ECF No. 460), held a hearing on December 15, 2017. During the hearing, it became clear that the Creditor was not complying with Fed.R.Bankr.P. 9014(c), regarding the application of, among other Federal Rules of Civil Procedure, those related to discovery. Accordingly,

**IT IS HEREBY ORDERED** the Creditor shall produce each document requested by the Debtor in his letter dated September 8, 2017 (ECF No. 437-2), to the Debtor, in paper form, and for receipt by the Debtor not later than **January 5, 2018**. If any document is not so produced, then in compliance with the Federal Rules of Civil Procedure made applicable in this contested matter by Fed.R.Bankr.P. 9014(c), the Creditor shall explain, in writing, for each document the Creditor is not producing, why the Creditor is not producing the document requested, together with an affidavit of the Creditor, and an affidavit of the Creditor's counsel, as to what steps were taken to locate the document requested (collectively referred to herein as the Creditor's Response to the Discovery Request.") The Creditor's Response to the Discovery Request shall also identify each document that was provided to the Debtor by January 5, 2018. The

Creditor's Response to the Discovery Request shall be served on the parties and filed by **January 10, 2018**.

**IT IS FURTHER ORDERED** this Court's *Amended Order Scheduling Evidentiary Hearing*, dated November 22, 2017 (ECF No. 455), is modified as follows:

1. The evidentiary hearing scheduled for **Thursday, January 25, 2018,** in **Courtroom B**, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901, **is hereby rescheduled to Friday, February 9, 2018, at 11:00 A.M., in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901.**

2. All **exhibits** to be offered **by the Debtor** as evidence at the Evidentiary Hearing are to be submitted to the Court in a binder, with an index, and each exhibit separately marked and tabbed, and delivered to Judge Deller's Chambers, 54th Floor, USX Tower, Pittsburgh PA, 15219, prior to **January 25, 2018**, and contemporaneously served on the other parties to this matter.

3. The Debtor shall file a list of the witnesses he intend to call, which list must be filed with the Court prior to **January 25, 2018**, labeled as "Witness List for Evidentiary Hearing Relating to Motion Filed at ECF No. 220," and contemporaneously served on the other parties to this matter.

4. The remainder of this Court's Order of November 22, 2017 (ECF No. 455), remains effective and not modified herein.

**IT IS SO ORDERED.**

**Date**: <u>December 15, 2017</u>     <u>/s/ Jeffery A. Deller</u>
**Jeffery A. Deller**
Chief, US Bankruptcy Judge

cc: **Case Administrator to Serve**:

**Michael David Scott**, via regular mail **and** via email, attention *khite@bop.gov*
**Chapter 7 Trustee**
**James A. Protsko**, Esquire

FILED
12/15/17 3:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-70045-JAD
Michael David Scott                                                   Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: gamr              Page 1 of 2              Date Rcvd: Dec 15, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2017.
db             +Michael David Scott,    772 Saint Joseph St.,   c/o FCI Loretto,   Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2017 at the address(es) listed below:
              Brett L. Messinger    on behalf of Defendant    US Bank National Association as Trustee
               blmessinger@duanemorris.com,    LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Creditor    US Bank National Association as Trustee for Credit
               Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series
               2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com,    LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Defendant    Ocwen Loan Servicing LLC
               blmessinger@duanemorris.com,    LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Defendant    U S Bank National Associates as Trustee For Credit
               Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
               Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
               Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,
               r42123@notify.bestcase.com
              Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Heather.Sprague@usdoj.gov
              James  Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
               pawb@fedphe.com,    james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
               al. pawb@fedphe.com,    james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Attorney James A. Prostko pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James R. Walsh    jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
               ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
              James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
               ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
              Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
               al. pawb@fedphe.com
              Jill  Locnikar     on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
              Jill  Locnikar     on behalf of Defendant    United States Department of Justice, et al.
               jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
              Jill  Locnikar     on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
              Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
              Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov

```
District/off: 0315-7          User: gamr              Page 2 of 2                Date Rcvd: Dec 15, 2017
                              Form ID: pdf900         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Kevin J. Petak   on behalf of Trustee James R Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com

      Kevin J. Petak   on behalf of Interested Party James R Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com

      Kevin J. Petak   on behalf of Trustee James R. Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com

      Kevin Scott Frankel   on behalf of Defendant   Korde & Associates P C pabk@logs.com

      Kristen D. Little   on behalf of Defendant   Korde & Associates P C pabk@logs.com

      Kunal Janak Choksi   on behalf of Defendant   Internal Revenue Service kunal.j.choksi@usdoj.gov

      Leonard P. Vigna   on behalf of Creditor   Tufts Investments, LLC lpv@ktwllaw.com, ams@ktwllaw.com;r42123@notify.bestcase.com

      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov

      Ronald E. Reitz   on behalf of Creditor ROSE  AKE rreitz@margolisedelstein.com

      Ronald E. Reitz   on behalf of Plaintiff   BONABERI CORPORATION rreitz@margolisedelstein.com

      Ronald E. Reitz   on behalf of Creditor   BONABERI CORPORATION rreitz@margolisedelstein.com

      Ronald E. Reitz   on behalf of Plaintiff ROSE  AKE rreitz@margolisedelstein.com

      Stephen G. Murphy   on behalf of Defendant   The Commonwealth of Massachusetts murphys@dor.state.ma.us

      Stephen G. Murphy   on behalf of Creditor   Massachusetts Department of Revenue murphys@dor.state.ma.us

      Stephen G. Murphy   on behalf of Defendant   Commonwealth of Massachusetts murphys@dor.state.ma.us

      William E. Miller   on behalf of Defendant   US Bank National Association as Trustee wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

      William E. Miller   on behalf of Creditor   U.S. Bank, National Association As Trustee For et al. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

      William E. Miller   on behalf of Creditor   U.S. Bank, National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

      TOTAL: 37