# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | MICHAEL DAVID SCOTT |
| **Case Number:** | 17-70045-JAD    **Chapter:** 7 |
| **Date / Time / Room:** | FRIDAY, DECEMBER 15, 2017 10:00 AM   COURTROOM B |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | MARY SCHUETZ |
| **Reporter / ECR:** | N/A |

## *Matter:*

Continued - Trustee's Objection To Amended Claimed Exemptions Filed On June 28, 2017 At Doc. No. 270 filed by James R. Walsh, Chapter 7 Trustee
- Order Entered 7/26/2017 Granting Debtor's Motion For Extension Of Time To File Response - Responses Now Du 9/4/2017
- Response filed by Debtor 8/28/2017 at Doc. No. 369
- Hearing Held 10/5/2017 - Continued To 12/15/2017
- Brief In Support Of Objection To Debtor's Amended Claimed Exemptions filed by James R. Walsh, Chapter 7 Trustee 11/22/2018 at Doc. No. 453
- Response filed by Debtor 12/11/2017 at Doc. No. 469
**R / M #:**  316 / 0

## *Appearances:*

CHAPTER 7 TRUSTEE: JAMES R. WALSH, ESQUIRE
DEBTOR: PRO SE
CREDITOR:

## *Proceedings:*

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
✓ CONTINUE MATTER:
_✓_ For At Least _30_ Days (Court To Issue Scheduling Order)
_____ To Hearing Date Of _____ at _____ AM/PM at
_____
_____ To Conciliation Conference For _____ at
_____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Evidentiary Hearing On Value And Cram-Down Interest
_____ Complex / Pretrial Order - NONJURY  /  JURY
_____ Simple / Pretrial Order - NONJURY  /  JURY
_____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Continue Matter For At Least 30 Days**

FILED
12/20/17 2:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge