# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

|  |  |
|---|---|
| **Debtor:** | MICHAEL DAVID SCOTT |
| **Case Number:** | 17-70045-JAD       **Chapter:** 7 |
| **Date / Time / Room:** | FRIDAY, DECEMBER 15, 2017 10:00 AM   COURTROOM B |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | MARY SCHUETZ |
| **Reporter / ECR:** | N/A |

## Matter:

Amended Motion For Relief From Automatic Stay filed by Tufts Investment LLC
- Response filed by Debtor 11/15/2017 at Doc. No. 450  [Due 11/13/2017]
- Notice and COS Rescheduling Hearing To  12/15/2017
R / M #:   435 / 0

## Appearances:

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, ESQUIRE
DEBTOR:  PRO SE
CREDITOR:  LEONARD P. VIGNA, ESQUIRE for TUFTS INVESTMENT, LLC
OUST:  HILDENBRAND / WAHLQUIST

## Proceedings:

✓ **Motion is GRANTED** / ____ DENIED
_____ Special Type Of Order: _____
_____ CONTINUE MATTER:
         _____ For At Least _____ Days (Court To Issue Scheduling Order)
         _____ To Hearing Date Of _____ at _____ AM/PM at _____
         _____ To Conciliation Conference For _____ at _____
                 _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
         _____ Evidentiary Hearing On Value And Cram-Down Interest
         _____ Complex / Pretrial Order - NONJURY  /  JURY
         _____ Simple / Pretrial Order - NONJURY  /  JURY
         _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Order entered 12/15/2017 Granting Motion**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
12/20/17 2:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA