UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** MICHAEL DAVID SCOTT
**Case Number:** 17-70045-JAD          **Chapter:** 7
**Date / Time / Room:** FRIDAY, DECEMBER 15, 2017 10:00 AM   COURTROOM B
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

Motion To Amend Order Dated September 5, 2017 [Re: Amended Order Scheduling Evidentiary Hearing filed at Doc. No. 377] filed by Debtor
- No Response Filed  [Due 11/24/2017]
- Order Entered 11/22/2017 Cancelling/Rescheduling Hearing To 12/15/2017
- Response filed 11/27/2017 at Doc. No. 460 by The Bank of New York Mellon Trust Company, N.A.
R / M #:   437 / 0

## Appearances:

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, ESQUIRE
DEBTOR:  MICHAEL DAVID SCOTT, PRO SE
CREDITOR:
OUST:  HILDENBRAND / WAHLQUIST

## Proceedings:

```
____ Motion is GRANTED   /   DENIED
____ Special Type Of Order:
____ CONTINUE MATTER:
        _____ For At Least _____ Days (Court To Issue Scheduling Order)
        _____ To Hearing Date Of _____ at _____ AM/PM at
               _____
        _____ To Conciliation Conference For _____ at
               _____ AM/PM at _____
____ ISSUE EVIDENTIARY HEARING NOTICE
        _____ Evidentiary Hearing On Value And Cram-Down Interest
        _____ Complex / Pretrial Order - NONJURY   /   JURY
        _____ Simple / Pretrial Order - NONJURY   /   JURY
        _____ Parties To Undertake Discovery - Discovery Period: _____ days
____ SETTLEMENT STIPULATION IS DUE _____
____ OTHER:
```

**- Order entered 12/15/2017, at Doc. No. 474, Directing the Parties To Comply With Discovery Rules; and, rescheduling the evidentiary hearing to 2/9/2018 at 11:00 AM at p51, Courtroom B, Johnstown.**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
12/20/17 3:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA