Form 404

UNITED STATES BANKRUPTCY COURT     470 – 468
WESTERN DISTRICT OF PENNSYLVANIA     msch

In re:     Bankruptcy Case No.: 17–70045–JAD
Doc. No. 468
Chapter: 7
Hearing Date: at

**Michael David Scott**
**aka The Crawford Group LLC, aka Macaulay Family Realty Trust**
   Debtor(s)

CERTIFICATE OF SERVICE OF _Motion To Order ECCF To Turn over Thumb Drive_
(Specify Document(s) Served)

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _December 18, 2017_.
(Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _First Class Mail, United States Postal Service_.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

EXECUTED ON: _December 18, 2017_

Essex County Correctional Facility
P.O Box 807
Middleton MA 01949
Attn: Jason Farro

Kevin J. Petak
Spence Custer Saylor & Wolf
1067 Menoher Blvd.
Johnstown PA 15905

By: _[Signature]_
(Signature)
Typed Name _Michael D. Scott_
_772 Saint Joseph St_
_Loretto PA 15940_
Address

Phone No.

List Bar I.D. and State of Admission

RECEIVED
DEC 21 REC'D
CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA

052679                    44708052731027

THU-44708 0315-7 400 17-70045
BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411

052679 52679 1 MB 0.420 15940 1 8 8450-1-53026

Michael David Scott
772 Saint Joseph St.
c/o FCI Loretto
Loretto, PA 15940-7006

052679    44708052731027