IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> MICHAEL DAVID SCOTT A/K/A <br> THE CRAWFORD GROUP LLC A/K/A <br> MACAULAY FAMILY REALTY TRUST <br> Debtor | Bankruptcy No. 17-70045-JAD <br><br> Chapter No. 7 |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK N.A. AS TRUSTEE, FOR CERTIFICATEHOLDERS OF NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2 <br> Movant <br> v. <br> MICHAEL DAVID SCOTT A/K/A <br> THE CRAWFORD GROUP LLC A/K/A <br> MACAULAY FAMILY REALTY TRUST <br> and <br> JAMES R. WALSH, ESQUIRE (TRUSTEE) <br> Respondents | Doc. No. 491 <br><br> Related to Doc. No. 474 |

## ORDER

AND NOW, this **29th** day of **December**, 2017, upon consideration of the Movant's Motion for an Extension of Time to Comply with the Order of December 15, 2017 Regarding Production of Documents, and the record as a whole, IT IS HEREBY **ORDERED** that:

Movant's Motion is **GRANTED**;

Movant shall have an additional forty-five (45) days from January 5, 2018, to comply with the Order of December 15, 2017 Regarding Production of Documents.

_____
JEFFERY A. DELLER
Chief United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
James A. Prostko, Esquire
Michael David Scott
James R. Walsh, Esquire
Office of United States Trustee

FILED
12/29/17 11:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-70045-JAD
Michael David Scott                                                     Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7            User: mgut              Page 1 of 2              Date Rcvd: Dec 29, 2017
                                Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 31, 2017.
db             +Michael David Scott,    772 Saint Joseph St.,    c/o FCI Loretto,    Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 29, 2017 at the address(es) listed below:
      Brett L. Messinger    on behalf of Defendant    US Bank National Association as Trustee
       blmessinger@duanemorris.com,   LMTryon@duanemorris.com
      Brett L. Messinger    on behalf of Creditor    US Bank National Association as Trustee for Credit
       Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series
       2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com,   LMTryon@duanemorris.com
      Brett L. Messinger    on behalf of Defendant    Ocwen Loan Servicing LLC
       blmessinger@duanemorris.com,   LMTryon@duanemorris.com
      Brett L. Messinger    on behalf of Defendant    U S Bank National Associates as Trustee For Credit
       Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
       LMTryon@duanemorris.com
      Brett L. Messinger    on behalf of Defendant    U.S. Bank National Association as Trustee for
       Credit Suisse First Boston Mortgage Securities Corp. Mortgage Pass Through Series 2004-AR7
       blmessinger@duanemorris.com,   LMTryon@duanemorris.com
      Brett L. Messinger    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
       Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
       Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com,
       LMTryon@duanemorris.com
      Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,
       r42123@notify.bestcase.com
      Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
       Office of the United States Trustee Heather.Sprague@usdoj.gov
      James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
       pawb@fedphe.com,   james.prostko@phelanhallinan.com
      James A. Prostko    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
       al. pawb@fedphe.com,   james.prostko@phelanhallinan.com
      James A. Prostko    on behalf of Attorney James A. Prostko pawb@fedphe.com,
       james.prostko@phelanhallinan.com
      James R. Walsh    jwalsh@spencecuster.com,
       trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
       ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
      James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
       trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
       ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
      Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
       al. pawb@fedphe.com
      Jill Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,
       patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
      Jill Locnikar    on behalf of Defendant    United States Department of Justice, et al.
       jill.locnikar@usdoj.gov,
       patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov

```
District/off: 0315-7           User: mgut                 Page 2 of 2             Date Rcvd: Dec 29, 2017
                               Form ID: pdf900            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Jill  Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
          Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
          Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
          Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com,
           mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.co
           m
          Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com,
           mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.co
           m
          Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
           mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.co
           m
          Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com
          Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
          Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
          Leonard P. Vigna    on behalf of Creditor    Tufts Investments, LLC lpv@ktwllaw.com,
           ams@ktwllaw.com;r42123@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronald E. Reitz    on behalf of Creditor ROSE  AKE rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Plaintiff ROSE  AKE rreitz@margolisedelstein.com
          Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts
           murphys@dor.state.ma.us
          Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
           murphys@dor.state.ma.us
          Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us
          William E. Miller    on behalf of Defendant    US Bank National Association as Trustee
           wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al.
           wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
           Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
           Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com,
           bkecf@sterneisenberg.com
                                                                                             TOTAL: 38
```