Form 404

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

490 – 486
msch

In re:

Bankruptcy Case No.: 17–70045–JAD
Doc. No. 486
Chapter: 7
Hearing Date: 1/25/18 at 10:00 AM

**Michael David Scott**
**aka The Crawford Group LLC, aka Macaulay Family Realty Trust**
   Debtor(s)

**CERTIFICATE OF SERVICE OF** _Rule 2004 (a) motion, Collora LLP_
(Specify Document(s) Served)

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _January 3, 2018_.
(Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _First class mail United States postal service_.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

January 3, 2018

Kevin J Petak, Esq
Spence, Custer, Saylor
1067 Menoher Blvd.
Johnstown PA 15905

William Lovett
Collora LLP
100 High St
Boston MA 02110

By: _____
(Signature) Michael D Scott
Typed Name
772 Saint Joseph St
Loretto PA 15940
Address

_____
Phone No.

_____
List Bar I.D. and State of Admission