# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

**Debtor:** MICHAEL DAVID SCOTT
**Case Number:** 17-70045-JAD    **Chapter:** 7
**Date / Time / Room:** FRIDAY, JANUARY 12, 2018 10:00 AM   COURTROOM B
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## *Matter:*

Debtor's Motion To Order The Essex County Correctional Facility To Turn Over The Debtor's Thumb Drive And CDs Containing Critical Evidence To Support The Truste's Investigation In The Claim Against Collora LLC And Others - No Response Filed  [Due 1/5/2018]

R / M #:  468 / 0

## *Appearances:*

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, ESQUIRE
DEBTOR:  PRO SE
CREDITOR:
OUST:  HILDENBRAND / WAHLQUIST
Michael David Scott

## *Proceedings:*

_____ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
　　　_____ For At Least _____ Days (Court To Issue Scheduling Order)
　　　_____ To Hearing Date Of _____ at _____ AM/PM at _____
　　　_____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
　　　_____ Evidentiary Hearing On Value And Cram-Down Interest
　　　_____ Complex / Pretrial Order -  NONJURY  /  JURY
　　　_____ Simple / Pretrial Order - NONJURY  /  JURY
　　　_____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Order entered 1/16/2018 Granting Motion**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
1/16/18 12:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA