UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

### Conciliation Conference:

| | |
|---|---|
| Debtor: | MICHAEL DAVID SCOTT |
| Case Number: | 17-70045-JAD    Chapter: 7 |
| Date / Time / Room: | FRIDAY, JANUARY 12, 2018 10:00 AM    COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

### Matter:

Motion To Strike And/or Preclude The 2010 and 2013 Loan Modification Agreements Pursuant To 28 U.S.C. §157(b)(2)(B) and the Correction Agreement (Exhibit III) filed by Debtor Michael David Scott against U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp. Mortgage Pass Through Certificates, Series 2004-AR7 ("Trustee")
- Response In Opposition filed by Respondent 1/3/2018 at Doc. No. 500 [Due 1/5/2018]
R / M #:  463 / 0

*resp ECF 500*

### Appearances:

CHAPTER 7 TRUSTEE: JAMES R. WALSH, ESQUIRE
DEBTOR: PRO SE
CREDITOR: BRETT L. MESSINGER, ESQUIRE for U.S. BANK, N.A.
OUST: HILDENBRAND / WAHLQUIST

### Proceedings:

___ Motion is GRANTED / **DENIED**  *w/o prejudice*
_____ Special Type Of Order:
_____ CONTINUE MATTER:
       _____ For At Least _____ Days (Court To Issue Scheduling Order)
       _____ To Hearing Date Of _____ at _____ AM/PM at
       _____
       _____ To Conciliation Conference For _____ at
       _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
       _____ Evidentiary Hearing On Value And Cram-Down Interest
       _____ Complex / Pretrial Order - NONJURY / JURY
       _____ Simple / Pretrial Order - NONJURY / JURY
       _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Order Entered 1/16/2018 Denying Motion Without Prejudice**

FILED
1/16/18 1:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge