IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHAEL DAVID SCOTT, | ) | Case No. 17-70045-JAD |
| | ) | |
| Debtor. | ) | |
| _____ X | | Chapter 7 |
| | ) | |
| MICHAEL DAVID SCOTT, | ) | |
| | ) | |
| Movant, | ) | Related to Doc. No. 468 |
| | ) | |
| - v - | ) | |
| | ) | |
| ESSEX COUNTY CORRECTIONAL | ) | |
| FACILITY (ECCF), JASON FARRO, | ) | |
| and   CAPTAIN STATENZI, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ X | | |

**ORDER GRANTING THE MOTION TO COMPEL
THE ESSEX COUNTY CORRECTIONAL FACILITY TO TURN OVER THE
<u>DEBTOR'S THUMB DRIVE and C.D.'S</u>**

On January 12, 2018, the Court conducted a hearing on a motion filed by the above captioned Debtor entitled: *Motion to Order the Essex County Correctional Facility to Turn Over the Debtor's Thumb Drive and C.D.'s Containing Critical Evidence to Support the Trustee's Investigation in the Claim Against Collora LLP and Others* (the "<u>Motion to Compel</u>").

At the hearing, the Debtor represented that had duly served the Motion to Compel upon the Respondents, and the record reflects that the Debtor duly filed proof of service. None of the Respondents appeared and objected to the relief

00023144

sought by the Motion to Compel. In addition, the Chapter 7 Trustee, through his legal counsel, appeared and had no opposition to the Motion to Compel.

In a nutshell, the Debtor is an inmate currently housed at the Federal Correctional Institute in Loretto, PA. At some time during his journey through the criminal justice system, the Debtor was housed at the Essex County Correctional Facility located in Middleton, MA.

The gist of the Motion to Compel is that assets of this bankruptcy estate include various alleged causes of action against Collora, LLP and others. Assets of the estate also include any and all records of the Debtor which can aid the Chapter 7 Trustee in the investigation of such causes of action, including electronic media the Debtor claims exists at the Essex County Correctional Facility in the form of a "thumb drive" and computer "C.D.'s." To the extent such assets do exist, 11 U.S.C. § 541 supports the notion that they are property of the estate. 11 U.S.C. § 542 further supports that such assets of the estate, to the extent they exist, should be turned over to the Chapter 7 Trustee.

Given the foregoing, the Court hereby ORDERS, ADJUDGES and DECREES that:

1. The Motion to Compel is granted.

2. By no later than February 16, 2018, the Respondents shall account and turnover to the Chapter 7 Trustee, James R. Walsh, all assets of Michael David Scott in its or its' agents possession, custody and control. Such assets include, or may include, any and all electronic media of Michael David Scott including any thumb drives and computer C.D.'s.

00023144                                -2-

3. Unless the Court authorizes otherwise, the accounting and property shall be delivered to the Chapter 7 Trustee at the following address:

   James R. Walsh, Esq.
   Spence, Custer, Saylor, Wolfe & Rose, LLC
   1067 Menoher Boulevard
   Johnstown, PA 15905

4. Any accounting provided by the Respondents shall identify the particulars of any property of Michael David Scott destroyed, returned or disposed of by the Respondents, and when such property was disposed.

5. Upon the Chapter 7 Trustee's receipt of the "thumb drives" and "C.D.'s," the Chapter 7 Trustee shall make such property available to the Debtor for inspection for claims of privilege. To the extent the Debtor asserts any claim of privilege that the Chapter 7 Trustee objects, the parties may request that the Court review the disputed materials *in camera* and determine the merits of any claim of privilege. The Chapter 7 Trustee may not review the contents of the "thumb drive" and "C.D.'s", if any, produced by the Respondents until such time the Debtor has had the opportunity to inspect the same and determine whether any of the materials are protected under an applicable claim of privilege.

6. The Debtor shall promptly serve a copy of this Order upon all Respondents and file a certificate of service with the Court.

Date: January 16, 2018

Jeffery A. Deller
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Michael David Scott, via regular mail
Michael David Scott, via email: *khite@bop.gov*

FILED
1/16/18 12:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00023144

-3-

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 17-70045-JAD
Michael David Scott                                                 Chapter 7
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: gamr              Page 1 of 2          Date Rcvd: Jan 16, 2018
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2018.
db         +Michael David Scott,   772 Saint Joseph St.,   c/o FCI Loretto,   Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2018 at the address(es) listed below:
              Brett L. Messinger    on behalf of Defendant    US Bank National Association as Trustee
               blmessinger@duanemorris.com,   LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Creditor    US Bank National Association as Trustee for Credit
               Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series
               2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com,   LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Defendant    Ocwen Loan Servicing LLC
               blmessinger@duanemorris.com,   LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Defendant    U S Bank National Associates as Trustee For Credit
               Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Defendant    U.S. Bank National Association as Trustee for
               Credit Suisse First Boston Mortgage Securities Corp. Mortgage Pass Through Series 2004-AR7
               blmessinger@duanemorris.com,   LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
               Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
               Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,
               r42123@notify.bestcase.com
              Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Heather.Sprague@usdoj.gov
              James  Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
               pawb@fedphe.com,   james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
               al. pawb@fedphe.com,   james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Attorney James A. Prostko pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James R. Walsh    jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
               ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
              James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
               ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
              Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
               al. pawb@fedphe.com
              Jill  Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
              Jill  Locnikar    on behalf of Defendant    United States Department of Justice, et al.
               jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov

```
District/off: 0315-7           User: gamr                 Page 2 of 2                  Date Rcvd: Jan 16, 2018
                               Form ID: pdf900            Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jill  Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
              Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
              Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
              Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.co
               m
              Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.co
               m
              Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.co
               m
              Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com
              Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
              Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
              Leonard P. Vigna    on behalf of Creditor    Tufts Investments, LLC lpv@ktwllaw.com,
               ams@ktwllaw.com;r42123@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronald E. Reitz    on behalf of Creditor ROSE  AKE rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Plaintiff ROSE  AKE rreitz@margolisedelstein.com
              Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts
               murphys@dor.state.ma.us
              Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
               murphys@dor.state.ma.us
              Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us
              William E. Miller    on behalf of Defendant    US Bank National Association as Trustee
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al.
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
               Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
               Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 38
```