## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **MICHAEL DAVID SCOTT,** | : | **Bankruptcy No. 17-70045-JAD** |
| | : | |
| | : | |
| **Debtor.** | : | **Chapter 7** |
| ——————————————X | | |
| **MICHAEL DAVID SCOTT,** | : | |
| | : | |
| **Movant,** | : | |
| **v** | : | **Related To Doc. No. 509,  379** |
| | : | |
| **THE COMMONWEALTH OF** | : | |
| **MASSACHUSETTS,** | : | |
| | : | |
| **Respondent.** | : | |
| ——————————————X | | |

### ORDER CONTINUING HEARING

**AND NOW**, this **22nd** day of **January**, **2018** upon consideration of the Motion To

Continue Hearings filed by Respondent at Doc. No. 509, **IT IS HEREBY ORDERED,**

**ADJUDGED and DECREED** that the continued hearing on the *Emergency Motion*

*[regarding the tax liens imposed by the Commonwealth of Massachusetts, Department of*

*Revenue]* filed by **Debtor** at **Doc. No. 379** and currently scheduled for January 25, 2018,

**IS CANCELLED AND CONTINUED TO Thursday, March 22, 2018,** at **10:00 AM** in

Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA

15901*.

Jeffery A. Deller          mas
Chief U.S. Bankruptcy Judge

* Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and
also in Courtroom D in Pittsburgh, Pennsylvania.  Counsel may appear before the Court at either
location.

**CASE ADMINISTRATOR SHALL SERVE:**
Michael David Scott
Stephen G. Murphy, Esquire
James R. Walsh, Esquire
Office of United States Trustee

FILED
1/22/18 11:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael David Scott
     Debtor

Case No. 17-70045-JAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7      User: gamr      Page 1 of 2      Date Rcvd: Jan 22, 2018
           Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2018.
db        +Michael David Scott,    772 Saint Joseph St.,    c/o FCI Loretto,    Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2018                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2018 at the address(es) listed below:
       Brett L. Messinger    on behalf of Defendant    US Bank National Association as Trustee
       blmessinger@duanemorris.com,   LMTryon@duanemorris.com
       Brett L. Messinger    on behalf of Creditor    US Bank National Association as Trustee for Credit
       Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series
       2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com,   LMTryon@duanemorris.com
       Brett L. Messinger    on behalf of Defendant    Ocwen Loan Servicing LLC
       blmessinger@duanemorris.com,   LMTryon@duanemorris.com
       Brett L. Messinger    on behalf of Defendant    U S Bank National Associates as Trustee For Credit
       Suisse First Boston Mortgage Securities Corp blmessinger@duanemorris.com,
       LMTryon@duanemorris.com
       Brett L. Messinger    on behalf of Defendant    U.S. Bank National Association as Trustee for
       Credit Suisse First Boston Mortgage Securities Corp. Mortgage Pass Through Series 2004-AR7
       blmessinger@duanemorris.com,   LMTryon@duanemorris.com
       Brett L. Messinger    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
       Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
       Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com,
       LMTryon@duanemorris.com
       Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,
       r42123@notify.bestcase.com
       Heather A. Sprague   on Behalf of the United States Trustee by    on behalf of U.S. Trustee
       Office of the United States Trustee Heather.Sprague@usdoj.gov
       James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
       James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
       pawb@fedphe.com,   james.prostko@phelanhallinan.com
       James A. Prostko    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
       al. pawb@fedphe.com,   james.prostko@phelanhallinan.com
       James A. Prostko    on behalf of Attorney James A. Prostko pawb@fedphe.com,
       james.prostko@phelanhallinan.com
       James D. Newell    on behalf of Interested Party    Collora LLP, William Lovett, William Kettlewell,
       Sara Silva james.newell@bipc.com,   donna.curcio@bipc.com
       James R. Walsh    jwalsh@spencecuster.com,
       trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
       ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
       James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
       trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
       ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
       Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
       al. pawb@fedphe.com
       Jill Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,
       patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov

```
District/off: 0315-7          User: gamr              Page 2 of 2           Date Rcvd: Jan 22, 2018
                              Form ID: pdf900         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
 Jill Locnikar   on behalf of Defendant   United States Department of Justice, et al.
  jill.locnikar@usdoj.gov,
  patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
 Jill Locnikar   on behalf of Defendant   U.S Department of Education jill.locnikar@usdoj.gov,
  patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
 Jonathan W. Chatham   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy7@pa.gov
 Jonathan W. Chatham   on behalf of Attorney   PA Dept of Revenue RA-occbankruptcy7@pa.gov
 Kevin J. Petak   on behalf of Trustee James R Walsh kpetak@spencecuster.com,
  mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com
 Kevin J. Petak   on behalf of Interested Party James R Walsh kpetak@spencecuster.com,
  mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com
 Kevin J. Petak   on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
  mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com
 Kevin Scott Frankel   on behalf of Defendant   Korde & Associates P C pabk@logs.com
 Kristen D. Little   on behalf of Defendant   Korde & Associates P C pabk@logs.com
 Kunal Janak Choksi   on behalf of Defendant   Internal Revenue Service kunal.j.choksi@usdoj.gov
 Leonard P. Vigna   on behalf of Creditor   Tufts Investments, LLC lpv@ktwllaw.com,
  ams@ktwllaw.com;r42123@notify.bestcase.com
 Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
 Ronald E. Reitz   on behalf of Creditor ROSE AKE rreitz@margolisedelstein.com
 Ronald E. Reitz   on behalf of Plaintiff   BONABERI CORPORATION rreitz@margolisedelstein.com
 Ronald E. Reitz   on behalf of Creditor   BONABERI CORPORATION rreitz@margolisedelstein.com
 Ronald E. Reitz   on behalf of Plaintiff ROSE AKE rreitz@margolisedelstein.com
 Stephen G. Murphy   on behalf of Defendant   The Commonwealth of Massachusetts
  murphys@dor.state.ma.us
 Stephen G. Murphy   on behalf of Creditor   Massachusetts Department of Revenue
  murphys@dor.state.ma.us
 Stephen G. Murphy   on behalf of Defendant   Commonwealth of Massachusetts murphys@dor.state.ma.us
 William E. Miller   on behalf of Defendant   US Bank National Association as Trustee
  wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
 William E. Miller   on behalf of Creditor   U.S. Bank, National Association As Trustee For et al.
  wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
 William E. Miller   on behalf of Creditor   U.S. Bank, National Association as Trustee Under the
  Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
  Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com,
  bkecf@sterneisenberg.com

                      TOTAL: 39