UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

|  |  |
|---|---|
| **Debtor:** | MICHAEL DAVID SCOTT |
| **Case Number:** | 17-70045-JAD    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, JANUARY 25, 2018 10:00 AM   COURTROOM B |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | MARY SCHUETZ |
| **Reporter / ECR:** | N/A |

## Matter:

Continued - Trustee's Objection To Amended Claimed Exemptions Filed On June 28, 2017 At Doc. No. 270 filed by James R. Walsh, Chapter 7 Trustee
- Order Entered 7/26/2017 Granting Debtor's Motion For Extension Of Time To File Response - Responses Now Due 9/4/2017
- Response filed by Debtor 8/28/2017 at Doc. No. 369
- Hearing Held 10/5/2017 - Continued To 12/15/2017
- Brief In Support Of Objection To Debtor's Amended Claimed Exemptions filed by James R. Walsh, Chapter 7 Trustee 11/22/2018 at Doc. No. 453
- Response filed by Debtor 12/11/2017 at Doc. No. 469
- Hearing Held 12/15/2017 - Continued To 1/25/2018
- Debtor's Supplemental Objection To Trustee's Motion To Declare 6 Erick Road #52 Mansfield, MA 02048 As Non-Exempt filed 12/26/2017 at Doc. No. 488
- Reply to Debtor's s Supplemental Objection filed 12/29/2017 at Doc. No. 492 by James R. Walsh, Chapter 7 Trustee
R / M #:  316 / 0

## Appearances:

CHAPTER 7 TRUSTEE: JAMES R. WALSH, ESQUIRE
DEBTOR: PRO SE
CREDITOR:

## Proceedings:

\_\_ Motion is GRANTED / DENIED
✓ CONTINUE MATTER:  30
  ✓ For At Least  30  Days (Court To Issue Scheduling Order)
  \_\_\_\_\_ To Hearing Date Of _____ at _____ AM/PM at _____
  \_\_\_\_\_ To Conciliation Conference For _____ at _____ AM/PM at _____
\_\_\_\_\_ ISSUE EVIDENTIARY HEARING NOTICE
  \_\_\_\_\_ Evidentiary Hearing On Value And Cram-Down Interest
  \_\_\_\_\_ Complex / Pretrial Order - NONJURY / JURY
  \_\_\_\_\_ Simple / Pretrial Order - NONJURY / JURY
  \_\_\_\_\_ Parties To Undertake Discovery - Discovery Period: \_\_\_\_\_ days
\_\_\_\_\_ SETTLEMENT STIPULATION IS DUE _____
\_\_\_\_\_ OTHER:

- Continue Matter For At Least 30 Days

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
1/25/18 1:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA