UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

*Conciliation Conference:*

**Debtor:** MICHAEL DAVID SCOTT
**Case Number:** 17-70045-JAD    **Chapter:** 7
**Date / Time / Room:** THURSDAY, JANUARY 25, 2018 10:00 AM    COURTROOM B
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

*Matter:*

Debtor's Motion Pursuant To Federal Rules of Bankruptcy Procedure 2004(a) For Evidence To Support Breach of Contract Claim By Collora LLP
- Response filed by Collora LLP 1/18/2018 at Doc. No. 506  [Due 1/18/2018]
R / M #:  486 / 0

*Appearances:*

CHAPTER 7 TRUSTEE:  KEVIN J. PETAK, ESQUIRE FOR JAMES R. WALSH, TRUSTEE
DEBTOR:  PRO SE
CREDITOR:  JAMES D. NEWELL, ESQUIRE for COLLORA LLP
OUST:  HILDENBRAND / WAHLQUIST

*Proceedings:*

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
✓ CONTINUE MATTER:
        ✓ For At Least  30  Days (Court To Issue Scheduling Order)
        _____ To Hearing Date Of _____ at _____ AM/PM at _____
        _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
        _____ Evidentiary Hearing On Value And Cram-Down Interest
        _____ Complex / Pretrial Order -  NONJURY  /  JURY
        _____ Simple / Pretrial Order - NONJURY  /  JURY
        _____ Parties To Undertake Discovery - Discovery Period:  _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Continue Matter For At Least 30 Days**

FILED
1/25/18 2:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge