IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MICHAEL DAVID SCOTT, | : | Bankruptcy No. 17-70045-JAD |
| | : | |
| Debtor. | : | Chapter 7 |
| —————————————————X | | |
| JAMES R. WALSH, ESQUIRE, TRUSTEE OF | : | |
| THE BANKRUPTCY ESTATE OF MICHAEL | : | |
| DAVID SCOTT, | : | |
| Movant, | : | |
| | : | |
| v | : | Related To Doc. No. 316 |
| | : | |
| MICHAEL DAVID SCOTT, | : | |
| | : | |
| Respondent. | : | |
| —————————————————X | | |

## ORDER CONTINUING HEARING

AND NOW, this **25th** day of **January**, 2018, a continued hearing having been held on January 25, 2018, on the **Trustee's Objection To Amended Claimed Exemptions Filed On June 28, 2017 at Docket No. 270** filed by **James R. Walsh, Chapter 7 Trustee** at **Doc. No. 316**; and the responsive pleading(s) filed by Debtor;

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the hearing on the above-referenced matter **IS CONTINUED** to **Thursday, March 22, 2018,** at **10:00 AM** in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901*.

_____
Jeffery A. Deller    mas
Chief U.S. Bankruptcy Judge

* Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom D in Pittsburgh, Pennsylvania. Counsel may appear before the Court at either location.

CASE ADMINISTRATOR SHALL SERVE:
    Michael David Scott
    James R. Walsh, Esquire
    Office of United States Trustee

FILED
1/25/18 1:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael David Scott  
      Debtor

Case No. 17-70045-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: gamr      Page 1 of 2      Date Rcvd: Jan 25, 2018  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2018.  
db            +Michael David Scott,   772 Saint Joseph St.,   c/o FCI Loretto,   Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2018 at the address(es) listed below:

           Brett L. Messinger     on behalf of Defendant     US Bank National Association as Trustee blmessinger@duanemorris.com, LMTryon@duanemorris.com  
           Brett L. Messinger     on behalf of Creditor     US Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series 2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com, LMTryon@duanemorris.com  
           Brett L. Messinger     on behalf of Defendant     Ocwen Loan Servicing LLC blmessinger@duanemorris.com, LMTryon@duanemorris.com  
           Brett L. Messinger     on behalf of Defendant     U S Bank National Associates as Trustee For Credit Suisse First Boston Mortgage Securities Corp blmessinger@duanemorris.com, LMTryon@duanemorris.com  
           Brett L. Messinger     on behalf of Defendant     U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp. Mortgage Pass Through Series 2004-AR7 blmessinger@duanemorris.com, LMTryon@duanemorris.com  
           Brett L. Messinger     on behalf of Creditor     U.S. Bank, National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com, LMTryon@duanemorris.com  
           Denver E. Wharton     on behalf of Creditor     Khanda, LLC dew@ktwllaw.com, r42123@notify.bestcase.com  
           Heather A. Sprague     on Behalf of the United States Trustee by     on behalf of U.S. Trustee Office of the United States Trustee Heather.Sprague@usdoj.gov  
           James Warmbrodt     on behalf of Creditor     BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
           James A. Prostko     on behalf of Creditor     U.S. Bank, National Association, as Trustee, et al... pawb@fedphe.com, james.prostko@phelanhallinan.com  
           James A. Prostko     on behalf of Creditor     The Bank Of New York Mellon Trust Company, N.A., et. al. pawb@fedphe.com, james.prostko@phelanhallinan.com  
           James A. Prostko     on behalf of Attorney James A. Prostko pawb@fedphe.com, james.prostko@phelanhallinan.com  
           James D. Newell     on behalf of Interested Party     Collora LLP, William Lovett, William Kettlewell, Sara Silva james.newell@bipc.com, donna.curcio@bipc.com  
           James R. Walsh     jwalsh@spencecuster.com, trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com  
           James R. Walsh     on behalf of Trustee James R. Walsh jwalsh@spencecuster.com, trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com  
           Jeremy J. Kobeski     on behalf of Creditor     The Bank Of New York Mellon Trust Company, N.A., et. al. pawb@fedphe.com  
           Jill Locnikar     on behalf of Creditor     United states of america jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov

```
District/off: 0315-7          User: gamr              Page 2 of 2                Date Rcvd: Jan 25, 2018
                              Form ID: pdf900         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Jill  Locnikar    on behalf of Defendant    United States Department of Justice, et al. jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
      Jill  Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
      Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
      Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
      Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com
      Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com
      Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com
      Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com
      Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
      Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
      Leonard P. Vigna    on behalf of Creditor    Tufts Investments, LLC lpv@ktwllaw.com, ams@ktwllaw.com;r42123@notify.bestcase.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronald E. Reitz    on behalf of Creditor ROSE  AKE rreitz@margolisedelstein.com
      Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
      Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
      Ronald E. Reitz    on behalf of Plaintiff ROSE  AKE rreitz@margolisedelstein.com
      Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts murphys@dor.state.ma.us
      Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue murphys@dor.state.ma.us
      Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us
      William E. Miller    on behalf of Defendant    US Bank National Association as Trustee wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
      William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
      William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                                                                     TOTAL: 39