UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: Michael David Scott

Chapter 7

      Debtor                                             17-70045-JAD

      V.

ECCF

Essex County Correctional Facility

      Respondent

## Certificate of Sercive

I, Michael D. Scott, the Debtor in this proceeding, certify that I have mailed a copy of the order issued by this court to Essex County Correctional Facility via first class mail, United States Postal Service and to the office of the counsel for the Bankruptcy Trustee on January 22, 2018.

The orders were mailed to:

Essex County Correctional Facility

Attention Jason Ferro

P.O. Box 807

Middleton MA 01949

Kevin Petak

Spencer Cutter Saylor & Wolfe

1067 Menoher Blvd.

Johnstown PA 15905

Respectfully Submitted;

Michael D. Scott Pro-Se

772 Saint Joseph Street

Loretto PA 15940

January 22, 2018