IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| MICHAEL DAVID SCOTT A/K/A | : BK. No. 17-70045-JAD |
| THE CRAWFORD GROUP LLC A/K/A | : |
| MACAULAY FAMILY REALTY TRUST | : Chapter No. 7 |
| Debtor | : |
| | : Document Nos. 220, 474, 495, 511 & |
| THE BANK OF NEW YORK MELLON TRUST | : 512 |
| COMPANY, N.A., AS SUCCESSOR-IN- | : |
| INTEREST TO ALL PERMITTED | : Hearing Date: 2/22/18 |
| SUCCESSORS AND ASSIGNS OF JPMORGAN | : |
| CHASE BANK N.A. AS TRUSTEE, FOR | : Hearing Time: 10:00AM |
| CERTIFICATEHOLDERS OF NOMURA | : |
| ASSET ACCEPTANCE CORPORATION, | : Objection Date: 2/9/18 |
| MORTGAGE PASS-THROUGH | : |
| CERTIFICATES, SERIES 2005-AR2 | : |
| Movant | : |
| v. | : |
| MICHAEL DAVID SCOTT A/K/A | : |
| THE CRAWFORD GROUP LLC A/K/A | : |
| MACAULAY FAMILY REALTY TRUST | : |
| and | : |
| JAMES R. WALSH, ESQUIRE (TRUSTEE) | : |
| Respondents | : |

**CERTIFICATE OF NO OBJECTION REGARDING THE**
**MOTION TO WITHDRAW MOTION FOR RELIEF FROM AUTOMATIC STAY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Withdraw Motion for Relief from Automatic Stay, filed on January 22, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Withdraw Motion for Relief From Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 9, 2018. It is hereby respectfully requested that the Order attached to the Motion to Withdraw the Motion for Relief from Automatic Stay, be entered by the Court.

PHELAN HALLINAN
DIAMOND & JONES, LLP

Date: <u>February 12, 2018</u>

*/s/ James A. Prostko, Esquire*
James A. Prostko, Esquire
PA ID No. 27221
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Place Office Tower

555 Grant Street, Suite 300
Pittsburgh, PA 15219
412.745.0600 / 412.745.0601 (fax)
*james.prostko@phelanhallinan.com*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| MICHAEL DAVID SCOTT A/K/A | : BK. No. 17-70045-JAD |
| THE CRAWFORD GROUP LLC A/K/A | : |
| MACAULAY FAMILY REALTY TRUST | : Chapter No. 7 |
| Debtor | : |
| | : |
| | : Document Nos. 220, 474, 495, 511 & |
| THE BANK OF NEW YORK MELLON TRUST | : 512 |
| COMPANY, N.A., AS SUCCESSOR-IN- | : |
| INTEREST TO ALL PERMITTED | : Hearing Date: 2/22/18 |
| SUCCESSORS AND ASSIGNS OF JPMORGAN | : |
| CHASE BANK N.A. AS TRUSTEE, FOR | : Hearing Time: 10:00AM |
| CERTIFICATEHOLDERS OF NOMURA | : |
| ASSET ACCEPTANCE CORPORATION, | : Objection Date: 2/9/18 |
| MORTGAGE PASS-THROUGH | : |
| CERTIFICATES, SERIES 2005-AR2 | : |
| Movant | : |
| v. | : |
| MICHAEL DAVID SCOTT A/K/A | : |
| THE CRAWFORD GROUP LLC A/K/A | : |
| MACAULAY FAMILY REALTY TRUST | : |
| and | : |
| JAMES R. WALSH, ESQUIRE (TRUSTEE) | : |
| Respondents | : |

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION**

    I certify under penalty of perjury that I served or caused to be served the above captioned pleading, Certification of No Objection, on the parties at the addresses shown below on February 12, 2018. The types of service made on the parties were: <u>Electronic Notification and First Class Mail</u>.

Service by Electronic Notification

James R Walsh, Esquire (TRUSTEE)
1067 Menoher Boulevard
Johnstown, PA 15905

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

Service by First Class Mail

MICHAEL DAVID SCOTT A/K/A
THE CRAWFORD GROUP LLC A/K/A
MACAULAY FAMILY REALTY TRUST
6 ERICK ROAD, UNIT 52
MANSFIELD, MA 02048
N/K/A 6 ERICK RD, UNIT 52
MANSFIELD, MA 02048-3077

MICHAEL DAVID SCOTT A/K/A
THE CRAWFORD GROUP LLC A/K/A
MACAULAY FAMILY REALTY TRUST
772 SAINT JOSEPH ST.
C/O FCI LORETTO
LORETTO, PA 15940

|  |  |
|---|---|
|  | PHELAN HALLINAN DIAMOND & JONES, LLP |
| Date: <u>February 12, 2018</u> | <u>*/s/ James A. Prostko, Esquire*</u><br>James A. Prostko, Esquire<br>PA ID No. 27221<br>Phelan Hallinan Diamond & Jones, LLP<br>Omni William Penn Place Office Tower<br>555 Grant Street, Suite 300<br>Pittsburgh, PA 15219<br>412.745.0600 / 412.745.0601 (fax)<br>*james.prostko@phelanhallinan.com* |