UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: Michael David Scott A/K/A

Chapter 7

The Crawford Group LLC A/K/A          Bk #17-70045-JAD

MaCaulay Family Realty Trust

    Debtor


The Bank of New York Mellon Trust Company N.A.

As Successor-In-Interest To All Permitted Successors

And Assigns Of J.P. Morgan Chase Bank N.A.

As Trustee For Certificate Holder Of

Nomura Assis & Acceptance Corporation

Mortgage Pass Through Certificates

Series 2005-AR2

    Movant


    V.


Michael David Scott A/K/A

The Crawford Group LLC A/K/A

MaCaulay Family Realty Trust

    And

James R. Walsh Esquire (Trustee)

    Respondents

## Debtor's Response Conditionally Assenting To The Trustee Motion To Withdraw From Relief From The Automatic Stay

The Debtor assents to the Trustee's motion to withdraw from relief for the automatic stay. However, in the event the Trustee attempts to foreclose unlawfully on the Debtor's property at 6 Erick Road #52 Mansfield MA 02048, the Debtor reserves the right to challenge the legitimacy of any foreclosure proceedings or to bring an adversary complaint against the trustee in a bankruptcy court or Massachusetts land court.

Respectfully Submitted;

Michael D. Scott Pro-Se

772 Saint Joseph St.

Loretto PA 15940

February 7, 2018

## Certificate Of Service

I, Michael D. Scott, certify that on February 7, 2018, I have mailed by first class mail via United States Postal Service to:

James A. Protsko

Phelan Hallinan, Diamond & Jones LLP

Omni William Penn Place Tower

555 Grant St., Suite 300

Pittsburg PA 15219

Kevin Petak Counsel For the Bankruptcy Trustee

1067 Menoher Boulevard

Johnstown PA 15705

Respectfully Submitted;

Michael D. Scott