# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Case No. 17-70045-JAD** |
| **Michael David Scott,** | : | |
| a/k/a The Crawford Group LLC | : | |
| a/k/a Macaulay Family Realty Trust, | : | |
| | : | **Chapter 7** |
| **Debtor** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **James R. Walsh, Trustee of the** | : | |
| **Bankruptcy Estate of Michael David** | : | |
| **Scott,** | : | **Doc. No.** |
| | : | |
| **Movant** | : | **Hearing Date & Time:** |
| | : | |
| v. | : | |
| | : | |
| **No Respondents** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### TRUSTEE'S NOTICE OF INTENT TO ABANDON PROPERTY OF THE ESTATE

James R. Walsh, Esquire, Trustee of the above-captioned bankruptcy estate, proposes abandoning certain property of the estate pursuant to 11 U.S.C. §554 as more fully set forth below.

1. The Trustee intends to abandon all of the Debtor's interest in and to the following parcel(s) of real property:

    a. 40 Old Stable Drive, Mansfield, MA 20248

2. The Trustee believes that there is no or nominal value on the property. The Trustee believes that it is not beneficial to proceed with an attempt to sell the property due to the costs involved and the potential nominal recovery to creditors, if any.

3. Said property is being abandoned pursuant to Bankruptcy Rule 6007(a). **PARTIES IN INTEREST MAY FILE AN OBJECTION TO THIS ABANDONMENT**. If no objection is filed with the Court and served on the Trustee **WITHIN 14 DAYS** of the mailing of this notice indicated below, the property described in paragraph #1 above will be deemed abandoned by the Trustee. If an Objection is filed, the Court will schedule a hearing.

THEREFORE, pursuant to Bankruptcy Rule 6007(a), **IF NO OBJECTION IS FILED** with the Bankruptcy Court, said **PROPERTY WILL BE ABANDONED** on March 16, 2018, without further Order of Court.

Dated: <u>March 1, 2018</u>

Spence, Custer, Saylor, Wolfe & Rose, LLC

By: <u>/s/ *James R. Walsh,*</u>
James R. Walsh, Esquire
PA ID #27901
Kevin J. Petak, Esquire
PA ID # 92154
1067 Menoher Boulevard
Johnstown, PA 15905
Tel: 814.536.0735
Fax: 814.539.1423
jwalsh@spencecuster.com
kpetak@spencecuster.com
*Chapter 7 Trustee*