## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **Case No. 17-70045-JAD** |
| **Michael David Scott,** | : | |
| **a/k/a The Crawford Group LLC** | : | |
| **a/k/a Macaulay Family Realty Trust,** | : | |
| | : | **Chapter 7** |
| **Debtor** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **James R. Walsh, Trustee of the** | : | |
| **Bankruptcy Estate of Michael David** | : | |
| **Scott,** | : | **Doc. No.** |
| | : | **Related to Doc. No. 534** |
| **Movant** | : | |
| | : | |
| v. | : | **Hearing Date and Time:** |
| | : | |
| **No Respondents** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF SERVICE OF TRUSTEE'S NOTICE OF INTENT TO ABANDON PROPERTY OF THE ESTATE

I certify under penalty of perjury that I served the above-captioned pleading on the parties at the addresses below on or on the attached list on <u>March 1, 2018</u>.

The types of service made on the parties (first-class mail, electronic notification, hand deliver or another type of service) was: <u>First-Class Mail</u>.

If more than one method of service was employed, this certificate groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party serviced by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each person served by mail, is listed under the heading "Service by First-Class Mail."

<u>Service by First-Class Mail</u>:

See Attached Clerk's Office Mailing Matrix.

Executed: <u>March 1, 2018</u>

Spence, Custer, Saylor, Wolfe & Rose, LLC

By:    <u>/s/ Kevin J. Petak</u>
James R. Walsh, Esquire
PA ID #27901
Kevin J. Petak, Esquire
PA ID # 92154
1067 Menoher Boulevard
Johnstown, PA 15905
Tel: 814.536.0735
Fax: 814.539.1423
jwalsh@spencecuster.com
kpetak@spencecuster.com

Label Matrix for local noticing
0315-7
Case 17-70045-JAD
WESTERN DISTRICT OF PENNSYLVANIA
Johnstown
Thu Mar  1 14:05:37 EST 2018

ROSE AKE
Margolis Edelstein
525 William Penn Place Suite 3300
Pittsburgh, PA 15219-1730

ROSE AKE
c/o Tanowitz Law Office
1340 Centre St. # 103
Newton, MA 02459-2453

ASC
PO Box 10388
Des Moines, IA 50306-0388

ASC
PO Box 51119
Los Angeles, CA  90051-5419

American Express Bank, FSB
c/o Becket and Lee, LLP
PO Box 3001
Malvern, PA 19355-0701

(p)APPLIED BANK
PO BOX 15809
WILMINGTON DE 19850-5809

BANK OF AMERICA, N.A.
Margolis Edelstein
525 William Penn Place Suite 3300
Pittsburgh, PA 15219-1730

BONABERI CORPORATION
Margolis Edelstein
525 William Penn Place Suite 3300
Pittsburgh, PA 15219-1730

Bank of America
Headquarters
100 North Tyron St.
Charlotte, NC  28202

Bonaberi Corp & Rose Ake
1340 Centre St. #103
Newton, MA 02459-2453

Jonathan W. Chatham
PA Dept. of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061

Collara LLP
100 High Street
Boston, MA 02110-2321

Collora LLP, William Lovett, William Kettlew
c/o James D. Newell, Esq.
Buchanan Ingersoll & Rooney PC
One Oxford Centre, 20th fl
Pittsburgh, PA 15219-1400

Credit One Bank
PO Box 98872
Las Vegas, NV  89193-8872

Dan Nguyen as Trustee of
LBJ Trust
271 East Summer St.
East Boston, MA  02128-2157

