**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**Michael David Scott**<br>**a/k/a The Crawford Group, LLC**<br>**a/k/a Macaulay Family Realty Trust,**<br><br>       Debtor | Case No. 17-70045-JAD<br><br>Chapter 7 |
| **Michael David Scott,**<br><br>       Movant<br><br>       v.<br><br>**James R. Walsh, Chapter 7 Trustee,**<br><br>       Respondent | **Doc. No. 540**<br>**Related to Doc. No. 539**<br><br>**Hearing Date & Time:**<br>**March 22, 2018 at 10:00 a.m.** |

**CERTIFICATE OF SERVICE OF THE RESPONSE OF THE CHAPTER 7 TRUSTEE TO THE DEBTOR'S MOTION FOR STATUS UPDATE ON THE TRUSTEE'S INTENTION TO ABANDON DEBTOR'S CLAIMS**

   I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses below or on the attached list on March 15, 2018.

   The types of service made on the parties (first-class mail, electronic notification, hand deliver or another type of service) was: first-class mail.

   If more than one method of service was employed, this certificate groups the parties by the type of service.  For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party serviced by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each person served by mail, is listed under the heading "Service by First-Class Mail."

Service by NEF:

Michael David Scott, 772 Saint Joseph Street, c/o FCI Loretto, Loretto, PA 15940.

EXECUTED ON: March 15, 2018

By:    */s/ Kevin J. Petak,*
       Kevin J. Petak, Esq.
       Spence, Custer,
       1067 Menoher Boulevard
       Johnstown, PA 15905
       Tel: 814.536.0735
       PA Bar ID # 92154