Form 404

UNITED STATES BANKRUPTCY COURT          538 – 536
WESTERN DISTRICT OF PENNSYLVANIA        msch

In re:                                              Bankruptcy Case No.: 17-70045-JAD
                                                    Doc. No. 536
                                                    Chapter: 7
                                                    Hearing Date: 3/22/18 at 10:00 AM

Michael David Scott
aka The Crawford Group LLC, aka Macaulay Family Realty Trust
    Debtor(s)

CERTIFICATE OF SERVICE OF _Motion To Conduct Rule 2004 Examination inquiry_
                          (Specify Document(s) Served)

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on __March 15, 2018__.
                                            (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: __First Class mail United States postal Service__.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

EXECUTED ON: __March 15, 2018__

Buchanan Ingersoll Rooney
Floor #20
301 Grant St
Attn: James D. Newell
Pittsburgh PA 15219

Kevin J. Petak
Counsel to the Chapter 7 Trustee
Spence, Custer Saylor
1067 Menoher Blvd.
Johnstown PA 15905

By: _[Signature]_
(Signature)
__Michael D. Scott__
Typed Name
__772 Saint Joseph St__
__Loretto PA 15940__
Address                              pro-se
_____
Phone No.
_____
List Bar I.D. and State of Admission

RECEIVED
2018 MAR 19 A 11:32
CLERK U.S. BANKRUPTCY COURT
PITTSBURGH