UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | MICHAEL DAVID SCOTT |
| Case Number: | 17-70045-JAD    Chapter: 7 |
| Date / Time / Room: | THURSDAY, MARCH 22, 2018 10:00 AM   COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

Continued - Debtor's Motion Pursuant To Federal Rules of Bankruptcy Procedure 2004(a) For Evidence To Support Breach of Contract Claim By Collora LLP
- Response filed by Collora LLP 1/18/2018 at Doc. No. 506  [Due 1/18/2018]
- Hearing Held - Debtor Did Not Participate - Hearing Continued To 3/22/2018
R / M #:   486 / 0

## Appearances:

CHAPTER 7 TRUSTEE:  KEVIN J. PETAK, ESQUIRE FOR JAMES R. WALSH, TRUSTEE
DEBTOR:  PRO SE
CREDITOR:  JAMES D. NEWELL, ESQUIRE for COLLORA LLP
OUST:  HILDENBRAND / WAHLQUIST

## Proceedings:

☑ Motion is GRANTED  / (DENIED) — *in part*
____ Special Type Of Order:
____ CONTINUE MATTER:
    ____ For At Least ____ Days (Court To Issue Scheduling Order)
    ____ To Hearing Date Of _____ at _____ AM/PM at _____
    ____ To Conciliation Conference For _____ at
         _____ AM/PM at _____
____ ISSUE EVIDENTIARY HEARING NOTICE
    ____ Evidentiary Hearing On Value And Cram-Down Interest
    ____ Complex / Pretrial Order - NONJURY  /  JURY
    ____ Simple / Pretrial Order - NONJURY  /  JURY
    ____ Parties To Undertake Discovery - Discovery Period: ____ days
____ SETTLEMENT STIPULATION IS DUE _____
____ OTHER:

**- Order entered 3/22/2018 Granting, In Part, and Denying, In Part, The Motion For Evidence To Support [Alleged] Breach of Contract Claim.**

FILED
3/22/18 1:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge