# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

|  |  |
|---|---|
| Debtor: | MICHAEL DAVID SCOTT |
| Case Number: | 17-70045-JAD    Chapter: 7 |
| Date / Time / Room: | THURSDAY, MARCH 22, 2018 10:00 AM    COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

Debtor's Motion To Conduct Rule 2004 Examination In Writing [v. Collora, LLC, Sara E. Silva, William Kettlewell, and Managing Partner William Lovett]
- Objection filed 3/20/2018 at Doc. No. 548 by Collora, LLP, William J. Lovett, William Kettlewell, and Sara E. Silva [3/20/2018 by 12:00 Noon]

R / M #:  536 / 0

## Appearances:

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, ESQUIRE
DEBTOR:  MICHAEL DAVID SCOTT, PRO SE
RESPONDENTS:  JAMES D. NEWELL, ESQUIRE for COLLORA, LLP, WILLIAM J. LOVETT, WILLIAM H. KETTLEWELL and SARA E. SILVA
OUST:  HILDENBRAND / WAHLQUIST

## Proceedings:

✓ Motion is GRANTED / (DENIED) → in part
___ Special Type Of Order:
___ CONTINUE MATTER:
   ___ For At Least ___ Days (Court To Issue Scheduling Order)
   ___ To Hearing Date Of _____ at _____ AM/PM at _____
   ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
   ___ Evidentiary Hearing On Value And Cram-Down Interest
   ___ Complex / Pretrial Order -  NONJURY  /  JURY
   ___ Simple / Pretrial Order - NONJURY  /  JURY
   ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

**- Order entered 3/22/2018 Granting, In Part, and Denying, In Part, The Motion To Conduct Rule 2004 Examination In Writing**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
3/22/18 1:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA