# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

### *Conciliation Conference:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MICHAEL DAVID SCOTT | | |
| **Case Number:** | 17-70045-JAD | **Chapter:** | 7 |
| **Date / Time / Room:** | THURSDAY, MARCH 22, 2018 10:00 AM   COURTROOM B | | |
| **Bankruptcy Judge:** | JEFFERY A. DELLER | | |
| **Courtroom Clerk:** | MARY SCHUETZ | | |
| **Reporter / ECR:** | N/A | | |

### *Matter:*

Continued - Trustee's Objection To Amended Claimed Exemptions Filed On June 28, 2017 At Doc. No. 270 filed by James R. Walsh, Chapter 7 Trustee

- Order Entered 7/26/2017 Granting Debtor's Motion For Extension Of Time To File Response - Responses Now Due 9/4/2017
- Response filed by Debtor 8/28/2017 at Doc. No. 369
- Hearing Held 10/5/2017 - Continued To 12/15/2017
- Brief In Support Of Objection To Debtor's Amended Claimed Exemptions filed by James R. Walsh, Chapter 7 Trustee 11/22/2018 at Doc. No. 453
- Response filed by Debtor 12/11/2017 at Doc. No. 469
- Hearing Held 12/15/2017 - Continued To 1/25/2018
- Debtor's Supplemental Objection To Trustee's Motion To Declare 6 Erick Road #52 Mansfield, MA 02048 As Non-Exempt filed 12/26/2017 at Doc. No. 488
- Reply to Debtor s Supplemental Objection filed 12/29/2017 at Doc. No. 492 by James R. Walsh, Chapter 7 Trustee
- Hearing Held 1/25/2018 - Debtor Did Not Participate - Hearing Continued To 3/22/2018

**R / M #:**  316 / 0

### *Appearances:*

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, ESQUIRE
DEBTOR:  PRO SE
CREDITOR:

### *Proceedings:*

___ Motion is GRANTED  /  DENIED
_____ CONTINUE MATTER:
_____ For At Least _____ Days (Court To Issue Scheduling Order)
_____ To Hearing Date Of _____ at _____ AM/PM at
_____
_____ To Conciliation Conference For _____ at
_____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Evidentiary Hearing On Value And Cram-Down Interest
_____ Complex / Pretrial Order -  NONJURY  /  JURY
_____ Simple / Pretrial Order - NONJURY  /  JURY
_____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
✓    OTHER: *O/E sustainin in part and denying in part

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
3/22/18 2:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA