# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | MICHAEL DAVID SCOTT |
| Case Number: | 17-70045-JAD    Chapter: 7 |
| Date / Time / Room: | THURSDAY, MARCH 22, 2018 10:00 AM   COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

Debtor's Motion For Status Update On The Trustee's Intention To Abandon Debtor's Claims
- Status Report filed by Trustee Walsh 2/22/2018 at Doc. No. 530  [Due 3/15/2018]
- Trustee's Notice Of Intent To Abandon Property Of The Estate filed 3/1/2018 at Doc. No. 534 [tickled for 3/15/2018]
- Response filed by Trustee Walsh 3/15/2018 at Doc. No. 539

R / M #:  528 / 0

## Appearances:

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, ESQUIRE
DEBTOR:  PRO SE
CREDITOR:
OUST: HILDENBRAND / WAHLQUIST

## Proceedings:

___ Motion is GRANTED  /  DENIED
___ Special Type Of Order:
_X_ CONTINUE MATTER:
    _____ For At Least _____ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at
    _____
    _____ To Conciliation Conference For _____ at
    _____ AM/PM at _____
    _____ ISSUE EVIDENTIARY HEARING NOTICE
        _____ Evidentiary Hearing On Value And Cram-Down Interest
        _____ Complex / Pretrial Order -  NONJURY  /  JURY
        _____ Simple / Pretrial Order - NONJURY  /  JURY
        _____ Parties To Undertake Discovery - Discovery Period: _____ days
    _____ SETTLEMENT STIPULATION IS DUE _____
    _____ OTHER:

**- Status Conference Held/Concluded**

FILED
3/22/18 3:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge