# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | MICHAEL DAVID SCOTT |
| Case Number: | 17-70045-JAD    Chapter: 7 |
| Date / Time / Room: | TUESDAY, MAY 15, 2018 11:00 AM    COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

Continued - Emergency Motion [Regarding the tax liens imposed by the Commonwealth of Massachusetts, Department of Revenue] filed by Debtor
- Objection filed 9/28/2017 at Doc. No. 410 by Christopher C. Harding, Commissioner of the Department of Revenue for the Commonwealth of Massachusetts "MDOR" [Due 9/28/2017]
- Hearing Held 10/5/2017 - Continued To 11/30/2017
- Order entered 11/28/2017 Continuing 11/30/2017 Hearing To 1/25/2018
- Order entered 1/22/2018 Continuing 1/25/2018 Hearing To 3/22/2018
- Order entered 3/16/2018 Cancelling / Continuing Hearing To 5/18/2018
- Order entered 4/3/2018 Cancelling / Rescheduling Hearing To 5/15/2018

R / M #:  379 / 0

## Appearances:

CHAPTER 7 TRUSTEE: JAMES R. WALSH, ESQUIRE
DEBTOR:  PRO SE
CREDITOR:  STEPHEN G. MURPHY, ESQUIRE for MDOR
OUST: HILDENBRAND / WAHLQUIST

## Proceedings:

___ Motion is GRANTED   /   DENIED
_____ Special Type Of Order:
✓ CONTINUE MATTER:  **30**
     ✓ For At Least _____ Days (Court To Issue Scheduling Order)
     _____ To Hearing Date Of _____ at _____ AM/PM at _____
     _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
     _____ Evidentiary Hearing On Value And Cram-Down Interest
     _____ Complex / Pretrial Order -  NONJURY   /   JURY
     _____ Simple / Pretrial Order - NONJURY   /   JURY
     _____ Parties To Undertake Discovery - Discovery Period:  _____ days
     _____ SETTLEMENT STIPULATION IS DUE _____
     _____ OTHER:

**- Continue Matter For At Least 30 Days**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
5/16/18 9:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA