IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MICHAEL DAVID SCOTT, | : | Bankruptcy No. 17-70045-JAD |
| | : | |
| Debtor. | : | Chapter 7 |
|  ──────────────────── X | | |
| MICHAEL DAVID SCOTT, | : | |
| | : | |
| Movant | : | |
| v. | : | Related To Doc. No. 379 |
| | : | |
| THE COMMONWEALTH OF MASSACHUSETTS, DEPARTMENT OF REVENUE, | : | |
| | : | |
| Respondent. | : | |
|  ──────────────────── X | | |

### ORDER CONTINUING HEARING

**AND NOW** this <u>16th</u> day of <u>May</u>, **2018**, a hearing having been held on May 15, 2018, on the ***Emergency Motion (regarding the tax liens imposed by the Commonwealth of Massachusetts, Department of Revenue)*** filed by Debtor at Doc. No. 379; and the responsive pleading filed by MDOR at Doc. No. 410;

**IT IS HEREBY ORDERED** that the above-referenced matter **IS CONTINUED** to **Thursday, June 28, 2018**, at **11:00 AM**, in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901*.

_____
JEFFERY A. DELLER    mas
Chief U.S. Bankruptcy Judge

* Video Conferencing equipment has been installed in Courtroom B in Johnstown, PA and in Courtroom D in Pittsburgh, PA.  Counsel may appear before the Court at either location

CASE ADMINISTRATOR SHALL SERVE:
  Michael David Scott
  Stephen G. Murphy, Esquire
  James R. Walsh, Esquire
  Office of United States Trustee

FILED
5/16/18 9:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael David Scott
     Debtor

Case No. 17-70045-JAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: mgut     Page 1 of 2     Date Rcvd: May 16, 2018
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2018.
db         +Michael David Scott,   772 Saint Joseph St.,   c/o FCI Loretto,   Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2018 at the address(es) listed below:
           Brett L. Messinger    on behalf of Defendant    US Bank National Association as Trustee
            blmessinger@duanemorris.com,   LMTryon@duanemorris.com
           Brett L. Messinger    on behalf of Creditor    US Bank National Association as Trustee for Credit
            Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series
            2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com,   LMTryon@duanemorris.com
           Brett L. Messinger    on behalf of Defendant    Ocwen Loan Servicing LLC
            blmessinger@duanemorris.com,   LMTryon@duanemorris.com
           Brett L. Messinger    on behalf of Defendant    U S Bank National Associates as Trustee For Credit
            Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
            LMTryon@duanemorris.com
           Brett L. Messinger    on behalf of Defendant    U.S. Bank National Association as Trustee for
            Credit Suisse First Boston Mortgage Securities Corp. Mortgage Pass Through Series 2004-AR7
            blmessinger@duanemorris.com,   LMTryon@duanemorris.com
           Brett L. Messinger    on behalf of Plaintiff    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
            CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., MORTGAGE PASS-THROUGH CERTIFICATES SERIES
            2004-AR7 blmessinger@duanemorris.com,   LMTryon@duanemorris.com
           Brett L. Messinger    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
            Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
            Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com,
            LMTryon@duanemorris.com
           Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,
            r42123@notify.bestcase.com
           Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
            Office of the United States Trustee Heather.Sprague@usdoj.gov
           James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
           James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
            pawb@fedphe.com,   james.prostko@phelanhallinan.com
           James A. Prostko    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
            al. pawb@fedphe.com,   james.prostko@phelanhallinan.com
           James A. Prostko    on behalf of Attorney James A. Prostko pawb@fedphe.com,
            james.prostko@phelanhallinan.com
           James D. Newell    on behalf of Interested Party    Collora LLP, William Lovett, William Kettlewell,
            Sara Silva james.newell@bipc.com,   donna.curcio@bipc.com
           James R. Walsh    jwalsh@spencecuster.com,
            trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
            ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
           James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
            trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
            ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
           Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
            al. pawb@fedphe.com

```
District/off: 0315-7          User: mgut                  Page 2 of 2                  Date Rcvd: May 16, 2018
                              Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jill   Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
          Jill   Locnikar    on behalf of Defendant    United States Department of Justice, et al. jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
          Jill   Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
          Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
          Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
          Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com
          Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com
          Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com
          Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com
          Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
          Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
          Leonard P. Vigna    on behalf of Creditor    Tufts Investments, LLC lpv@ktwllaw.com, ams@ktwllaw.com;r42123@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronald E. Reitz    on behalf of Creditor ROSE  AKE rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Plaintiff ROSE  AKE rreitz@margolisedelstein.com
          Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts murphys@dor.state.ma.us
          Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue murphys@dor.state.ma.us
          Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us
          William E. Miller    on behalf of Defendant    US Bank National Association as Trustee wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                                                                                                                                                                                               TOTAL: 40