IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CASE NAME:** | Michael David Scott |
| **CASE NUMBER:** | 17-70045 JAD |
| **RELATED TO DOCUMENT NO.** | Supplemental Motion To Support Claims Of Emotional Distress |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The **Supplemental Motion To Support Claims Of Emotional Distress** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

You must file a Proposed Order within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in your bankruptcy case.

Please attach a copy of this Notice to the front of the Proposed Order that is filed in response to this Notice.

| | | |
|---|---|---|
| _____May 31, 2018_____ | By: | _____Lylenn Fox_____ |
| Date | | Deputy Clerk |

#100c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael David Scott  
     Debtor

Case No. 17-70045-JAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7      User: gamr     Page 1 of 2     Date Rcvd: May 31, 2018  
                  Form ID: pdf901    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2018.  
db             +Michael David Scott,   772 Saint Joseph St.,   c/o FCI Loretto,   Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2018 at the address(es) listed below:

         Brett L. Messinger    on behalf of Defendant    US Bank National Association as Trustee  
          blmessinger@duanemorris.com,   LMTryon@duanemorris.com  
         Brett L. Messinger    on behalf of Creditor    US Bank National Association as Trustee for Credit  
          Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series  
          2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com,   LMTryon@duanemorris.com  
         Brett L. Messinger    on behalf of Defendant    Ocwen Loan Servicing LLC  
          blmessinger@duanemorris.com,   LMTryon@duanemorris.com  
         Brett L. Messinger    on behalf of Defendant    U S Bank National Associates as Trustee For Credit  
          Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,  
          LMTryon@duanemorris.com  
         Brett L. Messinger    on behalf of Defendant    U.S. Bank National Association as Trustee for  
          Credit Suisse First Boston Mortgage Securities Corp. Mortgage Pass Through Series 2004-AR7  
          blmessinger@duanemorris.com,   LMTryon@duanemorris.com  
         Brett L. Messinger    on behalf of Plaintiff    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR  
          CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., MORTGAGE PASS-THROUGH CERTIFICATES SERIES  
          2004-AR7 blmessinger@duanemorris.com,   LMTryon@duanemorris.com  
         Brett L. Messinger    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the  
          Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage  
          Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com,  
          LMTryon@duanemorris.com  
         Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,  
          r42123@notify.bestcase.com  
         Heather A. Sprague   on Behalf of the United States Trustee by    on behalf of U.S. Trustee  
          Office of the United States Trustee Heather.Sprague@usdoj.gov  
         James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
         James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...  
          pawb@fedphe.com,   james.prostko@phelanhallinan.com  
         James A. Prostko    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.  
          al. pawb@fedphe.com,   james.prostko@phelanhallinan.com  
         James A. Prostko    on behalf of Attorney James A. Prostko pawb@fedphe.com,  
          james.prostko@phelanhallinan.com  
         James D. Newell    on behalf of Interested Party    Collora LLP, William Lovett, William Kettlewell,  
          Sara Silva james.newell@bipc.com,   donna.curcio@bipc.com  
         James R. Walsh    jwalsh@spencecuster.com,  
          trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com  
          ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com  
         James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,  
          trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com  
          ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com  
         Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.  
          al. pawb@fedphe.com

```
District/off: 0315-7           User: gamr              Page 2 of 2             Date Rcvd: May 31, 2018
                               Form ID: pdf901         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jill   Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,
         patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
        Jill   Locnikar    on behalf of Defendant    United States Department of Justice, et al.
         jill.locnikar@usdoj.gov,
         patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
        Jill   Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov,
         patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
        Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
        Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
        Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com,
         mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com
        Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com,
         mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com
        Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
         mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com
        Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com
        Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
        Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
        Leonard P. Vigna    on behalf of Creditor    Tufts Investments, LLC lpv@ktwllaw.com,
         ams@ktwllaw.com;r42123@notify.bestcase.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronald E. Reitz    on behalf of Creditor ROSE   AKE rreitz@margolisedelstein.com
        Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
        Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
        Ronald E. Reitz    on behalf of Plaintiff ROSE   AKE rreitz@margolisedelstein.com
        Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts
         murphys@dor.state.ma.us
        Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
         murphys@dor.state.ma.us
        Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us
        William E. Miller    on behalf of Defendant    US Bank National Association as Trustee
         wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
        William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al.
         wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
        William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
         Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
         Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com,
         bkecf@sterneisenberg.com

                                                                       TOTAL: 40