UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Michael David Scott a/k/a | Chapter 7 |
| The Crawford Group LLC a/k/a | 17-70045-JAD |
| Macaulay Family Realty Trust | |

Michael David Scott

    Debtor

V.

The Commonwealth of Massachusetts

    Defendant

## Order

The Court having heard the parties complaint as to the Commonwealth's wilful violation of the automatic stay, finds that the evidence the Debtor provided which his supplemental brief is sufficient to establish that he suffered supposed "emotional distress".

I hereby order the Commonwealth compensate the Debtor ten thousand dollars ($10,000.00) to be paid to The Law firm of Demeo LLP, 200 State Street, Boston MA 02109. Atten: Alex Mattra, no later than 30 days from the date of this order.

1

_____

Honorable Jeffery A. Deller


June _____ 2018.