Form 404

UNITED STATES BANKRUPTCY COURT  569 – 567
WESTERN DISTRICT OF PENNSYLVANIA  msch

In re:

Bankruptcy Case No.: 17-70045-JAD
Doc. No. 567
Chapter: 7
Hearing Date: 6/28/18 at 11:00 AM

**Michael David Scott**
aka The Crawford Group LLC, aka Macaulay Family Realty Trust
  Debtor(s)

CERTIFICATE OF SERVICE OF _Supplemental Motion to Support Claims of Emotional Distress_
(Specify Document(s) Served)

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _June 5, 2018_.
(Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _First class mail, United States Postal Service_.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

June 5, 2018
Stephen Murphy
Department of Revenue
100 Cambridge St
8th Floor
P.O. Box 9550
Office of the Comm of Revenue
Boston MA 02114-9550

Kevin J. Petak Esq.
Spence, Custer, Saylor & Wolfe
1067 Menoher Blvd.
Johnstown PA 15905

By: _[signature]_
(Signature)

Typed Name: _Michael D Scott_

Address: _712 Saint Joseph St_
_Loretto PA 15940_

Phone No.: _Pro Se_

List Bar I.D. and State of Admission

2018 JUN -8 P 2:06
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH
FILED