UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

### Conciliation Conference:

**Debtor:** MICHAEL DAVID SCOTT
**Case Number:** 17-70045-JAD     **Chapter:** 7
**Date / Time / Room:** THURSDAY, JUNE 28, 2018 10:00 AM    COURTROOM B
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

### Matter:

Debtor's Supplemental Motion To Support Claims Of Emotional Distress v. The Commonwealth of Massachusetts - No Response Filed  [Due 6/21/2018]
R / M #:  567 / 0

### Appearances:

CHAPTER 7 TRUSTEE:  JAMES R. WALSH, ESQUIRE
DEBTOR: PRO SE
CREDITOR:  COMMONWEALTH OF MASSACHUSETTS
OUST:  HILDENBRAND / WAHLQUIST

### Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
    _____ For At Least _____ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at _____
    _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order -  NONJURY  /  JURY
    _____ Simple / Pretrial Order - NONJURY  /  JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
  ✓   OTHER:    O/E

**- Order Entered  6/29/2018: No action required at Doc. No. 567**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
6/29/18 12:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA