IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankr. No. 17-70045-JAD |
| MICHAEL DAVID SCOTT, | ) | Chapter 7 |
| Debtor. | ) | Related to ECF #567 |
| | X | |
| MICHAEL DAVID SCOTT, | ) | Adversary No. 17-7004-JAD |
| Plaintiff, | ) | Related to ECF #'s 18 & 82 |
| - v - | ) | |
| COMMONWEALTH OF MASSACHUSETTS, | ) | |
| Defendant. | ) | |
| | X | |

## ORDER

The Court held a continued hearing on this 28th day of June 2018 on the above captioned Defendant's *Motion to Dismiss*, and upon due consideration of the *Supplemental Motion to Support Claims of Emotional Distress*, the Court determines that the Plaintiff has alleged claims for emotional distress damages such that the matter should proceed past the pleading stage. See Lansaw v. Zokaites (In re Lansaw), 853 F.3d 657 (3d Cir. 2017); In re Wingard, 382 B.R. 892 (Bankr. W.D. Pa. 2008).

00024494

It is true that the Defendant has referenced some documents or evidence, which if admissible, cast doubts or weakens the Plaintiff's claim for emotional distress. In this regard, the Defendant appears to be asking that the Court convert the *Motion to Dismiss* into a motion for summary judgment pursuant to Fed.R.Civ.P. 56 and Fed.R.Bankr.P. 7056.

Nonetheless, the Plaintiff has produced some specific record evidence supporting his claim of emotional distress. This Court concludes that the record made to date creates a genuine material dispute of fact. After all, in ruling on a motion for summary judgment, the Court should not be weighing evidence. See Anderson v. Liberty Lobby, 477 U.S. 242, 255 (1986).

Rather, the Court is merely called upon to determine whether there is a material dispute of fact. And as set forth above, there is such a dispute in this case.

*[Remainder of Page Intentionally Left Blank.]*

*[Order Continues on the Following Page]*

For these reasons:

1. The *Motion to Dismiss* filed filed by the Commonwealth of Massachusetts at ECF# 18 is denied.

2. No action need be taken by the Court presently as to the supplement or supplemental submissions filed by the Debtor/Plaintiff in the main bankruptcy case at ECF#567, and in the above captioned adversary proceeding at ECF#82. However, the parties are instructed to file all future pleadings concerning this adversary proceeding at Adv. Pro. No. 17-7004-JAD.

3. The Defendant is directed to file and serve an answer to the complaint by **July 12, 2018**. Upon its filing, the Court shall schedule a trial. Discovery is currently open, and shall be completed by the parties by no later than **September 12, 2018**.

Date: June 28, 2018

_____
Jeffery A. Deller
Chief U.S. Bankruptcy Judge

cc:  Mr. Michael David Scott
Stephen G. Murphey, Esq.
James R. Walsh, Esq., Chapter 7 Trustee

FILED
6/29/18 10:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00024494

-3-

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael David Scott
    Debtor

Case No. 17-70045-JAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: gamr     Page 1 of 2     Date Rcvd: Jun 29, 2018
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2018.
db         +Michael David Scott,   772 Saint Joseph St.,   c/o FCI Loretto,   Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2018 at the address(es) listed below:
          Brett L. Messinger   on behalf of Counter-Claimant   U S Bank National Associates as Trustee For
           Credit Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
           LMTryon@duanemorris.com
          Brett L. Messinger   on behalf of Defendant   US Bank National Association as Trustee
           blmessinger@duanemorris.com,   LMTryon@duanemorris.com
          Brett L. Messinger   on behalf of Creditor   US Bank National Association as Trustee for Credit
           Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series
           2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com,   LMTryon@duanemorris.com
          Brett L. Messinger   on behalf of Defendant   Ocwen Loan Servicing LLC
           blmessinger@duanemorris.com,   LMTryon@duanemorris.com
          Brett L. Messinger   on behalf of Defendant   U S Bank National Associates as Trustee For Credit
           Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
           LMTryon@duanemorris.com
          Brett L. Messinger   on behalf of Defendant   U.S. Bank National Association as Trustee for
           Credit Suisse First Boston Mortgage Securities Corp. Mortgage Pass Through Series 2004-AR7
           blmessinger@duanemorris.com,   LMTryon@duanemorris.com
          Brett L. Messinger   on behalf of Creditor   U.S. Bank, National Association as Trustee Under the
           Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
           Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com,
           LMTryon@duanemorris.com
          Brett L. Messinger   on behalf of Plaintiff   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., MORTGAGE PASS-THROUGH CERTIFICATES SERIES
           2004-AR7 blmessinger@duanemorris.com,   LMTryon@duanemorris.com
          Denver E. Wharton   on behalf of Creditor   Khanda, LLC dew@ktwllaw.com,
           r42123@notify.bestcase.com
          Heather A. Sprague   on Behalf of the United States Trustee by   on behalf of U.S. Trustee
           Office of the United States Trustee Heather.Sprague@usdoj.gov
          James Warmbrodt   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          James A. Prostko   on behalf of Creditor   U.S. Bank, National Association, as Trustee, et al...
           pawb@fedphe.com,   james.prostko@phelanhallinan.com
          James A. Prostko   on behalf of Creditor   The Bank Of New York Mellon Trust Company, N.A., et.
           al. pawb@fedphe.com,   james.prostko@phelanhallinan.com
          James A. Prostko   on behalf of Attorney James A. Prostko pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          James D. Newell   on behalf of Interested Party   Collora LLP, William Lovett, William Kettlewell,
           Sara Silva james.newell@bipc.com,   donna.curcio@bipc.com
          James R. Walsh   jwalsh@spencecuster.com,
           trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
           ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
          James R. Walsh   on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
           trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
           ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com

```
District/off: 0315-7          User: gamr               Page 2 of 2            Date Rcvd: Jun 29, 2018
                              Form ID: pdf900          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et. al. pawb@fedphe.com
          Jill    Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
          Jill    Locnikar    on behalf of Defendant    United States Department of Justice, et al. jill.locnikar@usdoj.gov,  patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
          Jill    Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
          Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
          Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
          Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com
          Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com
          Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com
          Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com
          Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
          Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
          Leonard P. Vigna    on behalf of Creditor    Tufts Investments, LLC lpv@ktwllaw.com, ams@ktwllaw.com;r42123@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronald E. Reitz    on behalf of Creditor ROSE  AKE rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Plaintiff ROSE  AKE rreitz@margolisedelstein.com
          Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts murphys@dor.state.ma.us
          Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue murphys@dor.state.ma.us
          Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us
          William E. Miller    on behalf of Defendant    US Bank National Association as Trustee wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al. wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                                                      TOTAL: 41