Form 404

UNITED STATES BANKRUPTCY COURT   581 – 580
WESTERN DISTRICT OF PENNSYLVANIA   msch

In re:   Bankruptcy Case No.: 17–70045–JAD
Doc. No. 580
Chapter: 7
Hearing Date: 10/4/18 at 11:00 AM

**Michael David Scott**
**aka The Crawford Group LLC, aka Macaulay Family Realty Trust**
   Debtor(s)

CERTIFICATE OF SERVICE OF ___Motion to Remove Administrative Hold form Drivers Licen___
      (Specify Document(s) Served)

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on ___September 14, 2018___.
                                                                 (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: ___First Class mail United States Postal Services___.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:** ___September 14, 2018___

Attorney for the City
of Fall River
Attn: Traffic Dept.
One Government Center
Room 324
Fall River MA 02722

Mass DOT
Registry of Motor Vehicles
P.O. Box 55896
Boston MA 02205-5896

Attorney For
Governor Charlie Baker
P.O. Box 55896
Boston MA 02205-5896

Kevin Petak - Spence, Custer & Saylor
~~Bowles~~ Attorney For the Bankruptcy Trustee
1067 Menoher Blvd.
Johnstown PA 15905

By: ___(signature)___
(Signature)   Michael D. Scott
Typed Name   772 Saint Joseph
St. Loretto PA 15940
Address

Phone No.   Pro Se
List Bar I.D. and State of Admission

044694                               35108044738016