IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 17-70045 |
| MICHAEL DAVID SCOTT, | Chapter 7 |
| Debtor. | |
| MICHAEL DAVID SCOTT, | Doc. No. |
| Movant | Related Doc. No. 580 |
| v. | |
| MASSACHUSETTS DEPARTMENT OF TRANSPORTATION a/k/a Mass DOT, THE CITY OF FALL RIVER MASSACHUSETTS and the REGISTRY OF MASSACHUSETTS, | |
| Respondents. | x |

**ORDER GRANTING THE UNOPPOSED MOTION REQUESTING THAT THE MASSACHUSETTS DEPARTMENT OF TRANSPORTATION "MDOT", REGISTRY OF MOTOR VEHICLES COMPLY WITH 11 U.S.C. § 525(a) AND THE CITY OF FALL RIVER MASSACHUSETTS REMOVE THE ADMINISTRATIVE HOLD PREVENTING RENEWAL OF MICHAEL DAVID SCOTT'S DRIVER'S LICENSE**

**AND NOW**, this 2nd day of October, 2018, the Court having received a motion filed by Michael David Scott, the above captioned debtor, entitled: *Motion Requesting That The Massachusetts Department of Transportation "MDOT", Registry of Motor Vehicles Comply With 11 U.S.C. § 525(a) And the City of Fall River Massachusetts and Remove the Administrative Hold Preventing The Renewal of His Massachusetts Driver's License* (the "Motion"), and it appearing that (a) Mr. Scott has filed a certificate of service reflecting that the motion and notice of

hearing and response date was served upon the respondents, and (b) no objection by any respondent has been filed, the Court hereby ORDERS as follows:

1. The Motion is granted.

2. The Massachusetts Department of Transportation (or "MDOT"), the MDOT Registry of Motor Vehicles, and the City of Fall River Massachusetts are <u>directed to remove</u> the administrative hold relating to the parking ticket described in Exhibit "A" annexed hereto that is preventing Michael David Scott from renewing his driver's license.

3. Michael David Scott is directed to serve, via first class mail, a copy of this Order upon the above captioned respondents and file a certificate of service.

IT IS SO ORDERED.

BY THE COURT,

Dated: October 2, 2018

_____
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Michael David Scott
Office of United States Trustee

FILED
10/2/18 1:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# Exhibit A"

Charles D. Baker, Governor
Karyn E. Polito, Lieutenant Governor
Stephanie Pollack, Secretary & CEO
Erin C. Deveney, Registrar



P.O. Box 55896
Boston, MA 02205-5896
www.massrmv.com

August 21, 2018

Michael Scott
40 Old Stable Drive
Mansfield, Ma 02048

Dear Mr. Scott:

In order for you to renew your license you will need to clear up your Parking Ticket in Fall River.

Sincerely,

Sharon Follo
Driver Control Unit

RECEIVED 2018 SEP -7 A 11:31 CLERK U.S. BANKRUPTCY COURT PITTSBURGH PA

```
SCREEN PRINT TRANSACTION_ID: CA8216SEBCEU011823331543398
08/21/2018 15:43    MASSACHUSETTS REGISTRY OF MOTOR VEHICLES              UGN0040
                    NONRENEW DISPLAY TICKETS FOR LICENSE
FUNCTION: NRL  MSG: END OF SET

LICENSE:                              STATE:
DOB: 12/04/1965  LICENSE: S06132120                              12/07/2009
LAST: SCOTT          FIRST: MICHAEL       MIDDLE: DC             NONRENEWABLE

       ITEM TOWN/ORIGIN          SYSTEM   YEAR TICKET-NUMBER
       001  020-FALL RIVER       PARKING  2008 210017034
```

*Fall River City Hall*
*508-324-2123*

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael David Scott
     Debtor

Case No. 17-70045-JAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: gamr     Page 1 of 2     Date Rcvd: Oct 02, 2018
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2018.
db            +Michael David Scott,   772 Saint Joseph St.,   c/o FCI Loretto,   Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2018 at the address(es) listed below:
        Brett L. Messinger    on behalf of Counter-Claimant    U S Bank National Associates as Trustee For
         Credit Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
         LMTryon@duanemorris.com
        Brett L. Messinger    on behalf of Defendant    US Bank National Association as Trustee
         blmessinger@duanemorris.com,    LMTryon@duanemorris.com
        Brett L. Messinger    on behalf of Creditor    US Bank National Association as Trustee for Credit
         Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series
         2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com,    LMTryon@duanemorris.com
        Brett L. Messinger    on behalf of Defendant    Ocwen Loan Servicing LLC
         blmessinger@duanemorris.com,    LMTryon@duanemorris.com
        Brett L. Messinger    on behalf of Defendant    U S Bank National Associates as Trustee For Credit
         Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
         LMTryon@duanemorris.com
        Brett L. Messinger    on behalf of Defendant    U.S. Bank National Association as Trustee for
         Credit Suisse First Boston Mortgage Securities Corp. Mortgage Pass Through Series 2004-AR7
         blmessinger@duanemorris.com,    LMTryon@duanemorris.com
        Brett L. Messinger    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
         Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
         Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com,
         LMTryon@duanemorris.com
        Brett L. Messinger    on behalf of Plaintiff    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
         CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., MORTGAGE PASS-THROUGH CERTIFICATES SERIES
         2004-AR7 blmessinger@duanemorris.com,    LMTryon@duanemorris.com
        Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,
         r42123@notify.bestcase.com
        Heather A. Sprague    on Behalf of the United States Trustee by     on behalf of U.S. Trustee
         Office of the United States Trustee Heather.Sprague@usdoj.gov
        James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
         pawb@fedphe.com,    james.prostko@phelanhallinan.com
        James A. Prostko    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
         al. pawb@fedphe.com,    james.prostko@phelanhallinan.com
        James A. Prostko    on behalf of Attorney James A. Prostko pawb@fedphe.com,
         james.prostko@phelanhallinan.com
        James D. Newell    on behalf of Interested Party    Collora LLP, William Lovett, William Kettlewell,
         Sara Silva james.newell@bipc.com,    donna.curcio@bipc.com
        James R. Walsh    jwalsh@spencecuster.com,
         trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
         ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
        James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
         trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
         ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com

```
District/off: 0315-7           User: gamr                Page 2 of 2              Date Rcvd: Oct 02, 2018
                               Form ID: pdf900           Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
               al. pawb@fedphe.com
              Jill   Locnikar     on behalf of Creditor    United states of america jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
              Jill   Locnikar     on behalf of Defendant   United States Department of Justice, et al.
               jill.locnikar@usdoj.gov,   patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
              Jill   Locnikar     on behalf of Defendant   U.S Department of Education jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
              Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
              Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
              Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.co
               m
              Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.co
               m
              Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com,
               mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.co
               m
              Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com
              Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
              Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
              Leonard P. Vigna    on behalf of Creditor    Tufts Investments, LLC lpv@ktwllaw.com,
               ams@ktwllaw.com;r42123@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronald E. Reitz    on behalf of Creditor ROSE   AKE rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
              Ronald E. Reitz    on behalf of Plaintiff ROSE  AKE rreitz@margolisedelstein.com
              Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts
               murphys@dor.state.ma.us
              Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
               murphys@dor.state.ma.us
              Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us
              William E. Miller    on behalf of Defendant    US Bank National Association as Trustee
               wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al.
               wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
               Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
               Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 41
```