IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: ) | |
| ) | Bankruptcy No. 17-70045-JAD |
| ) | |
| MICHAEL DAVID SCOTT, ) | Chapter 7 |
| Debtor. ) | |
| _____ X | |
| ) | |
| MICHAEL DAVID SCOTT, ) | Doc. No. |
| ) | |
| Movant, ) | Related to Doc. No. 587 |
| ) | |
| -vs- ) | |
| ) | |
| WARDEN MOSER ON AND IN ) | |
| BEHALF OF MICHAEL NAGLIC ) | |
| COUNSELOR – FEDERAL ) | |
| PRISON CAMP LORETTO PA, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____ X | |

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW, October 12, 2018**, a Complaint against Michael Naglic as Camp Counselor at the Federal Prison Camp in Loretto PA 15940 (the "Motion") having been filed by Debtor in the above-captioned proceeding,

**IT IS HEREBY ORDERED THAT**:

1. The Motion, while styled as a Complaint, is treated as a Motion.
2. Counsel for the Moving Party shall serve **IMMEDIATELY**, pursuant to Bankruptcy Rule 7004, a copy of this Order and the Motion upon all parties from whom relief is sought, their counsel, and the Office of the U.S. Trustee and any Trustee or Examiner appointed in the case. Counsel for

the Moving Party shall then file a Certificate of Service. **Failure to properly serve the Motion or file the Certificate may result in dismissal of the above-captioned proceeding**.

3. **Any Response**, including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by November 19, 2018**. Any response should be served on the Moving Party, their counsel, and the Office of the U.S. Trustee and any Trustee or Examiner appointed in the case.

4. Said Motion is scheduled for hearing on **November 30, 2018** at **11:00 AM** in **Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901*** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

5. If service was properly made and Respondent(s) fail to file a Response by the above-specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the Moving Party shall thereafter advise all affected parties. If a default order has not been signed, the parties will be required to appear in Court at the hearing on the above date and time.

6. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

7. **It is further ordered that an attorney from the United States Attorney's Office or other Department of Justice attorney appear at the November 30, 2018 Hearing.**

<u>Jeffery A. Deller</u>
Judge

cm:    Michael David Scott, Pro Se

Jill Locnikar, U.S. Attorney's Office

\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania or in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-70045-JAD
Michael David Scott                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7           User: msch                 Page 1 of 2            Date Rcvd: Oct 12, 2018
                               Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2018.
db             +Michael David Scott,    772 Saint Joseph St.,    c/o FCI Loretto,    Loretto, PA 15940-7006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2018 at the address(es) listed below:
              Brett L. Messinger    on behalf of Counter-Claimant    U S Bank National Associates as Trustee For
               Credit Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Defendant    US Bank National Association as Trustee
               blmessinger@duanemorris.com,    LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Creditor    US Bank National Association as Trustee for Credit
               Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series
               2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com,    LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Defendant    Ocwen Loan Servicing LLC
               blmessinger@duanemorris.com,    LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Defendant    U S Bank National Associates as Trustee For Credit
               Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Defendant    U.S. Bank National Association as Trustee for
               Credit Suisse First Boston Mortgage Securities Corp. Mortgage Pass Through Series 2004-AR7
               blmessinger@duanemorris.com,    LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
               Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
               Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Plaintiff    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., MORTGAGE PASS-THROUGH CERTIFICATES SERIES
               2004-AR7 blmessinger@duanemorris.com,    LMTryon@duanemorris.com
              Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,
               r42123@notify.bestcase.com
              Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Heather.Sprague@usdoj.gov
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
               pawb@fedphe.com,    james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
               al. pawb@fedphe.com,    james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Attorney James A. Prostko pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James D. Newell    on behalf of Interested Party    Collora LLP, William Lovett, William Kettlewell,
               Sara Silva james.newell@bipc.com,    donna.curcio@bipc.com
              James R. Walsh    jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
               ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
              James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
               ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com

```
District/off: 0315-7           User: msch                  Page 2 of 2                  Date Rcvd: Oct 12, 2018
                               Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et. al. pawb@fedphe.com
        Jill    Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
        Jill    Locnikar    on behalf of Defendant    United States Department of Justice, et al. jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
        Jill    Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
        Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
        Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
        Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com
        Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com
        Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com, mskunta@spencecuster.com;skosis@spencecuster.com;rsnyder@spencecuster.com;gbivens@spencecuster.com
        Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com
        Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
        Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
        Leonard P. Vigna    on behalf of Creditor    Tufts Investments, LLC lpv@ktwllaw.com, ams@ktwllaw.com;r42123@notify.bestcase.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronald E. Reitz    on behalf of Creditor ROSE    AKE rreitz@margolisedelstein.com
        Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
        Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
        Ronald E. Reitz    on behalf of Plaintiff ROSE    AKE rreitz@margolisedelstein.com
        Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts murphys@dor.state.ma.us
        Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue murphys@dor.state.ma.us
        Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us
        William E. Miller    on behalf of Defendant    US Bank National Association as Trustee wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
        William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al. wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
        William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

        TOTAL: 41