UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: Michael David Scott                          Chapter 7

    Debtor                                           17-70045-JAD

Michael David Scott                                 Related Doc. No. 580

    Movant

V.

Massachusetts Department Of Transportation a/k/a

Mass DOT, The city of Fall River

Massachusetts and the

Registry of Motor Vehicles

    Respondents

Certificate Of Service

I, Michael David Scott, certify that I have served, by first class mail, United States Postal Service, a copy of the order issued by this court on October 2, 2018, requesting that the recipients listed below remove the administrative hold from my Massachusetts drivers license.

Respectfully:

Michael David Scott

Federal Correctional Institution

772 Saint Joseph Street

Loretto PA 15940

October 12, 2018

Recipients

Mass DOT

P.O. Box 55896

Boston MA 02205-5896

Atten. Sharon Follo

Attorney for the City of Fall River

Traffic Department

One Government Center

Room 324

Fall River MA 02722