UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: Michael David Scott                           Chapter 7

    Debtor                                       17-70045-JAD


Michael David Scott                                  Related Doc. No. 587

    Movant


V.


Warden Moser On and in Behalf Of

Michael Naglic Counselor

Federal Prison Camp

Loretto PA

    Respondent

<u>Certificate Of Service</u>

    I, Michael David Scott, certify that I have served, by first class mail, United States Postal Service, a copy of the order issued by this court on October 12, 2018, requesting that the recipients listed below respond to the motion requesting that the BOP instruct Mr. Naglic to allow the petitioner to receive his legal calls.


Respectfully:

Michael D. Scott

772 St. Joseph Street

Loretto PA 15940

October 17, 2018


Recipients

Ms. Moser Warden

F.C.I. Loretto

772 Saint Joseph Street

Loretto PA 15940


Kevin J. Petak Esq.

Spence Custer Saylor

1067 Menoher Blvd.

Johnstown PA 15905


Jill Locnikar

U.S. Attorneys Office

Suite 300

Grant Street

Pittsburgh PA 15219