UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: Michael David Scott

Chapter 7

    Debtor                                      17-70045-JAD

Michael David Scott

    Movant

V.

Warden Moser on and in

Behalf of Michael Naglic Counselor

Federal Prison Camp

Loretto PA

    Respondent

Motion To Withdraw Complaint

[Parties Resolution]

Now comes the petitioner, Michael David Scott, requesting that the court withdraw his pending motion, complaining against Michael Naglic. The petitioner states that the administration at the BOP and the petitioner have agreed to the following:

1) Mr. D. Bagley will make himself available to schedule all legal

calls from attorneys and court hearings with the petitioner.

2) Mr. Bagley will notify Mr. Scott of any scheduled calls or court hearings after he has been contacted by the attorney(s) or the court.

3) Mr. Bagley's direct contact is 814-471-1509 or alternatively Mr. Bagley could be reached by email at dbagley@BOP.GOV.

Mr. Scott also requests that the court update its records to include Mr. Bagley as the direct contact, and also any attorney ordered by the court to contact the petitioner should use the contact information provided herein for Mr. Bagley.

Mr. Scott also requests that the court cancels the hearing scheduled for November 30, 2018.

Respectfully Submitted:

Michael David Scott
772 Saint Joseph Street
Loretto PA 15940
November 2, 2018

## Certificate of Service

I, Michael D. Scott, certify that a copy of this motion has

been filed with the clerk of court for filing and the attached list of parties were notified on November 5, 2018, by First Class Mail, United States Postal Service.

Warden Moser on and in behalf of Michael Naglic, Counselor
FCI Loretto
772 Saint Joseph Street
Loretto PA 15940

Kevin Petak
Spence Custer & Saylor
as Counselor for the Chapter 7 Trustee
1067 Menoher Blvd.
Johnstown PA 15905

United States Attorney's Office
Attn. Jill Lonickar
700 Grant Street
Suite 300
Pittsburgh PA 15219

D. Bagley as case manager
FCI Loretto
772 Saint Joseph St.
Loretto, PA 15940

Respectfully;

Michael D. Scott