# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | |
| **MICHAEL DAVID SCOTT,** ) | **Chapter 7** |
| ) | **Case No. 17-70045-JAD** |
| **DEBTOR** ) | |

## CERTIFICATE OF SERVICE

I, Stephen G. Murphy, hereby certify that I have this day served a copy of the accompanying **Order Setting Date Certain for Response and Hearing on Motion** [Doc. No. 599] regarding the *Joint Motion to Approve Settlement Stipulation by and between the Debtor, the Debtor's Non-Debtor Spouse, and the Massachusetts Department of Revenue* [Doc. No. 598], electronically through the "ecf" system, and by mailing first class and emailing of copy to other parties (including the debtor) as set forth in the accompanying SERVICE LIST.

*/s/ Stephen G. Murphy*
Stephen G. Murphy, Esquire
Dated: November 20, 2018

## SERVICE LIST

**In re Michael David Scott,**
**Chapter 7, Case No. 17-70045-JAD**

Mr. Michael David Scott                                    Debtor
Fed. ID. # 93357-038
Federal Prison Camp
P.O. Box 1000
Loretto, PA 15940

with
Courtesy copy: Alex Mattera amattera@demeollp.com

and on the behalf of Eunice James-Scott:

Daniel M. Zuckerman, Esquire
Ropes & Gray, LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Daniel.Zuckerman@ropesgray.com

Office of the United States Trustee          U.S. Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

**Form 400**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Michael David Scott**
**aka The Crawford Group LLC, aka Macaulay Family Realty Trust**
   Debtor(s)

Bankruptcy Case No.: 17–70045–JAD
Doc. No. 598
Chapter: 7
Docket No.: 599 – 598

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this **November 20, 2018**, a Joint Motion To Approve Settlement Stipulation By And Between The Debtor, The Debtor's Non–Debtor Spouse, And The Massachusetts Department of Revenue having been filed by Commonwealth of Massachusetts Department of Revenue in the above–captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. Counsel for the Moving Party shall serve *IMMEDIATELY*, pursuant to *Bankruptcy Rule 7004*, a copy of this Order and the Motion upon all parties from whom relief is sought, their counsel, and the Office of the U.S. Trustee and any Trustee or Examiner appointed in the case. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the *Certificate* may result in dismissal of the above–captioned proceeding.**

2. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by December 7, 2018 .** Any response should be served on the Moving Party, their counsel, and the Office of the U.S. Trustee and any Trustee or Examiner appointed in the case.

3. Said Motion is scheduled for hearing on **December 14, 2018 at 11:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

4. If service was properly made and Respondent(s) fail to file a Response by the above–specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

5. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

Jeffery A. Deller
Judge

cm:   Stephen G. Murphy, Esquire

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**