Michael D. Scott 93357-038
Federal Medical Center, Devens MA
Satellite Camp
P.O. Box 879
Ayer, MA 01432

June 10, 2019

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA.
17-70045- JAD

Dear Clerk,

Please be advised of my address change as follows:

Michael D. Scott 93357-038
Federal Medical Center, Devens MA
Satellite Camp
P.O. Box 879
Ayer, MA 01432

Respectfully,
Michael D. Scott