<u>Notice of Undeliverable Mail to Debtor</u>

August 28, 2019

From: United States Bankruptcy Court, Western District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Michael D. Scott, Case Number 17-70045, JAD

**TO THE DEBTOR:**

The attachment could not be mailed to the notice recipient(s) listed below because the Service (USPS) has determined that those addresses in the case mailing list are undeli

Please be advised that dischargeability of a debt may be affected if a creditor fails to You should determine whether an address should be updated. Consult an attorney wit you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if designate the address as undeliverable, until the address is updated in accordan policy, which may allow for use of this form, a separate notice of change of addr schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT F ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of add schedule: 1) determine the updated address and send the attachment to each recipient legibly each updated address below; 3) sign and date the form; and 4) file this form v following address:

7
**U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219**

Undeliverable Address:
PA Dept of Revenue

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

N A

Undeliverable Address:
U.S. Bank, National Association as Trustee Under t

Reason Undeliverable: INCOMPLETE ADDRESS

006738    33909006744023

THE UPDATED ADDRESS IS:

US Bank National Association as Trustee c/o Duane Morris LLP
30 S 17th Street, Philadelphia PA 19103 ATTN: Brett Messinger.

Undeliverable Address:
Tor Ekeland P.C.
195 Plymouth St.
Brooklyn Heights, NY 11201

Duane Morris L L P
30 S 17TH ST
Attn: Brett Messinger
Philadelphia, PA 19103
United States

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

_____

_____

_____          9-5-19.
Signature of Debtor or Debtor's Attorney              Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

2

006738    33909006744023

