IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 17-70045-JAD |
| | ) | |
| MICHAEL DAVID SCOTT, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Related to Doc. No. 231 |
| | X | |
| | ) | |
| MICHAEL DAVID SCOTT, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Mortgage-Backed Pass Through Certificates, Series 2004-AR7, | ) ) ) ) ) ) | |
| | ) | |
| Respondent. | ) | |
| | X | |

## ORDER

AND NOW, this 30th day of September, 2019, for the reasons set forth in the *Memorandum Opinion* filed contemporaneously herewith, it is **HEREBY ORDERED, ADJUDGED, AND DECREED** that the Debtor's *Motion to Stay Execution of Order Lifting Automatic Stay On 40 Old Stable Drive Mansfield MA 02048 Pending the Outcome of Petitioner['̦]s Appeal* (ECF No. 231) is **DENIED**.

Date: September 30, 2019

FILED
9/30/19 3:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

jlh
Jeffery A. Deller
United States Bankruptcy Judge

cc: Mr. Michael David Scott, *Pro Se*
     Brett L. Messinger, Esq.
     James R. Walsh, Esq., Chapter 7 Trustee
     United States Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael D. Scott  
    Debtor

Case No. 17-70045-JAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: jhhel     Page 1 of 2     Date Rcvd: Sep 30, 2019  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2019.
db         +Michael D. Scott,    93357-038,    Federal Medical Center, Devens MA,    PO Box 879,
           Ayer, MA 01432-0879

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2019 at the address(es) listed below:

             Brett L. Messinger    on behalf of Counter-Claimant    U S Bank National Associates as Trustee For
                Credit Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
                LMTryon@duanemorris.com
             Brett L. Messinger    on behalf of Defendant    US Bank National Association as Trustee
                blmessinger@duanemorris.com,    LMTryon@duanemorris.com
             Brett L. Messinger    on behalf of Creditor    US Bank National Association as Trustee for Credit
                Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series
                2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com,    LMTryon@duanemorris.com
             Brett L. Messinger    on behalf of Defendant    Ocwen Loan Servicing LLC
                blmessinger@duanemorris.com,    LMTryon@duanemorris.com
             Brett L. Messinger    on behalf of Defendant    U S Bank National Associates as Trustee For Credit
                Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
                LMTryon@duanemorris.com
             Brett L. Messinger    on behalf of Creditor    U.S. Bank, National Association As Trustee For et
                al. blmessinger@duanemorris.com,    LMTryon@duanemorris.com
             Brett L. Messinger    on behalf of Defendant    U.S. Bank National Association as Trustee for
                Credit Suisse First Boston Mortgage Securities Corp. Mortgage Pass Through Series 2004-AR7
                blmessinger@duanemorris.com,    LMTryon@duanemorris.com
             Brett L. Messinger    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the
                Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
                Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com,
                LMTryon@duanemorris.com
             Brett L. Messinger    on behalf of Plaintiff    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
                CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., MORTGAGE PASS-THROUGH CERTIFICATES SERIES
                2004-AR7 blmessinger@duanemorris.com,    LMTryon@duanemorris.com
             Denver E. Wharton    on behalf of Creditor    Khanda, LLC dew@ktwllaw.com,
                r42123@notify.bestcase.com
             Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
                Office of the United States Trustee Heather.Sprague@usdoj.gov
             James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
             James A. Prostko    on behalf of Creditor    U.S. Bank, National Association, as Trustee, et al...
                pawb@fedphe.com
             James A. Prostko    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et.
                al. pawb@fedphe.com
             James A. Prostko    on behalf of Attorney James A. Prostko pawb@fedphe.com
             James D. Newell    on behalf of Interested Party    Collora LLP, William Lovett, William Kettlewell,
                Sara Silva james.newell@bipc.com,    donna.curcio@bipc.com
             James R. Walsh     jwalsh@spencecuster.com,
                trustee@spencecuster.com;kpetak@spencecuster.com;skosis@spencecuster.com;jwalsh@ecf.axosfs.com;Tr
                usteeWalsh@gmail.com

```
District/off: 0315-7          User: jhhel              Page 2 of 2            Date Rcvd: Sep 30, 2019
                              Form ID: pdf900          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
           trustee@spencecuster.com;kpetak@spencecuster.com;skosis@spencecuster.com;jwalsh@ecf.axosfs.com;TrusteeWalsh@gmail.com
          Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A., et. al. pawb@fedphe.com
          Jill  Locnikar    on behalf of Creditor    United states of america jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
          Jill  Locnikar    on behalf of Defendant    United States Department of Justice, et al. jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
          Jill  Locnikar    on behalf of Defendant    U.S Department of Education jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
          Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
          Jonathan W. Chatham    on  behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
          Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com, skosis@spencecuster.com
          Kevin J. Petak    on  behalf of Interested Party James R Walsh kpetak@spencecuster.com, skosis@spencecuster.com
          Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com, skosis@spencecuster.com
          Kevin Scott Frankel    on behalf of Defendant    Korde & Associates P C pabk@logs.com
          Kristen D. Little    on behalf of Defendant    Korde & Associates P C pabk@logs.com
          Kunal Janak Choksi    on behalf of Defendant    Internal Revenue Service kunal.j.choksi@usdoj.gov
          Leonard P. Vigna    on behalf of Creditor    Tufts Investments, LLC lpv@ktwllaw.com, ams@ktwllaw.com;r42123@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronald E. Reitz    on behalf of Creditor ROSE  AKE rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
          Ronald E. Reitz    on behalf of Plaintiff ROSE  AKE rreitz@margolisedelstein.com
          Stephen G. Murphy    on behalf of Defendant    The Commonwealth of Massachusetts murphys@dor.state.ma.us
          Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue murphys@dor.state.ma.us
          Stephen G. Murphy    on behalf of Defendant    Commonwealth of Massachusetts murphys@dor.state.ma.us
          Thomas  Song    on behalf of Creditor    U.S. Bank, National Association, et.al. pawb@fedphe.com
          William E. Miller    on behalf of Defendant    US Bank National Association as Trustee wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                                                            TOTAL: 43