FILED
5/28/20 6:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Michael D. Scott, aka The Crawford Group LLC, aka Macaulay Family Realty Trust<br>                        Debtor(s) | **DEFAULT O/E JAD** |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK, N.A., AS TRUSTEE, FOR CERTIFICATEHOLDERS OF NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2<br>                        Movant<br>v.<br>Michael D. Scott, aka The Crawford Group LLC, aka Macaulay Family Realty Trust and<br>James R. Walsh, Esquire<br>                        Respondents | Bankruptcy No. 17-70045-JAD<br><br>Chapter 7<br><br>Related To Doc. No. 627 |

## ORDER

AND NOW, this <u>28th</u> day of <u>May</u>, 2020, it is hereby ORDERED that the pursuant to 11 U.S.C. Section 362(j) there is no Automatic Stay as to, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK, N.A., AS TRUSTEE, FOR CERTIFICATEHOLDERS OF NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2 and/or its successors and assigns to exercise its rights under its loan documents with regard to the property located at 6 Erick Road, Unit 52, Mansfield, MA 02048 and obtain all other Relief available under the Non-Bankruptcy law.

It is further ORDERED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

BY THE COURT:

_/s/ Jeffery A. Deller_ mas
Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Jill Manuel-Coughlin, Esquire
    Michael D. Scott
    James R. Walsh, Esquire
    Kevin J. Petak, Esquire

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael D. Scott
    Debtor

Case No. 17-70045-JAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7    User: nsha    Page 1 of 2    Date Rcvd: May 28, 2020
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2020.
db    +Michael D. Scott,   93357-038,   Federal Medical Center, Devens MA,   PO Box 879,
    Ayer, MA 01432-0879

