**Form 404**

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | 640 – 638 |
| **WESTERN DISTRICT OF PENNSYLVANIA** | jfur |

In re:                                                                            Bankruptcy Case No.: 17−70045−JAD

Chapter: 7
Hearing Date: 2/24/26 at 10:00 AM

**Michael D. Scott**
**aka The Crawford Group LLC, aka Macaulay Family Realty Trust**
   Debtor(s)

**CERTIFICATE OF SERVICE OF** _____
                       **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____.
                                (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

By: _____
(Signature)

_____
Typed Name

_____
Address

_____
Phone No.

_____
List Bar I.D. and State of Admission

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70045-JAD |
| Michael D. Scott | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 20, 2026 | Form ID: 404 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael D. Scott, 93357-038, Federal Medical Center, Devens MA, PO Box 879, Ayer, MA 01432-0879 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett L. Messinger | on behalf of Counter-Claimant U S Bank National Associates as Trustee For Credit Suisse First Boston Mortgage Securities Corp blmessinger@duanemorris.com  emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com |
| Brett L. Messinger | on behalf of Defendant US Bank National Association as Trustee blmessinger@duanemorris.com emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com |
| Brett L. Messinger | on behalf of Creditor US Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series 2004-AR-7 and Ocwen Loan Servicing  LLC blmessinger@duanemorris.com, emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com |
| Brett L. Messinger | on behalf of Defendant Ocwen Loan Servicing LLC blmessinger@duanemorris.com emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com |

Case 17-70045-JAD    Doc 642    Filed 01/22/26    Entered 01/23/26 00:40:17    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2026 | Form ID: 404 | Total Noticed: 1 |

| | |
|---|---|
| Brett L. Messinger | on behalf of Defendant U S Bank National Associates as Trustee For Credit Suisse First Boston Mortgage Securities Corp blmessinger@duanemorris.com emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com |
| Brett L. Messinger | on behalf of Creditor U.S. Bank National Association As Trustee For et al. blmessinger@duanemorris.com, emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com |
| Brett L. Messinger | on behalf of Defendant U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp. Mortgage Pass Through Series 2004-AR7 blmessinger@duanemorris.com emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com |
| Brett L. Messinger | on behalf of Creditor U.S. Bank National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser blmessinger@duanemorris.com, emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com |
| Brett L. Messinger | on behalf of Plaintiff U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-AR7 blmessinger@duanemorris.com, emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com |
| Denver E. Wharton | on behalf of Creditor Khanda LLC dew@ktwllaw.com, r42123@notify.bestcase.com |
| Heather A. Sprague on Behalf of the United States Trustee by | on behalf of U.S. Trustee Office of the United States Trustee Heather.Sprague@usdoj.gov |
| James Warmbrodt | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| James A. Prostko | on behalf of Creditor U.S. Bank National Association, as Trustee, et al... jprostko@c-vlaw.com, jamesprostko@gmail.com |
| James A. Prostko | on behalf of Creditor The Bank Of New York Mellon Trust Company N.A., et. al. jprostko@c-vlaw.com, jamesprostko@gmail.com |
| James A. Prostko | on behalf of Attorney James A. Prostko jprostko@c-vlaw.com jamesprostko@gmail.com |
| James D. Newell | on behalf of Interested Party Collora LLP William Lovett, William Kettlewell, Sara Silva james.newell@bipc.com, donna.curcio@bipc.com |
| James R. Walsh | jwalsh@spencecuster.com trustee@spencecuster.com;kpetak@spencecuster.com;skosis@spencecuster.com;jwalsh@ecf.axosfs.com;TrusteeWalsh@gmail.com |
| James R. Walsh | on behalf of Trustee James R. Walsh jwalsh@spencecuster.com trustee@spencecuster.com;kpetak@spencecuster.com;skosis@spencecuster.com;jwalsh@ecf.axosfs.com;TrusteeWalsh@gmail.com |
| Jeremy J. Kobeski | on behalf of Creditor The Bank Of New York Mellon Trust Company N.A., et. al. pawb@fedphe.com, mcupec@grenenbirsic.com |
| Jill Locnikar | on behalf of Creditor United states of america jill.locnikar@usdoj.gov patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;namrata.pallat@usdoj.gov |
| Jill Locnikar | on behalf of Defendant United States Department of Justice et al. jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;namrata.pallat@usdoj.gov |
| Jill Locnikar | on behalf of Defendant U.S Department of Education jill.locnikar@usdoj.gov patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;namrata.pallat@usdoj.gov |
| Jill Manuel-Coughlin | on behalf of Creditor The Bank Of New York Mellon Trust Company N.A., et. al. bankruptcy@powerskirn.com |
| Jonathan W. Chatham | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| Jonathan W. Chatham | on behalf of Attorney PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| Kevin J. Petak | on behalf of Trustee James R Walsh kpetak@spencecuster.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 3 of 3 |
| Date Rcvd: Jan 20, 2026 | Form ID: 404 | Total Noticed: 1 |

skosis@spencecuster.com;petak.kevinb119375@notify.bestcase.com

Kevin J. Petak
    on behalf of Interested Party James R Walsh kpetak@spencecuster.com
    skosis@spencecuster.com;petak.kevinb119375@notify.bestcase.com

Kevin J. Petak
    on behalf of Trustee James R. Walsh kpetak@spencecuster.com
    skosis@spencecuster.com;petak.kevinb119375@notify.bestcase.com

Kevin Scott Frankel
    on behalf of Defendant Korde & Associates P C pabk@logs.com  logsecf@logs.com

Kristen D. Little
    on behalf of Defendant Korde & Associates P C KRLITTLE@FIRSTAM.COM

Kunal Janak Choksi
    on behalf of Defendant Internal Revenue Service kunal.j.choksi@usdoj.gov

Leonard P. Vigna
    on behalf of Creditor Tufts Investments  LLC lpv@ktwllaw.com, ams@ktwllaw.com;r42123@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronald E. Reitz
    on behalf of Creditor ROSE AKE rreitz@margolisedelstein.com

Ronald E. Reitz
    on behalf of Plaintiff BONABERI CORPORATION rreitz@margolisedelstein.com

Ronald E. Reitz
    on behalf of Creditor BONABERI CORPORATION rreitz@margolisedelstein.com

Ronald E. Reitz
    on behalf of Plaintiff ROSE AKE rreitz@margolisedelstein.com

Stephen G. Murphy
    on behalf of Defendant The Commonwealth of Massachusetts murphys@dor.state.ma.us

Stephen G. Murphy
    on behalf of Creditor Massachusetts Department of Revenue murphys@dor.state.ma.us

Stephen G. Murphy
    on behalf of Defendant Commonwealth of Massachusetts murphys@dor.state.ma.us

Thomas Song
    on behalf of Creditor U.S. Bank  National Association, et.al. pawb@fedphe.com

William E. Miller
    on behalf of Defendant US Bank National Association as Trustee wmiller@logs.com  logsecf@logs.com

William E. Miller
    on behalf of Creditor U.S. Bank  National Association As Trustee For et al. wmiller@logs.com, logsecf@logs.com

William E. Miller
    on behalf of Creditor U.S. Bank  National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3 Mortgage Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@logs.com, logsecf@logs.com

TOTAL: 44