**Michael D. Scott**
8 Tiffany Road
Bourne, MA 02532
Phone: 774-284-3079
Email: mscott123@outlook.com

January 21, 2026

Clerk of Court
United States Bankruptcy Court
Western District of Pennsylvania
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

FILED
1/28/26 11:30AM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Re: Notice of Change of Address
Case Name: *In re Michael D. Scott*
Case No.: 17-70045-JAD

To the Honorable Court:

I respectfully notify the Court and all interested parties of a change of my mailing address in the above-captioned case.

My new address is:

Michael D. Scott
8 Tiffany Road
Bourne, MA 02532

Please update the docket and all court records to reflect this current and accurate address. I request that all future notices, orders, and correspondence be mailed to the address listed above.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Michael D. Scott
Michael D. Scott

Michael & Tiffany Bond
Bourne MA 02532

CLEARED X-RAY SCREENING

U S Bankruptcy Court
Clerk's Office
5414 U S Steel Tower
600 Grant St
Pittsburgh, PA 15219




Retail
RDC 99
15219
U.S. POSTAGE PAID
FCM LG ENV
MONUMENT BEACH
MA 02553
JAN 21, 2026
$1.90
R2304M116289-03