Case 17-70045-JAD    Doc 645    Filed 01/28/26    Entered 01/28/26 11:44:22    Desc COS
Official Form Hrg    Page 1 of 1

Form 404

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

640 – 638
jfur

In re:

Bankruptcy Case No.: 17-70045-JAD

Chapter: 7
Hearing Date: 2/24/26 at 10:00 AM

Michael D. Scott
aka The Crawford Group LLC, aka Macaulay Family Realty Trust
    Debtor(s)

**CERTIFICATE OF SERVICE OF** Motion to Reopen Bankruptcy Case
(Specify Document(s) Served)

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on  01/28
                                                                                                (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: Certified Mail Rt. Receipt.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

Bnk of NY Mellon Trust
c/o CT Corporation
155 Federal St
Boston MA 02110

By: _____
(Signature)

Michael Scott
Typed Name

8 Tiffany Road
Bovine MA, 02532
Address

774-284-8079
Phone No.

List Bar I.D. and State of Admission

FILED
1/28/26 11:30am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Michael & Tiffany Bord
Bourne MA 02532

CLEARED X-RAY SCREENING

U S Bankruptcy Court
Clerk's Office
5414 U.S. Steel Tower
600 Grant St
Pittsburgh, PA 15219



Retail
U.S. POSTAGE PAID
FCM LG ENV
MONUMENT BEACH
MA 02553
JAN 21, 2026
$1.90
R2304M116289-03
RDC 99
15219