Form 404

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

641 - 639
jfur

In re:

Bankruptcy Case No.: 17-70045-JAD

Chapter: 7
Hearing Date: 2/24/26 at 10:00 AM

Michael D. Scott
aka The Crawford Group LLC, aka Macaulay Family Realty Trust
   Debtor(s)

CERTIFICATE OF SERVICE OF _Motion For Violato of Discharge Injuction_
(Specify Document(s) Served)

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on __01-21-26__.
(Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: __01-21-26 / electronic mail__.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

Paul Manning Jr.
Attorney
Kordex Associates
Pmanning@kordeassociates.com

FILED
1/28/26 11:30am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

By: _____
(Signature)
Typed Name: Michael Scott
   6 tiffany Rd
   Bourne Ma, 02532
Address
774-284-8079
Phone No.

List Bar I.D. and State of Admission

Michael
& Tiffany Bond
Bourne MA 02532

CLEARED X-RAY SCREENING

US Bankruptcy Court
Clerk's Office
5414 US Steel Tower
600 Grant St
Pittsburgh, PA 15219




Retail
RDC 99
15219

U.S. POSTAGE PAID
FCM LG ENV
MONUMENT BEACH
MA 02553
JAN 21, 2026
$1.90
R2304M116289-03