Form 404

UNITED STATES BANKRUPTCY COURT    641 – 639
WESTERN DISTRICT OF PENNSYLVANIA    jfur

In re:    Bankruptcy Case No.: 17-70045-JAD

Chapter: 7
Hearing Date: 2/24/26 at 10:00 AM

**Michael D. Scott**
**aka The Crawford Group LLC, aka Macaulay Family Realty Trust**
   Debtor(s)

CERTIFICATE OF SERVICE OF ___Motion For Injunction Violation___
           (Specify Document(s) Served)

I certify under penalty of perjury that I served the above-captioned pleading(s) on the parties at the address specified below or on the attached list on ___01 21 26___.
                                                          (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: ___Certified Mail Return receipt___.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

Bank OF NY Mellon Trust
c/o CT Corporation
155 Federal Street
Boston MA 02110

By: _____(Signature)_____

Typed Name: Michael Scott
Address: 8 Tiffany Road, Bourne MA 02532
Phone No.: 774-284-3079

List Bar I.D. and State of Admission

FILED
1/28/26 11:30am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Michael & Tiffany Bond
Bourne MA 02532

CLEARED X-RAY SCREENING

U S Bankruptcy Court
Clerk's Office
5414 U.S. Steel Tower
600 Grant St
Pittsburgh, PA 15219




U.S. POSTAGE PAID
FCM LG ENV
MONUMENT BEACH
MA 02553
JAN 21, 2026
$1.90
R2304M116289-03

Retail
RDC 99
15219