IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael D. Scott<br>    Debtor,<br><br>The Bank of New York Mellon Trust Company, N.A., as successor in interest to all permitted successors and assigns of JP Morgan Chase Bank, N.A., as Trustee for Certificate Holders of Nomura Asset Acceptance Corp., Series 2005-AR2, acting by and through its servicer, Wells Fargo Bank, N.A.<br>    Movant.<br>v.<br><br>Michael D. Scott<br>    Debtor/Respondent,<br><br>James R. Walsh, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>17-70045-JAD<br><br>CHAPTER 7 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), The Bank of New York Mellon Trust Company, N.A., as successor in interest to all permitted successors and assigns of JP Morgan Chase Bank, N.A., as Trustee for Certificate Holders of Nomura Asset Acceptance Corp., Series 2005-AR2, acting by and through its servicer, Wells Fargo Bank, N.A. requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party.  This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether

formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery,

telephone, telegraph, telex, facsimile or otherwise.

Respectfully submitted,

Dated:  February 19, 2026

BY: /s/ William E. Miller
William E. Miller 308951
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
wmiller@logs.com
logsecf@logs.com

LLG File #: 26-073229

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael D. Scott<br>　　　Debtor,<br><br>Wells Fargo Bank, N.A<br>　　　Movant.<br>v.<br><br>Michael D. Scott<br>　　　Debtor/Respondent,<br><br>James R. Walsh, Trustee<br>　　　Additional Respondent. | BANKRUPTCY CASE NUMBER<br>17-70045-JAD<br><br>CHAPTER 7 |

## CERTIFICATE OF SERVICE

I, William E. Miller, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 20th day of February, 2026:

Michael D. Scott
8 Tiffany Road
Bourne, MA 02532

James R. Walsh, Trustee
Spence, Custer, Saylor, Wolfe & Rose, LLC
1067 Menoher Boulevard
Johnstown, PA 15905 - VIA ECF

/s/ William E. Miller
William E. Miller 308951
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
wmiller@logs.com
logsecf@logs.com