**Form 404**

**UNITED STATES BANKRUPTCY COURT**      653 – 650
**WESTERN DISTRICT OF PENNSYLVANIA**      jfur

In re:                                    Bankruptcy Case No.: 17–70045–JAD

Chapter: 7
Hearing Date: 2/24/26 at 10:00 AM

**Michael D. Scott**
**aka The Crawford Group LLC, aka Macaulay Family Realty Trust**
  Debtor(s)

**CERTIFICATE OF SERVICE OF** _____
                    **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____.
                    (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

By:   _____
      (Signature)

      _____
      Typed Name

      _____
      Address

      _____
      Phone No.

      _____
      List Bar I.D. and State of Admission

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 17-70045-JAD

Michael D. Scott                                                                    Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 20, 2026 | Form ID: 404 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

**Recip ID**      **Recipient Name and Address**
db      + Michael D. Scott, 8 Tiffany Road, Bourne, MA 02532-8310

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Brett L. Messinger

      on behalf of Counter-Claimant U S Bank National Associates as Trustee For Credit Suisse First Boston Mortgage Securities Corp blmessinger@duanemorris.com  emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger

      on behalf of Defendant US Bank National Association as Trustee blmessinger@duanemorris.com emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger

      on behalf of Creditor US Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series 2004-AR-7 and Ocwen Loan Servicing  LLC blmessinger@duanemorris.com, emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger

      on behalf of Defendant Ocwen Loan Servicing LLC blmessinger@duanemorris.com emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger
on behalf of Defendant U S Bank National Associates as Trustee For Credit Suisse First Boston Mortgage Securities Corp
blmessinger@duanemorris.com  emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger
on behalf of Creditor U.S. Bank  National Association As Trustee For et al. blmessinger@duanemorris.com,
emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger
on behalf of Defendant U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp.
Mortgage Pass Through Series 2004-AR7 blmessinger@duanemorris.com
emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger
on behalf of Creditor U.S. Bank  National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1,
2006, GSAMP Trust 2006-HE3 Mortgage Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser
blmessinger@duanemorris.com, emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger
on behalf of Plaintiff U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON
MORTGAGE SECURITIES CORP., MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-AR7
blmessinger@duanemorris.com, emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Denver E. Wharton
on behalf of Creditor Khanda  LLC dew@ktwllaw.com, r42123@notify.bestcase.com

Heather A. Sprague on Behalf of the United States Trustee by
on behalf of U.S. Trustee Office of the United States Trustee Heather.Sprague@usdoj.gov

James Warmbrodt
on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

James A. Prostko
on behalf of Creditor U.S. Bank  National Association, as Trustee, et al... jprostko@c-vlaw.com, jamesprostko@gmail.com

James A. Prostko
on behalf of Creditor The Bank Of New York Mellon Trust Company  N.A., et. al. jprostko@c-vlaw.com,
jamesprostko@gmail.com

James A. Prostko
on behalf of Attorney James A. Prostko jprostko@c-vlaw.com  jamesprostko@gmail.com

James D. Newell
on behalf of Interested Party Collora LLP  William Lovett, William Kettlewell, Sara Silva james.newell@bipc.com,
donna.curcio@bipc.com

James R. Walsh
jwalsh@spencecuster.com
trustee@spencecuster.com;kpetak@spencecuster.com;skosis@spencecuster.com;jwalsh@ecf.axosfs.com;TrusteeWalsh@gmail.co
m

James R. Walsh
on behalf of Trustee James R. Walsh jwalsh@spencecuster.com
trustee@spencecuster.com;kpetak@spencecuster.com;skosis@spencecuster.com;jwalsh@ecf.axosfs.com;TrusteeWalsh@gmail.co
m

Jeremy J. Kobeski
on behalf of Creditor The Bank Of New York Mellon Trust Company  N.A., et. al. pawb@fedphe.com,
mcupec@grenenbirsic.com

