## UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF PENNSYLVANIA

FILED

2026 FEB 26  P 12: 34

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

In re:

Michael D. Scott,
Debtor.

Case No. 17-70045-JAD
Chapter 7

## CERTIFICATE OF SERVICE

I, Michael D. Scott, hereby certify that on February 20, 2026, I served a true and correct copy of Debtor's Motion for Entry of Default and Default Judgment Against Korde & Associates, P.C. and Zoe Nizami, Esq. upon the following individuals and entities by the methods indicated below, pursuant to Fed. R. Bankr. P. 7005, 9014, and W.PA.LBR 9013-3:

**Served by Electronic Mail**

- Zoe Nizami, Esq.
  *Korde & Associates, P.C.*
  Email: *znizami@kordeassociates.com*

- Paul Manning, Esq.
  *Korde & Associates, P.C.*
  Email: *pmanning@kordeassociates.com*

**Served by UPS Overnight Delivery**

**1Z T5P 73P 03 0015 0031**

- Korde & Associates, P.C. and Zoe Nizami Esq.
  900 Chelmsford Street, Suite 3102
  Lowell, MA 01851
  *(FedEx Tracking No. [insert tracking number], Delivered [insert delivery date])*

**Served by the Court's CM/ECF System**

- James R. Walsh, Esq.
  *Spence, Custer, Saylor, Wolfe & Rose, LLC*
  1067 Menoher Boulevard
  Johnstown, PA 15905

- Office of the United States Trustee
  1000 Liberty Avenue, Suite 1316
  Pittsburgh, PA 15222

Service upon James R. Walsh, Esq. and the Office of the United States Trustee was completed electronically through the Court's CM/ECF system, which automatically provides notice of electronic filing to all registered participants.

I certify under penalty of perjury that foregoing is true and correct to the best of my knowledge.

Dated: February 20, 2026
Respectfully submitted,


**/s/ Michael D. Scott** Michael D. Scott Debtor, Pro Se 158 Guana Lane Bloomingdale, MA 31302 **Email: ** *mscott123@outlook.com* **Phone: ** *774-284-3079*

**Outlook**

---

**Delivered: Fw: Motion for Default Filed With W P Bankruptcy Court**

---

**From** postmaster@logs.com <postmaster@logs.com>

**Date** Fri 2/20/2026 8:26 PM

**To** znizami@kordeassociates.com <znizami@kordeassociates.com>

1 attachment (39 KB)

Fw: Motion for Default Filed With W P Bankruptcy Court;

## Your message has been delivered to the following recipients:

znizami@kordeassociates.com

Subject: Fw: Motion for Default Filed With W P Bankruptcy Court

 Outlook

---

**Delivered: Fw: Motion for Default Filed With W P Bankruptcy Court**

---

From postmaster@logs.com <postmaster@logs.com>

Date  Fri 2/20/2026 8:26 PM

To    znizami@kordeassociates.com <znizami@kordeassociates.com>

📎 1 attachment (39 KB)

Fw: Motion for Default Filed With W P Bankruptcy Court;

## Your message has been delivered to the following recipients:

znizami@kordeassociates.com

Subject: Fw: Motion for Default Filed With W P Bankruptcy Court

MICHAEL SCOTT
7742843079
8 TIFFANY ROAD
BOURNE MA 02532

**1 LBS**                    **1 OF 1**

**SHIP TO:**
CLERK OF COURTS
US BANKRUPTCY COURT
600 GRANT STREET
5414 U.S. STEEL TOWER
**PITTSBURGH PA 15219**

**PA 152 9-30**

**UPS NEXT DAY AIR**            **1**
TRACKING #: 1Z T5R D77 01 2174 4835

BILLING: P/P

XOL 26.02.12      NV45 8.0A 02/2026*



CLEARED X-RAY SCI