**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
MICHAEL D. SCOTT,
Debtor/Movant

Chapter 7
Case No. 17-70045-JAD



# AFFIDAVIT OF MICHAEL D. SCOTT

I, Michael D. Scott, declare under penalty of perjury pursuant to 28 U.S.C. §1746:

1. I am the Debtor in this bankruptcy case.

2. I received a Chapter 7 discharge on August 26, 2019.

3. On December 12, 2025, Korde & Associates and Attorney Zoh Nizami filed a foreclosure complaint in Bristol County Superior Court (Case No. 2573CV00982A).

4. The complaint alleges that I:

   • breached the Note,

   • am liable for the debt,

   • owe attorney's fees,

   • owe costs,

   • owe an accelerated debt of $376,668.85.

5. I understood these statements as attempts to collect the discharged mortgage debt from me personally.

6. Respondents' actions caused me emotional distress, anxiety, and significant concern.

7. I spent substantial time and effort responding to the Massachusetts action and preparing filings in this Court.

8. I believe Respondents violated the discharge injunction by asserting in-personam claims against me.

9. I respectfully ask the Court to reopen the case, find Respondents in contempt, impose sanctions, and order Respondents to correct their filings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2026.

Michael D. Scott

2

ORIGIN ID:SFYA      17742843079
MICHAEL SCOTT

8 TIFFANY ROAD

BOURNE, MA 02532
UNITED STATES US

SHIP DATE: 25FEB26
ACTWGT: 1.00 LB
CAD: 308600009/INET4762

BILL CREDIT CARD

TO   **CLERK OF COURTS**
     **UNITED STATES BANKRUPTCY COURT**
     **5414 U.S. STEEL TOWER**
     **600 GRANT STREET**
     **PITTSBURGH PA 15219**
     (412) 644-2700          REF:
     INV:
     PO:                          DEPT:

58KJ5/6067/4B4B





**FedEx** Express

E

J26102601200tuv

FRI - 27 FEB 10:30A
MORNING 2DAY

TRK#
0201   **8890 5205 9359**

**KA BTPA**                    **15219**
                         PA-US  **PIT**



CLEARED X-RAY SCREENING

4150 FRI 02/27  07:10
600 GRANT ST
15219-2702-99
PITTSBURGH,PA
**127-6075**
ETP: 1    SP:PD:100:Y