## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHAEL D. SCOTT,
Debtor/Movant

Chapter 7
Case No. 17-70045-JAD

# [PROPOSED ORDER]

AND NOW, this _____ day of _____, 2026, upon consideration of the Debtor's Motion to Reopen Case and for Sanctions for Violation of the Discharge Injunction, and after review of all filings, IT IS HEREBY ORDERED:

1. The Debtor's Motion is GRANTED.

2. The Chapter 7 case is REOPENED pursuant to 11 U.S.C. §350(b).

3. Respondents Korde & Associates, P.C. and Attorney Zoh Nizami are found to have violated the discharge injunction under 11 U.S.C. §524(a)(2).

4. Respondents are held in civil contempt.

5. Respondents shall, within 14 days, withdraw or amend the Massachusetts foreclosure complaint in Bristol Superior Court (Case No. 2573CV00982A) to remove all in-personam claims, including:

   • allegations of breach of note;

   • allegations of personal liability;

   • calculations of debt;

   • requests for attorney's fees, costs, or damages.

6. The Court will schedule a separate hearing on compensatory, coercive, and punitive sanctions.

7. Respondents shall preserve all documents and communications related to the Massachusetts complaint.\

1

BY THE COURT:

Honorable, Jeffery A. Deller

United States Bankruptcy Judge

ORIGIN ID:SFYA      17742843079
MICHAEL SCOTT

8 TIFFANY ROAD

BOURNE, MA 02532
UNITED STATES US

SHIP DATE: 25FEB26
ACTWGT: 1.00 LB
CAD: 308600009/INET4762

BILL CREDIT CARD

TO  **CLERK OF COURTS**

**UNITED STATES BANKRUPTCY COURT**

**5414 U.S. STEEL TOWER**

**600 GRANT STREET**

**PITTSBURGH PA 15219**

(412) 644-2700              REF:
INV:
PO:                              DEPT:





FedEx
Express

**FRI - 27 FEB 10:30A**
**MORNING 2DAY**

TRK#
0201   **8890 5205 9359**

**KA BTPA**          **15219**
              PA-US  **PIT**



ƆNINƎƎRɔS YAᴚ-X ᗡƎᴚAƎlɔ

4150 FRI 02/27  07:10
600 GRANT ST

15219-2702-99
PITTSBURGH,PA

**127-6075**

ETP: 1    SP PD:100:Y