# CERTIFICATE OF SERVICE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHAEL D. SCOTT,
Debtor/Movant

v.

KORDE & ASSOCIATES, P.C. and
ZOH NIZAMI,
Respondents

and

JAMES R. WALSH, TRUSTEE,
Additional Respondent

Chapter 7
Case No. 17-70045-JAD



---

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2026, I served a true and correct copy of the following documents:

• Reply Brief in Further Support of Motion to Reopen Case and for Sanctions
• Proposed Order

Motion for Continuance
• Affidavit of Michael D. Scott

service was made via the Court's Electronic Case Filing (ECF) system upon all parties registered to receive electronic notice, and via First-Class United States Mail, postage prepaid, upon the following:

**Electronic Email:**
William Miller
Managing Attorney
LOGS Legal Group LLP

Representing: The Bank of New York Mellon Trust Company, N.A.,
as successor in interest to all permitted successors and assigns
of JP Morgan Chase Bank, N.A., as Trustee for Certificate
Holders of Nomura Asset Acceptance Corp., Series 2005-AR2,
acting by and through its servicer, Wells Fargo Bank, N.A.
*(610) 278-6800*
*wmiller@LOGS.com*
LOGS Legal Group LLP
P.O. Box 290
Hatboro, PA 19040

**Via ECF and Electronic Mail:**
Brett L. Messinger, Esq.
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
Attorney for Korde & Associates and Zoh Nizami

James R. Walsh, Trustee
(jwalsh@jwalshlaw.com)
Chapter 7 Trustee

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 24, 2026

Michael D. Scott
Debtor/Movant

==========================================================================



ORIGIN ID:SFYA     17742843079        SHIP DATE: 25FEB26
MICHAEL SCOTT                          ACTWGT: 1.00 LB
                                       CAD: 308600009/INET4762
8 TIFFANY ROAD

BOURNE, MA 02532                       BILL CREDIT CARD
UNITED STATES US

TO  **CLERK OF COURTS**

**UNITED STATES BANKRUPTCY COURT**

**5414 U.S. STEEL TOWER**

**600 GRANT STREET**

**PITTSBURGH PA 15219**
(412) 644-2700              REF:
INV:
PO:                         DEPT:

**FedEx** Express

**FRI - 27 FEB 10:30A**
**MORNING 2DAY**

TRK#
0201   8890 5205 9359

**KA BTPA**                 15219
                    PA-US  **PIT**



CLEARED X-RAY SCREENING

4150 FRI 02/27  07:10        15219-2702-99
600 GRANT ST                 PITTSBURGH,PA

**127-6075**
ETP: 1      SP:PD:100:Y