FILED
3/2/26 4:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 17-70045-JAD |
| | ) | |
| MICHAEL DAVID SCOTT, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Related to ECF. No. 666 |
| _____ | X | |
| | ) | |
| MICHAEL DAVID SCOTT, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| THE BANK OF NEW YORK | ) | |
| MELLON TRUST COMPANY, N.A., | ) | |
| As Successor in Interest to All | ) | |
| Permitted Successors and Assigns | ) | |
| of JP Morgan Chase Bank, N.A., | ) | |
| As Trustee for Certificate Holders | ) | |
| Of Nomura Asset Acceptance | ) | |
| Corp., Series 2005-AR2, Acting by | ) | |
| And Through its Servicer, Wells | ) | |
| Fargo Bank, N.A.; KORDE & | ) | |
| ASSOCIATES, PC; ZOH NIZAMI; | ) | |
| AND JAMES R. WALSH, | ) | |
| TRUSTEE (DECEASED), | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | X | |

## ORDER TREATING "EMERGENCY MOTION TO CONTINUE" AS A MOTION FOR RECONSIDERATION OR RELIEF FROM ORDER AND SCHEDULING HEARING

AND NOW, this 2nd day of March 2026, upon review of the filing submitted by Michael David Scott (the "Movant") after entry of the Court's

February 25, 2026 Order denying the Motion to Reopen Case and for Violation of the Discharge Injunction (the "Order", ECF No. 657), the Court finds and orders as follows:

A. On January 16, 2026, the Movant filed a Motion to Re-open Case and for Violation of the Discharge Injunction (the "Motion"). The Court scheduled a hearing on the Motion for February 24, 2026.

B. The February 24, 2026 hearing was conducted via Zoom in accordance with this Court's procedures. Respondents appeared and were heard. The Movant did not appear at the hearing.

C. Notwithstanding the Movant's nonappearance, the Court carefully reviewed the entire record, including the Motion, supporting filings, and all arguments advanced by the Movant.

D. After consideration of the pleadings, applicable law, and arguments presented, the Court entered the Order denying the Motion to Reopen.

E. In the Order, the Court determined that reopening the case would be futile because the foreclosure proceedings challenged by the Movant constitute enforcement of a mortgage lien in rem and do not seek to impose personal liability on the Movant. Such conduct does not violate the discharge injunction under 11 U.S.C. § 524(a)(2).

F. The Court further explained that a discharge eliminates personal liability but does not extinguish valid liens, and creditors may enforce surviving liens through in rem proceedings. See Johnson v. Home State Bank, 501 U.S. 78 (1991); Dewsnup v. Timm, 502 U.S. 410 (1992); and

related precedent such is this Court's opinion in <u>In re Burgos</u>, 673 B.R. 559, 562–64 (Bankr. W.D. Pa. 2025).

G. Because the conduct challenged by the Movant was lawful and reopening would not afford substantive relief, the Court concluded that reopening the case would serve no purpose and would constitute an unnecessary expenditure of judicial resources.

H. Following entry of the Order, the Movant filed an "Emergency Motion to Continue" the hearing, asserting that severe winter weather, power outages, health concerns, and loss of preparation time prevented his participation at the Zoom hearing on the Motion.

I. Thus, the hearing has already occurred and the Court has issued its Order. Accordingly, the Movant's filing cannot operate as a motion to continue (as any request for a continuance is moot).

J. Consistent with the liberal construction afforded to pro se filings, the Court construes the Movant's post-order filing as a motion seeking relief from the Order, including reconsideration or vacatur.  The Court therefore treats the filing as a motion under Federal Rules of Bankruptcy Procedure 9023 and 9024, incorporating Federal Rules of Civil Procedure 59 and 60.

K. The Court emphasizes that, notwithstanding the Movant's absence from the hearing, the Court fully considered:

    a. the Motion and all supporting filings;

    b. the legal theories advanced by the Movant;

    c. the record as a whole; and

d. the applicable statutory and case law,

The Court's ruling did not rest upon the Movant's absence, but upon the governing law and the futility of reopening the case.

L. The Movant's post-order filing largely reiterates circumstances relating to his ability to attend the hearing and prepare his argument.

M. The Court does not presently discern in the filing any new legal arguments, newly discovered evidence, or change in controlling law that would alter the Court's prior analysis.

N. Nevertheless, the Court recognizes the Movant's pro se status and the principle that courts should afford reasonable procedural solicitude to self-represented litigants.

O. In an abundance of caution, and to ensure that the Movant has a full and fair opportunity to be heard on his request for reconsideration or vacatur, the Court will schedule a hearing on the motion as construed herein.

