Form 404

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

671 − 669
jfur

In re:

Bankruptcy Case No.: 17−70045−JAD

Chapter: 7
Hearing Date: 3/31/26 at 10:00 AM

**Michael D. Scott**
**aka The Crawford Group LLC, aka Macaulay Family Realty Trust**
    Debtor(s)

**CERTIFICATE OF SERVICE OF** *Rule 60B Motion to Vacate Proposed order*
(Specify Document(s) Served)

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on *March 5th 2026* .
(Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: *First Class Mail United States Postal Service* . *Electronic Mail*
If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:** *March 5th 2026*

*Brett L. Messinger. Esq.*
*Duane Morris LLP*
*30 South 17th St.*
*Philadelphia PA 19103*
*Counsel for Korde and Associates*
*TO: BLMessinger@duanemorris.com*

*William E. Miller Esq.*
*LOGS Legal Group LLP*
*Counsel For*
*The Bank of New York*
*Mellon Trust. N.A.*
*wmiller@LOGS.com*

By: _____
(Signature) *Michael Scott*
Typed Name

*158 Guana Lane Bloomingdale GA 31302*
Address *774 284-3079*
Phone No.

_____
List Bar I.D. and State of Admission

FILED
2026 MAR 13 A 9:20
CLERK U.S. BANKRUPTCY COURT
PITTSBURGH

Michael Scott
138 Yvana Lane
Bloomingdale SA 31302

Retail


UNITED STATES
POSTAL SERVICE

RDC 99

15219

U.S. POSTAGE...
FCM LG ENV
SAVANNAH, GA 31406
MAR 07, 2026

$1.63

S2324M505258-5

CLEARED X-RAY SCREENING

United States Bankruptcy Court
5414 U.S Steel Tower
600 Grant Street
Pittsburgh PA 15219