IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael D. Scott
  Debtor,

Wells Fargo Bank, N.A
  Movant.

v.

Michael D. Scott
  Debtor/Respondent,

James R. Walsh, Trustee
  Additional Respondent.

BANKRUPTCY CASE NUMBER
17-70045-JAD

CHAPTER 7

## ORDER

  AND NOW, this _____ day of _____, 2026, upon consideration of the Motion for Reconsideration or Relief from Order Entered February 25, 2026, under Fed R. Civ. P. 60(b)(1) and 60(b)(6) and the Response(s) thereto;

  It is hereby ORDERED that Motion for Reconsideration or Relief from Order Entered February 25, 2026, under Fed R. Civ. P. 60(b)(1) and 60(b)(6) is DENIED.

BY THE COURT:

_____
HONORABLE JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE