FILED
4/1/26 11:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-70045-JAD |
| | ) | |
| MICHAEL DAVID SCOTT, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Related to ECF Nos. 666, 669 & 670 |
| _____ | X | |
| | ) | |
| MICHAEL DAVID SCOTT, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| THE BANK OF NEW YORK | ) | |
| MELLON TRUST COMPANY, N.A., | ) | |
| As Successor in Interest to All | ) | |
| Permitted Successors and Assigns | ) | |
| of JP Morgan Chase Bank, N.A., | ) | |
| As Trustee for Certificate Holders | ) | |
| Of Nomura Asset Acceptance | ) | |
| Corp., Series 2005-AR2, Acting by | ) | |
| And Through its Servicer, Wells | ) | |
| Fargo Bank, N.A.; KORDE & | ) | |
| ASSOCIATES, PC; ZOH NIZAMI; | ) | |
| AND JAMES R. WALSH, | ) | |
| TRUSTEE (DECEASED), | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | X | |

## ORDER

AND NOW, this 1st day of April, 2026, for the reasons set forth in the contemporaneously filed *Memorandum Opinion*, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. The relief sought by the Movant's *Emergency Motion to Continue the February 24, 2026 Hearing* (ECF No. 666), as construed by this Court's

*Order Treating "Emergency Motion to Continue" as a Motion for Reconsideration or Relief from Order and Scheduling Hearing* (ECF No. 670), is DENIED; and

2. The Movant's *Motion of Michael D. Scott to Vacate Order Entered February 25, 2026, Under Fed. R. Civ. P. 60(b)(1) and 60(b)(6)* (ECF No. 669) is DENIED.

IT IS SO ORDERED.

jsf

Dated: April 1, 2026

The Honorable Jeffery A. Deller
United States Bankruptcy Judge

Case Administrator to mail to:

Michael D. Scott
Brett L. Messinger, Esq.
William E. Miller, Esq.
Kevin J. Petak, Esq.
Office of the United States Trustee

2

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 17-70045-JAD

Michael D. Scott                                                                          Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 01, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2026:**

**Recip ID            Recipient Name and Address**
db            #+   Michael D. Scott, 8 Tiffany Road, Bourne, MA 02532-8310

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2026 at the address(es) listed below:**

**Name                        Email Address**

Brett L. Messinger
    on behalf of Respondent ZOH NIZAMI blmessinger@duanemorris.com
    emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger
    on behalf of Counter-Claimant U S Bank National Associates as Trustee For Credit Suisse First Boston Mortgage Securities Corp
    blmessinger@duanemorris.com  emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger
    on behalf of Defendant US Bank National Association as Trustee blmessinger@duanemorris.com
    emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger
    on behalf of Creditor US Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp. Mortgage Backed Pass Through Certificates Series 2004-AR-7 and Ocwen Loan Servicing  LLC blmessinger@duanemorris.com,

District/off: 0315-7

User: auto

Date Rcvd: Apr 01, 2026

Form ID: pdf900

Total Noticed: 1

emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger

on behalf of Defendant Ocwen Loan Servicing LLC blmessinger@duanemorris.com
emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger

on behalf of Defendant U S Bank National Associates as Trustee For Credit Suisse First Boston Mortgage Securities Corp
blmessinger@duanemorris.com emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger

on behalf of Creditor U.S. Bank National Association As Trustee For et al. blmessinger@duanemorris.com,
emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger

on behalf of Defendant U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp.
Mortgage Pass Through Series 2004-AR7 blmessinger@duanemorris.com
emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger

on behalf of Respondent Korde & Associates P.C. blmessinger@duanemorris.com,
emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger

on behalf of Creditor U.S. Bank National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1,
2006, GSAMP Trust 2006-HE3 Mortgage Pass-Through Certificates Series 2006-HE3 and Ocwen Loan Ser
blmessinger@duanemorris.com, emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Brett L. Messinger

on behalf of Plaintiff U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON
MORTGAGE SECURITIES CORP., MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-AR7
blmessinger@duanemorris.com, emariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Denver E. Wharton

on behalf of Creditor Khanda LLC dew@ktwllaw.com, r42123@notify.bestcase.com

Heather A. Sprague on Behalf of the United States Trustee by

on behalf of U.S. Trustee Office of the United States Trustee Heather.Sprague@usdoj.gov

James Warmbrodt

on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com

James A. Prostko

on behalf of Creditor U.S. Bank National Association, as Trustee, et al... jprostko@c-vlaw.com, jamesprostko@gmail.com

James A. Prostko

on behalf of Creditor The Bank Of New York Mellon Trust Company N.A., et. al. jprostko@c-vlaw.com,
jamesprostko@gmail.com