David Lebwitz
Attorney At Law
15 Cottage Ave. Fl 4
Quincy, MA 02169-5216

Denovus Corporation Ltd.
480 Johnson Rd.
Suite 1100
Washington, PA 15301-8936

Direct Federal Credit Union
#1
50 Cabot Street
Needham Heights, MA 02494-2840

ED Financial
120 N Seven Oaks Dr.
Knoxville, TN 37922-2359

EDS CCA
700 Longwater Drive
Norwell, MA 02061-1624

First Horizion Home Loans
165 Madison Avenue
Memphis, TN 38103-2723

GC Services
PO Box 27346
Knoxville, TN 37927-7346

Gateway Funding
300 Welsh Road
Hersham, PA 19044-2273

Hang Nina Nguyen
1582 Dorchester Ave.
Dorchester, MA 02122-1320

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346

James A. Prostko
Phelan Hallinan Diamond & Jones LLP
Omni William Penn Office Tower
555 Grant St., Suite 300
Pittsburgh, PA 15219-4408

Khanda LLC
78 Spring Street
Medford, MA 02155-4855

Khanda LLC
c/o Hang Nina Nguyen
1582 Dorchester Avenue
Dorchester, MA 02122-1320

Khanda, LLC
c/o Denver E. Wharton, Esquire
360 Stonycreek Street
Johnstown, PA 15901-1925

Jeremy J. Kobeski
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219-4408

Kohls Department Store
PO Box 3115
Milwaukee, WI 53201-3115

Kunal J. Choksi
U.S. Department of Justice
PO Box 227
Washington, DC 20044-0227


LBJ Trust
c/o Hang Nina Nguyen
1582 Dorchester Avenue
Dorchester, MA 02122-1320

Jill Locnikar
U.S. Attorney's Office
700 Grant Street, Suite 4000
Pittsburgh, PA 15219-1955

Lustig Glazer & Wilson P.C.
PO Box 549287
Waltham, MA 02454-9287


Mahomood Zainal
c/o David M. Click
45 Lynn Street, Suite 28
Westborough, MA 01581

Marcus, Errico Emmer and Brooks P.C.
Attorneys at Law
45 Braintree Hill Office Park
Suite 107
Braintree, MA 02184-8733

Massachusetts Department of Revenue
Litigation Bureau
100 Cambridge Street
P.O. Box 9565
Boston, MA 02114-9565


Massachusetts Registry of Motor Vehicles
PO Box 55889
Boston, MA 02205-5889

Merrick Bank
PO Box 1500
Draper, VT 84020-1500

Brett L. Messinger
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196


Midland Funding LLC
PO Box 549287
Waltham, MA 02454-9287

William E. Miller
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA 18976-3400

Stephen G. Murphy
Massachusetts Department of Revenue
100 Cambridge Street
PO Box 9565
Boston, MA 02114-9565


James D. Newell
Buchanan Ingersoll Rooney
One Oxford Centre, 20th Floor
Pittsburgh, PA 15219-1400

OCWEN Home Loans
1661 Worthington Road
Suite 100
West Palm Beach, FL 33409-6493

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721


Online Information Services
PO Box 1489
Winterville, NC 28590-1489

Orlans Maran
PO Box 540540
Waltham, MA 02454-0540

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946


Kevin J. Petak
Spence Custer Saylor Wolfe & Rose, LLC
1067 Menoher Boulevard
Johnstown, PA 15905-2545

Phelan Hallinan, Diamond & Jones LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219-4408

Ronald E. Reitz
Margolis Edelstein
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219-1730


Ryan Gporkin
Lawson & Weitzen LLP
88 Black Falcon View
Boston, MA 02210-2449

SLS
8742 Lucent Boulevard
Suite 300
Highlands Ranch, CO 80129-2386

SW Credit Systems LP
4120 International Parkway
Suite 1100
Carrollton, TX 75007-1958


Salem Five Cents Savings Bank
1 Salem Green #500
Salem, MA 01970-3724

Michael David Scott
772 Saint Joseph St.
c/o FCI Loretto
Loretto, PA 15940-7006

Stephen G. Murphy
Counsel to the Commissioner
100 Cambridge St.
PO Box 9565
Boston, MA 02114-9565