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2020 at the address(es) listed below:
    Brett L. Messinger   on behalf of Counter-Claimant   U S Bank National Associates as Trustee For
    Credit Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
    LMTryon@duanemorris.com
    Brett L. Messinger   on behalf of Defendant   US Bank National Association as Trustee
    blmessinger@duanemorris.com,   LMTryon@duanemorris.com
    Brett L. Messinger   on behalf of Creditor   US Bank National Association as Trustee for Credit
    Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series
    2004-AR-7 and Ocwen Loan Servicing, LLC blmessinger@duanemorris.com,   LMTryon@duanemorris.com
    Brett L. Messinger   on behalf of Defendant   Ocwen Loan Servicing LLC
    blmessinger@duanemorris.com,   LMTryon@duanemorris.com
    Brett L. Messinger   on behalf of Defendant   U S Bank National Associates as Trustee For Credit
    Suisse First  Boston Mortgage Securities Corp blmessinger@duanemorris.com,
    LMTryon@duanemorris.com
    Brett L. Messinger   on behalf of Creditor   U.S. Bank, National Association As Trustee For et
    al. blmessinger@duanemorris.com,   LMTryon@duanemorris.com
    Brett L. Messinger   on behalf of Defendant   U.S. Bank National Association as Trustee for
    Credit Suisse First Boston Mortgage Securities Corp. Mortgage Pass Through Series 2004-AR7
    blmessinger@duanemorris.com,   LMTryon@duanemorris.com
    Brett L. Messinger   on behalf of Creditor   U.S. Bank, National Association as Trustee Under the
    Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage
    Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com,
    LMTryon@duanemorris.com
    Brett L. Messinger   on behalf of Plaintiff   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
    CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., MORTGAGE PASS-THROUGH CERTIFICATES SERIES
    2004-AR7 blmessinger@duanemorris.com,   LMTryon@duanemorris.com
    Denver E. Wharton   on behalf of Creditor   Khanda, LLC dew@ktwllaw.com,
    r42123@notify.bestcase.com
    Heather A. Sprague   on Behalf of the United States Trustee by   on behalf of U.S. Trustee
    Office of the United States Trustee Heather.Sprague@usdoj.gov
    James Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
    James A. Prostko    on behalf of Creditor   U.S. Bank, National Association, as Trustee, et al...
    pawb@fedphe.com
    James A. Prostko    on behalf of Creditor   The Bank Of New York Mellon Trust Company, N.A., et.
    al. pawb@fedphe.com
    James A. Prostko    on behalf of Attorney James A. Prostko pawb@fedphe.com
    James D. Newell    on behalf of Interested Party   Collora LLP, William Lovett, William Kettlewell,
    Sara Silva james.newell@bipc.com,   donna.curcio@bipc.com
    James R. Walsh    jwalsh@spencecuster.com,
    trustee@spencecuster.com;kpetak@spencecuster.com;skosis@spencecuster.com;jwalsh@ecf.axosfs.com;Tr
    usteeWalsh@gmail.com

```
District/off: 0315-7               User: nsha                Page 2 of 2                  Date Rcvd: May 28, 2020
                                   Form ID: pdf900           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com, trustee@spencecuster.com;kpetak@spencecuster.com;skosis@spencecuster.com;jwalsh@ecf.axosfs.com;TrusteeWalsh@gmail.com
         Jeremy J. Kobeski    on behalf of Creditor   The Bank Of New York Mellon Trust Company, N.A., et. al. pawb@fedphe.com
         Jill  Locnikar    on behalf of Creditor   United states of america jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
         Jill  Locnikar    on behalf of Defendant   United States Department of Justice, et al. jill.locnikar@usdoj.gov,  patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
         Jill  Locnikar    on behalf of Defendant   U.S Department of Education jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
         Jill  Manuel-Coughlin    on behalf of Creditor   The Bank Of New York Mellon Trust Company, N.A., et. al. bankruptcy@powerskirn.com
         Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
         Jonathan W. Chatham    on behalf of Attorney    PA Dept of Revenue RA-occbankruptcy7@pa.gov
         Kevin J. Petak    on behalf of Trustee James R Walsh kpetak@spencecuster.com, skosis@spencecuster.com
         Kevin J. Petak    on behalf of Interested Party James R Walsh kpetak@spencecuster.com, skosis@spencecuster.com
         Kevin J. Petak    on behalf of Trustee James R. Walsh kpetak@spencecuster.com, skosis@spencecuster.com
         Kevin Scott Frankel    on behalf of Defendant   Korde & Associates P C pabk@logs.com
         Kristen D. Little    on behalf of Defendant   Korde & Associates P C pabk@logs.com, klittle@logs.com
         Kunal Janak Choksi    on behalf of Defendant   Internal Revenue Service kunal.j.choksi@usdoj.gov
         Leonard P. Vigna    on behalf of Creditor   Tufts Investments, LLC lpv@ktwllaw.com, ams@ktwllaw.com;r42123@notify.bestcase.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronald E. Reitz    on behalf of Creditor ROSE  AKE rreitz@margolisedelstein.com
         Ronald E. Reitz    on behalf of Plaintiff    BONABERI CORPORATION rreitz@margolisedelstein.com
         Ronald E. Reitz    on behalf of Creditor    BONABERI CORPORATION rreitz@margolisedelstein.com
         Ronald E. Reitz    on behalf of Plaintiff ROSE  AKE rreitz@margolisedelstein.com
         Stephen G. Murphy    on behalf of Defendant   The Commonwealth of Massachusetts murphys@dor.state.ma.us
         Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue murphys@dor.state.ma.us
         Stephen G. Murphy    on behalf of Defendant   Commonwealth of Massachusetts murphys@dor.state.ma.us
         Thomas  Song    on behalf of Creditor    U.S. Bank, National Association, et.al. pawb@fedphe.com
         William E. Miller    on behalf of Defendant    US Bank National Association as Trustee wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
         William E. Miller    on behalf of Creditor    U.S. Bank, National Association As Trustee For et al. wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
         William E. Miller    on behalf of Creditor    U.S. Bank, National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                              TOTAL: 44