Jill Locnikar
on behalf of Creditor United states of america jill.locnikar@usdoj.gov
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;namrata.pallat@usdoj.gov

Jill Locnikar
on behalf of Defendant United States Department of Justice  et al. jill.locnikar@usdoj.gov,
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;namrata.pallat@usdoj.gov

Jill Locnikar
on behalf of Defendant U.S Department of Education jill.locnikar@usdoj.gov
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;namrata.pallat@usdoj.gov

Jill Manuel-Coughlin
on behalf of Creditor The Bank Of New York Mellon Trust Company  N.A., et. al. bankruptcy@powerskirn.com

Jonathan W. Chatham
on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

Jonathan W. Chatham
on behalf of Attorney PA Dept of Revenue RA-occbankruptcy7@pa.gov

Kevin J. Petak
on behalf of Trustee James R Walsh kpetak@spencecuster.com

District/off: 0315-7                    User: auto                                Page 3 of 3

Date Rcvd: Feb 20, 2026                Form ID: 404                          Total Noticed: 1

                            skosis@spencecuster.com;petak.kevinb119375@notify.bestcase.com

Kevin J. Petak
                            on behalf of Interested Party James R Walsh kpetak@spencecuster.com
                            skosis@spencecuster.com;petak.kevinb119375@notify.bestcase.com

Kevin J. Petak
                            on behalf of Trustee James R. Walsh kpetak@spencecuster.com
                            skosis@spencecuster.com;petak.kevinb119375@notify.bestcase.com

Kevin Scott Frankel
                            on behalf of Defendant Korde & Associates P C pabk@logs.com  logsecf@logs.com

Kristen D. Little
                            on behalf of Defendant Korde & Associates P C KRLITTLE@FIRSTAM.COM

Kunal Janak Choksi
                            on behalf of Defendant Internal Revenue Service kunal.j.choksi@usdoj.gov

Leonard P. Vigna
                            on behalf of Creditor Tufts Investments  LLC lpv@ktwllaw.com, ams@ktwllaw.com;r42123@notify.bestcase.com

Office of the United States Trustee
                            ustpregion03.pi.ecf@usdoj.gov

Ronald E. Reitz
                            on behalf of Creditor ROSE AKE rreitz@margolisedelstein.com

Ronald E. Reitz
                            on behalf of Plaintiff BONABERI CORPORATION rreitz@margolisedelstein.com

Ronald E. Reitz
                            on behalf of Creditor BONABERI CORPORATION rreitz@margolisedelstein.com

Ronald E. Reitz
                            on behalf of Plaintiff ROSE AKE rreitz@margolisedelstein.com

Stephen G. Murphy
                            on behalf of Defendant The Commonwealth of Massachusetts murphys@dor.state.ma.us

Stephen G. Murphy
                            on behalf of Creditor Massachusetts Department of Revenue murphys@dor.state.ma.us

Stephen G. Murphy
                            on behalf of Defendant Commonwealth of Massachusetts murphys@dor.state.ma.us

Thomas Song
                            on behalf of Creditor U.S. Bank  National Association, et.al. pawb@fedphe.com

William E. Miller
                            on behalf of Defendant US Bank National Association as Trustee wmiller@logs.com  logsecf@logs.com

William E. Miller
                            on behalf of Creditor Wells Fargo Bank  N.A wmiller@logs.com, logsecf@logs.com

William E. Miller
                            on behalf of Creditor U.S. Bank  National Association As Trustee For et al. wmiller@logs.com, logsecf@logs.com

William E. Miller
                            on behalf of Creditor The Bank of New York Mellon Trust Company  N.A., as successor in interest to all permitted successors and
                            assigns of JP Morgan Chase Bank, N.A., as Trustee for Certificate Holders of Nomura Asset Acce wmiller@logs.com,
                            logsecf@logs.com

William E. Miller
                            on behalf of Creditor U.S. Bank  National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1,
                            2006, GSAMP Trust 2006-HE3 Mortgage Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@logs.com,
                            logsecf@logs.com


TOTAL: 46