P. Scheduling such a hearing does not reflect any determination that reconsideration is warranted, nor does it alter the Court's prior findings or conclusions.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Movant's post-order filing is construed as a "Motion for Reconsideration or for Relief From Order" pursuant to Bankruptcy Rules 9023 and 9024.

2. Mr. Scott shall serve IMMEDIATELY, pursuant to Bankruptcy Rule 7004, a copy of this Order and the post-order "Motion for

4

Reconsideration or for Relief From Order" (ECF No. 666) upon all parties from whom relief is sought, their counsel, and the Office of the U.S. Trustee and any Trustee or Examiner appointed in the case. Counsel for the Moving Party shall then file a Certificate of Service. Failure to properly serve the Motion for Reconsideration or for Relief From Order or file the Certificate may result in denial of the above-captioned proceeding.

3. Any Response, including a consent to the Motion for Reconsideration or for Relief From Order, shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by **March 24, 2026**. Any response should be served on the Moving Party, their counsel (if any), and the Office of the U.S. Trustee and any Trustee or Examiner appointed in the case.

4. Said Motion for Reconsideration or for Relief From Order is scheduled for hearing on **March 31, 2026 at 10:00 AM** in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the parties and/or their counsel shall appear and the Court will dispose of the motion. Note, this is a non-evidentiary "hybrid" hearing and parties have the option of attending remotely via Zoom video conferencing (as set forth below).

5. In accordance with Judge Deller's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Deller's website (which can be found at https://www.pawb.uscourts.gov/judge-dellers-video-conference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Deller's General Procedures, which can be found at https://www.pawb.uscourts.gov/procedures-0.

6. If service was properly made and Respondent(s) fail to timely file a Response by the above specified date, an order may be entered by default should the Court find it to be warranted in its discretion.

IT IS SO ORDERED.

Dated: March 2, 2026

jsf

The Honorable Jeffery A. Deller
United States Bankruptcy Judge

Case Administrator to serve:

Michael David Scott, *Pro Se*

6

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 17-70045-JAD

Michael D. Scott                                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 02, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

**Recip ID                  Recipient Name and Address**
db                 +  Michael D. Scott, 8 Tiffany Road, Bourne, MA 02532-8310

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2026 at the address(es) listed below:**

**Name                            Email Address**

Brett L. Messinger

                on behalf of Respondent ZOH NIZAMI blmessinger@duanemorris.com
                emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger

                on behalf of Counter-Claimant U S Bank National Associates as Trustee For Credit Suisse First Boston Mortgage Securities Corp
                blmessinger@duanemorris.com  emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger

                on behalf of Defendant US Bank National Association as Trustee blmessinger@duanemorris.com
                emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger

                on behalf of Creditor US Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp. Mortgage
                Backed Pass Through Certificates Series 2004-AR-7 and Ocwen Loan Servicing  LLC blmessinger@duanemorris.com,
                emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

District/off: 0315-7                          User: auto                                    Page 2 of 3

Date Rcvd: Mar 02, 2026                       Form ID: pdf900                               Total Noticed: 1

Brett L. Messinger

    on behalf of Defendant Ocwen Loan Servicing LLC blmessinger@duanemorris.com
emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger

    on behalf of Defendant U S Bank National Associates as Trustee For Credit Suisse First Boston Mortgage Securities Corp
blmessinger@duanemorris.com  emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger

    on behalf of Creditor U.S. Bank  National Association As Trustee For et al. blmessinger@duanemorris.com,
emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger

    on behalf of Defendant U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp.
Mortgage Pass Through Series 2004-AR7 blmessinger@duanemorris.com
emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger

    on behalf of Respondent Korde & Associates  P.C. blmessinger@duanemorris.com,
emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger

    on behalf of Creditor U.S. Bank  National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1,
2006, GSAMP Trust 2006-HE3 Mortgage Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser
blmessinger@duanemorris.com, emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger

    on behalf of Plaintiff U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON
MORTGAGE SECURITIES CORP., MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-AR7
blmessinger@duanemorris.com, emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Denver E. Wharton

    on behalf of Creditor Khanda  LLC dew@ktwllaw.com, r42123@notify.bestcase.com

Heather A. Sprague on Behalf of the United States Trustee by

    on behalf of U.S. Trustee Office of the United States Trustee Heather.Sprague@usdoj.gov

James Warmbrodt

    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

James A. Prostko

    on behalf of Creditor U.S. Bank  National Association, as Trustee, et al... jprostko@c-vlaw.com, jamesprostko@gmail.com

James A. Prostko

    on behalf of Creditor The Bank Of New York Mellon Trust Company  N.A., et. al. jprostko@c-vlaw.com,
jamesprostko@gmail.com