James A. Prostko

on behalf of Attorney James A. Prostko jprostko@c-vlaw.com jamesprostko@gmail.com

James D. Newell

on behalf of Interested Party Collora LLP William Lovett, William Kettlewell, Sara Silva james.newell@bipc.com,
donna.curcio@bipc.com

James R. Walsh

jwalsh@spencecuster.com
trustee@spencecuster.com;kpetak@spencecuster.com;skosis@spencecuster.com;jwalsh@ecf.axosfs.com;TrusteeWalsh@gmail.com

James R. Walsh

on behalf of Trustee James R. Walsh jwalsh@spencecuster.com
trustee@spencecuster.com;kpetak@spencecuster.com;skosis@spencecuster.com;jwalsh@ecf.axosfs.com;TrusteeWalsh@gmail.com

Jeremy J. Kobeski

on behalf of Creditor The Bank Of New York Mellon Trust Company N.A., et. al. pawb@fedphe.com,
mcupec@grenenbirsic.com

Jill Locnikar

on behalf of Creditor United states of america jill.locnikar@usdoj.gov
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;namrata.pallat@usdoj.gov

Jill Locnikar

on behalf of Defendant United States Department of Justice et al. jill.locnikar@usdoj.gov,
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;namrata.pallat@usdoj.gov

Jill Locnikar

on behalf of Defendant U.S Department of Education jill.locnikar@usdoj.gov
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;namrata.pallat@usdoj.gov

Jill Manuel-Coughlin

on behalf of Creditor The Bank Of New York Mellon Trust Company  N.A., et. al. bankruptcy@powerskirn.com

Jonathan W. Chatham

on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

Jonathan W. Chatham

on behalf of Attorney PA Dept of Revenue RA-occbankruptcy7@pa.gov

Kevin J. Petak

on behalf of Trustee James R Walsh kpetak@spencecuster.com
skosis@spencecuster.com;petak.kevinb119375@notify.bestcase.com

Kevin J. Petak

on behalf of Interested Party James R Walsh kpetak@spencecuster.com
skosis@spencecuster.com;petak.kevinb119375@notify.bestcase.com

Kevin J. Petak

on behalf of Trustee James R. Walsh kpetak@spencecuster.com
skosis@spencecuster.com;petak.kevinb119375@notify.bestcase.com

Kevin Scott Frankel

on behalf of Defendant Korde & Associates P C pabk@logs.com  logsecf@logs.com

Kristen D. Little

on behalf of Defendant Korde & Associates P C KRLITTLE@FIRSTAM.COM

Kunal Janak Choksi

on behalf of Defendant Internal Revenue Service kunal.j.choksi@usdoj.gov

Leonard P. Vigna

on behalf of Creditor Tufts Investments  LLC lpv@ktwllaw.com, ams@ktwllaw.com;r42123@notify.bestcase.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronald E. Reitz

on behalf of Creditor ROSE AKE rreitz@margolisedelstein.com

Ronald E. Reitz

on behalf of Plaintiff BONABERI CORPORATION rreitz@margolisedelstein.com

Ronald E. Reitz

on behalf of Creditor BONABERI CORPORATION rreitz@margolisedelstein.com

Ronald E. Reitz

on behalf of Plaintiff ROSE AKE rreitz@margolisedelstein.com

Stephen G. Murphy

on behalf of Defendant The Commonwealth of Massachusetts murphys@dor.state.ma.us

Stephen G. Murphy

on behalf of Creditor Massachusetts Department of Revenue murphys@dor.state.ma.us

Stephen G. Murphy

on behalf of Defendant Commonwealth of Massachusetts murphys@dor.state.ma.us

Thomas Song

on behalf of Creditor U.S. Bank  National Association, et.al. pawb@fedphe.com

William E. Miller

on behalf of Defendant US Bank National Association as Trustee wmiller@logs.com  logsecf@logs.com

William E. Miller

on behalf of Creditor Wells Fargo Bank  N.A wmiller@logs.com, logsecf@logs.com

William E. Miller

on behalf of Creditor U.S. Bank  National Association As Trustee For et al. wmiller@logs.com, logsecf@logs.com

William E. Miller

on behalf of Creditor The Bank of New York Mellon Trust Company  N.A., as successor in interest to all permitted successors and
assigns of JP Morgan Chase Bank, N.A., as Trustee for Certificate Holders of Nomura Asset Acce wmiller@logs.com,
logsecf@logs.com

William E. Miller

on behalf of Creditor U.S. Bank  National Association as Trustee Under the Pooling and Servicing Agreement Dated as of May 1,
2006, GSAMP Trust 2006-HE3 Mortgage Pass-Trough Certificates Series 2006-HE3 C/O Phelan Hallinan wmiller@logs.com,
logsecf@logs.com

TOTAL: 48