Sturdy Memorial Hospital
PO Box 60
Rochester, NH 03866-0060

Sunrise Credit Services Inc.
PO Box 9100
Farmingdale, NY  11735-9100

Tanowitz Law Office P.C.
On Behalf of Rose Ake
1340 Centre Street #103
Newton, MA 02459-2453

The Bank Of New York Mellon Trust Company, N
c/o Jeremy J. Kobeski
Phelan, Hallinan, Diamond, & Jones
110 Omni William Penn Building
555 Grant St. Suite 300
Pittsburgh, PA 15219-4408

The Commonwealth of Massachusetts
PO Box 7021
Boston, MA  02204-7021
Attn: Collection Bureau

Thomas Sweeney
811 Nantasket Ave
Hull, MA 02045-1535

Tor Ekeland P.C.
195 Plymouth St.
Brooklyn Heights, NY 11201-1123

Town of Mansfield
6 Park Row
Mansfield, MA 02048-2433

Town of Mansfield
Water Department
North Main St.
Mansfield, MA  02048

Transworld Systems Inc.
802 E. Marlintown Rd., Ste. 201
North Augusta, SC 29841-5352

Transworld Systems Inc.
802 E. Martintown Rd, Ste 201
North Augusta, SC 29841-5352

Tufts Investment LLC
c/o Hang Nina Nyuyen
1582 Dorchester Avenue
Dorchester, MA 02122-1320

Tufts Investments, LLC
30 Marie Way
Randolph, MA 02368-2727

U.S. Bank National Association, as Trustee
c/o Phelan Hallinan, Diamon & Jones LLP
Omni William Penn Office Tower
555 Grant St., Suite 300
Pittsburgh, PA 15219-4408

U.S. Bank, National Association as Trustee U
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA 18976-3400

U.S. Bank, National Association, as Trustee,
c/o Its Agent, Phelan Hallinan Diamond
167 JKF Boulevard
Suite 1400
Philadelphia, PA 19103

U.S. Department of Education
PO Box 105028
Atlanta, GA 30348-5028

US Bank National Association as Trustee for
c/o Brett L. Messinger
Duane Morris LLP.
30 South 17th Street
Philadelphia, PA 19103-4196

United states of america
700 Grant Street, Suite 4000
Pittsburgh, PA 15219-1956

Leonard P. Vigna
Kaminsky,Thomas,Wharton,Lovette,VIgna
360 Stonycreek Street
Johnstown, PA 15901-1925

James R. Walsh
Spence, Custer,Saylor,Wolfe & Rose, LLC
1067 Menoher Boulevard
Johnstown, PA 15905-2545

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Wells Fargo Bank N.A.
3476 State View Blvd.
Fort Mill, SC 29715-7200
Attn: Loss Mitigation

Denver E. Wharton
Kaminsky,Thomas,Wharton,Lovette,Vigna
360 Stonycreek Street
Johnstown, PA 15901-1925

Zainal Mahmood et al.
c/o David M. Click
45 Lyman St.
Westborough, MA 01581-2628

Heather A. Sprague on Behalf of the United S
Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222-3714

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Applied Bank
4700 Exchange Court
Boca Raton, FL  33431-0966


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)American Express Bank, FSB          (u)PA Dept of Revenue              (d)James A. Prostko
c/o Becket and Lee LLP                                                    Phelan Hallinan Diamond & Jones, LLP
PO Box 3001                                                               Omni William Penn Office Tower
Malvern  PA 19355-0701                                                    555 Grant Street
                                                                          Suite 300
                                                                          Pittsburgh, PA 15219-4408


(u)U.S. Bank, National Association as Trustee    (d)James R. Walsh              End of Label Matrix
                                                 Spence, Custer,Saylor,Wolfe & Rose, LLC    Mailable recipients    85
                                                 1067 Menoher Boulevard        Bypassed recipients     5
                                                 Johnstown, PA 15905-2545      Total                   90