James A. Prostko

    on behalf of Attorney James A. Prostko jprostko@c-vlaw.com  jamesprostko@gmail.com

James D. Newell

    on behalf of Interested Party Collora LLP  William Lovett, William Kettlewell, Sara Silva james.newell@bipc.com,
donna.curcio@bipc.com

James R. Walsh

    jwalsh@spencecuster.com
trustee@spencecuster.com;kpetak@spencecuster.com;skosis@spencecuster.com;jwalsh@ecf.axosfs.com;TrusteeWalsh@gmail.com

James R. Walsh

    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com
trustee@spencecuster.com;kpetak@spencecuster.com;skosis@spencecuster.com;jwalsh@ecf.axosfs.com;TrusteeWalsh@gmail.com

Jeremy J. Kobeski

    on behalf of Creditor The Bank Of New York Mellon Trust Company  N.A., et. al. pawb@fedphe.com,
mcupec@grenenbirsic.com

Jill Locnikar

    on behalf of Creditor United states of america jill.locnikar@usdoj.gov
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;namrata.pallat@usdoj.gov

Jill Locnikar

    on behalf of Defendant United States Department of Justice  et al. jill.locnikar@usdoj.gov,
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;namrata.pallat@usdoj.gov

Jill Locnikar

    on behalf of Defendant U.S Department of Education jill.locnikar@usdoj.gov
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;namrata.pallat@usdoj.gov

Jill Manuel-Coughlin

    on behalf of Creditor The Bank Of New York Mellon Trust Company  N.A., et. al. bankruptcy@powerskirn.com

District/off: 0315-7                          User: auto                                Page 3 of 3
Date Rcvd: Mar 02, 2026                    Form ID: pdf900                        Total Noticed: 1

Jonathan W. Chatham

on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

Jonathan W. Chatham

on behalf of Attorney PA Dept of Revenue RA-occbankruptcy7@pa.gov

Kevin J. Petak

on behalf of Trustee James R Walsh kpetak@spencecuster.com
skosis@spencecuster.com;petak.kevinb119375@notify.bestcase.com

Kevin J. Petak

on behalf of Interested Party James R Walsh kpetak@spencecuster.com
skosis@spencecuster.com;petak.kevinb119375@notify.bestcase.com

Kevin J. Petak

on behalf of Trustee James R. Walsh kpetak@spencecuster.com
skosis@spencecuster.com;petak.kevinb119375@notify.bestcase.com

Kevin Scott Frankel

on behalf of Defendant Korde & Associates P C pabk@logs.com  logsecf@logs.com

Kristen D. Little

on behalf of Defendant Korde & Associates P C KRLITTLE@FIRSTAM.COM

Kunal Janak Choksi

on behalf of Defendant Internal Revenue Service kunal.j.choksi@usdoj.gov

Leonard P. Vigna

on behalf of Creditor Tufts Investments  LLC lpv@ktwllaw.com, ams@ktwllaw.com;r42123@notify.bestcase.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronald E. Reitz

on behalf of Creditor ROSE AKE rreitz@margolisedelstein.com

Ronald E. Reitz

on behalf of Plaintiff BONABERI CORPORATION rreitz@margolisedelstein.com

Ronald E. Reitz

on behalf of Creditor BONABERI CORPORATION rreitz@margolisedelstein.com

Ronald E. Reitz

on behalf of Plaintiff ROSE AKE rreitz@margolisedelstein.com

Stephen G. Murphy

on behalf of Defendant The Commonwealth of Massachusetts murphys@dor.state.ma.us

Stephen G. Murphy

on behalf of Creditor Massachusetts Department of Revenue murphys@dor.state.ma.us

Stephen G. Murphy

on behalf of Defendant Commonwealth of Massachusetts murphys@dor.state.ma.us

Thomas Song

on behalf of Creditor U.S. Bank  National Association, et.al. pawb@fedphe.com

William E. Miller

on behalf of Defendant US Bank National Association as Trustee wmiller@logs.com  logsecf@logs.com

William E. Miller

on behalf of Creditor Wells Fargo Bank  N.A wmiller@logs.com, logsecf@logs.com

William E. Miller

on behalf of Creditor U.S. Bank  National Association As Trustee For et al. wmiller@logs.com, logsecf@logs.com

William E. Miller

on behalf of Creditor The Bank of New York Mellon Trust Company  N.A., as successor in interest to all permitted successors and
assigns of JP Morgan Chase Bank, N.A., as Trustee for Certificate Holders of Nomura Asset Acce wmiller@logs.com,
logsecf@logs.com

William E. Miller

on behalf of Creditor U.S. Bank  National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1,
2006, GSAMP Trust 2006-HE3 Mortgage Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@logs.com,
logsecf@logs.com

TOTAL: 48